**ORIGINAL**

03-242 DOC
AN

1  VINCENT J. BELUSKO (BAR NO. 100282)
   CHARLES S. BARQUIST (BAR NO. 133785)
2  A. MAX OLSON (BAR NO. 155510)
   HECTOR G. GALLEGOS (BAR NO. 175137)
3  SCOTT C. MOORE (BAR NO. 203181)
   MORRISON & FOERSTER LLP
4  555 West Fifth Street
   Suite 3500
5  Los Angeles, California 90013-1024
   Telephone: (213) 892-5200
6
   Attorneys for Plaintiff
7  CARLOS ARMANDO AMADO

**FILED**

MAR - 7 2003

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION
BY                        DEPUTY

8
9              UNITED STATES DISTRICT COURT
10             CENTRAL DISTRICT OF CALIFORNIA
11                  SOUTHERN DIVISION
12
13  CARLOS ARMANDO AMADO,          No. **SACV 03-242DOC(ANx)**
14             Plaintiff,          **COMPLAINT FOR PATENT INFRINGEMENT**
15     v.                         **DEMAND FOR JURY TRIAL**
16  MICROSOFT CORPORATION, a
    Washington corporation,        **ENTER ON ICMS**
17             Defendant.          MAR 1 1 2003
18
19      Plaintiff Carlos Armando Amado ("Amado") brings this Complaint
20  against Defendant Microsoft Corporation, a Washington corporation
21  ("Microsoft") and avers as follows:
22                  **JURISDICTION AND VENUE**
23      1.    This Court has jurisdiction over the subject matter of this action
24  pursuant to 28 U.S.C. § 1338(a) because this action contains a claim for patent
25  infringement arising under the patent laws of the United States, 35 U.S.C. § 1 *et*
26  *seq.*
27      2.    Personal jurisdiction and venue for this action are proper in this
28  Court pursuant to 28 U.S.C. §§ 1391(b) and 1400(b) because Defendant



1

1   Microsoft regularly does business in this judicial district, because Microsoft has

2   committed acts of infringement in this district, and because events giving rise to

3   Amado's claims occurred in this district.

4   **GENERAL ALLEGATIONS**

5       3.      Plaintiff Carlos Armando Amado is an individual who is a citizen

6   of Guatemala, and who resides in that country.

7       4.      Microsoft is a Washington corporation with its principal place of

8   business located in Redmond, Washington.  Microsoft has offices located in this

9   district, including one in Irvine, California, and another in Santa Monica,

10  California.  Microsoft develops, markets, distributes and licenses computer

11  software.

12      5.      One of Microsoft's products is Microsoft Access, a program that

13  allows users to create and manipulate databases and to store data.  Microsoft

14  Access permits integration with spreadsheet programs, including Lotus 1-2-3

15  and another Microsoft program, Microsoft Excel.  Both programs allow users to

16  create spreadsheets, to perform calculations and to store data.

17      6.      Microsoft also provides a program called Microsoft Operations

18  Manager, also referred to as "MOM."  Microsoft Operations Manager is a

19  computer program that provides event collection, performance monitoring and

20  reporting tools for use with Microsoft server operating systems and server-

21  based applications.

22      7.      Microsoft offers for sale, sells and distributes its Microsoft Access,

23  Microsoft Excel and Microsoft Operations Manager software to customers and

24  consumers.

25      8.      Plaintiff Amado was a graduate student at Stanford University in

26  Palo Alto, California, in the early 1990s.  While at Stanford, Amado conceived

27  a powerful new approach to integrating databases and spreadsheets.  Amado

28

1   filed a United States Patent Application on November 16, 1990 covering his

2   invention.

3      9.   On March 8, 1994, the United States Patent and Trademark Office

4   ("the USPTO") duly and legally issued U.S. Patent No. 5,293,615 ("the `615

5   Patent"), entitled Point and Shoot Interface for Linking Database Records to

6   Spreadsheets whereby Data of a Record is Automatically Reformatted and

7   Loaded upon Issuance of a Recalculation Command.  At all relevant times,

8   Amado has been the sole owner of all rights, title and interest in and to the `615

9   Patent, a copy which is attached to this Complaint as Exhibit 1.

10     10.   During the early and mid-1990s, Amado also conceived additional

11  software concepts involving the application of analysis rules to data stored in a

12  relational database. Amado filed a patent application covering this work on

13  August 5, 1993.  On July 16, 1996 the USPTO duly and legally issued U.S.

14  Patent No. 5,537,590 ("the `590 Patent"), entitled Apparatus for Applying

15  Analysis Rules to Data Sets in a Relational Database to Generate a Database of

16  Diagnostic Records Linked to the Data Sets.  At all relevant times, Amado has

17  been the sole owner of all rights, title and interest in and to the `590 Patent, a

18  copy of which is attached to this Complaint as Exhibit 2.

19     11.   On March 8, 1995, while the `590 Patent Application was still

20  pending, Amado filed a co-pending Continuation-in-Part Application.  On

21  December 23, 1997, the USPTO duly and legally issued U.S. Patent No.

22  5,701,400 ("the `400 Patent") entitled Method and Apparatus for Applying If-

23  Then-Else Rules to Data Sets in a Relational Database and Generating from the

24  Results of Application of Said Rules a Database of Diagnostics Linked to Said

25  Data Sets to Aid Executive Analysis of Financial Data.   A copy of the `400

26  Patent is attached to this Complaint as Exhibit 3.

27     12.   To the extent required, Amado has complied with the marking

28  obligations of 35 U.S.C. § 287 as to the `615, `590 and `400 Patents.

# FIRST CAUSE OF ACTION

## PATENT INFRINGEMENT

### (35 U.S.C. § 271)

13.   Amado realleges and incorporates by this reference, each and every allegation set forth in Paragraphs 1 through 12 above.

14.   The following versions of Microsoft Access (the "infringing versions of Access") include a spreadsheet-database integration feature the use of which infringes the `615 patent:  Access 95, Access 97, Access 2000 and Access 2002.

15.   On information and belief, Microsoft has used the spreadsheet-database integration feature of the infringing versions of Access together with spreadsheet software, including at least Microsoft Excel and Lotus 1-2-3.

16.   On information and belief, Microsoft encourages its customers and consumers to use and intends that its customers and consumers do use various features of the infringing versions of Access.  Such encouragement can be found in the help screens included in the programs, and in user guides and other materials provided to customers or consumers by or for Microsoft.

17.   Such encouragement includes encouragement to use the infringing spreadsheet-database integration feature found in Microsoft Access, including but not limited to use with Microsoft Excel and Lotus 1-2-3.

18.   Microsoft's activities in view of its knowledge of the `615 Patent constitute infringement and inducement of infringement of claims 1, 7, 8, 9, 10, 11, 12, 13, 17, 18, 19, 20 and 21 of the `615 patent under 35 U.S.C. § 271.  As a result of Microsoft's activities, Amado has been and will continue to be injured, and is entitled to recover damages for such injuries pursuant to 35 U.S.C. § 284 in an amount to be determined at trial.

19.   Unless enjoined by this Court, Microsoft will continue to infringe and actively induce infringement of the `615 Patent and Amado will continue to

1    suffer irreparable harm for which there is no adequate remedy at law.

2    Accordingly, Amado is entitled to preliminary and/or permanent injunctive

3    relief against such infringement pursuant to 35 U.S.C. § 283.

4        20.   On information and belief, Microsoft has been aware of the `615

5    patent since at least as early as 1995; and on information and belief, Microsoft

6    was aware that the subject matter of the `615 patent was the subject of a patent

7    application since before that patent issued. Microsoft's infringement and

8    inducement of infringement of the `615 Patent has been and continues to be

9    deliberate and willful, thereby rendering this an exceptional case pursuant to 35

10   U.S.C. §§ 284 and 285.

11                    **SECOND CAUSE OF ACTION**

12                    **PATENT INFRINGEMENT**

13                    **(35 U.S.C. § 271)**

14       21.   Amado realleges and incorporates by this reference, each and

15   every allegation set forth in Paragraphs 1 through 20 above.

16       22.   Version(s) of Microsoft Operations Manager, including at least

17   Microsoft Operations Manager 2000, contain features the use of which infringe

18   the `590 Patent. These features include without limitation the ability to set up

19   alerts based on events and on other alerts, and to set up diagnostic statements

20   associated with such alerts.

21       23.   On information and belief, Microsoft has used the features of

22   Microsoft Operations Manager described in Paragraph 22 in an infringing

23   manner.

24       24.   On information and belief, Microsoft encourages its customers and

25   consumers to use and intends that its customers and consumers do use various

26   features of Microsoft Operations Manager. Such encouragement can be found

27   in the help screens included in the programs, and in user guides and other

28   materials provided to customers or consumers by or for Microsoft.

25.     Such encouragement includes encouragement to use in an infringing manner at least the features of Microsoft Operations Manager described in Paragraph 22.

26.     Microsoft's activities in view of its knowledge of the `615 Patent constitute infringement and inducement of infringement of claims 1, 2, 3, 4, 6, 7 and 8 of the `590 patent under 35 U.S.C. § 271.  As a result of Microsoft's activities, Amado has been and will continue to be injured, and is entitled to recover damages for such injuries pursuant to 35 U.S.C. § 284 in an amount to be determined at trial.

27.     Unless enjoined by this Court, Microsoft will continue to infringe and actively induce infringement of the `590 Patent and Amado will continue to suffer irreparable harm for which there is no adequate remedy at law. Accordingly, Amado is entitled to preliminary and/or permanent injunctive relief against such infringement pursuant to 35 U.S.C. § 283.

28.     On information and belief, Microsoft has been aware of the `590 Patent since at least late 1996.  Microsoft's infringement and inducement of infringement of the `590 Patent has been and continues to be deliberate and willful, thereby rendering this an exceptional case pursuant to 35 U.S.C. §§ 284 and 285.

## THIRD CAUSE OF ACTION
## PATENT INFRINGEMENT
### (35 U.S.C. § 271)

29.     Amado realleges and incorporates by this reference, each and every allegation set forth in Paragraphs 1 through 28 above.

30.     Version(s) of Microsoft Operations Manager, including at least Microsoft Operations Manager 2000, contain features the use of which infringe the `400 Patent.  These features include without limitation the ability to set up

1    alerts based on other alerts, and to set up diagnostic statements associated with

2    such alerts.

3         31.    On information and belief, Microsoft has used the features of

4    Microsoft Operations Manager described in Paragraph 30 in an infringing

5    manager.

6         32.    On information and belief, Microsoft encourages its customers and

7    consumers to use and intends that its customers and consumers do use various

8    features of Microsoft Operations Manager.  Such encouragement can be found

9    in the help screens included in the programs, and in user guides and other

10    materials provided to customers or consumers by or for Microsoft.

11         33.    Such encouragement includes encouragement to use in an

12    infringing manner at least the features of Microsoft Operations Manager

13    described in Paragraph 30.

14         34.    Microsoft's activities in view of its knowledge of the `615 Patent

15    constitute infringement and inducement of infringement of claims 1, 2, 3 and 12

16    of the `400 patent under 35 U.S.C. § 271.  As a result of Microsoft's activities,

17    Amado has been and will continue to be injured, and is entitled to recover

18    damages for such injuries pursuant to 35 U.S.C. § 284 in an amount to be

19    determined at trial.

20         35.    Unless enjoined by this Court, Microsoft will continue to infringe

21    and actively induce infringement of the `400 Patent and Amado will continue to

22    suffer irreparable harm for which there is no adequate remedy at law.

23    Accordingly, Amado is entitled to preliminary and/or permanent injunctive

24    relief against such infringement pursuant to 35 U.S.C. § 283.

25         36.    On information and belief, Microsoft has been aware of the `400

26    Patent and Microsoft's infringement and inducement of infringement of the

27    `400 Patent has been and continues to be deliberate and willful, thereby

28    rendering this an exceptional case pursuant to 35 U.S.C. §§ 284 and 285.

1    **WHEREFORE, PLAINTIFF AMADO REQUESTS ENTRY OF**

2    **JUDGMENT IN HIS FAVOR AND AGAINST DEFENDANT**

3    **MICROSOFT AND PRAYS FOR THE FOLLOWING RELIEF:**

4        A.    A declaration that the `615 Patent, the `590 Patent and the `400

5    Patent are valid and enforceable and that Microsoft has infringed and induced

6    infringement of one or more claims of the `615 Patent, one or more claims of

7    the `590 Patent, and one or more claims of the `400 Patent;

8        B.    A preliminary and/or permanent injunction, pursuant to 35 U.SC.

9    § 283, preventing Microsoft and its officers, agents, servants, employees and

10   attorneys, and all persons acting in active concert or participation with them,

11   from further infringing, contributing to and/or inducing the infringement of the

12   `615 Patent, the `590 Patent and the `400 Patent;

13       C.    An award of damages to Amado in an amount adequate to

14   compensate him for Microsoft's infringement, together with interest and costs

15   in accordance with 35 U.S.C. § 284;

16       D.    That all damages awarded to Amado be trebled by virtue of the

17   deliberate and willful nature of Microsoft's infringement in accordance with 35

18   U.S.C. § 284;

19       E.    An award to Amado of his costs of suit as well as reasonable

20   attorneys' fees pursuant to 35 U.S.C. § 285; and

21       F.    Such other and further relief as the Court may deem just and

22   appropriate.

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

1    Dated:  March 7, 2003

2        VINCENT J. BELUSKO
         CHARLES S. BARQUIST
3        A. MAX OLSON
         HECTOR G. GALLEGOS
4        SCOTT C. MOORE
         MORRISON & FOERSTER LLP
5

6        By: _____
7            Vincent J. Belusko
             Attorneys for Plaintiff
8            CARLOS ARMANDO AMADO

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  VINCENT J. BELUSKO (BAR NO. 100282)
   CHARLES S. BARQUIST (BAR NO. 133785)
2  A. MAX OLSON (BAR NO. 155510)
   HECTOR G. GALLEGOS (BAR NO. 175137)
3  SCOTT C. MOORE (BAR NO. 203181)
   MORRISON & FOERSTER LLP
4  555 West Fifth Street
   Suite 3500
5  Los Angeles, California 90013-1024
   Telephone: (213) 892-5200
6
   Attorneys for Plaintiff
7  CARLOS ARMANDO AMADO

8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10                         SOUTHERN DIVISION
11

12  CARLOS ARMANDO AMADO,              No.

13                  Plaintiff,

14       v.                           DEMAND FOR JURY TRIAL

15  MICROSOFT CORPORATION, a
    Washington corporation,
16
                    Defendant.
17

18

19

20

21

22

23

24

25

26

27

28

1        Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure and Rule

2    38-1 of the Local Rules of the United States District Court for the Central

3    District of California, Plaintiff Amado demands a trial by jury of this action.

4        Dated:  March 7, 2003

5                                 VINCENT J. BELUSKO

6                                 CHARLES S. BARQUIST
                             A. MAX OLSON

7                                 HECTOR G. GALLEGOS
                             SCOTT C. MOORE

8                                 MORRISON & FOERSTER LLP

9

10   By: _____
          Vincent J. Belusko

11             Attorneys for Plaintiff
          CARLOS ARMANDO AMADO

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



US005293615A

# United States Patent [19]

## Amada

[11] Patent Number: 5,293,615

[45] Date of Patent: Mar. 8, 1994

[54] **POINT AND SHOOT INTERFACE FOR LINKING DATABASE RECORDS TO SPREADSHEETS WHEREBY DATA OF A RECORD IS AUTOMATICALLY REFORMATTED AND LOADED UPON ISSUANCE OF A RECALCULATION COMMAND**

[76] Inventor: Carlos A. Amada, 4 Ave. 20-38 Zona 14, Guatemala, Guatemala

[21] Appl. No.: 614,907

[22] Filed: Nov. 16, 1990

[51] Int. Cl.⁵ .................................................. G06F 15/40
[52] U.S. Cl. .............................. 395/600; 395/800;
395/700; 395/161; 395/157; 395/118; 364/401;
364/974; 364/943.1; 364/918; 364/DIG. 2;
364/282.1; 364/225
[58] Field of Search .......... 364/419, 222.81, 200,
364/900, 401, 419; 395/600, 800, 157, 161, 118,
700; 340/709

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,674,040 | 6/1987 | Barker et al. | 364/300 |
| 4,713,754 | 12/1987 | Agarwal et al. | 364/200 |
| 4,868,745 | 9/1989 | Patton et al. | 364/200 |
| 5,079,695 | 1/1992 | Dysart et al. | 395/700 |
| 5,097,408 | 3/1992 | Huber | 395/600 |
| 5,121,499 | 6/1992 | McCaskill et al. | 395/700 |
| 5,157,763 | 10/1992 | Peters et al. | 395/157 |
| 5,204,947 | 4/1993 | Bernstein et al. | 395/157 |

### OTHER PUBLICATIONS

Timeworks, "SwiftCalc St", 1982, pp. 9–10, 25–37, 74–80, 159.

*Primary Examiner*—Thomas C. Lee

*Assistant Examiner*—Paul Harrity
*Attorney, Agent, or Firm*—Falk, Vestal & Fish

[57] **ABSTRACT**

A spreadsheet program providing the combination of spreadsheet and database tools, and enabling users to develop an application environment that can use all resources in the spreadsheet storage area. The spreadsheet program comprises three storage areas: a spreadsheet data structure; a set of database files in a storage area, and a video display system. The spreadsheet data structure is divided into two sets of cells that can be operated through three different environments. The first environment contains the tools of a spreadsheet environment, and the first set of cells can be operated through the first environment. This is most appropriate for scratchpad uses. The second environment contains the tools of a spreadsheet environment and contains a special command that can define commands for the third environment. This is appropriate to develop formulas for an application, and the application's environment of operation. The second environment also contains the tools necessary to define special environments for the integrated operation of spreadsheet and database tools. Said integrated operation coordinates dynamic screen video operations of the information in the spreadsheet and database storage areas. The second set of cells (for the development and use of an application) can be operated through the second or third environments. Several environments for the integrated operation of spreadsheet and database tools can exist in this invention. The software enables users to develop and use full database applications such as integrated accounting packages, within spreadsheet environments.

21 Claims, 24 Drawing Sheets



Exhibit 1
Page 12

## Figure 1



42  Disk storage area

41  RAM storage area                    43  Environment

## Figure 2



45  Scratch section (scratchpad section)

46  Gen_prog section (general programmable section)

44  Spreadsheet          47  Database files          48  Video system
    storage area             storage area                storage area
    (spread_sa)              (db_sa)                     (video_sa)

Exhibit 1
Page 13

Figure 3



Figure 4



Exhibit 1
Page 14

U.S. Patent          Mar. 8, 1994          Sheet 3 of 24          5,293,615

**Figure 5**

44  Spreadsheet storage area
    (spread_sa)

46  General programmable
    section (gen_prog section)



50
Columnar programmable range (col_prog range)

**Figure 6**

44  Spreadsheet storage area
    (spread_sa)

50          50



45
Scratch
section

50
Columnar programmable
range (col_prog range)

46  General
programmable section
(gen_prog section)

Exhibit 1
Page 15

Figure 7



44  Spreadsheet storage area (spread_sa)

50

56

Cell's ranges

56

56

56

45  Scratch section

46  General programmable section (gen_prog section)

Figure 8



50

47  Database files storage area (db_sa)

46

45

44  Spreadsheet storage area (spread_sa)

52

53

Exhibit 1
Page 16



Figure 9

Spreadsheet storage area (spread_sa)
44

50

57

58

50

48
Video system storage area (video_sa)

47
Database files storage area (db_sa)

53   52

Figure 10



45      46

47 db_sa

48 video_sa

44  Spreadsheet storage area (spread_sa)

59
Scratch environment

60
Layout environment

61
Application environment

Exhibit 1
Page 17



Figure 11

Gen_prog section

45  46  47  48  44

59  60  61

Layout environment

Application environment



Figure 12

45  46  47  48  44

50
Col_prog range

61

59  60

Layout environment

62  Col_prog environment

Exhibit 1
Page 18

**Figure 13**



**Figure 14**



Exhibit 1
Page 19

**Figure 15**



Exhibit 1
Page 20

Case 8:03-cv-00242-DOC-AN   Document 1   Filed 03/07/03   Page 21 of 268   Page ID #:1708



Figure 16A

Exhibit 1
Page 21

## Figure 16B



Exhibit 1
Page 22

## Figure 17



Exhibit 1
Page 23

# Figure 18



Exhibit 1
Page 24

U.S. Patent          Mar. 8, 1994          Sheet 13 of 24          5,293,615

# Figure 19



Exhibit 1
Page **25**



**Figure 20**

Assigned_Case_Dbf[N_case]
:= File_Name

N_Case:=
(N_Case + 1) mod (Max_N_Case + 1)

File_Name=' '

no

**Figure 21**

Section=Scratch

YES

Section:=Gen_Prog

NO

Section:=Scratch

Exhibit 1
Page 26



Figure 22

Enviroment=LAYOUT

YES    Enviroment:=APPLICATION

NO    Enviroment:=LAYOUT

Figure 23

Window = TRUE

YES    Window :=
       FALSE

NO    Window :=
      TRUE

Exhibit 1
Page 27

U.S. Patent        Mar. 8, 1994        Sheet 16 of 24        5,293,615

**Figure 24**



Exhibit 1
Page 2 8



**Figure 25**

U.S. Patent

Mar. 8, 1994

Sheet 17 of 24

5,293,615

Exhibit 1
Page 29

U.S. Patent

Mar. 8, 1994

Sheet 18 of 24

5,293,615

**Figure 26**



Exhibit 1
Page 30

**Figure 27**



Exhibit 1
Page 31



U.S. Patent          Mar. 8, 1994          Sheet 20 of 24          5,293,615



Figure 28

Exhibit 1
Page 32

Case 8:03-cv-00242-DOC-AN   Document 1   Filed 03/07/03   Page 33 of 268   Page ID #:1720

**Figure 29**



$$N\_Case := (N\_Case + 1)$$
$$mod(Max\_N\_Case)$$

$$Active\_Case\_Dbf :=$$
$$Assigned\_Case[N\_Case]$$

**Figure 32**

Execute
Spreadsheet_Enviroment

Exhibit 1
Page *33*

Case 8:03-cv-00242-DOC-AN   Document 1   Filed 03/07/03   Page 34 of 268   Page ID #:1721

**Figure 30**



Exhibit 1
Page 34

## Figure 31



Exhibit 1
Page 35

U.S. Patent          Mar. 8, 1994          Sheet 24 of 24          5,293,615

## Figure 33



Exhibit 1
Page 36

5,293,615

1

POINT AND SHOOT INTERFACE FOR LINKING
DATABASE RECORDS TO SPREADSHEETS
WHEREBY DATA OF A RECORD IS
AUTOMATICALLY·REFORMATTED AND
LOADED UPON ISSUANCE OF A
RECALCULATION COMMAND

BACKGROUND OF THE INVENTION

The invention relates to the field of enhancements for
spreadsheet software instruments. More specifically the
invention relates to an improved environment and data
interface for spreadsheet and database instruments.

Heretofore three kinds of instruments had been in-
volved with a similar idea·as that dealt with in the in-
vention: multitasking environments (A), database sys-
tems (B) and database tools for spreadsheet instruments
(C).

A. Referring to MULTITASKING ENVIRON-
MENTS, the DESKVIEW TM multitasking environ-
ment, by Quarterdeck Office Systems, and the MI-
CROSOFT WINDOWS TM graphical user interface
and multitasking environment, by Microsoft Corpora-
tion, allow applications such as spreadsheets and data-
base programs to transfer information from one to an-
other by data exchange services. But this communica-
tion between processes is slow and limited to informa-
tion displayed in the video screen.

B. Referring to relational DATABASE SYSTEMS,
some of these let the user build entry tables that are
similar in appearance to spreadsheet tables. The FOX-
BASE+ TM and the FOXPRO TM programmable
database file managers, by Fox Software Inc., call them
browse tables. There are also other systems, such as the
ADVANCED REVELATION TM programmable
database file manager, by Revelation Technologies Inc.,
that let the user write small programs to perform field
calculations that involve formulas and numerical opera-
tions. The LOTUS/DBMS TM spreadsheet/database
integrative program, by Lotus Development Corpora-
tion, is one such relational database systems. A publica-
tion in the LOTUS TM industry-specific magazine, by
Lotus Development Corporation, April 1988, page 5,
says that the LOTUS/DBMS TM spreadsheet/database
integrative program, by Lotus Development Corpora-
tion, "will share a common menu structure and pro-
gramming capability with Lotus Development's forth-
coming graphical spreadsheet" (referring to the
LOTUS 1-2-3/G TM spreadsheet program, by Lotus
Development Corporation). "This means, for example,
that (the user) will be able to move data between the
database and the spreadsheet without reformatting or
converting." "[Besides] An add-in product will allow
you to use LOTUS 1-2-3 TM Releases 2 and 3 with the
LOTUS/DBMS TM server. This will enable users, of
Microsoft's DOS 3.0 TM · operating system and
OS/2 TM operating system to share information, using
the familiar LOTUS 1-2-3 TM interface."

However, browse tables of relational database sys-
tems are not spreadsheet tables. In a browse table the
user may define a formula and place its computed re-
sults in a field that is added to all the records. Thus, the
same formula is repeatedly applied to all records. Ex-
cept for the ADVANCED REVELATION TM pro-
grammable database file manager, by Revelation Tech-
nologies Inc., the formula's arguments may only be

2

fields of the same record that holds the result of the
calculation.

Most relational database instruments provide proce-
dural languages for the development of applications.
These languages allow the user to perform calculations
with diverse structures, and write the results back to
fields located anywhere in the records. But the combi-
nation of the procedural language and the data interface
for indexed files causes the programming and interpre-
tation of calculations to be cumbersome.

The LOTUS/DBMS TM spreadsheet/database inte-
grative program, by Lotus Development Corporation,
is an example of a standalone relational database instru-
ment that operates as described above. Compatibility
with the LOTUS 1-2-3 TM spreadsheet program, by
Lotus Development Corporation, is limited to menu
structure and programming language. The LO-
TUS/DBMS spreadsheet/database integrative pro-
gram, by Lotus Development Corporation, has offered
an add-in product that allows the use of LOTUS 1-2-3
RELEASE 2.0 TM and LOTUS 1-2-3 RELEASE
3.0 TM with the LOTUS/DBMS TM spreadsheet/data-
base integrative program, by Lotus Development Cor-
poration. But it is very probable that this new product
operates like all database add-ins for the LOTUS 1-2-
3 TM spreadsheet program, by Lotus Development
Corporation. Database add-ins are very similar to the
@BASE TM spreadsheet add-in for database manage-
ment, by Personics Corporation, a database tool for a
spreadsheet program described in the following section.

C. The ideas used by DATABASE TOOLS FOR
SPREADSHEET PROGRAMS are the most similar
prior-art references to the invention.

The @BASE TM spreadsheet add-in for database
management, by Personics Corporation, may be consid-
ered the pioneer among the LOTUS 1-2-3 TM add-in
product family. It has kept a leadership position in the
market and a series of enhanced versions have updated
its capabilities.

The @BASE TM spreadsheet add-in for database
management is a database add-in for the LOTUS 1-2-
3 TM spreadsheet program that mimics most commands
in the DBASE III TM database file manager, by Ashton
Tate Corporation. The manufacturer refers to it as "a
full-feature relational database add-in for LOTUS 1-2-
3 TM." Personics advertises the product with the slo-
gan: "@BASE TM turns LOTUS 1-2-3 TM into a pow-
erful front-end for database applications."

In the @BASE TM spreadsheet add-in for database
management it is possible to set up dynamic links that
import updated information from·the DBASE III TM
database file manager records every time a worksheet is
recalculated. Records can be entered or examined ei-
ther in a form view, where each record occupies a sepa-
rate screen, or in the usual one-record-to-a-line format.

Besides the indexing feature, the @BASE TM spread-
sheet add-in for database management's OPTION
PAC TM , by Personics Corporation, can perform file
join operations to create relational databases and oper-
ating computed fields. Also it may sort a database with-
out rearranging the records on the disk, and automati-
cally keeps files in the correct sorting order during
record entry or updating.

The @BASE TM spreadsheet add-in for database
management comprises two sets of elements in its oper-
ational structure: a functional replicate of the DBASE
III TM database file manager's set of commands, and a
set of @functions for read and write operations.

Exhibit 1
Page 37

5,293,615

3

Any DBASE III ™ -compatible command may be issued from within the LOTUS 1-2-3 ™ spreadsheet program, by Lotus Development Corporation. But the @BASE ™ spreadsheet add-in for database management and the LOTUS 1-2-3 ™ spreadsheet program have completely independent video screens and communication links between files and data. Thus, operating the @BASE ™ spreadsheet add-in for database management's independent compatible format files is functionally equivalent to suspending execution of the LOTUS 1-2-3 ™ spreadsheet program, and activating the DBASE III ™ database file manager. The user may go back to the LOTUS 1-2-3 ™ spreadsheet program when finished using the DBASE III ™ tools. This clears the video overlay of the add-in application, and allows the user to return to the LOTUS 1-2-3 ™'s previous condition.

A set of @functions allow the user to read and write the contents of single fields in database files and single cells in the LOTUS 1-2-3 ™ spreadsheet environment. These functions perform like standard screen input and output operations in the DBASE III ™ database file manager. Yet database and spreadsheet instruments operate independently from one another.

With the invention, the user can generate coordinated video operations, to look and operate simultaneously at a combination of the spreadsheet and the database files contents. This is not possible in the @BASE ™ spreadsheet add-in for database management.

By means of the invention, the user needs only design the structure and contents of database files and spreadsheet formulas. The screen simultaneously displays actual spreadsheet information and a dynamic database browse view. Yet, the program performs all read and write functions automatically, so the user is unaware of them. Thus, it is not necessary for the user to distinguish between the database and the spreadsheet data.

In the @BASE ™ spreadsheet add-in for database management, the user has to program each individual read and write operation to and from the database files. These operations and functions may be directly written in data cells or as the LOTUS 1-2-3 ™ spreadsheet program's macro commands. Yet an average programmer would consider this an extensive and complicated programming task. The execution of these operations would be significantly slow, due to the large number of commands and to a sub-optimal execution schedule for read and write operations.

The ORACLE DATABASE ADD-IN FOR 1-2-3 ™ spreadsheet add-in for database management, by Oracle Systems Corp., is a product whose basic concept is similar to the @BASE ™ spreadsheet add-in for database management. However, this product also allows the user to type SQL statements directly into the worksheet. These statements can be stored in LOTUS 1-2-3 ™ worksheet cells as LOTUS 1-2-3 ™ @functions. Function @SQL(range) executes the SQL statement in "range." These SQL statements may operate directly with database tables.

However, video operations in the environments of LOTUS 1-2-3 ™ and the ORACLE DATABASE ADD-IN FOR 1-2-3 ™ spreadsheet add-in are totally isolated, as in the @BASE ™ spreadsheet add-in for database management. With the invention, the user can generate coordinated video operations, to look and operate simultaneously at a combination of the spreadsheet and the database files contents, as was described before.

4

SQL statements accelerate programming for the operation of database files, but they cannot control those read and write operations that effect information transfer between spreadsheet and database instruments. Users of the ORACLE DATABASE ADD-IN FOR 1-2-3 ™ spreadsheet add-in would have to do extensive programming automatic read/write operations in the invention. Therefore, the same limitations described for the @BASE ™ spreadsheet add-in for database management, by Personics Corporation, apply to this product.

The INFORMIX DATASHEET ADD-IN ™ spreadsheet add-in for database management, by Informix Software Inc., develops essentially the same idea and data procedures as the @BASE ™ spreadsheet add-in for database management, by Personics Corporation, but is based in a different database file format. It uses "query by example" techniques. There are other important implementations of database add-in spreadsheet tools, such as @DB123 ™ , which are not described here. These present similar characteristics and limitations as those products described here.

As mentioned in preceding paragraphs, the invention presents a spreadsheet environment optimally suited for the integrated operation of database files. Such an environment cannot be developed using an add-in product such as any of those described here. This type of product is designed with a different orientation. It provides the user expanded spreadsheet operations, by adding @functions and superimposing alternative menus and video structures in particular modes of the spreadsheet environment. These capabilities in an existent spreadsheet product do not suffice for the implementation of the invention.

Recent spreadsheet programs, like the MICROSOFT EXCEL ™ spreadsheet program, by Microsoft Corporation, the SUPERCALC ™ spreadsheet program, by Computer Associates International Inc., and the LOTUS 1-2-3 release 2.2 ™ and the LOTUS 1-2-3 release 3.1 ™ spreadsheet programs, by Lotus Development Corporation, also contain database features. As an example of their characteristics, four products will be discussed here: the QUATTRO PRO ™ spreadsheet program, by Borland International, the VP-PLANNER PLUS ™ spreadsheet program, by Paperback Software International, the LOTUS SYMPHONY ™ integrated spreadsheet/database manager/word processing program, by Lotus Development Corporation, and the UNIPLEX SPREADSHEET ™ program by Uniplex Information Systems.

The QUATTRO PRO ™ spreadsheet program, by Borland International, is a spreadsheet program that implements database instruments similar to those described in the previous add-in database instruments. The same limitations described for the @BASE ™ spreadsheet add-in for database management, by Personics Corporation, apply to this product. Also, this product does not allow the user to write information directly to a database file. Besides, the user may read data from a database file, but needs to convert it to a spreadsheet format to operate on it.

The VP-PLANNER PLUS ™ spreadsheet program, by Paperback Software International, is a spreadsheet program that implements the read, write, query and sort operations of the previous database instruments. This product also implements a multidimensional database option, which lets the user create a database with up to five fields. By choosing two of these fields to

Exhibit 1
Page 38

5,293,615

| 5 | 6 |

act as vertical and horizontal coordinates, the user can view a crosstab table automatically. However, this multidimensional database file is really a spreadsheet data storage file of a fixed format. Thus, the same limitations described for the @BASE ™ spreadsheet add-in for database management, by Personics Corporation, apply to this product.

The LOTUS SYMPHONY ™ integrated spreadsheet/database manager/word processing program, by Lotus Development Corporation, integrates spreadsheet, database and word processing environments. Yet this product stores database information in spreadsheet cells. So, the nature of its query, sort and other database operations is very similar to operations in LOTUS 1-2-3 ™ and other spreadsheet programs. The same limitations described for the @BASE ™ spreadsheet add-in for database management, by Personics Corporation, apply to this product.

The UNIPLEX SPREADSHEET ™ program by Uniplex Information Systems, is a spreadsheet program based in the UNIX ™ operating system, by AT&T. It supports "embedded calls to the database using SQL," according to the commercial documentation. The UNIPLEX SPREADSHEET ™ program by Uniplex Information Systems, is part of the UNIPLEX ADVANCED OFFICE SYSTEM ™ also by Uniplex Information Systems, integrating several application programs. However, all these products can only exchange information through a compatible format for file storage. Like most integrated software systems, the UNIPLEX SPREADSHEET ™ program only allows video integration of independent modules through the window capability of the base operating systems. The same limitations described for the @BASE ™ spreadsheet add-in for database management, by Personics Corporation, and for multitasking environments such as the DESKVIEW ™ multitasking environment, by Quarterdeck Office Systems, and the MICROSOFT WINDOWS ™ graphical user interface and multitasking environment, by Microsoft Corporation, apply to this product.

Two particular products also merit mention as relevant prior-art references to the invention: (D) the REFLEX PLUS ™ spreadsheet analysis tool, by Borland International, and (D) the RONSTADT'S FINANCIALS ™ financial forecasting system, by Lord Publishing Inc.

D. The REFLEX PLUS ™ spreadsheet analysis tool, by Borland International, is a database program that adds special features for the analysis of information. The user may define several ways of displaying the data, or database "views."

For example, one possible "view," called table-mode, can mimic some operations in a spreadsheet program. This corresponds to the "browse" mode in other database programs. It allows the user to examine all the database information as in a spreadsheet table.

Table-mode operations act only on the structure and contents of a single flat database file. In table-mode, any formula is evaluated on all records of the underlying database. This is functionally equivalent to the operation of computed fields in other database programs. The user interface for the development, modification and recalculation of formulas in table-mode imitates some characteristics of spreadsheet programs.

The REFLEX PLUS ™ spreadsheet analysis tool is a flat database program with a powerful customized interface for data analysis. Yet its functionality is still

limited to that of a database program, which naturally lacks the flexibility of spreadsheet operations. Thus the restrictions mentioned for relational databases apply to this program as well.

E. The RONSTADT'S FINANCIALS ™ financial forecasting system, by Lord Publishing Inc., is a software tool for developing financial models (by Lord Publishing, Inc.; One Apple Hill, Natick, Mass. 01760; 508-651-9955).

The visual operation and the user interface of the RONSTADT'S FINANCIALS ™ financial forecasting system are similar to the operation of the invention's database interface. Also, the RONSTADT'S FINANCIALS ™ financial forecasting system allows the definition of formulas as in a spreadsheet, but the user is restricted to write them in a single column. This instrument is not a spreadsheet program.

Formula evaluation in the RONSTADT'S FINANCIALS ™ financial forecasting system parallels a Copy command in a spreadsheet, executed over the entire worksheet. The user of the RONSTADT'S FINANCIALS ™ financial forecasting system loads a column of formulas and an entire set of database records into memory. The screen displays records as a columns of data. Then the column of formulas operates repeatedly on successive data columns.

As indicated before the RONSTADT'S FINANCIALS ™ financial forecasting system is not a spreadsheet program. Therefore, it lacks the flexibility and efficiency of the spreadsheet operations that the invention allows. It is restricted to the columnar evaluation of formulas.

The RONSTADT'S FINANCIALS ™ financial forecasting system does not allow the operation of external database files, because it operates exclusively on the database file that is loaded completely into memory. The invention, on the other hand, operates directly with database files' contents.

The RONSTADT'S FINANCIALS ™ financial forecasting system was designed exclusively for the calculation of financial projections. Therefore, it is limited to working with data columns that represent single periods in time. The invention, being an enhancement to a spreadsheet instrument, does not have this restriction, since it can be used to develop all kinds of applications.

F. SPREADSHEET COMPILERS also merit mention as relevant prior-art references. Two examples of these are the BALER ™ spreadsheet compiler, by Baler Software Corporation, and the KING JAGUAR ™ spreadsheet compiler, by Sheng Laboratories Inc.

These instruments allow the user to compile or convert a worksheet into a closed (unmodifiable) application. The worksheet may be developed with any spreadsheet program, such as the LOTUS 1-2-3 ™ spreadsheet program. The result is a standalone program that uses context-sensitive help screens, data validation, special macros, and pull-down menus. These instruments do not allow the modification of formulas after compilation, nor the creation of new formulas. Therefore, the finished application loses the flexibility of the spreadsheet.

The invention allows the user all the features mentioned above WITHIN an active modifiable spreadsheet. The invention enables the user to continue to work with the spreadsheet, modify formulas and screens, and do additional transformations on the data.

Exhibit 1
Page 39

5,293,615

7                                                          8

Also, all existing spreadsheet compilers do not contain the capability to access external database files.

The cited PRIOR-ART references are important because the invention provides the benefits of integrating their main characteristics. Like database add-ins, the invention is a spreadsheet enhancement. Yet, it is the only spreadsheet enhancement that implements options for full environment definition and automatic read and write operations between database and spreadsheet structures. The RONSTADT'S FINANCIALS ™ financial forecasting system, by Lord Publishing Inc., and the REFLEX PLUS ™ spreadsheet analysis tool, by Borland International, store their information in database structures similarly to the invention. Also, the RONSTADT'S FINANCIALS ™ financial forecasting system allows formula operation on database structures. Yet, the invention integrates these concepts in spreadsheet instruments. Spreadsheet compilers implement options for full environment definition, but the invention does so while keeping the interactive nature of a full spreadsheet environment.

Thus, as stated before, the invention allows users to interactively develop new environments to program and use finished applications, and to use database files for the storage of information operated in the spreadsheet program. Prior art references do not implement interactive creation of spreadsheet environments.

Accordingly, the following paragraphs describe several objects and advantages of the invention.

The invention expands the power of spreadsheet programs without placing any limitations on their basic operations. All applications developed for spreadsheet environments are a primary subject of the invention. Of particular interest are applications whose data structures benefit from the added support of database files.

The invention integrates the operation of spreadsheet and database instruments in an environment that provides an "automatic" collaborative scheme. It allows the coordination of video screens, data storage, spreadsheet operations and database features. The combination does not confuse the user by presenting a multitude of options. This gives more flexibility and power to the spreadsheet than all 3-D and "@BASE-like" schemes used in other products.

The invention enables the user to develop spreadsheet application environments. This will enable users to develop small, practical and modifiable applications for tasks such as the analysis of financial and accounting statements and market reports. Finished applications may provide specific database features. Also, they may have data validation capabilities, context-sensitive help texts and distinctive screen displays.

The invention's synergistic approach allows users to develop spreadsheet applications traditionally executed with database instruments, such as integrated accounting packages and inventory analysis.

By using the invention, users can develop small, practical and modifiable applications for the analysis of financial and accounting statements, market demand, and other business problems. These types of applications will benefit from the invention, because they require relational database storage and access techniques, and complex analytical computations.

For example, a simple financial model can be developed by using only one col—prog window and one flat database file. In this application, each record in the database file corresponds to one period. Also, all formulas are developed in the col—prog window. The imple-

mentation of a large-scale financial model may use separate database files to store credit information, accounting data, market demand analysis, etc. It would take approximately three man-years to implement this model with prior-art tools. In the invention's environment, the development of the model takes between three and six months.

Therefore, the invention represents cost reductions in the development of many types of large and complicated data-analysis applications. The resulting applications are as flexible as spreadsheet programs, and modifiable by the user.

Another example is inventory planning. The invention enables the user to design an application containing past history of sales, inventory levels, prices and other criteria for each product and/or product group. The user may easily classify products according to their sales/inventory level indexes. The application allows the user to prepare sales forecasts and recommend new orders for each product and/or product group. This is accomplished by one or more associated database files. Each file may contain, among other data, information regarding individual products, product groups, demand forecasts, and future orders for manufacturing and/or raw materials.

Another example is a fully integrated accounting system. The invention allows the creation of such a system in a spreadsheet-database environment. The scratchpad section allows the user the additional opportunity of performing spreadsheet operations on data generated by reports. This information is stored in a relational structure of database files associated to several col—prog windows.

Database files being used by the invention may contain special operational codes. These codes can control the operation of specific database fields or spreadsheet cells. In a particular example, operational codes allow the results of a financial application to be calculated and expressed in different currencies. This may be done without changing the formulas in the spreadsheet environment. Thus, operational codes expand the power and flexibility of the invention's programmability.

The invention has the functionality of the combination of a spreadsheet compiler and a spreadsheet program. A user can develop applications in a spreadsheet format. Then the user may define tools for the application (menu options, help screens, data validation routines, etc.) that enable other users to operate the application.

The invention overcomes weaknesses that proved the downfall of spreadsheet prepackaged applications. These applications for spreadsheet programs, or "templates," reached their sales peak before the arrival of the LOTUS 1-2-3 ™ spreadsheet program. According to some experts, their popularity wanned gradually due to their failure to make the spreadsheet program easier to use. (See chapter 3 of: Entrepreneurial Finance—Taking Control of Your Financial Decision Making, by Dr. Robert Ronstadt; Lord Publishing, Natick, Mass., 1988. Also see: Mark Chussil, "Computer-Based Planning: A PC Survival Guide," The Journal of Business Strategy, January/February, 1988, pp. 38–42.)

Users of the invention are able to interactively modify an application developed using the invention. The user who developed it can limit the number and quality of the modifications available to other users. Thus, any other user can build new routines for any application, that conform to specific needs. These routines involve

Exhibit 1
Page 40

5,293,615

9

adding formulas that cannot damage the primitive application.

The invention can operate as the software equivalent of a hardware parallel processor for several Turing machines. Additionally, some tools of the invention can make it operate more efficiently than a the parallel Turing machine. Any computation or recognition problem for which there is a known informal algorithm can be handled by a Turing machine. Therefore, the invention can handle and solve all sorts of programming problems.

Templates developed for spreadsheet programs do not execute as efficiently as other programming means currently available. However, spreadsheet programming is now popular due to the interactive nature of its operation. Also, at a medium range of time, faster mass-memory devices will be available. Then, multidimensional database structures coupled with spreadsheet program tools will make the invention more attractive. Execution of applications programmed with the invention will be more efficient.

This combination of concepts is an important ramification of the long-term application of the invention. During the next ten years, a large portion of software development and research will focus on the creation of tools for power-easy programming and the easy use of applications. Hardware storage devices will change. Database files will probably be stored in dynamic memory, bubble memory and other hardware structures. This will result in faster data operations.

The storage and processing of the three elements of the invention (database structures, spreadsheet structures and video system structures) will be important in terms of their relative structures or topologies. The invention may represent a future direction for research. The user will have more power to develop and operate data structures. Also, the user will be able to control the corresponding three levels of the development process for products, tools and applications.

Further objects and advantages of the invention will become apparent in the consideration of the drawings and ensuing description.

SUMMARY OF THE INVENTION

An enhanced spreadsheet program (a) providing a novel synergistic approach to the combination of spreadsheet and database tools, and (b) enabling users to develop an application environment that can use all resources in the spreadsheet storage area.

The following paragraphs refer to the structure of the invention.

The enhanced spreadsheet program comprises three storage areas:
a spreadsheet data structure,
a set of database files in a storage area, and
a video display system.

The spreadsheet data structure is divided into two sets of cells that can be operated through three different environments.

The first environment contains the tools of a spreadsheet environment, and the first set of cells can be operated through the first environment. This is most appropriate for scratchpad uses.

The second environment contains the tools of a spreadsheet environment, and contains a special command that can define commands for the third environment. This is appropriate to develop formulas for an

10

application, and the application's environment of operation.

The second environment also contains the tools necessary to define special environments for the integrated operation of spreadsheet and database tools. Said integrated operation coordinates dynamic screen video operations of the information in the spreadsheet and database storage areas.

The second set of cells (for the development and use of an application) can be operated through the second or third environments.

The following paragraphs refer to the first enhancement, a novel synergistic approach to the combination of spreadsheet and database tools.

A novel aspect according to the teachings of the invention is the provision of a browse view in the spreadsheet which shows the contents of a number of different records in the active database file. The spreadsheet has a portion thereof which has previously been defined as a "col__prog" range. Cells in this range can receive numbers, text, formulas or any other type of data that may be stored in database record fields. These cells in the col__prog range can be defined as "temporary" or "permanent" by the user at any time. Temporary cells are cells that are designed to receive data updates from database records. Permanent cells are cells that are "write protected" in the sense that when a database record is written into the col__prog range, the contents of the col__prog range permanent cells are not changed. Whatever field from the database record that would have gone into a permanent cell is not used.

When contents of a database record are written into the col__prog range, this database record is then called "active record". The fields of a database record which are designated to be written into the col__prog range are defined in the "col__prog window". This is a set of instructions that defines which spreadsheet cells are part of the col__prog range, identifies the name of the database file whose information will be written into the col__prog range, and defines which fields of the database record exchange data with which fields of the col__prog range.

After the contents of a database record have been written into the col__prog range, the conventional recalculation function key may be pressed and all the formulas in the spreadsheet including the formulas in the col__prog range will be recalculated. The formulas in any cell may reference any other cell in the spreadsheet, i.e., read data or the results of formulas from any other cell. Data in the database may thus be brought into a spreadsheet one record at a time and may be operated upon mathematically by whatever formulas are programmed into the cells anywhere on the spreadsheet which reference the cells in the col__prog range.

The "browse view" aspect of the invention allows a screenful of database records to be displayed. The particular record which is "active", i.e., its contents are currently stored in the col__prog range, is designed in some visual fashion on the display such as by reverse video, a different color, a different color cursor underlining the column, etc. A cursor, which the user can move among all the displayed records, designates a "current" record. When the user desires to load the contents of the "current" database record into the col__ prog range, he or she presses the recalculation function key. This writes the contents of the current database record into the col__prog range according to the instructions in the col__prog window. The current con-

Exhibit 1
Page 41

5,293,615

| 11 | 12 |

tents of the col_prog range are written back into the database record from which the original data entered into the col_prog range cells at the last recalculation event. In other words, upon each recalculation, the current contents of the col_prog range are used to update the database records from which they originated, and a new database record is loaded into the col_prog range and is mathematically operated upon by the formulas in the spreadsheet.

For time-based database records, the above process is one step in the overall process. Time-based processing works as follows. Assume that the report being developed is a collection report to be run monthly linked to a database on the spreadsheet where monthly database records exist, one field of which is the cash collections for that month. Assume also that one line of the report is total collections year-to-date: To process this report, the cash collections for the current month need to be added to the running total. To do this a "col_prev range" is defined in addition to the col_prog range. In the preferred embodiment, the program assumes that the database records have been sorted or entered such that records for adjacent periods of time are stored sequentially. In this example, assume that the first database record is January collections, the second record was February collections and the third record was March collections. To process the February record, it would be loaded into the col_prog range and, the January record would be loaded into the col_prev range. A formula programmed in a cell of the col_prog range would then add February collections to the year-to-date collections cell contents in the col_prev range (January). When the March record was to be processed, the cursor would be placed on the March record and the recalculation function key would be pressed. This would cause the contents of the col_prog range to be written to the February database record and then the col_prog range and the col_prev range would be loaded. Col_prog is loaded with the contents of the March record and col_prev is loaded with the now updated contents of the February database record, and the spreadsheet is recalculated. This causes the contents of the March database record for March collections to be added to the year-to-date collections data stored in the col_prev range.

The "browse view" is a scrolling display and can be used to show all the database records by scrolling through them with the arrow or cursor control keys. When the cursor is moved to the extreme right side of the display, for example, more database records are brought in. Old records for which there is insufficient room scroll off the screen to the left. Database records shown in the browse view may be sorted in different ways, indexed or selected from all database records in a file.

To summarize this scheme of operation, it can be said that the screen simultaneously displays actual spreadsheet information and a dynamic database browse view. Read and write functions are performed automatically and are transparent to the user. The user does not need to differentiate when he is working with the database files or the spreadsheet data.

The foregoing description of the communication between database and spreadsheet data corresponds to one environment for the integrated operation of spreadsheet database tools. Several such environments can exist in this invention. The operation of these environments can be coordinated to operate database files in the manner of a relational database system. Thus, said software invention enables users to develop and use full database applications such as integrated accounting packages, within spreadsheet environments.

The following paragraphs refer to the second enhancement, the development of an application environment that can use all resources in the spreadsheet storage area.

There are at least three novel aspects to the teachings of the invention regarding provision of a facility whereby a user can develop new applications using the spreadsheet format. An "application" means a spreadsheet or collection of related spreadsheets or portions of the same spreadsheet which are programmed with formulas. These formulas are designed to perform calculations for a particular job such as calculating and displaying an income statement or balance sheet for a particular business enterprise.

The invention allows the creation of many different tools for the development of new applications using the spreadsheet format. Hence, the three novel aspects described here are only particular examples of the invention's capabilities.

The first novel aspect is the provision of layout tools by which the user can write his or her own help screens that explain various screens of an application that user has developed. This is called "context sensitive help". For example, assume that the user is developing an income statement report in the range of cells U-5 and Z-200, and assume that the user feels that the particular method by which the user is calculating profits needs to be explained. At any time while the user is entering text, formulas or numbers to the various cells in the report, the user may invoke the help option. The user is then presented with effectively a blank screen which has associated with it a set of basic word processing commands, e.g. a set of commands very similar to the word processing commands of Wordstar ™ 3.3. The user may then enter whatever text is necessary to explain any methodology, approach, purpose, function, formula or whatever of the application screen from which the layout-help option was invoked. Alternatively, after a set of reports have been programmed in various ranges of a spreadsheet, the user may write help screens for these reports (or for each screen of the report if the report takes up more than one screen) after they are all done. This is done by invoking the layout-help option and specifying the particular range, i.e., report screen, to which the help screen pertains.

The second novel aspect is the provision to the user in a spreadsheet environment of a set of layout commands by which the user may program his or her own menus and the "look" of the screen. By these commands, the user can design a set of custom menus and make them appear as menu options anywhere on a screen of his or her design. For example, the user may specify the text of each menu option, whether it appears in the center of the screen in a window, along the top horizontally or down the side vertically etc., the color of the menu box and whether the screen has a border etc. For example, the user may wish to develop a series of portions of the spreadsheet which contain a series of related financial reports regarding the health of a business. Such a series of reports might include an income statement, a balance sheet, a statement of changes in financial position, a sales forecast, a sales by product line and territory, an inventory report and various manufacturing reports. Each of these reports can be contained in a specific

Exhibit 1
Page 42

range of the spreadsheet and can be assigned to a menu option on a main menu defined by the user using the layout commands. When the user selects a particular report menu option, the portion of the spreadsheet containing that report is brought to the screen for use. The user who designed the formulas contained in the various cells also has the option of "closing" some or all of the formulas so that subsequent users cannot modify them. The subsequent uses may go back and forth from the various reports and the main menu by pushing the escape key.

A third novel aspect of the invention pertains to "data validation" tools. Although it is known in data base programs to define certain fields as text, numeric, logical, date etc., this concept is unknown in spreadsheets as far as the applicants are aware. Data validation tools are invoked from the layout menu in the layout environment. The user then selects a range by entering the upper left and lower right corners of the range or by pointing to the range corners with a cursor. Then the user presses "enter" and the range is accepted. Upon acceptance, a default set of data validation options for the range appear. The user may then select one of the options such as "text" or "numeric" subsequent users may not enter types of data in the cells so "validated" other than the type of data originally defined for that cell or range by the procedure described above.

## BRIEF DESCRIPTION OF DRAWINGS

FIG. 1 represents the symbols to be used throughout FIGS. 1 to 15: RAM storage area (41), disk storage area or other massive storage area for databases (42), and environment (43). An environment defines a set of commands and options available to the user for the operation of information, and displays that information in a particular way.

FIG. 2 represents the invention's structure. This is divided into three storage areas: video system storage area or video_sa (48), which contains the information that is displayed in the computer's video screen; database file storage area or db_sa (47), which contains information in regular database files; and spreadsheet storage area or spread_sa (44), containing information with the same data structures as prior-art spreadsheet programs.

FIG. 3 represents a set of definitions called col_prog window (49). This set of definitions may be created by the user. These definitions comprise: the col_prog range (50) and col_prev range (51), which are cells' ranges in the gen_prog section; the associated case_db files (54) and active case_db file (52), which are regular database files, and other elements. The case_db files are contained in the db_sa (47). The col_prog range is related to a particular record in the case_db file; this is the active record (53). The video display shows the video_sa's (48) contents, that is, a browse view of the active case_db file, where the active record is substituted by the contents of the col_prog range. (The video_sa is the video displays's storage area.)

FIG. 4 shows the database files storage area (42). This contains the case_db files (54). One of these files may be the active case_db file (52) containing, among other case_db records, the active record (53).

FIG. 5 represents a cell range in the gen_prog section (46), called col_prog range (50). Information of the active record (not shown) can be loaded into the col_prog range.

FIG. 6 shows that formulas in one section of the spreadsheet (45 or 46) may reference formulas or data in any other section. Referenced formulas or data may or may not be displayed in a particular col_prog window. The entire contents of the scratch section (45) and the gen_prog section (46), including the information displayed in the col_prog windows, are sections of a single spreadsheet. Simple cell formulas connect the data, as in any ordinary spreadsheet.

FIG. 7 shows that all cells in the gen_prog section (46) can be linked by formulas. The contents of the col_prog range (50) may thus determine the contents of cells' ranges (56) located anywhere within the gen_prog section. The contents of these cells' ranges can be shown in screens defined for the application environment.

FIG. 8 shows that the col_prog range (50) transfers information to and from the active case_db file (52), by reading and writing the information contained in the active record (53).

FIG. 9 shows that the video storage area (48) contains the screen's information, shown by the video system. It shows a browse view of the active case_db file (52), where the active record (53) is substituted by the contents of the col_prog range (50). The current record (57) is the case_db record where the screen cursor (58) is positioned. The direction of the arrows indicates the flow of information: the col_prog range (50) reads information from the active record (53). The video_sa (48) receives information from the active case_db file (52) and the col_prog range (50).

FIG. 10 shows that, while operating in the scratch section (45), control of program execution is in the scratch environment (59).

FIG. 11 shows that, while operating in the gen_prog section (46), control of program execution may be in the layout (60) or the application environment (61). The application environment's commands are defined by a special command in the layout environment.

FIG. 12 shows that the active col_prog window allows the simultaneous access and operation of information of the active case_db file (47) and the col_prog range (50) in the gen_prog section (46). At this point, control of the program's execution is transferred to the col_prog environment (62). The col_prog environment inherits all characteristics from the environment in which it is activated. In the example of the figure, the col_prog environment was activated from the layout environment (60) and generates the video display (48) as defined.

FIG. 13 is similar to FIG. 12. But in the example of this Figure, the col_prog environment was activated from the application environment (61).

FIG. 14 shows that the invention can be extended to operate with relational databases. Several col_prog windows can be activated simultaneously in a single spreadsheet application. The col_prog range (50) in each col_prog window accesses its corresponding active case_db file (52) and associated case_db files (54). Through these operations, and through the coordination of a central program, the col_prog windows and the case_db files can compose a relational database system.

FIG. 15 shows that a col_prog range (50) can transfer information (63) to and from different records in the assigned case_db file (52).

FIGS. 16A and 16B show the main procedure for the operation of the preferred embodiment. This considers

5,293,615

15

the invention's operation in the scratch, layout and application environments and col_prog environment. The following steps are executed: All elements necessary to the operation of the invention are defined (initiate). If the Quit_key is pressed, the program terminates, else, it waits for a keypress. According to the key pressed, the program selects a section or does a different action. If section <> Gen_Prog, Scratch_Environment is executed. If the Environment_Key is pressed, an environment is selected. If the Window_Key is pressed, the col_prog environment and the col_prog window are activated or deactivated. If the col_prog window is deactivated, the Parent_Environment is executed. Finally, if the col_prog window is activated, according to the key pressed, the invention may execute any of the following processes: process_video, process_formula_edit, process_mark_record, process calc, full_recalc, change_case, field_input, or execute_parent_environment.

FIG. 17 shows an abbreviated rendering of procedure Main. Same description as in FIG. 16, but the whole operation of the col_prog_environment is abbreviated in the last process box (col_prog environment operation).

FIG. 18 shows a flowchart of procedure initiate, or the setup of initial conditions. This represents the necessary sequence of operations and commands issued by the user to demonstrate the concepts of the invention relevant to the patent application. The following steps are executed: A section and environment are selected (by default, the gen_prog section in the layout environment). Case_db files are created. The col_prog window is defined. Data cells and permanent cells are defined. Spreadsheet formulas are defined.

FIG. 19 shows a flowchart of procedure Define_Col_Prog_Window. This procedure represents the operation where a user defines a col_prog window. The following steps are executed: The col_prog window is named and thus, identified. The following definitions are enacted: col_prog range, time_based (TRUE or FALSE), col_prev range (if time_based=TRUE), assigned case_db files, the identifiers for each assigned case_db file and the identifier for the active case_db file (which, in turn, is activated), the active record's identifier.

FIG. 20 shows a flowchart of procedure Assign_Case_Dbf. In this procedure, the user assigns Case_Db files to the col_prog window. Each time this procedure is executed, the next case_db file in sequence (according to their identifiers) is selected. The use of 'mod' in the second statement guarantees that after the first case_db file will again be selected after the last case_db file in sequence.

FIG. 21 shows a flowchart of procedure Select_Section. This procedure controls the switching operation between the SCRATCH section and the GEN_PROG section.

FIG. 22 shows a flowchart of procedure Select_Environment. This procedure controls the selection of the active environment in the Gen_Prog section; that is, the switching operation between the LAYOUT environment and the APPLICATION environment.

FIG. 23 shows a flowchart of procedure Select_Window. By this procedure, it is possible to activate (window:=TRUE) or deactivate (window:=FALSE) a Col_Prog window.

FIG. 24 shows a flowchart of procedure Process_Video. This procedure operates and modifies the video

16

display after any cursor key is pressed. Two previous conditions are taken into consideration: the key pressed (any cursor key activates this procedure), and the previous state of the video screen display. All case_db records are shown in a browse view, except for the active record, in whose place the col_prog range is shown. Data indicators, cursors and video indicators are shown as required.

FIG. 25 shows a flowchart of procedure Process_Formula_Edit. This procedure accepts a formula edit operation in the col_prog range. The following steps are executed: If environment is LAYOUT, then formula_edit is accepted and results are marked for storage in the ANS file. Else, formula_edit is accepted and results are marked for storage in the CAP file, only if current cell is data cell. Else, formula_edit is rejected.

FIG. 26 shows a flowchart of procedure Process_Mark_Record. This procedure marks a record as PR (protected), SP (spreadsheet) or DB (database). It acts as a switch between those three values.

FIG. 27 shows a flowchart of procedure Calc, executing a simple recalc operation. This flowchart shows a simplified case, where Mark_Record and Need_Rec_Calc flags are not considered. The following steps are executed: If the current record is also the active record, then a spreadsheet calc is executed and the process ends. Else, a spreadsheet calc is executed if needed, then the col_prog range's contents are written to the active record, the current record's contents are read into the col_prog range. The current record is then identified as the active record and, if application is time_based, the previous_record is also loaded into the col_prev range. Finally, a spreadsheet calc is executed.

FIG. 28 shows a flowchart of procedure Full_Recalc. This executes a full recalculation. The flowchart shows a simplified case. The following steps are executed: If application is not time_based, then this process doesn't execute any operations. Else, cursor is positioned at first record (that is, the first record is made the current record). The next record with Mark_Record=SP and Need_Rec_Calc=TRUE is found (if not found, Process Full_Recalc terminates here). Procedure Calc is executed. Cursor is advanced one record and procedure Calc is executed again until Mark_Record for Current_Record <> SP. If current_record is not last_record, the next record with Mark_Record=SP and Need_Rec_Calc=TRUE is found and the process starts again from that record.

FIG. 29 shows a flowchart of procedure Change_Case. This procedure changes the active case_db file to the next one in sequence.

FIG. 30 shows a flowchart of procedure Field_Input. This procedure accepts user-activated data input into selected spreadsheet cells and selected fields in the active case_db file. The following steps are executed: If operating in the APPLICATION environment (that is, environment <> LAYOUT) and there is no screen cursor, then field_input is rejected. Else, keyboard input is accepted and written in the col_prog range if the current_record is also the active record. Then, keyboard input is written in the current_record's field. Set Need_Rec_Calc is set to TRUE for current_record. Finally, if the current_record is also the previous_record, keyboard input is also written in the previous record.

FIG. 31 shows a flowchart of procedure Execute_Parent_Environment. This procedure executes user-activated commands in the parent environment.

Exhibit 1
Page 44

5,293,615

17

18

The following steps are executed: When operating in the LAYOUT environment, the APPLICATION environment is defined when the LAYOUT key is pressed. For any other key pressed, the LAYOUT environment acts like the SCRATCH environment. Finally, when operating in the APPLICATION environment, Execute_Application_Environment must execute. This is not shown in more detail since it must be defined by the user through the LAYOUT command.

FIG. 32 shows a flowchart of procedure Execute_S-cratch_Environment. This procedure executes user-activated commands in the scratch environment. The SCRATCH environment operates like a prior-art spreadsheet environment.

FIG. 33 shows a flowchart of the procedure through which the program reads the contents of the active case_db file and generates a browse view of its contents, through the following steps:

a) Specifying the col_prog range in the spread_sa.
b) Selecting the active case_db file.
c) Reading selected contents from the current record in the active case_db file.
d) Generating the video display showing the actual contents of the col_prog range, and a browse view of the contents of all other case_db records.
e) Whenever a spreadsheet calculation is issued during the operation of the col_prog environment, reading selected contents from the current record in the active case_db file.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

A list of all parts identified by reference numerals in FIGS. 1 to 15 follows:

41. RAM storage area
42. Disk storage area (or other massive storage area)
43. Environment
44. Spread_sa (spreadsheet storage area)
45. Scratch section (scratchpad section)
46. Gen_prog section (general programmable section)
47. Database files storage area (db_sa)
48. Video system storage area (video_sa)
49. Col_prog window (columnar programmable window)
50. Col_prog range (columnar programmable range)
51. Col_prog range
52. Active case_db file
53. Active record
54. Assigned case_db file
55. Video window
56. Cell's range
57. Current record
58. Screen's cursor
59. Scratch environment
60. Layout environment
61. Application environment
62. Col_prog environment
63. Read and write operations

Referring to FIG. 2, the invention's entire program storage area is divided into three storage areas:

The video system storage area (48) contains the information that is displayed in the computer's video screen. Prior-art references generally locate the video system storage area in reserved locations in the computer system's main memory; this set of reserved locations is usually called display memory.

The database file storage area (47) contains information in regular database files. Prior-art references generally locate the database file storage area in any large-scale memory component, usually, a computer hard disk.

The spreadsheet storage area (44) contains information with the same data structures as an ordinary spreadsheet program. Prior-art references generally locate the spreadsheet storage area in the computer system's main memory.

### VIDEO SYSTEM STORAGE AREA

In this document, the video system storage area will be abbreviated video_sa.

The computer's video screen displays the information contained in the video_sa. In most computer systems, the screen displays the modified video_sa's contents only an instant after they are actually modified.

Referring to FIG. 9, the video_sa (48) contains selected information from the spread_sa (50) and the db_sa (47). The original way in which this information is selected and displayed distinguishes this invention from all prior-art references. This will be shown in the description and operation of the invention.

### DATABASE FILES STORAGE AREA

In this document, the database files storage area will be abbreviated db_sa.

Referring to FIG. 4, the db_sa contains information in regular database records and files. These files are called case_db files (52 and 54). Their individual records are called case_db records.

As shown in FIGS. 3 and 9, the invention refers to the integration of the video_sa (55), db_sa (47) and spread_sa (44). This is managed by operating the information in case_db files (52 and 54) one record at a time. For example, a single operation may involve reading only one case_db record (53) into a specified range in the spread_sa (50). Another operation may involve writing back information into one case_db record.

These operations take place between a specified spread_sa range (50) and a case_db record (53). A case_db record is a set of fields that store numeric or text-based information. Also, the record may contain date or time fields. Alternatively, a record field may store a formula that is interpreted as a spreadsheet formula, when the field is read into a spreadsheet cell.

In the preferred implementation, each case_db record comprises a set of fields of the same size (for example, 8 bytes long). Numeric information is stored in integer or floating point format, with the maximum available precision according to the field's size. Character-based information is stored in text format. Formulas are stored in a different special format.

Also, the preferred embodiment implementation allows the definition of database files that are not case_db files. These database files are called desc_db files. A desc_db file contains textual descriptions of the case_db records' contents for a particular case_db file. Each record of a desc_db file describes one field of a typical case_db record. So, the number of records in a desc_db file equals the number of fields in the case_db record. If the user wishes to view these descriptions, they are processed through the video_sa and shown in the video display.

Exhibit 1
Page 45

5,293,615

| 19 | 20 |

## SPREADSHEET STORAGE AREA

Throughout this document, the spreadsheet storage area will be abbreviated spread_sa. In the spread_sa, information is organized exactly as in an ordinary spreadsheet program.

Referring to FIGS. 2 and 3, the spread_sa is divided into two integrated physical sections or sets of cells:

(a) the scratchpad -non-programmable- section (45), and

(b) the general programmable section (46).

The names of these sections are abbreviated as scratch section and gen_prog section, respectively.

Referring to FIG. 10, the scratchpad section (45) is a range of cells in the spreadsheet structure. It has its own set of tools and commands to let the user do ordinary spreadsheet operations (59).

Referring to FIG. 11, the general programmable section (46) is also a range of cells in the spreadsheet structure with its own set of tools and commands (60). In addition to allowing ordinary spreadsheet operations, it lets the user communicate with database files (47), and develop and use new tools and commands (61).

While working in the spread_sa, the user may select the scratch section or the gen_prog section by pressing the section key. This key changes the section where the user is operating to the alternative section. The switching operation is similar to the operation of the WINDOW Function Key (F6 key) in the LOTUS 1-2-3 ™ spreadsheet program and in other similar spreadsheet programs.

In reference to FIGS. 10 to 13, the user may interact with each section in the spread_sa (44) through any of three environments (59, 60 and 61). Each environment defines a set of commands and options available to the user for the operation of spread_sa information. Also, each environment displays the information in the spread_sa in a particular way.

As shown in FIG. 10, one of the environments, the scratch environment (59), handles the information stored in the scratch section (45). When the user is located in the scratch section, the program automatically makes available the scratch environment. It executes like an ordinary spreadsheet.

Referring to FIG. 11, the program operates on the information in the gen_prog section in two different ways, depending on one of two environments selected with the environment key: the layout environment (60) and the application environment (61). The layout environment may be used to develop the application environment.

Throughout the description of the invention, user is any person who uses the invention in any of the three available environments. This person becomes a programmer when using the layout environment to develop an application.

A more detailed definition of these two environments is necessary to describe the invention:

### The Layout Environment

This is an enhanced spreadsheet environment that uses a special command set (called the layout command set). The programmer may use this command set to define the tools available to the user for the operation of the application environment. Also, this environment lets the programmer define the elements that allow the simultaneous access and operation of information in case_db files and the gen_prog section.

### The Application Environment

This environment comprises the tools that have been defined in the layout environment with the layout command. In the preferred embodiment, these are the only tools and operations that the user will be able to use in the application environment.

As shown in FIGS. 12 and 13, an additional environment (62) operates in the gen_prog section. It is defined in the following paragraphs.

### Col_prog windows, ranges and environments

In the layout environment, the user may create sets of definitions related to the operation on the data in the gen_prog section and the case_db files. Referring to FIG. 3, each one of these sets of definitions will be called a columnar programmable window (49), abbreviated col_prog window. Each col_prog window is identified by a distinct name, and contains the following definitions:

a) The location of a specific range of cells within the gen_prog section; this range of cells is called col_prog range (50).

b) Whether the database records are chained-dependent (as in a time_based application).

c) If the database records are chained-dependent, the location of another specific range of cells within the gen_prog section; this range of cells is called col_prev range (51).

d) The names and directories for all database files whose data will be accessed; these files are called assigned case_db files (54).

e) The identifier of the assigned case_db file that will be linked to the gen_prog section; this file is called active case_db file (55).

f) The identifier of that record in the active case_db file that will be loaded into the col_prog range; this record is called active record (53).

Col_prog ranges, time_based applications, col_prev ranges, associate case_db files and active case_db files will be described later in this document.

The user presses a special key, called window key, to activate a col_prog window. Through this operation, the col_prog window becomes the active col_prog window. An active col_prog window allows the simultaneous access and operation on information from the active case_db file and the col_prog and col_prev ranges contained in its definition. To do this it activates the col_prog environment.

Referring to FIGS. 12 and 13, the col_prog environment inherits all characteristics from the environment in which it is activated (60 or 61). In this context, this environment acts as a parent environment, because it passes on its properties to the col_prog environment. Also, as a parent environment, it allows the col_prog environment to add its own significant characteristics.

The col_prog environment controls and coordinates the display of spreadsheet contents and data from the active case_db file.

Referring again to FIG. 3, a col_prog range (50) is a range of spreadsheet cells that will hold the information in one record of the active case_db file (52). This record is called the active record (53). In the best mode implementation, the col_prog range is a range of adjacent cells located in a single spreadsheet column. In alternative implementations, the col_prog range may be an ordered set of disjoint spreadsheet cells.

Exhibit 1
Page 46

5,293,615

21

22

As shown in FIG. 14, more than one col_prog window may be defined in the invention. However, in the best mode implementation, col_prog windows and col_prog ranges are in a strict one-to-one relationship. That is, there is one col_prog range for each col_prog window, and there is one col_prog window for each col_prog range.

The col_prog environment has several important characteristics. It controls the operation of the elements defined in the col_prog windows. Also, it inherits all the characteristics and basic commands from the parent environment. It adds commands and operations for the access and operation on information in the case_db files and the gen_prog section. Finally, the col_prog environment adds commands for generating the video display of that information, i.e., modifying the contents of the video_sa.

This invention's originality and power are based in the particular operation of the col_prog environment.

All elements described in this summary suffice to be used as a dictionary of the terms involved in the claims of this patent application. However, the following elements and considerations are also important to the operation of this invention.

As shown in FIGS. 6 and 7, a formula in a spread_sa cell may reference any other cell in the spread_sa. Referenced cells may be located in the scratch section or the gen_prog section. They may or may not be displayed in a col_prog window. The possibility of formulas that cross-reference the scratch section (45) and the gen_prog section (46), is due to the fact that both sections effectively compose a single spreadsheet.

Gen_prog cells are part of the gen_prog section, regardless of whether they are in a col_prog range (50). They may be accessed and operated as ordinary spreadsheet cells, when working in the gen_prog section. This implies that the programmer may access a col_prog range cell in the layout environment, without activating the col_prog window. Also, col_prog range cells may store formulas that reference other cells or cell ranges in the gen_prog section and the scratch section.

The preferred embodiment allows the programmer to configure the invention otherwise: access to the col_prog range's cells may be effected only from within a col_prog window.

Although all gen_prog cells are outcome cells initially, the user may define some of gen_prog cells as data cells. This cell type definition is transferred to the application environment.

Outcome cells are mainly related to the design of the application in the gen_prog section. The programmer must define the formulas in these cells in the layout environment. The user in the application environment cannot modify these cells' contents.

Data cells accept data input from the user in the application environment. Data input can be texts, numbers or formulas.

The user may specify the contents of the col_prog range cells as "temporary" or "permanent." Permanent cells are not modified when the program loads a database record into the col_prog range, because it does not load record fields into col_prog range permanent cells. The program only loads those fields that will be placed in temporary cells.

All outcome cells in the col_prog range must be permanent cells. All data cells in the col_prog range are initially set up as temporary cells, but the user may specify them as permanent cells.

The main spreadsheet file stores all texts, numbers or formulas defined in outcome cells. This file is identified by the suffix ANS, for ans_file ("analysis-spreadsheet-file"). All texts, numbers or formulas defined in permanent data cells are stored in a separate file, identified by the suffix CAP, for cap_file ("hat file").

According to the cell identification described in the preceding paragraphs, the ans_file contains the formulas that define the application developed in the layout environment. It also enables the program to store, in a cap_file, information that a particular user wishes to protect from other users of the same application. This scheme to store each type of information in a different file provides maximum protection to the programmer and to each individual user.

As described previously, if a permanent data cell contains a formula, it is stored in a cap_file. In the preferred embodiment implementation, the file-save command also stores the current results of evaluating this formula in the ans_file, together with the outcome cells' contents. This ensures the integrity of the information contained in the ans_file.

In special applications described as "time-based," a col_prog range works closely with a related idea: the col_prev range. As seen in FIG. 3, in the best mode implementation, the col_prev range (51) is a single column of adjacent spreadsheet cells, located immediately to the left of the col_prog range (50).

A time-based or record-chained application is an application whose data is contained in ordered records. An ordered record depends on the record previous to it. In these applications, the records compose a chained structure with dependency relationships, so they are called chained-dependent records. Chained-dependent records are mostly used for time-based applications. Yet, the idea should be envisioned in a broader applicability context.

One example of a time-based application is a financial model. In this type of model, the sales level may change for a particular period. This causes a variation in the financial statements corresponding to that period and subsequent periods.

Dependency between records is not the case in all applications. For example, in an inventory analysis model, each database record contains the information corresponding to a single product. Thus, a database record in this kind of model represents a completely independent object.

In all time-based applications, each col_prog range has an associated col_prev range. When a database record is loaded into the col_prog range, it becomes the active record. Then, the database record (previous record) located immediately before the active record is loaded into the col_prev range.

Formulas access values in the previous record, which have already been loaded into the spreadsheet. Thus, this idea enables the program to calculate formulas in the col_prog range much faster.

Only time-based applications employ a col_prev range. Therefore, a programmer should decide beforehand whether to process the application as time-based, and configure program settings accordingly.

All elements described in this description suffice to be used as a dictionary of the terms involved in the claims.

Referring to FIG. 9, under the control of the col_prog environment, the video display (48) shows an interactive database browse view of the active case_db file (52). This browse view is similar to those generated

Exhibit 1
Page 47

5,293,615

23

by the BROWSE command in prior-art database programs.

Yet, the invention's browse view has some specific differences. The invention's browse view displays all the records' contents that fit in the view window, except for those of the active record (53). Instead of the information contents of the active record, the video displays those of the col__prog range (50). The screen displays the contents of the col__prog range cells. In the special case of formula-containing cells, by default the screen displays the results of formula operations, as is usual in ordinary spreadsheet programs

The operations of the col__prog environment involve memory elements called dynamic links. Dynamic links are storage elements that contain the actual value of the identifiers of the active case__db records that are being accessed by the spread__sa. They coordinate the operation of the case__db files and the col__prog window. There are two distinct dynamic links, depending on the case__db record to which they point:
1) the identifier for the current record, and
2) the identifier for the active record.

Referring to FIG. 33, the program reads the contents of the active case__db file and generates a browse view of its contents, through the following steps:
a) Specifying the col__prog range in the spread__sa, where the contents of individual records from the active case__db file may be read.
b) Selecting the active case__db file.
c) Reading selected contents from the current record in the active case__db file. By this operation, the current record becomes the active__record.
d) Generating the video display showing the actual contents of the col__prog range, and simultaneously showing a browse view of the actual contents of all case__db records different than the active record. Notice, that the video display may show the col__prog range contents interpreting texts as texts, numbers as numbers, and formulas as the results of evaluating said formulas. This is the default mode of operation in prior-art spreadsheet programs.
e) Whenever a spreadsheet calculation is issued during the operation of the col__prog environment, reading selected contents from the current record in the active case__db file, where the current record is chosen by the screen cursor's position.

While this operation is performed, the condition of the current record's dynamic link is determined by the screen cursor's movements and position. The actual value of the current record's dynamic link determines which case__db record is the current record. Thus, the current record is selected according to the condition of the current record's dynamic link.

When the contents from the current record the case__db file are loaded to the col__prog range (step 'c' above), the active record's dynamic link is changed to the contents of the current record's dynamic link. Thus, the active record's dynamic link can identify again the record loaded from the active case__db file (that is, it remembers which record is the active record).

This invention's originality and power are based in the operation of the col__prog environment. The way it controls the operation of the video system storage area is particularly important.

Referring to FIGS. 3 and 12, the col__prog environment (62) has several important characteristics. It con-

24

trols the operation of the elements defined in the col__prog windows (49). Also, it inherits all the characteristics and basic commands from the parent environment (60 and 61). It adds commands and operations for the access and operation of information in the case__db files (52 and 54) and the gen__prog section (46). Finally, the col__prog environment adds commands for generating the video display of that information, i.e., modifying the contents of the video__sa (47).

Referring to FIG. 9, under the control of the col__prog environment, the video display shows—i.e., the video__sa (47) stores—an interactive database browse view of the active case__db file (52)). This browse view is similar to any one generated by the BROWSE command, in prior-art references such as the FOXBASE+ ™ and the FOXPRO ™ programmable database file managers, by Fox Software Inc., the DBASE II ™ and the DBASE III ™ database file managers, by Ashton Tate Corporation, and others. The cursor key and data input operations involved are similar to those used by these programs.

Yet, the invention's browse view has some specific differences. The invention's browse view displays all the records' contents that fit in the view window, except for those of the active record (53). In the screen, the information contents of the active record are substituted by those of the corresponding col__prog range (50). The screen displays the contents of the col__prog range cells. In the special case of formula-containing cells, by default the screen displays the results of formula operations.

The col__prog environment also implements operations that require a dynamic connection between the active case__db file and the col__prog range. Examples of these are the simple__calc and full__recalc operations.

As shown in FIG. 27, when a simple__calc operation is issued, the record identified by the screen cursor (current record) is loaded into the col__prog range. Thus, according to the definition, it immediately becomes the active record. Also, if the operation is time__based, the record before the active record (previous record) is loaded into the col__prev range.

FIG. 28 shows a simplified rendering of Procedure Full__Recalc. The full__recalc operation is more complicated. It is a structured sequence of simple__calc operations that involve memory elements called dynamic links. Dynamic links are storage elements that contain the actual value of the identifiers of the active case__db records that are being accessed by the spread__sa. They coordinate the operation of the case__db files and the col__prog window.

Two dynamic links have already been described in the operation of the invention's summary. Besides these, a third dynamic link is important to the operation of this invention. Hence, there are effectively three distinct dynamic links, depending on the record of the active case__db file to which they point:
1) the identifier for the current record,
2) the identifier for the active record, and
3) the identifier for the previous record.

The following sections will describe essential elements of this invention's operation in the same order in which they are presented in the algorithm (see Appendix A). FIGS. 16 and 17 present abbreviated flowcharts of this program's execution.
Environment Set-Up (procedure Initiate)

Exhibit 1
Page 48

5,293,615

25

Sections and Environments (procedures Select__Environment, Select__Window and Select__Section)
Basic Video Operations (procedure Process__Video)
Formula Editing (procedure Process__Formula__Edit)
Database Records Flags (procedure Process__Mark__Record)
Simple Recalculation (procedure Calc)
Full Recalculation (procedure Full__Recalc)
Active and Assigned Case__Db Files (procedure Change__Case)
Field Input (procedure Field__Input)
Execution of Parent and Scratch Environments (procedures Execute__Parent__Environment and Execute__Scratch__Environment)

Referring to FIGS. 16 and 17, all elements necessary to the operation of the invention are defined (initiate). If the Quit__key is pressed, the program terminates, else, it waits for a keypress. According to the key pressed, the program selects a section or does a different action. If section <> Gen__Prog, Scratch__Environment is executed. If the Environment__Key is pressed, an environment is selected. If the Window__Key is pressed, the col__prog environment and the col__prog window are activated or deactivated. If the col__prog window is deactivated, the Parent__Environment is executed.

Finally, if the col__prog window is activated, according to the key pressed, the invention may execute any of the following processes: process__video, process__formula__edit, process__mark__record, process calc, full__recalc, change__case, field__input, or execute__parent__environment. See Appendix A, part 2, and FIG. 18.

The environment will be set up with the specifications that are necessary to show the operation of essential elements. It is important to notice that the environment could be set up otherwise, for different purposes.

Referring to FIG. 18, this procedure may be abbreviated as follows: A section and environment are selected (by default, the gen__prog section in the layout environment). Case__db files are created. The col__prog window is defined. Data cells and permanent cells are defined. Spreadsheet formulas are defined.

Procedure Setup also comprises the definition of the Col__Prog Window, shown in FIG. 19. A summarized description of this procedure follows: The col__prog window is named and thus, identified. The following definitions are enacted: col__prog range, time__based (TRUE or FALSE), col__prev range (if time__based:=TRUE), assigned case__db files, the identifiers for each assigned case__db file and the identifier for the active case__db file (which, in turn, is activated), the active record's identifier.

A more detailed description of Procedure Setup is presented in the following paragraphs.

The operation of the invention may be described similarly in the layout or in the application environment. Therefore, for the sake of simplicity, this description will primarily consider the case of the layout environment. The differences in the application environment are not essential to understanding the invention's operation.

After the program begins to execute, the user selects the layout environment in the gen__prog section to define one or more col__prog windows. (This is represented by the statements "Init__section(GEN__PROG)" and "Init__environment(LAYOUT)" in procedure Initiate).

26

The user may create the necessary case__db files (statement "Create__Dbf"). Yet this is optional, because the user may create these files independently of this invention.

The user must define a col__prog window in the layout environment (statement "define col__prog window"). Although the invention contemplates the definition of several col__prog windows, this description requires only one col__prog window definition.

The definition of a col__prog window begins by naming it (statement "identify col__prog window"). The following items compose the named col__prog window:
a) The location of the col__prog range (statement "define col__prog range");
b) Whether the database records are chained-dependent (statement "time__based:=TRUE");
c) If the database records are chained-dependent, the location of the col__prev range (statement "if (time__based) then define col__prev range");
d) The names and directories for the assigned case__db files (statement "assign case__dbf");
e) The identifier of the assigned case__db file that will be the active case__db file (statement "active case__dbf:=assigned case__dbf[id__file]");
f) The identifier of the initial active record for the operation of the active case__db file (statement "define__id(active record)").

Each case__db file assigned to a col__prog window has an associated identifier. This identifier allows the program to select a case__db file for activation, without requiring the file's directory and name. Each identifier also allows the program to activate case__db files more efficiently than if they had not been previously assigned to the col__prog window.

The active case__db file is selected from the assigned case__db files by using the case__db file identifier. This is exactly how the SELECT command operates in prior art database programs. These programs allow only one file to be selected at a time. This matches the invention's restriction of allowing only one active case__db file at any time.

Each record in the active case__db file also has an associated identifier. This identifier allows the invention to select a case__db record to read from or write to it. Thus, record identifiers operate similarly to the assigned case__db file identifiers.

Three related entities, called dynamic links, are essential to the operation of the invention. Each dynamic link contains the actual value of the identifier corresponding, respectively, to the current record, the active record and the previous record. These dynamic links also have to be defined at this stage of program execution. Finally, to finish the environment set-up, the user defines data cells and formulas in the col__prog section, and permanent cells in the col__prog range (statements "define data cells", "define permanent cells" and "define formulas"). As mentioned previously, all cells in the gen__prog section are outcome cells, unless they are defined as data cells. Also, by default, data cells in the col__prog range are temporary cells, unless they are defined as permanent cells. Outcome cells in the col__prog range are already permanent cells, and the user may not modify their status.

The dimension of the col__prog range and the dimension of each record in the active case__db file may not be the same. The invention may handle this problem in several ways. The following paragraphs describe the

Exhibit 1
Page 49

5,293,615

29                                                    30

4. Use special indicators to display all col_prog range data cells and data fields in the col_prog window (in most prior-art references, data cells and data fields are represented in a different color).

5. Show the screen cursor only if any col_prog range data cells or data fields are visible in the screen. Show the column cursor if the screen cursor is not visible.

6. Display modified video indicators. Most important among these are: mark_record flags, need_rec_calc flags, active column indicator, need_spread-sheet_calc flag, available spreadsheet memory, other spreadsheet and database indicators.

## FORMULA EDITING

### Procedure Process_Formula_Edit

See Appendix A, part 9, and also see FIG. 25.

The user presses the formula_edit_key to modify a col_prog range formula in the cell where the cursor is.

Referring to FIG. 25, this procedure may be abbreviated as follows: If environment is LAYOUT, then formula_edit is accepted and results are marked for storage in the ANS file. Else, formula_edit is accepted and results are marked for storage in the CAP file, only if current cell is data cell. Else, formula_edit is rejected.

A more detailed description of Procedure Process_Formula_Edit is presented in the following paragraphs.

The application environment does not allow formula edition in outcome cells. This is possible only in the layout environment.

In the layout environment, if the cursor is on an outcome cell, the cell accepts the action of the formula_edit key. This executes the formula edit operation. The formula will be saved in the ans_file, the main spreadsheet file. This file also stores all texts, numbers or formulas defined in permanent outcome cells.

If the cursor is on a data cell, regardless of the environment, the formula_edit_key executes the formula edit operation. This operation is similar to formula edit operations in ordinary spreadsheet programs. If the data cell is a permanent cell, the formula will be saved in the cap_file. In the preferred embodiment implementation, the value resulting from the evaluation of that formula is also stored in the ans_file.

These protection modes allow the programmer and the user to get maximum benefit from the program's features. In the layout environment of the gen_prog section, the programmer can build an application by defining or editing formulas in the outcome cells. Then the programmer deliberately transforms the layout environment into the application environment, to let the user evaluate the formulas on the data. For example, in a financial model, the user may want to examine the consequences of changes in the firm's financial conditions. To do this, the user modifies all data cells in the application environment, even if they contain formulas.

### DATABASE RECORDS FLAGS

### Procedure Process_Mark_Record

See Appendix A, part 10, and also see FIG. 26.

The mark_record key controls a state variable (flag) associated to each record in a case_db file. This state variable is the mark_record flag. The mark_record flag variable controls whether a database record can be loaded into the col_prog range when required.

The mark_record key can switch the status of a record to any of three possible conditions:

SP (SPreadsheet),
DB (DataBase),
PR (PRotected).

SP allows a record to be loaded into the col_prog range, and to be modified.

DB does not allow a record to be loaded into the col_prog range, although it may be modified.

PR is the most restrictive status, because it does not allow the record to be modified or loaded into the col_prog range. When a record is in PR status, the scrolling of the screen is active but all record fields may not be modified. The screen cursor has access to these fields only if the mark_record key switches the record to a different status.

The user presses the mark_record key until the mark_record flat is set to DB to signal the contents of a record that are not going to be modified in the application environment. In a financial application, for example, a user prepares an extensive set of records that contain the financial history of the firm. The user does not want to modify these records while running the model. So, the user sets the mark_record flag OFF for every period (record) of historical data.

The operation of mark_record flags in simple and full recalculation (sections 5 and 6) and field input (section 7) will clarify the functions of this key.

### SIMPLE RECALCULATION

### Procedure Calc

See Appendix A, part 11, and also see FIG. 27.

Two kinds of recalculation are possible: simple recalculation (CALC or recalc, for short) and full recalculation. The calc_key activates simple recalculation (procedure calc).

FIG. 27 shows a simplified case, where Mark_Record and Need_Rec_Calc flags are not considered. In this figure, the sequence of steps followed are: If the current record is also the active record, then a spreadsheet calc is executed and the process ends. Else, a spreadsheet calc is executed if needed, then the col_prog range's contents are written to the active record, the current record's contents are read into the col_prog range. The current record is then identified as the active record and, if application is time_based, the previous_record is also loaded into the col_prev range. Finally, a spreadsheet calc is executed.

A more detailed description of Procedure Calc is presented in the following paragraphs.

When the user presses the calc_key, the program begins procedure calc. Procedure calc executes two basic operations:

a) a read operation of the current record to the col_prog range, if allowed by the current record's mark_record flag, and

b) a spreadsheet recalc.

For the first operation, the program identifies the current record as the record where the screen (column) cursor is. Then the current record is compared to the active record, which is the last record loaded into the col_prog range. (More properly said, its identifiers are compared. Record identifiers are numbers used to point and select specific records in the case_db file. If two records' identifiers are the same number, then these records are the same.)

Exhibit 1

Page 51

5,293,615

31

If the current record and the active record are the same (i.e., their identifiers are the same), the program only performs a spreadsheet recalc. A spreadsheet recalc executes all formulas defined in the spreadsheet cells. This operation is performed as in the most popular spreadsheet programs currently in the market, such as the LOTUS 1-2-3 TM release 2.2 spreadsheet program.

If the current record is not the same record as the active record, then the program checks if the current record may be loaded into the col__prog range. The mark__record flag forbids such operation if its status is "DB" or "PR." The current record may be loaded into the col__prog range only if the status of the mark__record flag for the current record is SP. If the current record may not be loaded, procedure calc only executes a spreadsheet recalc.

Before the current record is loaded into the col__prog range, the col__prog range has to "unload" by writing its contents back to the active record (the last record loaded) in the case__db file.

Also, before unloading the contents of the col__prog range to the active record, the need__spreadsheet__calc flag has to be checked: If the need__spreadsheet__calc flag is TRUE, then the spreadsheet needs to be recalculated, since one or more spreadsheet data have been changed with no subsequent spreadsheet recalc. In this case, a spreadsheet recalc is executed before the col__prog range is unloaded. Otherwise, the col__prog range's results would not be correct when written back to the active record.

The total sequence of operation in procedure calc is as follows. First, a spreadsheet calc is executed (if needed). Then, if the current record is going to be read into the col__prog range, the col__prog range "unloads" by writing its entire cells' contents to the active record (this is needed in order to save the col__prog range's contents). After this operation, if mark__record's status for current record is SP, the current record is loaded into the col__prog range. Thus, the current record becomes the new active record. Finally, a spreadsheet recalc is always executed.

A special consideration has to be made when the current record is loaded (read) from the database file into the col__prog range. The col__prog range may contain permanent data, texts and formulas, and this read operation may not modify permanent cells in the col__prog range.

Finally, in a time-based application, when the program loads a record into the col__prog range, it must also read the previous record into the col__prev range. The col__prev range cells may only contain data, not formulas. The previous record must be read entirely into the col__prev range.

Notice that the mark__record flag does not control whether the previous record can be loaded into the col__prev range. This range cannot be modified and is not subject to recalculation, since it contains only data. Also, the col__prev range does not write information back to the database record from which it read.

## FULL RECALCULATION

### Procedure Full__Recalc

See Appendix A, part 12, and also see FIG. 28.

The full recalculation procedure, or procedure full__recalc, is a composite calculation procedure that applies only to time-based applications. Full recalcula-

32

tion requires the application to be previously defined as time-based.

Referring to FIG. 28, this procedure may be abbreviated as follows: If application is not time__based, then this process doesn't execute any operations. Else, cursor is positioned at first record (that is, the first record is made the current record). The next record with Mark__Record=SP and Need__Rec__Calc=TRUE is found (if not found, Process Full__Recalc terminates here). Procedure Calc is executed. Cursor is advanced one record and procedure Calc is executed again until Mark__Record for Current__Record <> SP. If current__record is not last__record, the next record with Mark__Record=SP and Need__Rec__Calc=TRUE is found and the process starts again from that record.

A more detailed description of Procedure Process__Formula__Edit is presented in the following paragraphs.

Full recalculation executes procedure calc repeatedly. It stops until it has calculated and written back all database records that had to be evaluated, due to changes in a data set. In a financial model, for example, a sales level change for a given period alters the financial statements for all subsequent periods. Therefore, a full recalculation is necessary, to update all periods after the change.

For procedure full__recalc to operate adequately, it is necessary to define an additional state variable for each case__db record: the need__rec__calc flag. A need__rec__calc flag has two possible states: TRUE and FALSE. The need__rec__calc flag is set to TRUE when the user modifies at least one field in the database record. It is set to FALSE when the database record contents are loaded into the col__prog range, calculated, and written back to the same database record.

Procedure full__recalc is activated by pressing the full__recalc key. The operational sequence may be described as follows:

1. The procedure checks the status of the mark__record flag and the need__rec__calc flag in each record of the active case__db file.
2. The first record with the following two characteristics is identified:
    a) the mark__record flag set to SP, and
    b) the need__rec__calc flag set to TRUE.
    The screen cursor is placed over this record.
3. The procedure executes a simple calc operation on the current record. It repeats the process on all contiguous and subsequent records that have the mark__record flag set to SP. Notice that the program does not examine the status of subsequent records' need__rec__calc flags after the current record.
4. This repetitive procedure stops immediately before reaching the first record with a mark__record flag that is not set to SP.
5. Procedure full__recalc then searches for the next record with mark__record flag set to SP and need__rec__calc flag set to TRUE. If it finds such a record, the entire procedure is repeated. Otherwise, the procedure stops.

### ACTIVE AND ASSIGNED CASE DB FILES

#### Procedures Define__Col__Prog__Window and Change__Case

See Appendix A, parts 3 and 13, and also see FIG. 29. One or more case__db files can be assigned to a col__prog window. The user may define these assignments.

Exhibit 1
Page 52

5,293,615

33

This is represented by the following statement in the algorithmic procedure "Define_Col_Prog_Window": "assign case_dbf". (See Appendix A, part 3.)

Only one assigned case_db file can be active at any particular time. In the best mode implementation, the user can change the active case_db file by pressing the change_case key. This operation activates the assigned case_db file whose identifier immediately succeeds the identifier of the previous active case_db file. (See Appendix A, part 13.)

## FIELD INPUT

### Procedures Main and Field_Input

See Appendix A, parts 1 and 14, and also see FIG. 30.

Referring to FIG. 30, this procedure may be abbreviated as follows: If operating in the APPLICATION environment (that is, environment <> LAYOUT) and there is no screen cursor, then field_input is rejected. Else, keyboard input is accepted and written in the col_prog range if the current_record is also the active record. Then, keyboard input is written in the current_record's field. Set Need_Rec_Calc is set to TRUE for current_record. Finally, if the current_record is also the previous_record, keyboard input is also written in the previous record.

The screen cursor is visible only when it is on any col_prog data cell or database data field on the screen. When the user presses a cursor key, the video cursor moves to the next data cell or data field located in the direction indicated by the key. If the screen does not display any data cells or data fields, the video cursor is not visible.

A more detailed description of Procedure Process_Formula_Edit is presented in the following paragraphs.

To modify the information of any case_db record field, the user places the cursor on the required field and writes the value or text desired.

While operating in the col-prog environment, a field input operation begins when the user presses any key of a set of keys defined previously. See Appendix A, part 1, procedure Main, statement "if (Keypress in ANY_INPUT_KEY) then Field_Input". ANY_INPUT_KEY represents a set of keys that are validated to begin field input. In the preferred embodiment implementation, if the first character is a number or any of the signs "( )+—," the field will be stored in a floating point number format. Otherwise, the field will be stored as a text field.

The layout environment allows the modification of all fields in every record and all cells in the col_prog range. In the application environment, there are several limitations:

1) only data fields can be modified, and

2) the records that contain them cannot have mark_record flags set to PR (protected).

In a financial model, for example, all historical financial information should not be modifiable. The associated records have mark_record flags set to PR, to prevent the program from loading them into the col_prog range. Also, the screen does not display any data fields belonging to these records.

Finally, in all situations, any input operation in a case_db record field will set the need_rec_calc to TRUE.

34

### Logical chain of procedural statements

The program executes, in the following order, the essential ideas just described for field input (see Appendix A, part 14-procedure Field_Input):

1. Determine if the screen cursor is visible in the current record. If not, then end procedure field_input. Otherwise, continue.
2. Clear the input buffer. Accept keyboard input at the input buffer.
3. If the current record is the same as the active record, then write keyboard input only in the corresponding col_prog cell.
4. If the current record is not the active record nor the previous record, then write keyboard input in the current record's corresponding field. Then set need_rec_calc to TRUE for current record.
5. If the current record is the previous record, then write in the col_prev range.

## EXECUTION OF PARENT AND SCRATCH ENVIRONMENTS

### Procedures Main, Execute_Parent_Environment and Execute_Scratch_Environment

See Appendix A, parts 1, 15 and 16, and FIG. 31.

At any given time, the active environment in the gen_prog section is the environment that controls the operation of the gen_prog section. The user selects the active environment through the use of a special key, called the environment key. As explained before, only the layout and the application environments can be the active environment in the gen_prog section.

When the user operates in the scratch environment, or in the layout or application environment to the gen_prog section, the active environment controls the operation of the invention. Yet, when the user operates in the col_prog environment, there are several special considerations.

The col_prog environment inherits from the active environment in the gen_prog section the commands that do not conflict with its proprietary commands. As mentioned previously, this is why the layout and the application environments may be called parent environments.

In the col_prog environment, if the user presses a key that is not defined in its proprietary commands, the program checks the command set of the parent environment. See Appendix A, part 1, procedure Main, statement "if (Keypress in ANY_OTHER_KEY) then Execute_Parent_Environment". Statements in procedure Main show all proprietary commands of the col_prog environment.

The scratch environment is a spreadsheet environment, while the layout environment is an enhanced spreadsheet environment. Consequently, the layout environment matches the scratch environment in the commands that do not conflict with its proprietary commands. See Appendix A, parts 15 and 16, procedures Execute_Parent_Environment and Execute_Scratch_Environment.

## NON-ESSENTIAL OPERATIONS

There are several operations that are not necessary for the operation of this invention. Some of them are described in the following paragraphs. These operations are not shown in the pseudocode algorithm of Appendix A.

Exhibit 1
Page 53

5,293,615

35
36

Simultaneous video operation of assigned case_db files

In the preferred embodiment implementation, records from all assigned case_db files may be displayed simultaneously on the col_prog window video screen. To execute this operation, the sim_video operation, the user issues an explicit command by pressing the sim_video key (Alt-F6).

The sim_video operation displays records from assigned case_db files in the order indicated by a selected field, the index field. The computer screen only displays as many records as fit according to its dimensions.

The index fields of several records may have the same value. If this happens, the sim_video operation displays these records in the order in which their case_db files were assigned to the col_prog window.

While executing an application for the special case of a financial model, the sim_video operation would follow these steps:

Each case_db file contains one set of financial forecasts for the firm.

Several case_db files are created, to represent several possible scenarios for the future of the firm.

Each case_db record represents the financial information for a particular point in time.

Consecutive records correspond to consecutive periods.

The date field is the index field in a case_db record needed for the sim_video operation.

Therefore, the sim_video operation displays all records with the same date simultaneously and side-to-side. The record that appears left-most belongs to the scenario that was assigned first to the col_prog window.

Operational Codes

Database files being used by the invention may contain special operational codes. These codes can control the operation of specific database fields or spreadsheet cells. In financial applications developed using the invention, each case_db record may represent financial results for a particular period. Each field in a case_db record may represent a financial concept such as sales or cash flow level. Here, operational codes can be used to allow the results of a financial application to be calculated and expressed in different currencies, as required by the user. These operations do not change formulas in the spreadsheet environment. A particular operational code may identify the currency used as the field's unit of measure, while another may identify the exchange rate. Specific instructions associated with op_codes execute all exchange currency conversions.

Uses and applications of operational codes are not limited to the example presented above. Operational codes expand the power and flexibility of the invention's programmability for all kinds of applications.

Multi-record Database Operations

In the preferred embodiment implementation, some formulas in the col_prog range may access data from different records in the same database file. These formulas are expressed in terms of special database read and write functions. Some examples are:

@DB_SUM, a read function that calculates the sum of a several record fields' contents

@DB_GROW, a write function that calculates an increase over a sequence of record fields' contents, according to a constant growth rate (used in time-based applications)

@DB_SPREAD, a write function that distributes an original amount over a sequence of record fields (where each record corresponds to a single time period).

Relational Databases

The invention can be extended to operate with relational databases. This concept adds powerful advantages to the invention. This is proven by the growth of the relational database application market.

The description in this document considers the definition of only one col_prog window. Yet, the preferred embodiment implementation can define and activate several col_prog windows simultaneously in a single spreadsheet application. The col_prog range in each col_prog window accesses its corresponding active case_db file.

Through these operations, and through the coordination of a central program, the col_prog windows and the case_db files can compose a relational database system. (See FIG. 14.) The user develops this program in the layout environment of the gen_prog section. Thus, in this invention, the user can access relational database components, view them on a single screen and operate on their contents with spreadsheet flexibility.

Development of the Application Environment

As already described, the layout environment is an enhanced spreadsheet environment. The programmer may use a special command set, called the layout command, to define the tools available to the user for the operation of the application environment. Thus, the application environment comprises the tools that have been defined in the layout environment. In the preferred embodiment implementation, these are the only tools and operations available to the user in the application environment.

In the preferred embodiment implementation, the layout command can define the following tools of the application environment:

Application screens: The programmer defines all screens by associating them to a spreadsheet range. To identify a screen that must operate in the col_prog environment, a range that is a strict subset of a col_prog range must be selected.

Menus: The programmer defines menus by filling the blanks in a special list of options in the layout environment. All menu options call other menus or application screens (identified by their corresponding cell ranges).

Programming: Routines from a procedural programming language can be linked to application screens.

Context-sensitive Help Screens: The programmer uses a text editor in the layout environment to develop help text.

Data input validation: Data input validation conditions are associated with defined data cells in the gen_prog section. These conditions include range and type checking of data input.

Turing Machine Emulation (Automata Theory)

The invention can operate as the software equivalent of a hardware parallel processor for several Turing machines. Additionally, some tools of the invention can make it operate more efficiently than parallel Turing machines. Since any computation or recognition problem for which there is a known informal algorithm can be handled by a Turing machine, therefore, the inven-

Exhibit 1
Page 54

5,293,615

37

tion can handle and solve all sorts of programming problems.

In the invention, each field in a case__db record may contain data, text, or formulas. If a particular field contains formulas in spreadsheet format, each read operation will load these formulas in the col__prog range. The spreadsheet calc operation will produce the expected results, given the formulas' syntax.

For the invention to emulate a set of Turing machines, a minimum of two col__prog windows may operate simultaneously, and at least one of them must read and write formulas in its active case__db file. This is the software equivalent of a hardware parallel processor for a number of Turing machines. Each col__prog range's cell corresponds to a single processor in the parallel system's hardware. All data and results may be processed in a case__db file and col__prog window different from that which is used to process formulas.

There is considerable evidence that the partial functions computed by languages, which are recognized by Turing machines, are exactly those recognized by informal effective procedures or algorithms. Thus, as mentioned previously, any computation or recognition problem for which there is a known informal algorithm can be handled by a Turing machine.

The problem of efficiency associated to Turing machines can also be solved with this invention. (This problem refers to the conclusion that some Turing machine computations may require an inordinately large measure of tape.)

The order in which the case__db records are read may be controlled by a procedural language. Also, it is possible to organize case__db records by filtering, indexing, and sorting them according to their associated indexes. In any of these ways, it is possible to control a three-level algorithm, described as follows:
1) first level, procedural language;
2) second level, formulas in the case__db records; and
3) third level, formulas in the spreadsheet storage area.

This produces an efficient instrument for the development and operation of any computation or recognition problem.

Ramifications and Scope of Invention

While the previous description contains many specificities, these should not be construed as limitations on the scope of the invention, but rather as an exemplification of one preferred implementation thereof. The following paragraphs explain many other alternative schemes for special structures that relate to the operation of the col__prog window and col__prog environment with the active case__db file. Alternative implementation schemes are described for each of the structures, identified 'A' to 'D'.
A. The col__prog range cells may be organized in two different ways:
   a) Each col__prog range may consist of a single column of spreadsheet cells. This interpretation corresponds to the best mode implementation.
   b) Each col__prog range may be an ordered set of disjoint spreadsheet cells.
B. The relationship between the spreadsheet's col__prog range and the database files may operate as follows:
   a) Each read and write operation, to and from the col__prog range, is performed on one database record at a time.

38

This is the best mode implementation, which is adequate for applications with a large number of records, each with few fields. An example is an inventory analysis program, where each record represents a single product. The fields contain past sales volume information, price, inventories, etc. This implementation is appropriate for any scenario that requires efficient reading and writing to one database record.
   b) The spreadsheet interacts with all records of a database file at a time, by accessing the same field in each record. Each read and write operation to and from the col__prog range is performed on only one field in every record.

This is suitable for applications with very few records, each with many fields. An example is a financial model of a firm, with many accounts (fields in a record), and few periods (records) to be simulated and/or stored as history.
C. Information may be transferred back and forth through the link between spreadsheet and the database as follows:
   a) One database record at a time; this is the best mode implementation as described.
   b) A subset of database file records is substituted into a spreadsheet range. Spreadsheet operations are executed one column on one record at a time. This is the idea behind some spreadsheet database tools, which execute all query operations in the spreadsheet storage area.
   c) Information is transferred back and forth between the database files and the col__prog range, through an intermediate storage area. An example is the use of main memory as buffer memory for communication. This implementation may accelerate the performance of slow computer disk drives.
D. Particular implementations may have the following requirements:
   a) Independent database records.
   b) Each database record contains the information corresponding to a single time period.

This is the case of most financial models: the results corresponding to each period depend on the values of the previous period. These applications involve an additional set of spreadsheet cells, called col__prev range. A col__prev range is associated with each col__prog range. A col__prev range contains data from the period previous to the col__prog range period.
E. A separate storage area and a separate environment area may be created to store and operate elements similar to those defined in the col__prog window. Also, they may be used to implement operations similar to those described for the col__prog environment.

Said separate environment contains commands and operations for the access and operation of information in the case__db files and said separate information storage area. Said separate environment can integrate the operation of data stored in the gen__prog section with data stored in said separate storage area by the use of formulas, in a similar manner to formulas used in a spreadsheet environment.

However, said separate environment does not inherit all the characteristics and basic commands from the parent environment (layout or application environ-

Exhibit 1
Page 55

5,293,615

| 39 | 40 |
|---|---|
| ment), since there is not a parent environment to inherit from, nor is the data structure compatible with that operated by the layout or application environments. | Accordingly, the scope of the invention should be determined by the appended claims and their legal equivalents. |

## APPENDICES

Appendix A - Glossary of Terms used in the ~~Document~~                     PH 8/12/93

Appendix B - Glossary of Descriptors used in the ~~Algorithm~~               PH 8/12/93

5    Appendix ~~C~~ (A) - Pseudocode Summarizing Source Code of Appendix D              PH 8/12/93

Appendix ~~D~~ (B) - Source Code in C++ Language For Best Mode of Practicing the Invention              PH 8/12/93

10    ~~APPENDIX A~~              PH 8/12/93

### GLOSSARY OF TERMS USED IN THE PATENT APPLICATION

Active col_prog window - An active col_prog window allows the simultaneous access and operation of information of the active
15  case_db file and the col_prog and col_prev ranges contained in its definition.   To do this it activates the col_prog environment.

Active record - One record of the active database file, whose information is being held in the col_prog range.

Active case_db files - Case_db file whose information is being
20  accessed by the active col_prog window.

Active environment - The environment that controls the operation of the gen_prog section.   This term is used only when executing in the gen_prog section.

Ans file - The main spreadsheet file, identified by the suffix ANS,
25  for "analysis-spreadsheet-file".   All texts, numbers or formulas defined in outcome cells that are also permanent cells are stored in this file.

Exhibit 1
Page 56

5,293,615

41                                                              42

Application environment - An environment for the operation of the gen_prog section, whose set of tools and commands are defined in the layout environment. Also see: gen_prog section, layout environment.

5   Assigned case_db files - Case_db files that have been assigned while defining a col_prog window. Only an assign case_db file can be activated. Special identifiers select any assigned case_db file to be activated.

Calc - Another name for *simple recalculation*; see.

10   Calc key - A user-activated key that immediately issues the execution of a simple recalculation.

Cap file - A separate spreadsheet file, identified by the suffix CAP, for "hat file". All texts, numbers or formulas defined in data cells that are also permanent cells are stored in this file.

15   Case assign key - User-activated key that immediately issues the execution of the case_assign command. Also see case_assign command.

Case assign command - Command that enables the user to assign case_db files to a particular col_prog window. Also see

20   *case_assign key*.

Case db files - Regular database files in the db_sa that contain the data for each record to be operated in the invention. Also see db_sa.

Case db records - Individual records of case_db files. Also see

25   case_db files.

Chained-dependent records - Database records mostly used for time-based applications, that compose a chained structure with dependency relationships. Also see time-based application.

Change case key - User-activated key that changes the active case_db file. It does this by activating the assigned case_db file whose identifier immediately succeeds the identifier of the previous active case_db file.

Exhibit 1
Page 57

5,293,615

43                                                    44

5  Col prev range - A range of cells created only for time-based
   applications.  The col_prev range contains the information of the
   record located immediately before the active record in the active
   case_db file.  Also see previous record.

   Col prog range - A range of cells that holds the information of one
10 record of the active database, called the active record.

   Col prog window - A set of definitions related to the operation of
   the data in the gen_prog section and the case_db files.

   Col prog environment - A special environment within the layout or
   application environments in the gen_prog section.  The col_prog
15 environment controls and coordinates the spreadsheet video
   operations with the operations that display the data from an
   associated database file.

   Column cursor - A visual element on the screen display that
   signals the current case_db record.  The column cursor is active
20 only if no data cells or fields are displayed in the screen.

   Data cells - Cells dedicated to accept data input from the user in
   the application environment.  Data input can be texts, numbers or
   formulas.  Data cells may be permanent or temporary cells.  The
   contents of data cells that are also permanent cells are stored in a
25 separate spreadsheet file (cap file).  Also see *cap file, permanent
   cells, temporary cells, data fields.*

   Data field - A record field that would be placed in a data cell, if
   the record that contains it were loaded into the col_prog range.

   Database file storage area - Computer storage area that contains
   information in regular database files.  It is also called *db_sa.*

   DB - One of three possible status for the mark_record flag.  This
   status, called 'database', allows a record to be modified but not
5  loaded into the col_prog range.

   Db sa - See database file storage area.

   Desc db files - Description files that contain textual descriptions
   of the case_db records contents.  These files also contain other
   information to control the mode of operation of the case_db files

Exhibit 1
Page 58

10   when they are loaded into the col_prog window.

Desc_db records - The individual records of the desc_db file.

Desc_db file - A database file each of whose records holds the
names, descriptions and operational codes of each field in a
case_db record.

15   Descriptions database file - Another name for desc_db file; see.

Dynamic links - Storage elements that contain the actual value of
the identifiers of the active case_db records that are being
accessed by the spread_sa. They coordinate the operation of the
case_db files and the col_prog window.

20   Environment key - User activated key for the selection of the
active environment in the gen_prog section. This key switches
control of program's execution between the layout and application
environments.

Full recalculation - A compounded calculation procedure that
25   applies only to time-based applications.

Full recalc key - A user-activated key that immediately issues
the execution of a full recalculation. Also see full recalculation.

Gen_prog section - A principal section of the spreadsheet storage
area (spread_sa). The general programmable section is a set of
spreadsheet cells that can be operated through any of two
environments, the Layout environment and the Application
5   Environment. Also see spread_sa, layout environment, application
environment.

General programmable section - Another name for gen_prog
section; see.

Index field - The field that is used to sort all records for the
10   sim_video operation. Also see sim_video operation.

Layout command - Command set in the layout environment, through
which are defined the tools available to the user for the operation
of the application environment. Also see application environment,
layout environment.

Exhibit 1
Page 59

5,293,615

47                                                                    48

15 <u>Layout environment</u> - An enhanced spreadsheet environment that
may be used for the development of an application by using a
special set of commands.  It accesses information stored in the
gen_prog section. The layout environment may also be used for the
definition of a col_prog window.  Also see *gen_prog section*,
20 *application environment*.

<u>Mark record key</u> - A user-activated key that controls a state
variable (flag) associated to each record in a case_db file.  It
allows a user to control whether or not particular database
records can be loaded into the col_prog range. Also see
25 *mark_record flag*.

<u>Mark record flag</u> - A state variable that controls whether or not a
database record can be loaded into the col_prog range.

<u>Mark row key</u> - A user-activated key that controls a state variable
(flag) associated to each col_prog range cell.  By means of the
mark_row key, a user may control the operation of the mark_row
options.  Also see *mark_row options*, mark_row flag.

5 <u>Mark row flag</u> - A state variable that controls the operation of the
mark_row options, which are used for the definition of graphics
and printing reports.  This state variable is set by the user by
means of the *mark_row key*.   Also see mark_row options,
*mark_row key*.

10 <u>Mark row options</u> - Options that allow the user to define data
involved in graphics and printout reports, by setting ON the
mark_row flags of those data elements.  Also see mark_row flag,
*mark_row key*.

<u>Need_rec_calc flag</u> - State variable defined for each case_db
15 record.  A need_rec_calc flag is set to TRUE when at least one
field in the corresponding record is modified by the user.  A
need_rec_calc flag is set to FALSE when the contents of that
record are loaded into the col_prog range, calculated, and written
back to the same database record.

Exhibit 1
Page 60

5,293,615

49                                                                    50

20 Null op codes - Valid op_codes that do not execute an operation.
Also see op_codes, operational codes.

Op codes - Another name for operational codes; see.

Operational codes - Particular operational information stored in
one or more desc_db record fields, which indicate how the
25 information contained in each case_db record field should be
processed. Operational codes allow the development of special
data handling routines.

Outcome field - A record field that would be placed in an outcome
cell if the record that contains it were loaded into the col_prog
range.

Outcome cells - Cells dedicated to the design of the application in
5 the gen_prog section. Formulas in these cells must be defined by
the programmer in the layout environment. These cells' contents
cannot be modified by the user when working in the layout
environment, and are stored in the main spreadsheet file (ans file).
All outcome cells must be permanent cells. Also see ans file,
10 outcome fields, layout environment, permanent cells.

Permanent cells - Cells in the gen_prog section that are never
modified when a database record is loaded into the col_prog range,
because the record fields that would be placed in the col_prog
range permanent cells are not loaded.

15 PR - One of three possible status for the mark_record flag. This
status, called 'protected', does not allow the record to be modified
or loaded into the col_prog range. When a record is in the PR
status, only the scrolling of the screen is active and all record
fields are not modifiable.

20 Previous record - The record located immediately before the
active record in the active case_db file. In the case of time-based
applications, this record's information is loaded into the col_prev
range.

Procedure calc - Another name for simple recalculation; see.

Exhibit 1
Page 61

5,293,615

51                                                          52

Procedure full recalc - Another name for *full recalculation*; see.

Programmer - A user that operates in the layout environment, with the specific purpose of developing formulas for an application.

Recalculation - Another name for *simple recalculation*; see.

Record-chained application - See *time-based application*.

Scratch section -A principal section of the entire program storage area.  The scratchpad -non-programmable- section is a standard

5   spreadsheet where the user may do scratchpad operations.

Scratch environment - While operating in the scratch section, this is the environment that holds control of program execution.

Screen cursor - A visual element on the screen display that signals the position where the next data input operation will be executed.

10  The screen cursor is only visible if there is at least one col_prog data cell or database data field visually represented in the screen.

Section key - While working in the spread_sa, this key changes the section where the user is operating to the alternative section.

Sim video key - User-activated key that immediately issues the

15  execution of the sim_video operation.  Also see sim_video operation.

Sim video operation - Operation that displays records from all assigned case_db files simultaneously on the col_prog window video screen.

20  Simple calc - See simple recalculation.

Simple recalculation - User-activated procedure that performs two functions, (a) a write operation to the database of the updated active record, if permitted by the current record's mark_record flag, and (b) a spreadsheet recalc.

25  SP - One of three possible status for the mark_record flag.  This status, called 'spreadsheet', allows a record to be loaded and into the col_prog range and to be modified.

Spread sa - See spreadsheet storage area.

Exhibit 1
Page 62

5,293,615

53                                                      54

Spreadsheet environment - Set of commands and associated video
operation of prior-art spreadsheet programs.

Spreadsheet recalc - Procedure that evaluates all formulas defined
in the spreadsheet cells, as in the most popular
5 spreadsheet programs currently in the market, such as the LOTUS 1-
2-3™ release 2.01 spreadsheet program.

Spreadsheet storage area - Contains information with the same
data structures as an ordinary spreadsheet program.  It is also
called *spread_sa*.

10 Status line - A particular screen row that is used to show the
current state of several indicators of the working environment's
condition.

Temporary cells - Cells in the col_prog range that are modified
when a database record is loaded into said col_prog range, because
15 only they accept the information contained in the corresponding
record fields.

Time-based application - An application whose data is contained
in ordered records, each of which depends on the previous one.

User - Any person who uses the invention in the layout or
20 application environments.

Video system storage area - Computer storage area that contains
the information that is displayed in the computer's video screen.
It is also called *video_sa*.  (The invention's entire program storage
area is divided into three storage areas:  *video_sa*, *db_sa* and
25 *spread_sa*.)

Video_sa - See video system storage area.

*Window key* - Special key that activates or deactivates the
col_prog window (i.e., the col_prog environment).  If more than one
col_prog window has been defined, this key lets the user select
between any col_prog window or the parent environment.

Exhibit 1
Page 63

5,293,615

55                                                                    56

APPENDIX D-GLOSSARY OF DESCRIPTORS USED IN THE

5 ALGORITHM

The following list contains only non-obvious descriptors used in
the algorithm.  These descriptors include procedures, functions and
variable names.  For any missing terms, see the previous glossary
10 section.

Active Case Dbf - Case_db file that has been *selected* among all
assigned cases to operate with the col_prog window.

Active Record - Variable holding the contents of active record;
see definition in Glossary of Terms (section 'C').

15 Any Other Key - User-activated key that executes a field input
operation.  See procedure field_input.

Assigned Case Dbf[i] - Array of names identifying case_db. files
that have been assigned to the *col_prog* window.  *Assigning*
case_db files to the col_prog window is equivalent to *opening*
20 database files in a relational database instrument.

Calc - Procedure to execute a simple recalculation operation, see
the algorithm.

Calc Key - User-activated key to execute a simple recalc (F9).
See procedure calc.

25 Cell[id_Cell] - Contents of col_prog_range cell identified by
id_cell.

Change Case - Procedure to change the active case_db file, see
algorithm for this process.

Change Case Key - User-activated key to change the active
case_db file (F6).  See procedure change_case.

Col Prev Range - Variable holding the contents of col_prev range;
see definition in Glossary of Terms (section 'C').

5 Col Prog Range - Variable holding the contents of col_prog range;
see definition in Glossary of Terms (section 'C').

Exhibit 1
Page 64

57                                                                              58

Column Cursor - Variable containing the position and state of the
screen cursor in the visible screen display.

Current Cell - The col_prog_range cell where the screen cursor is
10 positioned, or the col_prog_range cell corresponding to the field
where the screen cursor is positioned. See procedure
process_formula_edit.

Current Record - Variable holding the contents of current record;
see definition in Glossary of Terms (section 'C').

15 Data Cell Exist - Logical variable state flag; data_cell_exist is
true only if a data cell is shown in the video screen. See algorithm
for procedure process_video.

Data Cell[Id Cell] - Variable logical array; the col_prog_range
cell identified by id_cell is a data cell only if data_cell[id_cell] is
20 TRUE.

Data Field Exist - Logical variable state flag; data_cell_exist is
true only if a data field is shown in the video screen. See
algorithm for procedure process_video.

Data Field[Id Field] - Variable logical array; the case_dbf field
25 identified by id_field is a data field only if data_cell[id_cell] is
TRUE.

F Column Cursor - Function to determine the position and state of
the column cursor depending on its previous state and the last key
pressed by the user. See procedure process_video.

F Screen Cursor - Function to determine the position and state of
5 the screen cursor depending on its previous state and the last key
pressed by the user. See procedure process_video.

F Video Window - Function to determine the contents of the video
screen display depending on its previous state and the last key
pressed by the user. See procedure process_video.

10 Field[Id Field,Id Rec] - Contents of field identified by id_field in
the case_db record identified by id_rec.

First Cell(Video Window) - The first col_prog_range cell visible
in the video display. See procedure process_video.

Exhibit 1
Page 65

5,293,615

First Field(Video Window) - The first field in all records of

15 active case_db file visible in the video display.  See procedure
process_video.

First Rec(Video Window) - The first record in the video display,
when all records are sorted according to the 'index' field.  The
'index' field is used to determine the order in which records should

20 be displayed.  See procedure process_video.

First Record - First record in active case_db file.  See procedure
full_recalc.

Formula Edit Key - User-activated key to execute a formula edit
operation (F2).  See procedure Process_formula_edit

25 Full Recalc - Procedure to execute a full recalc operation.  See the
algorithm for this process.

Full Recalc Key - User-activated key to execute a full recalc (Alt-
F9).  See procedure full_recalc.

Id(element) - Function to determine the identifier of 'element',
where 'element' may be a case_db record, a field in a case_db
record, or a col_prog_range cell.  Identifiers are the only means to
find a specific record, field or cell without interpreting its

5 contents.  For example, identifiers are the only means to determine
which records are the active, current and previous records.

Id Cell, Id Field, Id Rec, Id0 Active, Id0 Current - Temporary
integer variables.

Keypress - Last key pressed by the user.  See the algorithm for

10 function keypress.

Last Cell(Video Window) - The last col_prog_range cell visible in
the video display.  See procedure process_video.

Last Field(Video Window) -The last field in each of all the
records of the active case_db file visible in the video display.  See

15 procedure process_video.

Last Rec(Video Window) -The last record in the video display,
when all records are sorted according to the 'index' field.  The

Exhibit 1
Page 66

5,293,615

61         62

'index' field is used to determine the order in which records should be displayed.  See procedure process_video.

20 Last Record - Last record in active case_db file.  See procedure full_recalc.

Mark Formula[Id Cell] -Variable array; if mark_formula[id_cell] is equal to ANS, then the formula at col_prog_range cell id_cell will be saved in the ans_file; if mark_formula[id_cell] is equal to CAP,

25 then the formula at col_prog_range cell id_cell will be saved in the cap_file.  See procedure process_formula_edit.

Mark Record Key - User-activated key to mark a record as protected, spreadsheet or database (F5).  See procedure process_mark_record.

Mark Record[Id Rec] - Variable array containing the

5 mark_record_flag for each case_db record identified by id_rec.

Option Original - Logical variable; if TRUE then, after a full recalc, the screen cursor and active record immediately go back to their original states before execution of full recalc; if FALSE then screen cursor and active record.

10 Previous Record - Variable holding the contents of previous record; see definition in Glossary of Terms (section 'C').

Process Formula Edit - Procedure to accept a formula edit operation in the col_prog range.  See algorithm for this process.

Process Mark Record - Procedure to mark a record as protected,

15 spreadsheet or database.  See algorithm for this process.

Process Video - Procedure to operate and modify the video after any cursor key is pressed.  See algorithm for this process.

Record[Id Rec] - Contents of case_db record identified by id_rec.

Screen Cursor - Variable containing the position and state of the

20 screen cursor in the visible screen display.

Screen Cursor Exist - Logical variable state flag; data_cell_exist is true only if a data cell is shown in the video screen.  See algorithm for procedure process_video.

Exhibit 1
Page 67

5,293,615

63                                                              64

Show Browse View(Id Rec) -Function to display the browse view

25   element corresponding to the record identified by id_rec.  See

procedure process_video.

Show Col Prog Range - Procedure to display the col_prog range

coordinated with a browse view of active case_db records.  See

procedure process_video.

Show Data Cell(Id Cell) - Function to show the visual display

5   identifier for data cell identified by id_cell.  (In the best mode

implementation, the visual display identifier is a different color

for data cells.)

Show Data Field(Id Field,Id Rec) - Function to show the visual

display identifier for a data field identified by id_field in the

10   case_db record identified by id_rec.  (In the best mode

implementation, the visual display identifier is a different color

for data fields.)

Spreadsheet Calc - Ordinary spreadsheet recalc operation.

Video Control Key - Any cursor key that affects the state of the

15   video screen, including PgUp, PgDn.  See procedure process_video.

Video Window - Variable array storing the full contents of the

current visible screen display.  See algorithm for procedure

process_video.

APPENDIX C - Pseudocode

"Copyright (c) 1990 Carlos Armando Amado

All Rights Reserved".

PH
8/12/93

procedure Main: begin          { PART 1.  Algorithm demonstrating

the operation of the invention, in

the scratch, layout and applications

Exhibit 1
Page 68

65                    5,293,615                    66
                      environments and col_prog
                      environment. }

function Id(Element):  begin

5                            {Definition for this function. }
        Identify_Id          { determine the identifier of
                             'element', where 'element' may be a
                             Case_Db record, a field in a
                             Case_Db record, or a
10                           Col_Prog_Range cell }
        end                      { function Id };

        Initiate;                { See part 2 of this figure. }

15      while not Keypress := QUIT_KEY begin

        Keypress := readkey;     { Key pressed by user }

        if ( Keypress = SECTION_KEY ) then Select_Section
20                               { Action for F8 key.  Section may be
                                 SCRATCH or GEN_PROG.  See part 5
                                 of this figure. }
        else if ( section = GEN_PROG ) then
             begin
25              if ( Keypress = ENVIRONMENT_KEY ) then
                Select_Environment
                                 { Action for F7 key.  If section <>
                                 GEN_PROG then section = SCRATCH;
                                 in this case, do nothing.  In
                                 GEN_PROG, environment may be
                                 LAYOUT or APPLICATION.  See part 6
                                 of this figure. }

Exhibit 1
Page 69

67                                    5,293,615                                    68

5        else if ( Keypress = WINDOW_KEY ) then

         Select_Window

                                    { Action for Alt-F7 key.   Window
                                    may be TRUE or FALSE.  Window =
                                    TRUE means Col_Prog Window.  See
10                                  part 7 of this figure. }

         else if Window then

                                    { Window = TRUE means we are in
                                    Col_Prog Environment. }

15           case ( Keypress )

                                    { This case statement represents
                                    the col_prog environment's
                                    operation }

             VIDEO_CONTROL_KEY: Process_Video;

20                                  { Action for any cursor key that
                                    affects the appearance of the video
                                    screen, called here
                                    "Video_Control_Key".  See part 8 of
                                    this figure. }

25           FORMULA_EDIT_KEY Process_Formula_Edit;

                                    { Action for F2 key.  See part 9 of this
                                    figure. }

             MARK_RECORD_KEY: Process_Mark_Record;

                                    { Action for F5 key.  See part 10 of
                                    this figure. }

             CALC_KEY: Calc;

                                    { Action for F9 key.  See part 11 of
5                                   this figure. }

             FULL_RECALC_KEY: Full_Recalc;

                                    { Action for Alt_F9 key.  See part
                                    12 of this figure. }

Exhibit 1
Page 70

5,293,615

69                                                      70

```
                    CHANGE_CASE_KEY: Change_Case;

10                              { Action for F6 key.  See part 13 of
                                 this figure. }

                    ANY_INPUT_KEY: Field_Input;

                                { See part 14 of this figure.
                                 ANY_INPUT_KEY is a set containing
15                               all keys validated to initiate
                                 Field_Input. }

                    else Execute_Parent_Environment

                                { See part 15 of this figure.  This
                                 statement shows how the Col_Prog
20                               Environment inherits all tools (that
                                 don't conflict with proprietary
                                 commands) from the parent
                                 environment.  Previous statements
                                 showed all proprietary commands of
25                               the Col_Prog Environment. }

              end                   { case for col_prog environment
                                    }

         else Execute_Parent_Environment

                                 { When not working in the Col_Prog
                                  Environment.  See part 15 of this
                                  figure. }

5            end
         else Execute_Scratch_Environment

                                 { Section = SCRATCH. See part 16
                                  of this figure. }

10   end                          { while }
     Close_And_Quit               { Procedure Close_And_Quit
                                    saves and closes files and then
                                    quits program. }
```

Exhibit 1
Page 71

5,293,615

71                                                            72

15  end                           { procedure Main }.


procedure Initiate:  begin       { PART 2 - The following
20                                statements represent the necessary
                                  sequence of operations and
                                  commands issued by the user to
                                  demonstrate the concepts of the
                                  invention relevant to the patent
25                                application }


    Init_Section(GEN_PROG);       { Function:  options are
                                  GEN_PROG or SCRATCH.  This
                                  statement represents a
                                  particular case of user
                                  interaction, where the user
                                  selects the gen_prog section. }
 5  Init_Environment(LAYOUT);     { Function: options are LAYOUT
                                  or APPLICATION.  The user
                                  selects the layout environment.
                                  }

    Create_Dbf;                   { Optional user interaction: create
10                                Case_Db and Desc_Db files.  This
                                  operation is optional, since these
                                  files may be created outside of the
                                  invention. }


15  Define_Col_Prog_Window;       { The user creates a definition
                                  for a col_prog window.  See part
                                  3 of this figure. }


Exhibit 1
Page 72

5,293,615

73                  74

20

Define_Data_Cells;      { The user defines data cells in the gen_prog section. }

Define_Permanent_Cells;      { The user defines permanent cells in the col_prog range. }

Define_Formulas;      { The user defines formulas the gen_prog section -including the

25      col_prog range-. }

end      { procedure Initiate }.

procedure Define_Col_Prog_Window: begin

     { PART 3. User definition of a

5      col_prog window. }

Identify_Col_Prog_Window;      { The user gives a name to this col_prog window. }

10    Define_Col_Prog_Range;      { The user defines a col_prog range. }

Time_Based := TRUE;      { Time_Based may be TRUE or FALSE. Here, the user configures the program as time_based. }

15    If (Time_Based) then Define_Col_Prev_Range;

     { The user defines the col_prev range. }

Assign_Case_Dbf;      { The user assigns Case_Db files to Col_Prog window. See part 4

20      of this figure. }

User_select_Id_File;

Active_Case_Dbf := Assigned_Case_Dbf[Id_File];

     { Activate assigned Case_Db file according to Id_File selected by the

Exhibit 1
Page 73

5,293,615

25

75

76

user. The user may change later the
active Case_Db file by means of the
Change_Case_Key. See part 13 of
this figure. }

Define_Id(Active_Record)          { The user defines the identifier
                                   of the initial active record for
                                   the operation of the active
                                   case_db file. }

end                               { procedure
                                   Define_Col_Prog_Window }.


procedure Assign_Case_Dbf: begin
                                   { PART 4.  The user assigns Case_Db
                                   files to the Col_Prog window. }
        N_Case := 0;
15      repeat
            begin
                Assigned_Case_Dbf[N_case] := File_Name;
                N_Case := (N_Case + 1) mod (Max_N_Case + 1)
            end
20      until File_Name = "

                                   { File_Name, provided by the user,
                                   becomes assigned case number "i";
                                   several Case_Db files may be
                                   assigned to Col_Prog window }
    25 end                         { procedure Assign_Case_Dbf }.


—

Exhibit 1
Page 74

5,293,615

77

78

```
procedure Select_Section: begin  { PART 5.  Switch between
                                     scratch and gen_prog sections. }


          if section = SCRATCH      then section := GEN_PROG
    5                               else section := SCRATCH
                                      { Section can only be GEN_PROG or
                                        SCRATCH}


          end                       { procedure Select_Section }.




    procedure Select_Environment: begin
                                      { PART 6.  Select the active
    15                                environment in the Gen_Prog
                                      section. }


          if environment = LAYOUT   then environment := APPLICATION
                                    else environment := LAYOUT
    20                                { In the Gen_Prog section,
                                      environment can only be LAYOUT or
                                      APPLICATION. }


          end                       { procedure Select_Environment
    25 }.

    procedure Select_Window: begin  { PART 7.  Procedure to activate
                                      or deactivate a Col_Prog
                                      window. }


    5     if window = TRUE          then window := FALSE
                                    else window := TRUE
                                      { In this example, with only one
```

Exhibit 1
Page 75

5,293,615

79                                            80

col_prog_window, window can only
be TRUE or FALSE. }

end                            { procedure Select_Window }.

15  procedure Process Video:  begin   { PART 8.  Procedure to operate
                                        and modify the video after any
                                        cursor key is pressed.    }

        Data_Cell_Exist := FALSE;
20      Data_Field_Exist := FALSE;
        Screen_Cursor_Exist := FALSE;
                                    { initialize by clearing flags }

        · Video_Window := F_Video_Window(Video_Window,Keypress);
25      Screen_Cursor := F_Screen_Cursor(Screen_Cursor,Keypress);
        Column_Cursor := F_Column_Cursor(Column_Cursor,Keypress);
                                    { determine positions of video
                                      window, screen and column cursors,
        —                             as of their previous conditions and
                                      the key pressed }

        for Id_Rec = Id(First_Rec(Video_Window)) to
5       Id(Last_Rec(Video_Window))
            do if (Id_Rec <> Id(Active_Record)) then
            Show_Browse_View(Id_Rec);
        for (Id_Rec = Id(Active_Record)) do Show_Col_Prog_Range;
                                    { all records are shown in browse
                                      view, except for active record, in ·
10                                    whose place the col_prog_range is ·
                                      shown }

Exhibit 1
Page 76

5,293,615

81                                                        82

```
        for  Id_Cell  =  Id(First_Cell(Video_Window))  to
15      Id(Last_Cell(Video_Window))
            do      if  Data_Cell[Id_Cell] then
                        begin
                            Show_Data_Cell(Id_Cell);
                            Data_Cell_Exist := TRUE
20                      end;
        for  Id_Rec  =  First_Rec(Video_Window)  to
        Last_Rec(Video_Window)
            do if  Mark_Record[Id_Rec] <> PR
                for  Id_Field  =  Id(First_Field(Video_Window))  to
5                                           Id(Last_Field(Video_
                                                        Window))
                    do if  Data_Field[Id_Field] then
                        begin
                            Show_Data_Field(Field,Id_Rec);
10                          Data_Field_Exist := TRUE
                        end;
                                    { detect and show all data cells and
                                    data fields  visible  in  Video_Window
                                    }


        if  (Data_Cell_Exist  or  Data_Field_Exist) then
            begin
                Show(Screen_Cursor);
                Screen_Cursor_Exist := TRUE
20          end
        else  Show(Column_Cursor);
                                    { show cursors as required }


    Determine_And_Show_Video_Indicators
25                              { Most important among these are:
                                Mark_Record flags, Need_Rec_Calc
```

Exhibit 1
Page 77

5,293,615

83                                      84

flags, Active_Column indicator,
Need_Spreadsheet_Calc flag,
available spreadsheet memory,
other spreadsheet and database
indicators }

5   end                          { procedure Process_Video }.


procedure Process_Formula_Edit: begin
                                 { PART 9.  Procedure to accept a
                                 formula edit operation in the
                                 col_prog range. }
5   if not Data_Cell[Id(Current_Cell)] then
                                 { equivalent to: if current cell is an
                                 outcome cell }
        if (environment = LAYOUT) then
            begin
10          Current_Cell := Edit_Formula(Current_Cell);
            Mark_Formula[Id(Current_Cell)] := ANS
                                 { accept edit formula at current
                                 cell, and mark cell for ANS file }
            end
15      else                     { else:  environment = APPLICATION
                                 }
            reject               { do not accept edit formula }
        else                     { else:  current cell is a data cell }
            begin
20          Current_Cell := Edit_Formula(Current_Cell);
            if (environment = LAYOUT) then
                Mark_Formula[Id(Current_Cell)] := ANS
                                 { accept edit formula at current

Exhibit 1
Page 78

5,293,615

85                                                                                    86

cell, and mark cell for ANS file;
formulas for cells marked for ANS
file will be saved in the ANS file }

25

else

    Mark_Formula[Id(Current_Cell)] := CAP

             { accept edit formula at current
             cell, and mark cell for CAP file }

    end

end                                    { procedure Process_Formula_Edit }.


procedure Process_Mark_Record: begin        { PART 10. Procedure
                                            to mark a record as

10                                          protected,
                                            spreadsheet or
                                            database. }

if ( Mark_Record[Id(Current_Record)] = SP ) then

15                                     Mark_Record[Id(Current_Record)] := DB

else if ( Mark_Record[Id(Current_Record)] = DB ) then
                                       Mark_Record[Id(Current_Record)] := PR

20      else if ( Mark_Record[Id(Current_Record)] = PR ) then
                                       Mark_Record[Id(Current_Record)] := SP

                                       { where SP means SPreadsheet, PR
                                       means PRotected, DB means

25                                     DataBase }

end                                    { procedure Mark_Record }.

Exhibit 1
Page 79

5,293,615

87

procedure Calc:  begin

88

{ PART 11.  Procedure to execute a
simple recalc operation. }

```
          if ( Id(Current_Record) <> Id(Active_Record) and

                  Mark_Record[Current_Record] = SP ) then
              begin

10              if Need_Spreadsheet_Calc then
                  begin
                      Spreadsheet_Calc;
                      Need_Spreadsheet_Calc := FALSE
                  end;
15                              { if spreadsheet needs a Calc
                                operation, perform it immediately
                                before writing }


                Active_Record := Col_Prog_Range;
20                              { Before reading Col_Prog range,
                                write previous to Active_Record.
                                Sends all range cells. }


                Need_Rec_Calc[Active_Record] := FALSE;
25                              { Need_Rec_Calc becomes FALSE
                                when the results from the previous
                                calculation is written to
                                Active_Record }


                Col_Prog_Range := Current_Record;
                Id(Active_Record) := Id(Current_Record);
                                { Read current record; this does not
5                               destroy those cells which hold
                                formulas in the col_prog range.
```

Exhibit 1
Page 80

89

5,293,615

90

Current record becomes active
record, by modifying its identifier
or 'Id'. }

```
        if Time_Based then
            Col_Prev_Range := Previous_Record
                              { Previous_Record is the record
                                placed immediately before
15                              Active_Record. }
        end;

        Spreadsheet_Recalc       { always do a spreadsheet recalc }

20  end                          { procedure Calc }.


    procedure Full_Recalc: begin { PART 12.  Procedure to execute a
                                   full recalculation. }
        if Time_Based then       { execute Full_Recalc only if
                                   application is time based }
5       begin

            Id0_Active := Id(Active_Record);
            Id0_Current := Id(Current_Record);
                              { remember original active record
10                              and cursor position }

            Id(Current_Record) := Id(First_Record);
                              { begin by positioning cursor at
                                first record }

            repeat            { actual Full_Recalc operation }
```

Exhibit 1
Page 81

5,293,615

91                                                              92

```
      repeat Id(Current_Record) := Id(Current_Record) + 1

      until  ( Mark_Record[Current_Record] = SP  and

                  Need_Rec_Calc[Current_Record] ) or

20                Id(Current_Record) = Id(Last_Record);

      while Mark_Record[Current_Record] = SP  and

                  Id(Current_Record) <> Id(Last_Record)  do

            begin

                Calc;

25              Id(Current_Record) := Id(Current_Record) + 1

            end

      until Id(Current_Record) = Id(Last_Record);

      Current_Record := Record[Id0_Active];

      Calc;

      Current_Record := Record[Id0_Current]

                        { return cursor and active record to

5                       original  condition }


      end

end                         { procedure Full_Recalc }.



procedure Change_Case: begin { PART 13.  Procedure to change the

                            active case_db file. }

      N_Case := N_Case + 1;

      Active_Case_Dbf := Assigned_Case_Dbf[i]

15                      { See part 4 of this figure,

                        procedure Assign_Case_Dbf. }

end                     { procedure Change_Case }.



20 procedure Field Input: begin  { PART 14.  Procedure to accept

                        user-activated data input into
```

Exhibit 1
Page 82

93                           5,293,615                        94

selected spreadsheet cells and
selected fields in the active
case_db file. }

25    if ( Screen_Cursor_Exist and Mark_Record[Current_Record] <>
PR )

{ Screen_Cursor only positions
itself over data cells or data fields
of unprotected records }

begin

Input_Buffer := '';    { clear Input_Buffer }

repeat
        Input_Buffer := Input_Buffer + Keypress
                              { concatenation }
10    until Keypress = ENTER;
                              { accept keyboard input at
                              Input_Buffer until ENTER is pressed
                              }

if ( Id(Current_Record) = Id(Active_Record) ) then
        begin
                Col_Prog_Range[Cursor_Position] := Input_Buffer;
                              { this statement is equivalent to
20                            the statement  "Current_Cell :=
                              Input_Buffer" }
                Need_Spreadsheet_Calc := TRUE
        end
                              { if this is the active record then
25                            only write in Col_Prog range }

Exhibit 1
Page 83

5,293,615

95                                    96

```
else
    begin
        Field[Cursor_Position,Current_Record] :=
        Input_Buffer;
 5      Need_Rec_Calc[Current_Record] := TRUE
                        { If this is not the active record
                          then write in current record's
                          corresponding field, and set
                          Need_Rec_Calc to TRUE for
10                        Current_Record }


        if ( Id(Current_Record) = Id(Previous_Record) )
        then
            Col_Prev_Range[Cursor_Position] :=
15          Input_Buffer
                        { If this is the previous record then
                          also write in Col_Prev range }


        end
20      end
    end                             { procedure Input_Field }.



procedure Execute_Parent_Environment: begin
                        { PART 15.  Procedure that executes
                          user-activated commands in the
                          parent environment.  Remember
 5                        that, in the gen_prog section,
                          environment can only be LAYOUT or
                          APPLICATION. }


if environment = LAYOUT then
```

Exhibit 1
Page 84

5,293,615

97                                                      98

10          begin                        { Execute_Layout_Environment }

            if ( Keypress = LAYOUT_KEY ) then

            Define_Application_Environment;

            if ( Keypress in ANY_OTHER_KEY ) then

            Execute_Scratch_Environment

15                                        { See part 16 of this figure.   This
                                          statement shows how the LAYOUT
                                          environment inherits all tools (that
                                          don't conflict with proprietary
                                          commands) from the SCRATCH
20                                        environment.   The previous
                                          statement represents all
                                          proprietary commands of the
                                          LAYOUT Environment. }

            end
25    else

            Execute_Application_Environment
                                          { As defined in LAYOUT Environment
                                          }
      end                                 { procedure
      Execute_Parent_Environment }.


      procedure Execute_Scratch_Environment: begin
                                          { PART 16.  Procedure that executes
                                          user-activated commands in the
10                                        scratch environment. }

            Spreadsheet_Environment       { Executes an ordinary
                                          spreadsheet environment. }

15 end                                    { procedure
      Execute_Scratch_Environment }.

Exhibit 1
Page 85

99          5,293,615          100

APPENDIX D - Source Code in Turbo C++ by Borland

International

```
/* ================= */
/* FILE: NUEVO.CPP */
/* ================= */

/* ------------------------------------------------

   PROGRAMMABLE SPREADSHEET ENVIRONMENTS AND SYNERGISTIC INTEGRATION OF
   SPREADSHEET AND DATABASE DATA STRUCTURES

   Beginning of source code execution.

   ------------------------------------------------ */

extern "C"
{
  # include <bwindow.h>  /* Library bwindow.h, from 'Turbo C Tools' by Blaise,
                            is included to complement video operations in
                            procedure  Process_Video */

}
              /* The following are Turbo C++'s standard libraries,
                 these take care of basic strings, memory and math
                 operations */
# include <string.h>
# include <io.h>
# include <stdlib.h>
# include <stdio.h>
# include <conio.h>
# include <alloc.h>

              /* Variable definitions in routine "defines.cpp"
                 help for a clear interpretation of code */
# include "defines.cpp"

              /* The following include statements refer to basic
                 spreadsheet operations in the invention */
# include "TCUTIL.H"
# include "TCHASH.H"
# include "TCMENU.H"
# include "TCCELL.H"
# include "TCWINDOW.H"
# include "TCSHEET.H"
# include "TCRUN.H"
# include "TCINPUT.H"
# include "patente.h"

# define ErrorData "Error in input type or value limits"

Word    Keypress;    /* Variable Keypress stores the value of the last
                        key pressed by the user */

Col_Prog_Window  *Window1;  /* Define Col_Prog_Window named WINDOW1 */

Environment_Type Environment;  /* May be LAYOUT or APPLICATION environment */
Section_Type    Section;    /* May be SCRATCH or GEN_PROG section */
boolean         Window;     /* TRUE means program execution in the GEN_PROG
                               section is controlled by col_prog environment */
boolean         Time_Based;  /* TRUE means application is time based */
boolean         Need_Spreadsheet_Calc;  /* Flag for Procedure Calc (Simple Recalc) */

Hilera13 Tempo[100];
```

Exhibit 1
Page 86

5,293,615

101                                                    102

```
/* The following variables in 'extern' statements
   are declared in other program modules.  They will
   also be used in this module, using the values
   defined in other modules. */
extern ProgramObject Vars;
extern CentralMenu ApplicationMenu;
extern HorizontalMenu MainMenu;
extern void Execute_Scratch_Environment();
extern void Execute_Parent_Environment();
extern void Help();

# include "apoyo.cpp"   /* Routines in that file perform video operations,
                           and read and write operations between the
                           col_prog range and the case_db records.
                           These operations are used in for the following
                           procedures:  Process_Video, Change_Case,
                           Select_Environment, and Select_Window. */


/* ---------------------------------------------------

   Procedure Main
   _____

   Operation of the invention, in the scratch, layout and applications
   environments and col_prog environment.

   Here begins the body of routine Main.  Its structure can be summarized as
   follows.

   1) Initiate: environment set-up, col_prog window definition;
   2) Video preparation -not shown in the pseudocode algorithm of figure 16
   3) Keypress recognition and execution of associated actions.

   This sequence is repeated until the user presses the Quit_Key.
   ----------------------------------------------------- */

void main()
{

   Initiate();       /* The necessary sequence of operations and
                        commands issued by the user to demonstrate the
                        concepts of the invention relevant to the patent
                        application */

   while (((Keypress = GetKey()) != QUIT_KEY) || (Window1->Sure_Want_Quit()))
                      /* Main Loop begins:  "While not QUIT" */
   {
    if (Keypress == SECTION_KEY)
     Select_Section();
                      /* Action for F8 key.  Section may be SCRATCH or
                         GEN_PROG. */
    else if (Keypress == F1) Help();
    else
     if (Section == GEN_PROG)

     {
      if (Keypress == ENVIRONMENT_KEY)
       Select_Environment();
                      /* Action for F7 key.  If section <> GEN_PROG
                         then section = SCRATCH; in this case, do
                         nothing.  In GEN_PROG, environment may be LAYOUT
                         or APPLICATION. */
      else
       if (Keypress == WINDOW_KEY)
        Select_Window();
                      /* Action for Alt-F7 key.  This switches window to TRUE or
                         FALSE.  Window = TRUE means Col_Prog Window is active. */
       else
        if (Window)
                      /* Window = TRUE means we are in Col_Prog
                         Environment. */
```

Exhibit 1
Page 87

5,293,615

103                                                                       104

```
switch (Keypress) {
        /* This case statement represents the col_prog
        environment's operation */

    case VIDEO_CONTROL_KEY: Window1->Process_Video();
        break;
        /* Action for any cursor key that affects the
        appearance of the video screen, called here
        "Video_Control_Key". */

    case FORMULA_EDIT_KEY: Window1->Process_Formula_Edit();
        break;
        /* Action for F2 key. */

    case  MARK_RECORD_KEY: Window1->Process_Mark_Record();
        break;
        /* Action for F5 key. */

    case     CALC_KEY: Window1->Process_Calc();
        break;
        /* Action for F9 key. */

    case   FULL_CALC_KEY: Window1->Process_Full_Calc();
        break;
        /* Action for Alt-F9 key. */

    case  CHANGE_CASE_KEY: Window1->Process_Change_Case();
        break;
        /* Action for F6 key. */

        default: if (ANY_INPUT_KEY)
                Window1->Process_Field_Input((char)Keypress);
            else
                if (!Window)
                    Execute_Parent_Environment();
                break;
        /* ANY_INPUT_KEY is a set containing all keys
        validated to initiate Field_Input. */
}

else
{
  if (!Window)
    Execute_Parent_Environment();
        /* This statement shows how the Col_Prog Environment
        inherits all tools (that don't conflict with
        proprietary commands) from the parent environment.
        Previous statements showed all proprietary commands
        of the Col_Prog Environment. */
}
  }

  else
    Execute_Scratch_Environment();
            /* Because Section = SCRATCH. */

  }

Window1->Close_And_Quit();
        /* Procedure Close_And_Quit saves and closes
        files and then quits program. */

}


/* ----------------------------------------

Procedure Process_Formula_Edit
   ------------------
```

Exhibit 1
Page 88

5,293,615

\105                                                                    106

Procedure to accept a formula edit operation in the col_prog range.

—————————————————————— */

```
void Col_Prog_Window::Process_Formula_Edit()
{
  char     formula[256];
  char     caracter=0;
  Hilera13 Valor;

  formula[0]='\0';

           if
  (!Vars.CurrSS.DataCells.IsData(Col_Prog_Range->Start.Col,Col_Prog_Range->Start.Row+Caso_Actual->Campo_Ac
  tual)) {
              /* equivalent to: if current cell is an outcome cell? */
        if (Environment == LAYOUT) {
           if (!ProcessInput(caracter, 1, Col_Prog_Range->Start.Col,
                 Col_Prog_Range->Start.Row + Caso_Actual->Campo_Actual,formula)) {
        strcpy(Valor,formula);
              Caso_Actual->Mark_Cell[Caso_Actual->Campo_Actual].Value=ANS;

        /*
              accept edit formula at current cell, and mark cell
              for ANS file
        */
           Display_New_Value(Valor,0);
        }
        }

     }
     else {      /* else:  environment = APPLICATION */
        if (!ProcessInput(caracter, 1, Col_Prog_Range->Start.Col,
                 Col_Prog_Range->Start.Row + Caso_Actual->Campo_Actual,formula)) {
        strcpy(Valor,formula);

           /* if the new formula is added to the col_prog range,
              and after calculating its resulting value, this
              value is written to a string called 'dato'.    */

           Caso_Actual->Mark_Cell[Caso_Actual->Campo_Actual].Value=(Environment==LAYOUT)?CAP:ANS;
           /* Accept edit formula at current cell, and mark
              cell for ANS file; formulas for cells marked for
              ANS file will be saved in the ANS file. */

        Display_New_Value(Valor,0);
     }
     }
  Valor[0] = '\0';
}


/* —————————————————————

  Procedure Process_Field_Input

  Procedure to accept user-activated data input into selected
  spreadsheet cells and selected fields in the active case_db file.


  —————————————————————— */


void Col_Prog_Window::Process_Field_Input(char caracter)

           /* Process_Field_Input concatenates new input with
              'character', previously input. */

  {
  int      Celda_Actual, i,Lugar;
  char     dato[256] = " ";
  Field    Entrada(1, 80, 1, 0, 0);
  Hilera13 Valor;
  Boolean  Quit, Valido = 0;
```

Exhibit 1
Page 89

5,293,615

107                                                              108

```
/* This source code executes field_input following a
   different sequence of operations.  Here, one
   routine is used if input goes into both the
   col_prog range and the col_prev range, or if
   input goes into any one of them.  Another routine
   is used if no data goes into any of these ranges
   (such as is the case for field_input to records
   other than the active and previous records) */

If (Caso_Actual->Periodo_Status[Caso_Actual->Periodo_Actual].Protect!=PR_PERIOD) {
  If (Caso_Actual->Periodo_Actual==Caso_Actual->Periodo_Activo) {
    Quit=ProcessInput(caracter, 0, Col_Prog_Range->Start.Col,
         Col_Prog_Range->Start.Row + Caso_Actual->Campo_Actual,dato);
    If (!Quit) {
      strcpy(Valor,dato);
      Need_Spreadsheet_Calc=TRUE;
    }
  }
  else {
    dato[0]=caracter;
    do
    {
      Entrada.Edit(dato);
      Quit = Entrada.GetQuit();
      if (!Quit)
      {
        strcpy(dato, Entrada.InputData);
        If (!Vars.CurrSS.DataCells.Cumple(Col_Prog_Range->Start.Col,
           Col_Prog_Range->Start.Row + Caso_Actual->Campo_Actual,
           dato, &Vars.CurrSS.CellHash))
        PrintError(ErrorData);
        else Valido = 1;
      }
      else Valido = 1;

    }
    while (!Valido);
    If (Caso_Actual->Periodo_Actual==Caso_Actual->Periodo_Activo-1)
    {
      If (!Quit)
        Vars.CurrSS.AgregaCelda2(Col_Prev_Range->Start.Col,
           Col_Prev_Range->Start.Row + Caso_Actual->Campo_Actual, dato);
    }
    strcpy(Valor, RightJustStr(dato, 8));
    If (!Quit)
      Caso_Actual->Modify_Field(dato);
  }
  If (!Quit) {
    Caso_Actual->Periodo_Status[Caso_Actual->Periodo_Actual].Calc=TRUE;
    Display_Period_Status((Caso_Actual->Periodo_Actual - Caso_Actual->Primer_Periodo_Desplegado +
1),Caso_Actual->Periodo_Actual);
    Display_New_Value(Valor,1);
  }
}
Valor[0] = dato[0] = '\0';
}


/* ------------------------------------------------

Procedure Calc

Procedure to execute a simple recalc operation.

------------------------------------------------ */

void Col_Prog_Window::Process_Calc()
{
  Block BTemp(Col_Prog_Range->Start.Col, Col_Prog_Range->Start.Row + Caso_Actual->Fila_Inferior_Mostrada,
     Col_Prog_Range->Start.Col, Col_Prog_Range->Start.Row + Caso_Actual->Fila_Superior_Mostrada);
```

Exhibit 1
Page 90

5,293,615

109                                                          110

```
Hilera13 *Activo,Tempo[100];
int Temporal;

Activo=(Hilera13 *)calloc(abs(Col_Prog_Range->Start.Row-Col_Prog_Range->Stop.Row)+1,sizeof(Hilera13));
    if (Caso_Actual->Periodo_Actual) {
            /** This condition verifies that active_record won't
                position in the first case_db record. */
    Temporal = Caso_Actual->Periodo_Activo;
        if (Caso_Actual->Periodo_Actual!=Caso_Actual->Periodo_Activo &&
        Caso_Actual->Periodo_Status[Caso_Actual->Periodo_Actual].Protect==SP_PERIOD) {
            if (Need_Spreadsheet_Calc) {
            Vars.CurrSS.Update(0);
        if ((Caso_Actual->Periodo_Activo >= Caso_Actual->Primer_Periodo_Desplegado) &&
        (Caso_Actual->Periodo_Activo <= Caso_Actual->Primer_Periodo_Desplegado + 5))
        {
                Vars.CurrSS.CopiaAArreglo(Activo,(Caso_Actual->Fila_Superior_Mostrada -
Caso_Actual->Fila_Inferior_Mostrada + 1),BTemp,8);

Escribe_Datos(Activo,(Caso_Actual->Periodo_Activo-Caso_Actual->Primer_Periodo_Desplegado+1),Caso_Actu-
al->Periodo_Activo);
        }
        Caso_Actual->Periodo_Status[Caso_Actual->Periodo_Activo].Calc=FALSE;
        Display_Period_Status[(Temporal - Caso_Actual->Primer_Periodo_Desplegado + 1),Temporal);
        Need_Spreadsheet_Calc=FALSE;
            /* If spreadsheet needs a Calc operation, perform
            it immediately before writing */

        }

Vars.CurrSS.CopiaAArreglo(Activo,(Caso_Actual->Caso.Header.Contenido.LongRegId-33)/32,*Col_Prog_Range,8);

Caso_Actual->Write_Active_Record(Activo,abs(Col_Prog_Range->Start.Row-Col_Prog_Range->Stop.Row)+1);
        Caso_Actual->Read_Current_Record(Tempo);

Vars.CurrSS.CopiaDeArreglo(Tempo,(Caso_Actual->Caso.Header.Contenido.LongRegId-33)/32,*Col_Prog_Range);
        Caso_Actual->Periodo_Activo=Caso_Actual->Periodo_Actual;
        //
            if (Time_Based) {
            Caso_Actual->Read_Previous_Record(Tempo);

Vars.CurrSS.CopiaDeArreglo(Tempo,(Caso_Actual->Caso.Header.Contenido.LongRegId-33)/32,*Col_Prev_Range);
        }
        }
        Caso_Actual->Periodo_Status[Caso_Actual->Periodo_Activo].Calc=FALSE;
            Vars.CurrSS.Update(0);
        Display_Period_Status[(Temporal - Caso_Actual->Primer_Periodo_Desplegado + 1),Temporal);
            Vars.CurrSS.CopiaAArreglo(Activo,(Caso_Actual->Fila_Superior_Mostrada -
Caso_Actual->Fila_Inferior_Mostrada + 1),BTemp,8);

Escribe_Datos(Activo,(Caso_Actual->Periodo_Activo-Caso_Actual->Primer_Periodo_Desplegado+1),Caso_Actu-
al->Periodo_Activo);
        Show_New_Cursor_Position();
        Despliega_Rows();
        }
        free(Activo);
    }



/* -------------------------------------------------

Procedure Full_Recalc
-------------------------------------------------

Procedure to execute a full recalculation.

------------------------------------------------- */


void Col_Prog_Window::Process_Full_Calc()
    {
```

Exhibit 1
Page 91

111                                                      112

```
Hilera13 *Activo;
int   Id0_Active=0,
   Id0_Campo=0,
      Id0_Current=0,
   Id0_Primero=0,
      First_Record=0,
      Last_Record=0;

if (Time_Based) {
   Activo=(Hilera13 *)calloc(abs(Col_Prog_Range->Start.Row-Col_Prog_Range->Stop.Row)+1,sizeof(Hilera13));
   Id0_Active=Caso_Actual->Periodo_Activo;
   Id0_Current=Caso_Actual->Periodo_Actual;
   Id0_Campo=Caso_Actual->Campo_Actual;
   Id0_Primero=Caso_Actual->Primer_Periodo_Desplegado;
      Last_Record=Caso_Actual->Caso.Header.Contenido.NumReg-1;
      Caso_Actual->Periodo_Actual=First_Record;
   Caso_Actual->Primer_Periodo_Desplegado=First_Record;
   Cambia_Formatos_Pantalla(0);
      do {
         do {
         if (Caso_Actual->Periodo_Actual < Last_Record)
            Move_Cursor_Horizontal(-1);
         else
               Caso_Actual->Periodo_Actual++;
         } while(Caso_Actual->Periodo_Actual<=Last_Record &&
            (Caso_Actual->Periodo_Status[Caso_Actual->Periodo_Actual].Protect!=SP_PERIOD ||
             !Caso_Actual->Periodo_Status[Caso_Actual->Periodo_Actual].Calc));

      Vars.CurrSS.CopiaAArreglo(Activo,(Caso_Actual->Caso.Header.Contenido.LongRegId-33)/32,*Col_Prog_Range,8);

      Caso_Actual->Write_Active_Record(Activo,abs(Col_Prog_Range->Start.Row-Col_Prog_Range->Stop.Row)+1);
            while (Caso_Actual->Periodo_Actual<=Last_Record &&
               Caso_Actual->Periodo_Status[Caso_Actual->Periodo_Actual].Protect==SP_PERIOD) {

               Process_Calc();
            if (Caso_Actual->Periodo_Actual < Last_Record)
               Move_Cursor_Horizontal(-1);
            else
                  Caso_Actual->Periodo_Actual++;
            }
         } while (Caso_Actual->Periodo_Actual<Last_Record);
         Caso_Actual->Periodo_Actual=Id0_Active;
      Caso_Actual->Primer_Periodo_Desplegado=Id0_Primero;

      Cambia_Formatos_Pantalla(0);
         Process_Calc();
      Erase_Previous_Cursor_Position(0);
         Caso_Actual->Periodo_Actual=Id0_Current;
      Caso_Actual->Campo_Actual = Id0_Campo;
      Show_New_Cursor_Position();
      Despliega_Rows();
      free(Activo);
   }
}


/* ----------------------------------------

Procedure Process_Video
--------------

Procedure to operate and modify the video after any cursor key is pressed.

---------------------------------------- */

void Col_Prog_Window::Process_Video()
{
```

Exhibit 1
Page 92

5,293,615

113                                                  114

```
switch (Keypress) {

    case   RIGHT_ARROW:if (Caso_Actual->Periodo_Actual < (Caso_Actual->Caso.Header.Contenido.NumReg - 1))
               Move_Cursor_Horizontal(-1);
           break;
               /* Where 'Caso_Actual' is active case_db file,
                  and 'Periodo Actual' is current case_db record */

    case   LEFT_ARROW:if (Caso_Actual->Periodo_Actual > 0)
               Move_Cursor_Horizontal(1);
           break;

    case   END_KEY:Video_End_Key();
           break;

    case   HOME_KEY:Video_Home_Key();
           break;

    case   TAB_KEY:Video_Tab_Key();
           break;

    case SHIFT_TAB_KEY:Video_Shift_Tab_Key();
         break;

    case   UP_ARROW:if (Caso_Actual->Periodo_Status[ Caso_Actual->Periodo_Actual].Protect != PR_PERIOD)
               Move_Cursor_Vertical(UP);
           break;

               /* If Mark_Record(Current_Record) = PR then the
                  cursor can't move vertically in Current_Record */

    case   DOWN_ARROW:if (Caso_Actual->Periodo_Status[ Caso_Actual->Periodo_Actual].Protect != PR_PERIOD)
               Move_Cursor_Vertical(DOWN);
           break;

    case   PAGE_UP:Move_Cursor_Page_Up();
           break;
               /* When pressing PgDn and PgUp, a different range is
                  shown */

    case   PAGE_DOWN:Move_Cursor_Page_Down();
           break;

    }

}


//
//
//

void Col_Prog_Window::Process_Mark_Record()
{

    wnsselect(Data_Window);
    MARKING_RECORDS = 1;
    Caso_Actual->Tipo_Cursor = COLUMN_CURSOR;   //
    Muestra_Column_Cursor(0);           //
    if (Environment == APPLICATION)
       Pone_Command_Line(0);             //
                         //

    while ((Keypress = GetKey()) != MARK_RECORD_KEY)
    //
    //
```

Exhibit 1
Page 93

5,293,615

115                                                                              116

```
{
  switch (Keypress) {

  case    ENTER_KEY: Cambia_Status_Period();      //
                break;              //

  case    LEFT_ARROW: if (Caso_Actual->Periodo_Actual > 0) //
                Move_Cursor_Horizontal(1);      //
                break;              //

  case    RIGHT_ARROW: if (Caso_Actual->Periodo_Actual < (Caso_Actual->Caso.Header.Contenido.NumReg - 1))
                Move_Cursor_Horizontal(-1);
                break;

  }.
}
MARKING_RECORDS = 0;
Muestra_Column_Cursor(1);          //
If (Environment == APPLICATION)
    Pone_Command_Line(1);          //
Caso_Actual->Tipo_Cursor = CELL_CURSOR;  //
Show_New_Cursor_Position();          //

}


/* ----------------- */
/* End of Main Algorithm */
/* ----------------- */

* ═══════════════════════════════ *

* ═══════════ *
* FILE:  APOYO.CPP *
* ═══════════ *

  //
  //
  //

  /* */

int MARKING_RECORDS = 0;   //
              //

void Col_Prog_Window::Crea_Ventanas_Presentacion()
{

  Data_Window  = wncreate(21,70,REVERSE);
  Text_Window  = wncreate(21,DEFINE_TAMANO,REVERSE);
  If (Environment == APPLICATION)
  {
      Header_Window = wncreate( 3,80,REVERSE);   //
      Botton_Window = wncreate( 1,80,REVERSE);
  }

}

  /* */

void Col_Prog_Window::Llena_Primera_Pantalla()
{

  Crea_Ventanas_Presentacion();
  Lectura_Primeros_Datos();
  Find_Next_Input_Field(DOWN);   //
      //
```

Exhibit 1
Page 94

117                    5,293,615                    118

```
Despliega_Ventanas_General(1);

}

/*  */

void Col_Prog_Window::Escribe_Textos_Ventanas()
{

int i;

wnselect(Text_Window);      //
wnsetopt(Text_Window,WN_CUR_TRACK,0);
wnsetopt(Text_Window,WN_CUR_OFF,1);

for ( i = Caso_Actual->Fila_Inferior_Mostrada; i <= Caso_Actual->Fila_Superior_Mostrada; ++i)
    //
    {
      wnwrbuf(FILA_AMBIENTE,1,strlen(Caso_Actual->Nombres[FILA1].Largo),
          Caso_Actual->Nombres[FILA1].Largo,
          ((Environment == LAYOUT)?SC_WHITE:WHITE),SC_BLUE,CHARS_ONLY);

      wnwrbuf(FILA_AMBIENTE,25,1,&Caso_Actual->Nombres[FILA1].Simbolo,
          ((Environment == LAYOUT)?SC_WHITE:WHITE),SC_BLUE,CHARS_ONLY);
    }

if (Environment == APPLICATION)
  {
    if (COMPILAR == 16)
        wnwrbuf(0,1,13,"▨ ▨ ▨ ▨ ▨ ▨ ▨ ▨ ▨ ▨ ▨ ▨ ▨ ▨",WHITE,SC_BLUE,CHARS_ONLY);

    wnwrbuf(20,1,29,"▨ ▨ ▨ ▨ ▨ ▨ ▨ ▨ ▨ ▨ ▨ ▨ ▨ ▨ ▨ ▨ ▨ ▨
▨ ▨ ▨ ▨ ▨ ▨ ▨ ▨ ▨ ▨ ▨ ▨",WHITE,SC_BLUE,CHARS_ONLY);
  };
}

/*  */

void Lista_Bases::Inicializa_Filas_Mostradas(int& Inferior, int& Superior)

  //
  //

{

 Inferior = 0;
 Superior = COMPILAR;       //

}

/*  */

void Col_Prog_Window::Despliega_Ventanas(char Caso)

  //
  //

{
 char Nombre_Titulo[15];
```

Exhibit 1
Page 95

5,293,615

119                                                                                                       120

```
Nombre_Titulo[0] = '\0';


location.corner.row = 0;            //
location.corner.col = 0;            //

wnselect(Header_Window);
wnatrblk(Header_Window,0,0,0,79,SC_BLUE,SC_WHITE,WN_NO_UPDATE);
wnatrblk(Header_Window,1,0,2,79,SC_WHITE,SC_BLUE,WN_NO_UPDATE);
                          //

strcpy(Nombre_Titulo,Caso_Actual->Caso.Nombre_BD);
strcat(Nombre,")");
Nombre_Titulo[strlen(Nombre_Titulo) - 4] = '\0';
wnwrbuf(0,1,23,"COL_PROG_ENVIRONMENT: (",SC_BLACK,SC_WHITE,CHARS_ONLY);
wnwrbuf(0,24,strlen(Nombre),Nombre,SC_BLACK,SC_WHITE,CHARS_ONLY);
Nombre[strlen(Nombre)-1] = '\0';
wnwrbuf(0,46,33,"(PARENT: APPLICATION ENVIRONMENT)",SC_BLACK,SC_WHITE,CHARS_ONLY);
wnwrbuf(1,(79 - strlen(Nombre_Titulo) - 15),13,"Name of Case:",WHITE,SC_BLUE,CHARS_ONLY);
wnwrbuf(1,(79 - strlen(Nombre_Titulo)),strlen(Nombre_Titulo),Nombre_Titulo,WHITE,SC_BLUE,CHARS_ONLY);
if (COMPILAR == 16)
   wnwrbuf(2,1,13,"SAMPLE SCREEN",WHITE,SC_BLUE,CHARS_ONLY);
wnselopt(Header_Window,WN_CUR_OFF,1);
wndsplay(Header_Window,&location,&border);   //
wnupdate(Header_Window);              //

location.corner.row = 24;
location.corner.col = 0;
wnselect(Botton_Window);
wnattr(SC_WHITE,SC_BLUE);
wndsplay(Botton_Window,&location,&border);
Pone_Command_Line(1);         //
                          //

wnupdate(Botton_Window);         //

}

/*   */
void Col_Prog_Window::Move_Cursor_Horizontal(char Caso)

    //
    //
{
Block BTemp(Col_Prog_Range->Start.Col, Col_Prog_Range->Start.Row + Caso_Actual->Fila_Inferior_Mostrada,
       Col_Prog_Range->Start.Col, Col_Prog_Range->Start.Row + Caso_Actual->Fila_Superior_Mostrada);

Hilera13 Datos[25];
    //
    //

if (JUST_SCROLL)
    //
    {
    Erase_Previous_Cursor_Position(Caso);   //
    Caso_Actual->Periodo_Actual -= Caso;   //
    Show_New_Cursor_Position();          //
    }
else
```

Exhibit 1
Page 96

5,293,615

121                                            122

```
    //
    {
    if ((Caso_Actual->Primer_Periodo_Desplegado + INCREMENTO) == Caso_Actual->Periodo_Activo)
        //

        Vars.CurrSS.CopiaAArreglo(Datos,(Caso_Actual->Fila_Superior_Mostrada -
    Caso_Actual->Fila_Inferior_Mostrada + 1), BTemp,8);
    else
        //

        Caso_Actual->Lectura_Parcial(Datos,(Caso_Actual->Primer_Periodo_Desplegado + INCREMENTO));
        Erase_Previous_Cursor_Position(Caso);         //
        Caso_Actual->Periodo_Actual -= Caso;          //
        Caso_Actual->Primer_Periodo_Desplegado -= Caso;
        Escribe_Datos(Datos,((Caso == -1)?6:0),(Caso_Actual->                 Primer_Periodo_Desplegado +
                                                                               INCREMENTO + Caso));
        //
        wnhoriz(10,SC_WHITE,SC_BLUE,((Caso == 1)?SCR_RIGHT:SCR_LEFT));
        //
        Show_New_Cursor_Position();         //
    }

    }

    /*  */

void Col_Prog_Window::Escribe_Datos(Hilera13 *Datos, char Lugar, int Periodo)

    //
    //
    //
    //

    {

    int i,Celda_Actual;

    wnselect(Data_Window);          //
    wnselopt(Data_Window,WN_CUR_TRACK,0);
    for (i = Caso_Actual->Fila_Inferior_Mostrada; i <= Caso_Actual->Fila_Superior_Mostrada; ++i)
        //
        //

    {
        Celda_Actual = Vars.CurrSS.DataCells.IsData(Col_Prog_Range->
                       Start.Col,(Col_Prog_Range->Start.Row + i));
        //
        wnwrbuf(FILA_AMBIENTE,(Lugar * 10 + 1),8,Datos[FILA1],
                COLOR_LETRAS(Caso_Actual->Periodo_Actual),COLOR_FONDO(Caso_Actual->
                Periodo_Actual),CHARS_ONLY | NO_MOVE_CUR);
    }

    if (Environment == LAYOUT)
        wnatrblk(Data_Window,0,(Lugar * 10),0,((Lugar + 1)*10 - 1),
                 SC_BLUE,SC_WHITE,WN_NO_UPDATE);

    Display_Period_Status(Lugar,Periodo);         //
                                                  //
                                                  //

    wnselect(Data_Window);          //
```

Exhibit 1
Page 97

5,293,615

123                                                                                           124

```
}

/* */

void Col_Prog_Window::Display_Period_Status(char Lugar, int Periodo)
{

  wnselect(Data_Window);   // Activate the Data_Window

  if (Periodo == Caso_Actual->Periodo_Activo)

    // if Periodo corresponds to the Active_Record then a special indicator
    // is shown

    {
      wnwrbuf(DEPENDE_ENVIRONMENT,(Lugar * 10),10," ?? ?? ?? ?? ?? ??
      ",BACK_COLOR,FORE_COLOR,CHARS_ONLY I NO_MOVE_CUR);
         if (Caso_Actual->Periodo_Status[Periodo].Calc == TRUE)
            wnwrbuf(DEPENDE_ENVIRONMENT,(Lugar * 10),10," ---- ",BACK_COLOR,FORE_COLOR,CHARS_ONLY I
      NO_MOVE_CUR);
         if (Environment == LAYOUT)
            // if we're on Layout puts the indicator in the
            // Video top.
            {
               wnwrbuf(DEPENDE_ENVIRONMENT,(Lugar * 10),2," ?? ",BACK_COLOR,FORE_COLOR,CHARS_ONLY I
      NO_MOVE_CUR);
               wnwrbuf(DEPENDE_ENVIRONMENT,(Lugar * 10 + 8),2," ?? ",BACK_COLOR,FORE_COLOR,CHARS_ONLY I
      NO_MOVE_CUR);
            }
         else
            {
               wnwrbuf(DEPENDE_ENVIRONMENT,(Lugar * 10),2," ?? ?? ",BACK_COLOR,FORE_COLOR,CHARS_ONLY I
      NO_MOVE_CUR);
               wnwrbuf(DEPENDE_ENVIRONMENT,(Lugar * 10 +
      8),2," ?? ?? ",BACK_COLOR,FORE_COLOR,CHARS_ONLY I NO_MOVE_CUR);
            }

    }
  else
    {
      // puts indicators for the rest of records (periods)

      if (Environment == APPLICATION)
         wnwrbuf(DEPENDE_ENVIRONMENT,(Lugar * 10),10,
            " ?? ?? ?? ?? ?? ?? ?? ?? ?? ?? ",BACK_COLOR,FORE_COLOR,CHARS_ONLY I
      NO_MOVE_CUR);
      else
         wnwrbuf(DEPENDE_ENVIRONMENT,(Lugar * 10),10,
            "            ",BACK_COLOR,FORE_COLOR,CHARS_ONLY I NO_MOVE_CUR);
      // Displays if the present record needs calc or not
      if (Caso_Actual->Periodo_Status[Periodo].Calc == TRUE)
         wnwrbuf(DEPENDE_ENVIRONMENT,(Lugar * 10),10,
            PENDIENTE_CALCULO(Periodo),BACK_COLOR,FORE_COLOR,CHARS_ONLY I NO_MOVE_CUR);
    }
    // Displays if the present record is PR,SP or DB
    if (Caso_Actual->Periodo_Status[Periodo].Protect == 0)
       {
          if (Caso_Actual->Periodo_Status[Periodo].Calc == TRUE)
             wnwrbuf(DEPENDE_ENVIRONMENT,(Lugar * 10 + 5),1,
                "*",BACK_COLOR,FORE_COLOR,CHARS_ONLY I NO_MOVE_CUR);
```

Exhibit 1
Page 98

5,293,615

125                                                                    126

```
else
{
    if (Environment == LAYOUT)
        wnwrbuf(0,(Lugar * 10 + 5),1,
            ((Periodo == Caso_Actual->Periodo_Activo)?"[?]"+" "),
                                BACK_COLOR,FORE_COLOR,CHARS_ONLY I NO_MOVE_CUR);

    else
        wnwrbuf(20,(Lugar * 10 + 5),1,
            ((Periodo == Caso_Actual->Periodo_Activo)?
                            "[?]":"[?]"),BACK_COLOR,FORE_COLOR,CHARS_ONLY I
                            NO_MOVE_CUR);
}
}
else
    wnwrbuf(DEPENDE_ENVIRONMENT,(Lugar * 10 + 5),1,
        STATUS_PERIODO(Periodo),BACK_COLOR,FORE_COLOR,CHARS_ONLY I NO_MOVE_CUR);

wnupdate(Data_Window);   // Update the Data_Window in the screen

}

/* This routine manipulates the movements of the screen cursor in
   vertical direction. 'Sentido' indicates if the Movement is Up or
   Down. If we're on Layout we can access all cells, on application
   we can position just on Input fields.
   */


void Col_Prog_Window::Move_Cursor_Vertical(char Sentido)
{

    Find_Next_Input_Field(Sentido);     // We've to find the next input field
                        // in the shown range.
    Erase_Previous_Cursor_Position(0); // Erase previos cursor position and
    Despliega_Rows();
    Show_New_Cursor_Position();      // then show the new cursor position

}


    // This routine changes the range of fields shown on video when the user
    // presses the Page_Up key and the present range shown is [17..32]

void Col_Prog_Window::Move_Cursor_Page_Up()
{

    if (Caso_Actual->Fila_Inferior_Mostrada > 0)    // if the program shows range [17..32], and
    {                               // the users press 'Page_Up' key, then changes
        if ((Caso_Actual->Fila_Inferior_Mostrada - (COMPILAR + 1)) >= 0)
        {
            Caso_Actual->Fila_Inferior_Mostrada -= (COMPILAR + 1);  // range shown to [0..16]
            Caso_Actual->Fila_Superior_Mostrada = (Caso_Actual->Fila_Inferior_Mostrada + COMPILAR);
        }
        else
        {
            Caso_Actual->Fila_Superior_Mostrada = Caso_Actual->Fila_Inferior_Mostrada - 1;
            Caso_Actual->Fila_Inferior_Mostrada = 0;
        }
        Muestra_Nuevos_Datos();
```

Exhibit 1
Page 99

5,293,615

127                                                                    128

```
}

}

// This routine shows the new data on screen when the user has pressed
// the Page_Up Key or the Page_Down Key.

void Col_Prog_Window::Muestra_Nuevos_Datos()
{

Caso_Actual->Campo_Actual = Caso_Actual->Fila_Inferior_Mostrada - 1;   // we initialize the cursor position on
screen
Caso_Actual->Campo_Anterior = -1;
Find_Next_Input_Field(DOWN);        // we position the videos cursor
Cambia_Formatos_Pantalla(0);        // Call routine that reads the new data
Show_New_Cursor_Position();         // then display the videos cursor.
}

//
//
//

void Col_Prog_Window::Lectura_Primeros_Datos()
{

Block BTemp(Col_Prog_Range->Start.Col, Col_Prog_Range->Start.Row + Caso_Actual->Fila_Inferior_Mostrada,
       Col_Prog_Range->Start.Col, Col_Prog_Range->Start.Row + Caso_Actual->Fila_Superior_Mostrada);
int i;
int mode, columns, active_page;
Hilera13 Datos[25];

Caso_Actual->Lee_Nombres();             //
wnselect(Text_Window);                  //
wnattr(SC_WHITE,SC_BLUE);               //
Escribe_Textos_Ventanas();              //
free(Caso_Actual->Nombres);             //
wnselect(Data_Window);                  //
wnattr(SC_WHITE,SC_BLUE);               //
for (i = Caso_Actual->Primer_Periodo_Desplegado; i < (Caso_Actual->
     Primer_Periodo_Desplegado + 5); ++i)
//
//

{
. if (i == Caso_Actual->Periodo_Activo)
  //
  Vars.CurrSS.CopiaAArreglo(Datos,(Caso_Actual->Fila_Superior_Mostrada -
          Caso_Actual->Fila_Inferior_Mostrada + 1),BTemp,8);

else
  //
  Caso_Actual->Lectura_Parcial(Datos,i);
  Escribe_Datos(Datos,(i-Caso_Actual->Primer_Periodo_Desplegado+1),i);
  //
  Revisa_Celdas(i);
  //
}

}

/* */
```

Exhibit 1
Page 100

5,293,615

129                                                                130

```
void Col_Prog_Window::Despliega_Ventanas_Datos()
{
  int mode, columns, active_page;

  Caso_Actual->Primera_Vez = 0;
  if (Environment == LAYOUT)
    {
      wnatrblk(Text_Window,0,0,0,25,SC_BLUE,SC_WHITE,WN_UPDATE);
      wnatrblk(Data_Window,0,0,0,69,SC_BLUE,SC_WHITE,WN_UPDATE);
      wnatrstr(Data_Window,0,COLUMN1(Caso_Actual->Periodo_Actual),8,SC_WHITE,SC_RED,WN_UPDATE);

    }
  Show_New_Cursor_Position();
  location.dev  = scmode(&mode,&columns,&active_page);
  location.page = active_page;
  border.type  = BBRD_NO_BORDER;
  location.corner.row = DEFINE_FILA;
  location.corner.col = 30;
  wnwdisp(Data_Window,&location,21,50,0,10,&border);
  wnupdate(Data_Window);
  location.corner.row = DEFINE_FILA;
  location.corner.col = DEFINE_COLUMNA;
  wndsplay(Text_Window,&location,&border);
  wnupdate(Text_Window);

}

    //
    //
    //


void Col_Prog_Window::Move_Cursor_Page_Down()
{

  if (Caso_Actual->Fila_Superior_Mostrada < (Col_Prog_Range->Stop.Row - Col_Prog_Range->Start.Row))
    {
      if ((Caso_Actual->Fila_Superior_Mostrada + COMPILAR + 1) <= (Col_Prog_Range->Stop.Row -
Col_Prog_Range->Start.Row))
        {
          Caso_Actual->Fila_Superior_Mostrada += (COMPILAR + 1);
          Caso_Actual->Fila_Inferior_Mostrada += (COMPILAR + 1);
        }
      else
        {
          Caso_Actual->Fila_Inferior_Mostrada = Caso_Actual->Fila_Superior_Mostrada + 1;
          Caso_Actual->Fila_Superior_Mostrada = Col_Prog_Range->Stop.Row - Col_Prog_Range->Start.Row;
        }
      Muestra_Nuevos_Datos();
    }

  }

    //
    //
void Col_Prog_Window::Find_Next_Input_Field(char Direccion)
{

  int i,Celda_Actual;
```

Exhibit 1
Page 101

5,293,615

131                                                                                    132

```
if (Environment == LAYOUT)
  //
  //
  {
  if (Direccion == DOWN)
    //
    //
    //
    {
    if (Caso_Actual->Campo_Actual < Caso_Actual->Fila_Superior_Mostrada)
      {
        Caso_Actual->Campo_Anterior = Caso_Actual->Campo_Actual;
        ++Caso_Actual->Campo_Actual;
      }
    }
    else
    {
    //
    //
    //

      if (Caso_Actual->Campo_Actual > Caso_Actual->Fila_Inferior_Mostrada)
      {
        Caso_Actual->Campo_Anterior = Caso_Actual->Campo_Actual;
        --Caso_Actual->Campo_Actual;
      }
    }
  }
  else
  {
  //
  //
  if (Direccion == DOWN)
    {
    if (Caso_Actual->Campo_Actual >= Caso_Actual->Fila_Inferior_Mostrada)
      i = Caso_Actual->Campo_Actual + 1;
    else
      i = Caso_Actual->Fila_Inferior_Mostrada;
    while (i <= Caso_Actual->Fila_Superior_Mostrada)
    {
      Celda_Actual = Vars.CurrSS.DataCells.IsData(Col_Prog_Range->
                          Start.Col,(Col_Prog_Range->Start.Row + i));
      i++;
      if (Celda_Actual)
      {
        Caso_Actual->Campo_Anterior = Caso_Actual->Campo_Actual;
        Caso_Actual->Campo_Actual  = i - 1;
        break;
      }
    }
    }
    else
    {
    if (Caso_Actual->Campo_Actual >= Caso_Actual->Fila_Inferior_Mostrada)
      i = Caso_Actual->Campo_Actual - 1;
    else
      i = Caso_Actual->Fila_Superior_Mostrada;
    while (i >= Caso_Actual->Fila_Inferior_Mostrada)
    {
```

Exhibit 1
Page 102

5,293,615

133                                                                  134

```
Celda_Actual = Vars.CurrSS.DataCells.IsData(Col_Prog_Range->
                    Start.Col,(Col_Prog_Range->Start.Row + i));

    if (Celda_Actual)
    {
        Caso_Actual->Campo_Anterior = Caso_Actual->Campo_Actual;
        Caso_Actual->Campo_Actual   = i + 1;
        break;
    }
    }
    }
    }

    }

//
//
//

void Col_Prog_Window::Erase_Previous_Cursor_Position(char Caso)
{
    int Celda_Actual;

    //
    //

    if (Caso_Actual->Tipo_Cursor == CELL_CURSOR)
    {
        //
        //

        if (Caso_Actual->Campo_Anterior >= Caso_Actual->Fila_Inferior_Mostrada)
        {
            Celda_Actual = Vars.CurrSS.DataCells.IsData(Col_Prog_Range->
                        Start.Col,(Col_Prog_Range->Start.Row + Caso_Actual->Campo_Anterior));
            wnatrstr(Data_Window,FILA_AMBIENTE_2,COLUMN3(Caso_Actual->
                        Periodo_Actual),8,COLOR_LETRAS(Caso_Actual->Periodo_Actual),
                        COLOR_FONDO(Caso_Actual->Periodo_Actual),WN_UPDATE);
            if ((Environment == LAYOUT) && (Caso != 0))
                wnatrstr(Data_Window,0,COLUMN3(Caso_Actual->Periodo_Actual),
                        8,SC_BLUE,SC_WHITE,WN_UPDATE);
        }
    }
    else

        //
        Revisa_Celdas(Caso_Actual->Periodo_Actual);
        wnupdate(Data_Window);

}

    //
    //

void Col_Prog_Window::Show_New_Cursor_Position()
{

    if (Caso_Actual->Tipo_Cursor == CELL_CURSOR)
    {
        //
        //
```

Exhibit 1
Page 103

5,293,615

135                                                                                   136

```
if (Caso_Actual->Campo_Actual >= Caso_Actual->Fila_Inferior_Mostrada)
  {
  wnatrstr(Data_Window,FILA_AMBIENTE_3,COLUMN1(Caso_Actual->
              Periodo_Actual),8,SC_WHITE,SC_RED,WN_UPDATE);
  Caso_Actual->Campo_Anterior = Caso_Actual->Campo_Actual;
  if (Environment == LAYOUT)
    wnatrstr(Data_Window,0,COLUMN1(Caso_Actual->Periodo_Actual),
              8,SC_WHITE,SC_RED,WN_UPDATE);


  }
  }
else
  //
  //
  Muestra_Column_Cursor(0);

}


  //
  //
  //

void Col_Prog_Window::Cambia_Status_Period()
  {
  //
  //
  //

  ++(Caso_Actual->Periodo_Status[Caso_Actual->Periodo_Actual].Protect);
  (Caso_Actual->Periodo_Status[Caso_Actual->Periodo_Actual].Protect) %= 3;
  Display_Period_Status((Caso_Actual->Periodo_Actual - Caso_Actual->
        Primer_Periodo_Desplegado + 1),Caso_Actual->Periodo_Actual);

}

  //
  //
  //
  //

void Col_Prog_Window::Muestra_Column_Cursor(char Caso)
  {

  switch( Caso ) {
  case 0:  wnatrblk(Data_Window,0,(COLUMN1(Caso_Actual->Periodo_Actual)-1),
        20,COLUMN2(Caso_Actual->Periodo_Actual),SC_WHITE,SC_RED,WN_UPDATE);
        break;
  case 1:  wnsetopt(Data_Window,WN_DELAYED,1);
        Revisa_Celdas(Caso_Actual->Periodo_Actual);
        wnupdate(Data_Window);
        wnsetopt(Data_Window,WN_DELAYED,0);
        break;
  }
  }

  //
  //

void Col_Prog_Window::Pone_Command_Line(char Caso)
  {
```

Exhibit 1
Page 104

5,293,615

137                                                                138

```
char Linea1[85] = " F1-Help F2-Edit F5-Mrk_Rec F6-Case F7-Envim aF7-Wind F8-Sect F9-Calc Esc-Quit ";
char Linea2[85] = " Marking Columns (F5):      ENTER-Toggle Mark          F5-Finished ";

wnselect(Botton_Window);
wnsetopt(Botton_Window,WN_CUR_TRACK,0);
wnsetopt(Botton_Window,WN_CUR_OFF,1);

switch ( Caso ) {
  case 0: {
      wnwrbuf(0,0,80,Linea2,SC_CYAN,SC_BLUE,CHARS_ONLY);
      wnatrstr(Botton_Window,0,1,20,YELLOW,SC_BLUE,WN_UPDATE);    //
      wnatrstr(Botton_Window,0,32,5,YELLOW,SC_BLUE,WN_UPDATE);    //
      wnatrstr(Botton_Window,0,68,2,YELLOW,SC_BLUE,WN_UPDATE);    //
      break;
      }
  case 1: {
      wnwrbuf(0,0,80,Linea1,SC_CYAN,SC_BLUE,CHARS_ONLY);
      wnatrstr(Botton_Window,0,1,2,YELLOW,SC_BLUE,WN_UPDATE);
      wnatrstr(Botton_Window,0,9,2,YELLOW,SC_BLUE,WN_UPDATE);
      wnatrstr(Botton_Window,0,17,2,YELLOW,SC_BLUE,WN_UPDATE);
      wnatrstr(Botton_Window,0,28,2,YELLOW,SC_BLUE,WN_UPDATE);
      wnatrstr(Botton_Window,0,36,2,YELLOW,SC_BLUE,WN_UPDATE);
      wnatrstr(Botton_Window,0,46,3,YELLOW,SC_BLUE,WN_UPDATE);
      wnatrstr(Botton_Window,0,55,2,YELLOW,SC_BLUE,WN_UPDATE);
      wnatrstr(Botton_Window,0,63,2,YELLOW,SC_BLUE,WN_UPDATE);
      wnatrstr(Botton_Window,0,71,3,YELLOW,SC_BLUE,WN_UPDATE);
      break;
      }
  }
  wnselect(Data_Window);

}

  //
  //
  //

void Col_Prog_Window::Revisa_Celdas(char Periodo)
{

  int Celda_Actual;
  int i;
  if (Environment == LAYOUT)
    {
    wnatrblk(Data_Window,0,COLUMN1(Periodo)-1,0,COLUMN2(Periodo),SC_BLUE,
          SC_WHITE,WN_NO_UPDATE);
    wnatrblk(Data_Window,1,COLUMN1(Periodo)-1,20,COLUMN2(Periodo),SC_WHITE,
          SC_BLUE,WN_NO_UPDATE);
    }
  else
    wnatrblk(Data_Window,0,COLUMN1(Periodo)-1,20,COLUMN2(Periodo),WHITE,
          SC_BLUE,WN_NO_UPDATE);
  if (Caso_Actual->Periodo_Status[Periodo].Protect != PR_PERIOD)
    for (i = Caso_Actual->Fila_Inferior_Mostrada;i <= Caso_Actual->Fila_Superior_Mostrada; ++i)

      //

      {
      Celda_Actual = Vars.CurrSS.DataCells.IsData(Col_Prog_Range->Start.Col,
            (Col_Prog_Range->Start.Row + i));
        if (Celda_Actual)
```

Exhibit 1
Page 105

5,293,615

139                                                          140

```
    wnat:str(Data_Window,FILA_AMBIENTE,COLUMN1(Periodo),8,
              COLOR_LETRAS(Periodo),COLOR_FONDO(Periodo),WN_NO_UPDATE);
    }

  }

  /* */

void Col_Prog_Window::Cambia_Formatos_Pantalla(char Cambio_Caso) //
{                                               //

 Destruye_Ventanas(Cambio_Caso);   //
 Llena_Primera_Pantalla();      //

}

  /* */

void Col_Prog_Window::Display_New_Value(Hilera13 Valor, char Caso)
{
  int Celda_Actual,l,Lugar = -1;

  Celda_Actual = Vars.CurrSS.DataCells.IsData(Col_Prog_Range->Start.Col,
            (Col_Prog_Range->Start.Row + Caso_Actual->Campo_Actual));
  i = Caso_Actual->Campo_Actual;
  if (Caso)
    Lugar=Caso_Actual->Periodo_Actual-Caso_Actual->
              Primer_Periodo_Desplegado+1;
    else
      if ((Caso_Actual->Periodo_Activo >= Caso_Actual->
              Primer_Periodo_Desplegado) &&
        (Caso_Actual->Periodo_Activo <= Caso_Actual->
              Primer_Periodo_Desplegado + 5))
        Lugar=Caso_Actual->Periodo_Activo-Caso_Actual->
              Primer_Periodo_Desplegado+1;
  if (Lugar != -1)
  {
    wnselect(Data_Window);
    wnwrbuf(FILA_AMBIENTE,(Lugar * 10 +1),8,Valor,COLOR_LETRAS(Caso_Actual->
              Periodo_Actual),COLOR_FONDO(Caso_Actual->Periodo_Actual),CHARS_ONLY | NO_MOVE_CUR);
  }
  Show_New_Cursor_Position();
}

  /* */

void Col_Prog_Window::Despliega_Ventanas_General(char Caso)
{                                               \

  int i;
  Caso_Actual->Desplegados = 1;

  if (Window)
    //
    {
     .for (i = Caso_Actual->Primer_Periodo_Desplegado; i < (Caso_Actual->
              Primer_Periodo_Desplegado + 5); ++i)
     Revisa_Celdas(i);
     if (Environment == LAYOUT)
```

Exhibit 1
Page 106

5,293,615

141                                    142

```
    //
    {
      Despliega_Rows();
      ClrEolXY(1,1,LIGHTGRAY<<4);
      WriteXY("COL_PROG ENVIRONMENT :(",2,1,LIGHTGRAY<<4);
      WriteXY(Nombre,25,1,LIGHTGRAY<<4);
      WriteXY(")",(25 + strlen(Nombre)),1,LIGHTGRAY<<4);
      WriteXY("(PARENT: LAYOUT ENVIRONMENT)",52,1,LIGHTGRAY<<4);
      ClrEolXY(1,2,BLACK);
      ClrEolXY(1,3,BLACK);
      ClrEolXY(1,24,BLACK);
      ClrEolXY(1,25,LIGHTGRAY<<4);
    }
    Despliega_Ventanas_Datos();    //
                                   //
    If (Environment == APPLICATION)
                                   //
      Despliega_Ventanas(Caso);    //
                                   //
    }
    else
    {
      Remover_Ventanas(Caso);      //
                                   //
      If (Environment == LAYOUT)
      {
        MainMenu.NumOps = 3;
        DisplayAll();
      }
      else
      {
        ApplicationMenu.DespliegaMenu();
      }

    }
    Caso_Actual->Primera_Vez = 0;

  }

      /* */

void Col_Prog_Window::Destruye_Ventanas(char Caso)
{

  wndstroy(Data_Window);
  wndstroy(Text_Window);
  If (((Caso == 2) && (Environment == LAYOUT)) ||
      (((Caso == 0) || (Caso == 1)) && (Environment == APPLICATION)))
  {
    wndstroy(Header_Window);
    wndstroy(Botton_Window);
  }
  Caso_Actual->Desplegados = 0;

}

      /* */
```

Exhibit 1
Page 107

5,293,615

143　　　　　　　　　　　　　　　　144

```
void Col_Prog_Window::Remover_Ventanas(char Caso)
{
  if ((!Caso_Actual->Primera_Vez) && (Caso == 0) && (Caso_Actual->Desplegados == 1))
  {
     wnremove(Data_Window);
     wnremove(Text_Window);
     Caso_Actual->Desplegados = 2;
     if (Environment == APPLICATION)
     {
        wnremove(Botton_Window);
        wnremove(Header_Window);
     }
  }
}

    /*  */

void Col_Prog_Window::Video_End_Key()
{
  if (Caso_Actual->Primer_Periodo_Desplegado < (Caso_Actual->
       Caso.Header.Contenido.NumReg - 5))
  {
     Caso_Actual->Primer_Periodo_Desplegado = Caso_Actual->
               Caso.Header.Contenido.NumReg - 5;
     Caso_Actual->Periodo_Actual = Caso_Actual->Caso.Header.Contenido.NumReg
             - 1;
     Muestra_Nuevos_Datos();
  }
  else
  {
     Erase_Previous_Cursor_Position(0);
     Caso_Actual->Periodo_Actual = Caso_Actual->Caso.Header.Contenido.NumReg
             - 1;
     Show_New_Cursor_Position();
  }
}

    /*  */

void Col_Prog_Window::Video_Home_Key()
{
  if (Caso_Actual->Primer_Periodo_Desplegado > 0)
  {
     Caso_Actual->Primer_Periodo_Desplegado = 0;
     Caso_Actual->Periodo_Actual = 0;
     Muestra_Nuevos_Datos();
  }
  else
  {
     Erase_Previous_Cursor_Position(0);
     Caso_Actual->Periodo_Actual = 0;
     Show_New_Cursor_Position();
  }
}
```

Exhibit 1
Page 108

5,293,615

145                                                        146

```
/*  */
void Col_Prog_Window::Video_Tab_Key()
{
  if ((Caso_Actual->Primer_Periodo_Desplegado + 9) < Caso_Actual->Caso.Header.Contenido.NumReg)
  {
    Caso_Actual->Primer_Periodo_Desplegado +=5;
    Caso_Actual->Periodo_Actual = Caso_Actual->Primer_Periodo_Desplegado;
    Muestra_Nuevos_Datos();
  }
  else
  {
    if (Caso_Actual->Primer_Periodo_Desplegado < (Caso_Actual->
             Caso.Header.Contenido.NumReg - 5))
    {
      Caso_Actual->Primer_Periodo_Desplegado = Caso_Actual->
                 Caso.Header.Contenido.NumReg - 5;
      Caso_Actual->Primer_Periodo_Desplegado = Caso_Actual->
                 Primer_Periodo_Desplegado;
      Muestra_Nuevos_Datos();
    }
    else
    {
      Erase_Previous_Cursor_Position(0);
      Caso_Actual->Periodo_Actual = Caso_Actual->Caso.Header.Contenido.NumReg
                 - 1;
      Show_New_Cursor_Position();
    }
  }
}

  /*  */
void Col_Prog_Window::Video_Shift_Tab_Key()
{
  if ((Caso_Actual->Primer_Periodo_Desplegado - 5) >= 0)
  {
    Caso_Actual->Primer_Periodo_Desplegado -= 5;
    Caso_Actual->Periodo_Actual = Caso_Actual->Primer_Periodo_Desplegado;
    Muestra_Nuevos_Datos();
  }
  else
  {
    if (Caso_Actual->Primer_Periodo_Desplegado > 0)
    {
      Caso_Actual->Primer_Periodo_Desplegado = 0;
      Caso_Actual->Periodo_Actual = 0;
      Muestra_Nuevos_Datos();
    }
    else
    {
      Erase_Previous_Cursor_Position(0);
      Caso_Actual->Periodo_Actual = 0;
      Show_New_Cursor_Position();
    }
  }
}

    /*  */
```

Exhibit 1
Page 109

5,293,615

147                                                                     148

```
void Col_Prog_Window::Despliega_Rows()
{
  Word Start, Stop, Cursor;

  if (Environment == LAYOUT)
  {
    Start = Vars.CurrSS.Sections[Section].ScreenBlock.Start.Row;
    Stop = Vars.CurrSS.Sections[Section].ScreenBlock.Stop.Row;
    Cursor = Vars.CurrSS.Sections[Section].CurrPos.Row;
    if ((Caso_Actual->Fila_Superior_Mostrada < 17) ll
       (Caso_Actual->Fila_Superior_Mostrada < 19))
    {
      Vars.CurrSS.Sections[Section].ScreenBlock.Start.Row = 1;
      Vars.CurrSS.Sections[Section].ScreenBlock.Stop.Row = 20;
    }
    else
      if ((Caso_Actual->Fila_Superior_Mostrada < 34) ll
         (Caso_Actual->Fila_Superior_Mostrada < 38))
      {
        Vars.CurrSS.Sections[Section].ScreenBlock.Start.Row = 21;
        Vars.CurrSS.Sections[Section].ScreenBlock.Stop.Row = 40;
      }
      else
        if ((Caso_Actual->Fila_Superior_Mostrada < 51) ll
           (Caso_Actual->Fila_Superior_Mostrada < 57))
        {
          Vars.CurrSS.Sections[Section].ScreenBlock.Start.Row = 41;
          Vars.CurrSS.Sections[Section].ScreenBlock.Stop.Row = 60;
        }
        else
          if ((Caso_Actual->Fila_Superior_Mostrada < 68) ll
             (Caso_Actual->Fila_Superior_Mostrada < 76))
          {
            Vars.CurrSS.Sections[Section].ScreenBlock.Start.Row = 61;
            Vars.CurrSS.Sections[Section].ScreenBlock.Stop.Row = 80;
          }
    Vars.CurrSS.Sections[Section].CurrPos.Row = Caso_Actual->Campo_Actual -
      Caso_Actual->Fila_Inferior_Mostrada + ((COMPILAR == 1)?2:1) +
      Vars.CurrSS.Sections[Section].ScreenBlock.Start.Row;
    Vars.CurrSS.DisplayRows();
    Vars.CurrSS.Sections[Section].ScreenBlock.Start.Row = Start;
    Vars.CurrSS.Sections[Section].ScreenBlock.Stop.Row = Stop;
    Vars.CurrSS.Sections[Section].CurrPos.Row = Cursor;
  }

}

  /*  */

int Col_Prog_Window::Sure_Want_Quit()
{
  BWINDOW *Signal;
  Word Answer;
  int mode, columns, active_page;

  if (Keypress != ESC)
    return 1;
  Signal = wncreate(1,32,REVERSE);
```

Exhibit 1
Page 110

5,293,615

```
location.dev  = scmode(&mode,&columns,&active_page);
location.page = active_page;
border.type   = BBRD_DDDD;
border.attr   = WHITE;
location.corner.row = 12;
location.corner.col = 24;
wnselect(Signal);
wnattr(WHITE,RED);
wnwrbuf(0,0,32," Sure you want Quit (Y/N) ? (N) ",-1,-1,CHARS_ONLY);
wnwrbuf(0,29,1,"N",RED,-1,CHARS_ONLY);
wndsplay(Signal,&location,&border);
border.type  = BBRD_NO_BORDER;
while (!kbhit());

Answer = GetKey();
if ((Answer == 'y') || (Answer == 'Y'))
   {
     wnwrbuf(0,29,1,"Y",RED,-1,CHARS_ONLY);
     for( Answer = 0; Answer < 200; ++ Answer);
     Answer = 0;
   }
else Answer = 1;
wnremove(Signal);
wndstroy(Signal);
return Answer;
}
```

```
*  _____
*
*  _____
*  *            *
*: FILE: PATENTE.H *
*  _____
*  *            *


/*  _____
    PROGRAMMABLE SPREADSHEET ENVIRONMENTS AND SYNERGISTIC INTEGRATION OF
    SPREADSHEET AND DATABASE DATA STRUCTURES

    Global constants definitions.

    _____ */

#define CAP 1
#define ANS  0       /* Marks for cells that will be saved in the
                        CAP file or in the ANS file */

#define CELL_CURSOR      1
#define COLUMN_CURSOR    2  /* Cursor types available in Col_Prog_Window */

                    /* The following statements contain global type
                        definitions for all program modules */
typedef enum {TRUE=1,FALSE=0} boolean;
typedef enum {GEN_PROG=1,SCRATCH=0} Section_Type;
typedef enum {APPLICATION=1,LAYOUT=0} Environment_Type;
typedef char Hilera13[9];

typedef Hilera13 *Arreglo_Hileras;

struct Mark {
      int Value: 1;       /* Structure Mark may contain values ANS=0 or
                            CAP=1, indicating in which file will the cell
                            be saved */
```

Exhibit 1
Page *111*

5,293,615

151                                                   152

);

```
/* ------------------------------------------------------
The following statements represent a structure used to read and write a
new record from a Desc_db file. */

    struct ABC{
        char Largo[41];
        char Simbolo;
    };

    union Tipo_Nombres{
        ABC Info;
        char StrInfo[42];
    };

/* ------------------------------------------------------
The following statements represent a structure for each field in a Case_db
record. The Case_db files and records have been made compatible to the
dBASE III format. However, this program may use records with more fields
than are acceptable in dBASE III or dBASE IV files. */
struct Descrip_Campo {
    char        Nombre[11];    //
    unsigned char       Tipo;           //
    unsigned long       Reservado12_15; //
    unsigned char       LongCamp;    //
    unsigned char       LongDecimal;   //
    unsigned int  Reservado18_19; //
    long double      Reservado20_29; //
    unsigned int  Reservado30_31; //
};

/* ------------------------------------------------------
The following Union statement represents a node from a the case_db file
fields list. This node contains information about that field's attributes,
such as type and size. This union is used to speed up read and write
operations, by executing them byte by byte. */

union Lista_Campos {
    Descrip_Campo Info;
    char HileraInfo[32];
};

/* ------------------------------------------------------
A list type BUFFER is associated to each active Case_db file. This list
contains one node for each field in the Active_case_db file. */

struct Buffer {
    float   Vfloat;
    char    *Valor;   /* Value for the ith-field in BUFFER */
    Buffer  *Prox;   /* Pointer to next field in BUFFER */
};

/* ------------------------------------------------------
```

Exhibit 1
Page 112

5,293,615

153                                                            154

Type BASE defines the most important attributes in a Case_Db file compatible
to dBASE files.  Each variable of this type will identify a Case_db file,
to which a BUFFER of size 1 will be assigned when the associated Case_db
file becomes active. */

```
struct Header_Type {
        unsigned char      Info;      /* Version number */
        unsigned char      Fecha0;    /* Month */
        unsigned char  Fecha1;     /* Day */
        unsigned char  Fecha2;     /* Time when file was last saved */
        unsigned long      NumReg;   /* Number of records in file */
        unsigned int   LongRegId; /* File header's length */
        unsigned int   LongReg;  /* Record's length */
        unsigned int   Reservado12_13;  /* Reserved bytes */
        unsigned char  TransAbort;  /* Aborted transactions */
        unsigned char  ContCod;    /* Codified contents */

        char           Nombres_Asociados[12];
                       /* Reserved for LAN use, but temporarily used here
                          to hold the associated Desc_db file's name */

        unsigned long  Reservado28_31; /* Reserved bytes */
        };
```

/* ———————————————————————

The following Union statement represents in one single type the most
important information in the Case_db file's Header. */

```
union Compact_Header {
        char HileraContenido[32];
        Header_Type Contenido;
        };
```

/* ———————————————————————

Structure operating all information contained in a Case_db file.  This
contains the information in:  Header, field's list, associated buffer,
name and pointer for the Case_db file, and name and pointer to the
associated Desc_db file. */

```
struct Base {
        Compact_Header Header;     /* Header's information */
        Lista_Campos * Campos;    /* List containing each field's
                                     description */
        unsigned char Carac_Final;  /* Character 0x0D indicating
                                       the Header's end */

                /* Additional Header's variables. These variables are
                   not part of a dBASE compatible file */

        Buffer        * BufferBase;   /* Buffer associated to the
                                         Case_db file */
        FILE          * Archivo_BD;   /* Pointer to the Case_db file */
        char          Nombre_BD[15]; /* Name of the Case_db file */
        FILE          * Arch_Nombres;  /* Pointer to the Desc_db file */

        Base(char *);  /* Constructor initializing the Case_db file's
                          Buffer and fields list */
```

/* ———————————————————————

Exhibit 1
Page 113

5,293,615

155                                                              156

```
The next statements represent routines
for the operation of the Case_db Files */

boolean Baja_Header();  /* Record the Header of a new Case_db
                        file */
boolean Open_DB();      /* Activate a Case_db file */
boolean Close_DB();     /* Deactivate and close
                        the Active Case_db file */
boolean Go_To( int );   /* Move to the corresponding Case_db
                        record */
boolean Read_DB();      /* Read the next Case_db record */
boolean Write_DB(int);  /* Write BUFFER to the corresponding
                        Case_db record */
void Actualiza_Campo( char *, int, int);
                        /* Write to the Case_db file, the i-th
                        field of the j-th record. The
                        field and record numbers are the

                        second and third int parameters. */
//
//
        void Return( Arreglo_Hileras, int );
                //
        void Write_Active(int , Arreglo_Hileras , int);
//
//
//
        void Transfer( Arreglo_Hileras);
//
//
//
//
        void Read_Period(Arreglo_Hileras, int , int , int );
                //
//
//
        int Jump( int );
                //
        void Read_Current_And_Prev( int , Hilera13 *);
//
//
        void Write_Field( char * , int , int );
                //
        boolean Abre_Nombres(char *);
                //
//
        boolean Actualiza_Nombres(char *, char , int );
                //
                //
        void Lee_Porcion_Nombres(ABC **, int , int );
 -};
//
//
//
boolean printbytes(FILE * , char *, int);

//
```

Exhibit 1
Page 114

157                    5,293,615                    158

```
//
//
boolean readbytes(FILE * ,void * , int);

//
void Completa_Blancos(char *, int );

//
void Elimina_Blancos(char *);

//
//
void Insertar(char * , char * , int );

//
//
//
//

struct Marca_Periodo {
        unsigned Calc  : 1; //
               //

        unsigned Protect : 2;  //
                       //
                       //
    };

//
//

struct Lista_Bases {
        Base      Caso;         //
        Mark      * Mark_Cell;   //
        ABC       * Nombres;     //
        Marca_Periodo * Periodo_Status; //
                                          //

    int      Primer_Periodo_Desplegado; //
                       //
                       //

    int      Periodo_Activo;  //
                       //

    int      Periodo_Actual;  //
                       //

    int      Campo_Actual;   //
                                  //
     int          Campo_Anterior;  //

     int  Fila_Inferior_Mostrada; //
          int  Fila_Superior_Mostrada; //

         int  Tipo_Cursor;  //
                           //
    int Primera_Vez;   //
    int Desplegados;
```

Exhibit 1
Page 115

5,293,615

159                                                   160

```
Lista_Bases        *Siguiente_Caso;

    //
    //
    Lista_Bases(char *);

    void Lee_Nombres()  //
    { Caso.Lee_Porcion_Nombres(&Nombres,Fila_Inferior_Mostrada,Fila_Superior_Mostrada); }

        //
    void Inicializa_Filas_Mostradas(int& , int&);

    //
    //
    void Lectura_Parcial( Arreglo_Hileras Sub_Lista, int No_Periodo)
    { Caso.Read_Period( Sub_Lista, Fila_Inferior_Mostrada, Fila_Superior_Mostrada, No_Periodo); }

    //
    //
    //
    //
    void Write_Active_Record( Arreglo_Hileras Values, int Size)
    { Caso.Write_Active( Periodo_Activo, Values, Size); }

        //
        //
        //
        //
    void Read_Current_Record( Hilera13 *Tempo)
    {    Caso.Read_Current_And_Prev( (Periodo_Actual == 0)?1:Periodo_Actual , Tempo ); }

        //
        //
        //
    void Read_Previous_Record(Hilera13 *Tempo)
    { Caso.Read_Current_And_Prev( (Periodo_Actual == 0)?0:(Periodo_Actual-1) , Tempo ); }

        //
        //
        //
    void Modify_Field( char * NewValue)
    { Caso.Write_Field( NewValue, Campo_Actual, Periodo_Actual); }

        //
    ~Lista_Bases();
    };

//
//

struct Col_Prog_Window {
        char         Nombre[15];    //
      . Lista_Bases    * Primer_Caso;   //
        Lista_Bases    * Caso_Actual;   //
      BWINDOW         * Text_Window,
                       * Data_Window,
                       * Header_Window,  //
                       * Botton_Window;
      WHERE        location;
      BORDER       border;
```

Exhibit 1
Page 116

5,293,615

```
Block          * Col_Prog_Range;
Block          * Col_Prev_Range;
boolean        Time_Based;     //

       //
       //
Lista_Bases * Busca_Caso(Lista_Bases **Anterior,long *Numero);
void Modify_Time_Based();
void Modify_Active_Case();
void Modify_Cases();
void Elimina_Caso(long Numero);
void Baja_Marcas();
void Sube_Marcas();
       void Define_Id();
       Lista_Bases * Assigned_Case_Dbl( int );
       void Assign_Case_Dbl();
       //
       void Agrega_Caso(char *);
       //
       Col_Prog_Window(char *);
~Col_Prog_Window();
       //
              //
//
       void Crea_Ventanas_Presentacion();
       //
void Despliega_Ventanas_General(char);
       void Despliega_Ventanas( char );
void Despliega_Ventanas_Datos();
//
//
void Destruye_Ventanas(char);
//
//
void Remover_Ventanas(char);
//
//
void Cambia_Formatos_Pantalla(char);
//
//
//
void Display_Period_Status(char, int);
//
//
//
void Display_New_Value(Hilera13 ,char);
       //
       //
       void Escribe_Textos_Ventanas();
       //
       //
       //
       void Process_Video();
       //
       void Process_Change_Case();
       //
       //
       void Llena_Primera_Pantalla();
       //
       void Lectura_Primeros_Datos();
       //
```

Exhibit 1
Page 117

5,293,615

163                                                                    164

```
            //
    void Despliega_Rows();
    int Sure_Want_Quit();
        void Process_Formula_Edit();

        void Process_Mark_Record();
        void Process_Calc();
        void Process_Full_Calc();
        void Process_Field_Input( char );
    void Video_End_Key();
    void Video_Home_Key();
    void Video_Tab_Key();
    void Video_Shift_Tab_Key();
        void Move_Cursor_Horizontal( char );
        void Move_Cursor_Vertical( char );
        void Move_Cursor_Page_Up();
        void Move_Cursor_Page_Down();
        void Escribe_Datos( Hilera13 *, char, int);
        void Erase_Previous_Cursor_Position( char );
        void Show_New_Cursor_Position( );
        void Find_Next_Input_Field( char );
        void Muestra_Nuevos_Datos();
        void Cambia_Status_Period();
        void Muestra_Column_Cursor( char );
        void Pone_Command_Line( char );
        void Revisa_Celdas(char);
    void Define_Data_Cells_And_Formulas();
    void Free_Cases();
    void Close_And_Quit();
    };


//
//
void Initiate();

//
void Define_Col_Prog_Window();

//
void User_Select_Id_File( int& );
void Define_Data_And_Permanent_Cells();
void Define_Formulas();

//
//
void Select_Section();
void Select_Environment();
void Select_Window();



* ====================================

* ==================== *
* FILE: DEFINES.CPP *
* ==================== *

#define SP_PERIOD        0
#define DB_PERIOD        1
#define PR_PERIOD        2
#define DOWN             1
#define UP               0
```

Exhibit 1
Page 118

5,293,615

165                                                                                  166

```
#define FORMULA_EDIT_KEY   F2
#define MARK_RECORD_KEY    F5
#define CHANGE_CASE_KEY    F6
#define ENVIRONMENT_KEY    F7
#define SECTION_KEY        F8
#define CALC_KEY           F9
#define WINDOW_KEY         AltF7
#define FULL_CALC_KEY      AltF9
#define VIDEO_CONTROL_KEY  LEFT_ARROW:\
         case RIGHT_ARROW:\
         case UP_ARROW:\
         case DOWN_ARROW:\
         case PAGE_UP:\
         case PAGE_DOWN:\
         case END_KEY:\
         case HOME_KEY:\
         case TAB_KEY:\
         case SHIFT_TAB_KEY

#define QUIT_KEY           ESC
#define LEFT_ARROW         LeftKey
#define RIGHT_ARROW        RightKey
#define UP_ARROW           UpKey
#define DOWN_ARROW         DownKey
#define PAGE_UP            PgUpKey
#define PAGE_DOWN          PgDnKey
#define ENTER_KEY          CR
#define END_KEY            EndKey
#define HOME_KEY           HomeKey
#define TAB_KEY            TabKey
#define SHIFT_TAB_KEY      STabKey
#define ANY_INPUT_KEY      EstaEn(Keypress,30,255)

#define COMPILAR           18

#define COLUMN(a)          (a - Caso_Actual->Primer_Periodo_Desplegado + 1)

#define COLUMN1(a)         (COLUMN(a) * 10 + 1)

#define COLUMN2(a)         ((COLUMN(a) + 1) * 10 - 1)

#define COLUMN3(a)         (COLUMN(a) * 10 + 1)

#define FILA_AMBIENTE      (Environment == LAYOUT)?(FILA1 + SEGUN_1):(FILA1 + SEGUN_2)

#define SEGUN_1            ((COMPILAR == 16)?3:2)

#define SEGUN_2            ((COMPILAR == 16)?2:0)

#define FILA1              (i - Caso_Actual->Fila_Inferior_Mostrada)

#define FILA_AMBIENTE_2    (Environment == LAYOUT)?(FILA2 + SEGUN_1):(FILA2 + SEGUN_2)

#define FILA2              (Caso_Actual->Campo_Anterior - Caso_Actual->Fila_Inferior_Mostrada)

#define FILA_AMBIENTE_3    (Environment == LAYOUT)?(FILA3 + SEGUN_1):(FILA3 + SEGUN_2)

#define FILA3              (Caso_Actual->Campo_Actual - Caso_Actual->Fila_Inferior_Mostrada)

#define INCREMENTO         ((Caso == -1)?5:-1)
```

Exhibit 1
Page *119*

5,293,615

167                                                                                    168

```
#define COLOR_LETRAS(a)   ((Caso_Actual->Periodo_Status[a].Protect == 2)?(Environment ==
LAYOUT?SC_WHITE:WHITE):COLOR_LETRAS_1)

#define COLOR_LETRAS_1    ((Environment ==
LAYOUT)?(Celda_Actual?SC_CYAN:SC_WHITE):(Celda_Actual?SC_BLACK:WHITE))

#define COLOR_FONDO(a)    ((Caso_Actual->Periodo_Status[a].Protect == 2)?SC_BLUE:COLOR_FONDO_1)

#define BACK_COLOR        ((MARKING_RECORDS == 0)?((Environment == LAYOUT)?SC_BLUE:WHITE):SC_WHITE)

#define FORE_COLOR        ((MARKING_RECORDS == 0)?((Environment ==
LAYOUT)?SC_WHITE:SC_BLUE):SC_RED)

#define COLOR_FONDO_1     ((Environment == LAYOUT)?SC_BLUE:(Celda_Actual?SC_WHITE:SC_BLUE))

#define JUST_SCROLL       (Caso == -1)?RIGHT_SCROLL:LEFT_SCROLL

#define RIGHT_SCROLL      ((Caso_Actual->Periodo_Actual - Caso_Actual->Primer_Periodo_Desplegado) < 4)?1:0

#define LEFT_SCROLL       ((Caso_Actual->Periodo_Actual - Caso_Actual->Primer_Periodo_Desplegado) > 0)?1:0

#define FUNCTION_KEY      ((Last.Key == 60) || (Last.Key == 63) ||\
                          (Last.Key == 64) || (Last.Key == 67) ||\
                          (Last.Key == 67) || (Last.Key == 112))?1:0

#define CURSOR_KEY        ((Last.Key == 72) || (Last.Key == 73) ||\
                          (Last.Key == 75) || (Last.Key == 77) ||\
                          (Last.Key == 80) || (Last.Key == 81))?1:0

#define DEFINE_TAMANO     (Environment == LAYOUT)?26:30

#define DEFINE_COLUMNA    (Environment == LAYOUT)?4:0

#define DEFINE_FILA       (Environment == LAYOUT)?2:3

#define QUE_PANTALLA      (Environment == LAYOUT)?Botton_Window:Header_Window

#define STATUS_PERIODO(a) (Caso_Actual->Periodo_Status[a].Protect ==
2)?"=":((Caso_Actual->Periodo_Status[a].Protect == 1)?"\x1e":((a == Caso_Actual->Periodo_Activo)?"▨":" "))

#define PENDIENTE_CALCULO(a) (Caso_Actual->Periodo_Status[a].Calc == 1)?" ········
":"▨▨▨▨▨▨▨▨▨▨▨▨"

#define DEPENDE_ENVIRONMENT (Environment == LAYOUT)?0:20


* ════════════════════════════════════════ *

* ═══════════════════ *
* FILE: PTCASO.CPP *
* ═══════════════════ *

/* */

//
//
extern "C"
{
 # include <bwindow.h>
}

//
```

Exhibit 1
Page 120

5,293,615

169                                          170

```
//
#include <stdio.h>
#include <string.h>
#include <stdlib.h>
#include <io.h>
#include <conio.h>
#include <dos.h>
#include <alloc.h>

//
//
#include "TCUtil.h"
#include "TCHash.h"
#include "TCCell.h"
#include "TCWindow.h"
#include "TCSheet.h"

//
#include "PATENTE.H"

//
//
Base::Base(char *NombreCaso)
{
        int x;

        Campos = NULL;
        strcpy(Nombre_BD,NombreCaso);
        x=0;
        while ((Nombre_BD[x] != '.') && (Nombre_BD[x] != '\0'))
                x++;
        if (Nombre_BD[x] != '.')
                strcat(Nombre_BD,".dba");
}

//
//
boolean Base::Open_DB()
{
        int Cont;
        Buffer *BAux;
        char Temporal[35];

        if ((Archivo_BD = fopen(Nombre_BD,"rb+")) == NULL) //
                return(FALSE);
        else
        {       //
                if (readbytes(Archivo_BD,Header.HileraContenido, 32) == FALSE)
                        return(FALSE);
                if (Abre_Nombres(Header.Contenido.Nombres_Asociados) == NULL)
                        return(FALSE);
                if ((Campos = (Lista_Campos *)calloc((Header.Contenido.LongRegId-33)/32,sizeof(Lista_Campos))) == NULL)
                        return(FALSE);
                BufferBase = BAux = NULL;
                Cont = 0;
        //
                while (Cont < (Header.Contenido.LongRegId-33)/32)
                {
                        if (readbytes(Archivo_BD,Campos[Cont].HileraInfo,32) == FALSE)
                        {  //
                                free(Campos);
```

Exhibit 1
Page 121

5,293,615

171                                                                172

```
            return(FALSE);
        }
        else
        { //
            if (BufferBase == NULL)
            {
                if ((BufferBase = BAux = (Buffer *)malloc(sizeof(Buffer))) == NULL)
                { //
                    free(Campos);
                    return(FALSE);
                }
                if ((BAux->Valor = (char *)calloc(Campos[Cont].Info.LongCamp+1,
                    sizeof(char))) == NULL)
                { //
                    free(Campos);
                    free(BufferBase);
                    return(FALSE);
                }
                BAux->Vfloat = 0;
                BAux->Prox = NULL;
            }
            else
            {
                if ((BAux->Prox = (Buffer *)malloc(sizeof(Buffer))) == NULL)
                { //
                    free(Campos);
                    while (BufferBase != NULL)
                    {
                        BAux = BufferBase;
                        BufferBase = BufferBase->Prox;
                        free(BAux);
                    }
                    return(FALSE);
                }
                BAux = BAux->Prox;
                if ((BAux->Valor = (char *)calloc(Campos[Cont].Info.LongCamp+1,
                    sizeof(char))) == NULL)
                { //
                    free(Campos);
                    while (BufferBase != NULL)
                    {
                        BAux = BufferBase;
                        BufferBase = BufferBase->Prox;
                        free(BAux);
                    }
                    return(FALSE);
                }
                BAux->Vfloat = 0;
                BAux->Prox = NULL;
            }
        }
        Cont++;
    }
    Cont = fgetc(Archivo_BD); //
    return(TRUE);
}

//
boolean Base::Close_DB()
{
```

Exhibit 1
Page 122

5,293,615

173                                             174

```
         Buffer *BAux;
         unsigned long memo;

memo = coreleft();
         fseek(Archivo_BD,0l,2);
memo = coreleft();
         fclose(Archivo_BD);     //
memo = coreleft();
         fclose(Arch_Nombres);   //
memo = coreleft();
         free(Campos);
memo = coreleft();
         while (BufferBase != NULL)  //
         {                         //
memo = coreleft();
         BAux = BufferBase;
         BufferBase = BufferBase->Prox;
         free(BAux->Valor);
memo = coreleft();
         free(BAux);
memo = coreleft();
         }
memo = coreleft();
         Archivo_BD = NULL;
         Arch_Nombres = NULL;
         return(TRUE);
}

//
boolean Base::Go_To( int Objetivo )
{
  long Pos;

  Pos = Objetivo;
  if ((Header.Contenido.LongRegId+(Header.Contenido.LongReg*(Pos))) < filelength(fileno(Archivo_BD)))
  {                 //
          Pos = (Header.Contenido.LongRegId+(Header.Contenido.LongReg*(Pos)));
          if (fseek(Archivo_BD,Pos,0) != 0)  //
                  return(FALSE);
          else
                  return(TRUE);
  }
  else
          return(FALSE);
}

//
boolean Base::Read_DB()
{
  Buffer *BAux;
  int Cont=0;
  char flag;

  BAux = BufferBase;
  if ((flag=fgetc(Archivo_BD)) == ' ')  //
          while (BAux != NULL)     //
          {    //
                  if (readbytes(Archivo_BD,BAux->Valor,Campos[Cont].Info.LongCamp ==
                          FALSE)
                          return(FALSE);
          else
```

Exhibit 1
Page 123

5,293,615

175                                                             176

```
          {
                  BAux->Valor[Campos[Cont].Info.LongCamp] = '\0';
                  BAux->Vfloat = atof(BAux->Valor);
          }
          BAux = BAux -> Prox;
          Cont++;
      }
  else
      return(FALSE);
  return(TRUE);
}


//
//
boolean Base::Write_DB(int Limit)
{
    Buffer *BAux;
    int Cont;

    BAux = BufferBase;
    Cont = 0;
    if (fputc(' ',Archivo_BD) == FALSE)  //
        return(FALSE);                   //
    while ((BAux != NULL) && (Cont <= Limit))
    {  //
        if (printbytes(Archivo_BD,BAux->Valor,Campos[Cont].Info.LongCamp) == FALSE)
            return(FALSE);
        BAux = BAux -> Prox;
        Cont++;
    }
    fflush(Archivo_BD);  //
        //
    return(TRUE);
} .

//
//
void Base::Write_Field( char *NewValue, int NumField, int NumRegister)
{
    Buffer *BAux;
    int Cont = 0,Salto;
    char *StrAux;

    BAux = BufferBase;
    while ((BAux != NULL) && (Cont != NumField))
    {
        BAux = BAux->Prox;
        Cont++;
    }
    if (BAux != NULL)
    {
        Go_To(NumRegister);
        Salto = Jump(NumField);
        fseek(Archivo_BD,Salto,SEEK_CUR);
        StrAux = (char *)calloc(Campos[Cont].Info.LongCamp+1,sizeof(char));
    NewValue[Campos[Cont].Info.LongCamp] = '\0';
        strcpy(StrAux,NewValue);
        while (strlen(StrAux) < Campos[Cont].Info.LongCamp)
            Insertar(StrAux," ",0);
        printbytes(Archivo_BD,StrAux,Campos[Cont].Info.LongCamp);
```

Exhibit 1
Page 124

5,293,615

177                                                                      178

```
    free(StrAux);
    }
}

//
//
//
void Base::Return(Arreglo_Hileras Periodo, int Limit)
{
    Buffer *BAux;
    int i=0,Aux;
    char Str[20];

    BAux = BufferBase;
    while ((BAux != NULL) && (i <= Limit))
    {
        strcpy(BAux->Valor,Periodo[i++]);
/*      gcvt(Periodo[i] ,12,Str);
        strcpy(BAux->Valor,Str);
        Aux=0;
        while ((BAux->Valor[Aux] != '.') && (BAux->Valor[Aux] != '\0'))
                Aux++;
        Aux += 3;
        BAux->Valor[6] = '\0';
        while (Aux < Campos[i].Info.LongCamp)
        {
                Insertar(BAux->Valor," ",0);
                Aux++;
        }
        i++;  */
        BAux = BAux->Prox;   //
    }
}

//
//
//
void Base::Write_Active(int No_Periodo, Arreglo_Hileras Values, int Size)
{
    Return(Values,Size);
    Go_To(No_Periodo);
    Write_DB(Size);
}

//
//
//
void Base::Transfer(Arreglo_Hileras Periodo)
{
    Buffer *BAux;
    int i=0;

    BAux = BufferBase;
    while (BAux != NULL)
    {
        strcpy(Periodo[i++],BAux->Valor);
        BAux = BAux->Prox;
    }
}

//
```

Exhibit 1
Page 125

5,293,615

179                                                    180

```
//
//
void Base::Read_Period(Arreglo_Hileras Sub_Lista, int Fila_Inicio, int Fila_Final, int No_Periodo)
{
    Buffer *BAux;
    int Cont,Toca=0,Salto;
    long Pos;
    char *StrAux;

    Salto = Jump(Fila_Inicio);
    //
    Pos = (long)No_Periodo;
    Pos = (Header.Contenido.LongRegId+(Header.Contenido.LongReg*Pos))+Salto;
    fseek(Archivo_BD,Pos,0);
    BAux = BufferBase;
    Cont = 0;
    while (BAux != NULL)
    {
        if ((Cont >= Fila_Inicio) && (Cont <= Fila_Final))
        {
            StrAux = (char *)calloc(Campos[Cont].Info.LongCamp+1,sizeof(char));
            if (readbytes(Archivo_BD,StrAux,Campos[Cont].Info.LongCamp) == FALSE)
                ;
            else
            {
                StrAux[Campos[Cont].Info.LongCamp] = '\0';
                strcpy(Sub_Lista[Toca++],StrAux);
            }
            free(StrAux);
        }
        else
            if (Cont > Fila_Final)
                break;
        Cont++;
        BAux = BAux->Prox;
    }
}

//
//
int Base::Jump(int Campo)
{
    Buffer *BAux;
    int Cont,Salto;

    BAux = BufferBase;
    Cont = 0;
    Salto = 0;
    while (BAux != NULL)
    {
        if (Cont != Campo)
            Salto += Campos[Cont].Info.LongCamp;
        else
            break;
        BAux = BAux -> Prox;
        Cont++;
    }
    Salto++;
    return(Salto);
}
```

Exhibit 1
Page 126

5,293,615

181                                                      182

```
//
//
//
void Base::Read_Current_And_Prev(int No_Periodo, Hilera13 *Values)
{
//      Arreglo_Hileras Values = (Arreglo_Hileras )calloc((Header.Contenido.LongRegId-33)/32,sizeof(Hilera13));
        unsigned long memo;

memo = coreleft();
        Go_To(No_Periodo);
memo = coreleft();
        Read_DB();
memo = coreleft();
        Transfer(Values);
memo = coreleft();
//      return(Values);
}
```

```
* ========================================================

* ==========
* FILE: PTNOMBRE.CPP *
* ==========
```

```
//
//
//

extern "C"
{
# include <bwindow.h>
}

#include <stdio.h>
#include <string.h>
#include <stdlib.h>
#include "TCUtil.h"
#include "TCHash.h"
#include "TCCell.h"
#include "TCWindow.h"
#include "TCSheet.h"
#include "PATENTE.H"

//
boolean Base::Abre_Nombres(char *Nombre)
{
        if ((Arch_Nombres=fopen(Nombre,"r+")) == NULL)
                return(FALSE);
        return(TRUE);
}

//
boolean Base::Actualiza_Nombres(char *Largo, char Simbolo, int No_Reg)
{
        Tipo_Nombres Modificado;

                //
        strcpy(Modificado.Info.Largo,Largo);
        Completa_Blancos(Modificado.Info.Largo,40-strlen(Modificado.Info.Largo));
        Modificado.Info.Simbolo = Simbolo;
```

Exhibit 1
Page 127

5,293,615

183                                                                         184

```
        //
    fseek(Arch_Nombres,(No_Reg*42),0);
        //
    return(printbytes(Arch_Nombres,Modificado.StrInfo,42));
}

//
//
//
void Base::Lee_Porcion_Nombres(ABC **Sub_Lista, int F_Inicio, int F_Final)
{
    int i,j,k;
    char Lectura[55];

    *Sub_Lista = (ABC *)calloc((F_Final-F_Inicio)+1,sizeof(ABC));
        //
    fseek(Arch_Nombres,(F_Inicio*42),0);
        //
    for (i=0;i<=(F_Final-F_Inicio);i++)
    {
            readbytes(Arch_Nombres,Lectura,42);
            for (j=0;j<41;j++)
                (*Sub_Lista)[i].Largo[j] = Lectura[j];
            Elimina_Blancos((*Sub_Lista)[i].Largo);
            (*Sub_Lista)[i].Simbolo = Lectura[j];
    }
}
```

```
*
* ================================ *
* FILE: PTUTIL2.CPP *
* ================================ *

//

extern "C"
{
# include <bwindow.h>
}

#include <stdio.h>
#include <math.h>
#include <stdlib.h>
#include <string.h>
#include <io.h>
#include "TCUtil.h"
#include "TCHash.h"
#include "TCCell.h".
#include "TCWindow.h"
#include "TCSheet.h"
#include "PATENTE.H"


//
//
boolean printbytes(FILE *BaseAct,char *Hilera,int Limite)
{
    if (fwrite(Hilera,sizeof(char),Limite,BaseAct) == -1)
        return(FALSE);
    return(TRUE);
```

Exhibit 1
Page 128

5,293,615

185                                              186

```
boolean readbytes(FILE *BaseAct,void *Hilera, int Limite)
{
        if (fread(Hilera, Limite, 1, BaseAct) == -1)
                return(FALSE);
        return(TRUE);
}


void Completa_Blancos(char *Hilera,int Numero)
{
        int i;

        for (i=0;i<Numero;i++)
                strcat(Hilera," ");
}

//
void Elimina_Blancos(char *Hilera)
{
        while (Hilera[strlen(Hilera)-1] == ' ')
                Hilera[strlen(Hilera)-1] = '\0';
}

//
//
void Insertar(char *Str, char *SubStr, int Pos)
{
        memmove(Str+Pos+strlen(SubStr),Str+Pos,strlen(Str)-Pos+1);
        memcpy(Str+Pos,SubStr,strlen(SubStr));
}

* ==================================================== *

* ==================================================== *
* FILE: PTWINDOW.CPP *
* ==================================================== *

//
//
//

//
//
extern "C"
{
# include <bwindow.h>
}

//
//
#include <dos.h>
#include <stdio.h>  //
                              //
#include <string.h> //
#include <stdlib.h> //
                              //
                              //
```

Exhibit 1
Page 129

5,293,615

187                                                          188

```
#include <alloc.h>

//
//
//
#include "TCUTIL.H"  //
#include "TCHASH.H"  //
                          //
                          //
#include "TCMENU.H"  //
#include "TCCELL.H"  //
                          //
#include "TCWINDOW.H"//
                          //
#include "TCSHEET.H" //
                          //
#include "TCRUN.H"   //
                          //
#include "TCINPUT.H"
#include "PATENTE.H" //
                          //

//
//
extern ProgramObject   Vars;     //
                          //
extern CentralMenu ApplicationMenu; //
                          //
extern HorizontalMenu MainMenu;    //
extern Environment_Type Environment;//
                          //
extern Section_Type    Section;  //
extern boolean        Window;   //
                          //
extern Col_Prog_Window  *Window1;  //
                  .//
extern Hilera13 Tempo[100];

extern Boolean LeeRango(String , Block& , Boolean , BlockPtr );

//
//
void Initiate()
{ union REGS Reg;      .

    Reg.x.ax = 0X1003;
    Reg.x.bx = 0X0;
    int86(0X10, &Reg, &Reg);
    Section = GEN_PROG;          //
    Environment = LAYOUT;        //
    Window = FALSE;              //

    Define_Col_Prog_Window();  //
    Define_Data_And_Permanent_Cells();
                          //
    Define_Formulas();            //
                          //
    Vars.CurrSS.Update(0);        //
      Window1->Llena_Primera_Pantalla();
                          //
```

Exhibit 1
Page 130

5,293,615

189                                                                 190

```
}
//
void Define_Col_Prog_Window()
{
    int Id_File;

    Window1 = new Col_Prog_Window("WINDOW1"); //
                                              //
    Window1->Col_Prog_Range = new Block(184, 1, 184, 55);

    Window1->Time_Based = TRUE;        //
    if (Window1->Time_Based)           //
        Window1->Col_Prev_Range = new Block(183, 1, 183, 55);
    Window1->Assign_Case_Dbf();        //
    User_Select_Id_File(Id_File);      //
                                       //
    Window1->Caso_Actual = Window1->Assigned_Case_Dbf(Id_File);
                                       //
                                       //
    Window1->Define_Id();          //
}

//
void Col_Prog_Window::Agrega_Caso(char *Nombre)
{                               //
    Lista_Bases *Nuevo_Nodo,**Temporal;  //

    Nuevo_Nodo = new Lista_Bases(Nombre); //
                                          //
                                          //
                                          //
    Temporal = &Primer_Caso;          //
    while (*Temporal != NULL)          //
        Temporal = &((*Temporal)->Siguiente_Caso);
    *Temporal = Nuevo_Nodo;
}

//
//
void Col_Prog_Window::Assign_Case_Dbf()
{       //

    Agrega_Caso("APLICA");
    /*
    Agrega_Caso("CASO2");
        Agrega_Caso("CASO3");
        Agrega_Caso("CASO4");
    */

}

//
//
//
//
void User_Select_Id_File(int& Id_File)
{
    Id_File = 0;
}
```

Exhibit 1
Page 131

5,293,615

191                                                        192

```
//
//
//
//
Lista_Bases * Col_Prog_Window::Assigned_Case_Dbl(int Id_File)
{
        Lista_Bases * Temporal;   //
        int Cont=0;

        Temporal = Primer_Caso;     //
        while  ((Temporal != NULL) && (Cont < Id_File))
        {
                Temporal = Temporal->Siguiente_Caso;
                Cont++;
        }
        Temporal->Caso.Open_DB();  //
        Temporal->Read_Previous_Record(Tempo);
        Vars.CurrSS.CopiaDeArreglo(Tempo,(Temporal->Caso.Header.Contenido.LongRegId-33)/32,*Col_Prev_Range)

        Temporal->Read_Current_Record(Tempo);
        Vars.CurrSS.CopiaDeArreglo(Tempo,(Temporal->Caso.Header.Contenido.LongRegId-33)/32,*Col_Prog_Range)

                                    //
                                    //
                                    //
                //
        return(Temporal);       //
                                //
}

//
//
//
void Col_Prog_Window::Define_Id()
{
        Caso_Actual->Periodo_Activo = 1;
}

//
//
//
//
/*
void Define_Data_And_Permanent_Cells()
{
        int i;   //

        for (i = Window1->Col_Prog_Range->Start.Row + 1;
             i <= Window1->Col_Prog_Range->Stop.Row; i += 2)
        Vars.CurrSS.DataCells.SetValues(Window1->Col_Prog_Range->Start.Col, i, 1);
}

//
//
//
void Define_Formulas()
{
        Vars.CurrSS.AgregaCelda2(184, 1, "GA1-GB2");
        Vars.CurrSS.AgregaCelda2(184, 3, "GA3+GB4");
        Vars.CurrSS.AgregaCelda2(184, 5, "GA5-GB6");
```

Exhibit 1
Page 132

5,293,615

193

194

```
Vars.CurrSS.AgregaCelda2(184, 7, "GA7+GB8");
Vars.CurrSS.AgregaCelda2(184, 9, "GA9-GB10");
Vars.CurrSS.AgregaCelda2(184, 11, "GA11+GB12");
Vars.CurrSS.AgregaCelda2(184, 13, "GA13-GB14");
Vars.CurrSS.AgregaCelda2(184, 15, "GA15+GB16");
Vars.CurrSS.AgregaCelda2(184, 17, "GA17-GB18");
Vars.CurrSS.AgregaCelda2(184, 19, "GA19+GB20");
Vars.CurrSS.AgregaCelda2(184, 21, "GA21-GB22");
Vars.CurrSS.AgregaCelda2(184, 23, "GA23+GB24");
Vars.CurrSS.AgregaCelda2(184, 25, "GA25-GB26");
Vars.CurrSS.AgregaCelda2(184, 27, "GA27+GB28");
Vars.CurrSS.AgregaCelda2(184, 29, "GA29-GB30");
Vars.CurrSS.AgregaCelda2(184, 31, "GA31+GB32");
Vars.CurrSS.AgregaCelda2(184, 33, "GA33-GB34");
Vars.CurrSS.AgregaCelda2(184, 35, "GA35+GB36");
Vars.CurrSS.AgregaCelda2(184, 37, "GA37-GB38");
Vars.CurrSS.AgregaCelda2(184, 39, "GA39+GB40");
Vars.CurrSS.AgregaCelda2(184, 41, "GA41-GB42");
Vars.CurrSS.AgregaCelda2(184, 43, "GA43+GB44");
Vars.CurrSS.AgregaCelda2(184, 45, "GA45-GB46");
Vars.CurrSS.AgregaCelda2(184, 47, "GA47+GB48");
Vars.CurrSS.AgregaCelda2(184, 49, "GA49-GB50");
}
*/

void Define_Data_And_Permanent_Cells()
{
    Vars.CurrSS.DataCells.SetValues(Window1->Col_Prog_Range->Start.Col, 3, 1);
    Vars.CurrSS.DataCells.SetValues(Window1->Col_Prog_Range->Start.Col, 44, 1);
    Vars.CurrSS.DataCells.SetValues(Window1->Col_Prog_Range->Start.Col, 45, 1);
    Vars.CurrSS.DataCells.SetValues(Window1->Col_Prog_Range->Start.Col, 46, 1);
    Vars.CurrSS.DataCells.SetValues(Window1->Col_Prog_Range->Start.Col, 47, 1);
    Vars.CurrSS.DataCells.SetValues(Window1->Col_Prog_Range->Start.Col, 51, 1);
}


//
//
//
void Define_Formulas()
{
    Vars.CurrSS.AgregaCelda2(184, 5, "GB3*GX6");
    Vars.CurrSS.AgregaCelda2(184, 7, "GB3-GB5");
    Vars.CurrSS.AgregaCelda2(184, 9, "GX8*GA26/12");
    Vars.CurrSS.AgregaCelda2(184, 11, "GX13*GA31/12+GX17*GA32/12");
    Vars.CurrSS.AgregaCelda2(184, 13, "GB7-GB9-GB11");
    Vars.CurrSS.AgregaCelda2(184, 15, "GB13*GX10");
    Vars.CurrSS.AgregaCelda2(184, 17, "GB13-GB15");
    Vars.CurrSS.AgregaCelda2(184, 24, "GB27-GB26");
    Vars.CurrSS.AgregaCelda2(184, 25, "GA25-GB46");
    Vars.CurrSS.AgregaCelda2(184, 26, "GA26+GB51");
    Vars.CurrSS.AgregaCelda2(184, 27, "GB37");
    Vars.CurrSS.AgregaCelda2(184, 31, "GA31-GA31/GX14");
    Vars.CurrSS.AgregaCelda2(184, 32, "GA32-GA32/GX18");
    Vars.CurrSS.AgregaCelda2(184, 33, "GB31+GB32");
    Vars.CurrSS.AgregaCelda2(184, 35, "GA35+GB17");
    Vars.CurrSS.AgregaCelda2(184, 37, "GB33+GB35");
    Vars.CurrSS.AgregaCelda2(184, 43, "GB17");
    Vars.CurrSS.AgregaCelda2(184, 49, "GB43+GB44+GB45+GB46+GB47");
    Vars.CurrSS.AgregaCelda2(184, 53, "-(GA31/GX14+GA32/GX18)");
    Vars.CurrSS.AgregaCelda2(184, 55, "GB49+GB51+GB53");
```

Exhibit 1
Page 133

5,293,615

195                                              196

```
}

void Col_Prog_Window::Process_Change_Case()
{
    Hilera13 *Activo=(Hilera13
    *)calloc(abs(Col_Prog_Range->Start.Row-Col_Prog_Range->Stop.Row)+1,sizeof(Hilera13));

    Vars.CurrSS.CopiaAArreglo(Activo,(Caso_Actual->Caso.Header.Contenido.LongRegId-33)/32,*Col_Prog_Rang
e 8);
    Caso_Actual->Write_Active_Record(Activo,abs(Col_Prog_Range->Start.Row-Col_Prog_Range->Stop.Row)+1);
    free(Activo);
    Caso_Actual->Caso.Close_DB(); //
                    //
    if (Caso_Actual->Siguiente_Caso != NULL) //
        Caso_Actual = Caso_Actual->Siguiente_Caso;
    else
            Caso_Actual = Primer_Caso;
    Caso_Actual->Caso.Open_DB(); //
                    //
    Caso_Actual->Read_Previous_Record(Tempo);
        Vars.CurrSS.CopiaDeArreglo(Tempo,(Caso_Actual->Caso.Header.Contenido.LongRegId-33)/32,*Col_Prev_Ra
nge);
    Caso_Actual->Read_Current_Record(Tempo);
        Vars.CurrSS.CopiaDeArreglo(Tempo,(Caso_Actual->Caso.Header.Contenido.LongRegId-33)/32,*Col_Prog_Ra
nge);
                    //
    Cambia_Formatos_Pantalla(1);
}

//
//
.void Col_Prog_Window::Free_Cases()
{
    Lista_Bases * Temporal;  //

    while (Primer_Caso != NULL) //
    {
        Temporal = Primer_Caso->Siguiente_Caso;
        delete Primer_Caso;
        Primer_Caso = Temporal;
    }
}
//
//
void Col_Prog_Window::Close_And_Quit()
{
    Hilera13 *Activo=(Hilera13
    *)calloc(abs(Col_Prog_Range->Start.Row-Col_Prog_Range->Stop.Row)+1,sizeof(Hilera13));

    Vars.CurrSS.CopiaAArreglo(Activo,(Caso_Actual->Caso.Header.Contenido.LongRegId-33)/32,*Col_Prog_Rang
e,8);
    Caso_Actual->Write_Active_Record(Activo,abs(Col_Prog_Range->Start.Row-Col_Prog_Range->Stop.Row)+1);
    free(Activo);
    Caso_Actual->Caso.Close_DB(); //
    delete Window1;         //
                //
}

//
void Select_Section()
```

Exhibit 1
Page 134

5,293,615

197                                    198

```
{
    if (Section == GEN_PROG)
    {
        Section = SCRATCH;
        Window1->Remover_Ventanas(0);
        MainMenu.NumOps = 2;
        DisplayAll();
        //
        // Window1->Remover_Ventanas(0);
    }
    else
    {
        Section = GEN_PROG;
        Window1->Despliega_Ventanas_General(0);
        /*
        MainMenu.NumOps = 3;
        DisplayAll();
        //
        if (Window)
        {
            Window1->Despliega_Ventanas_General(1);
        }
        */
    }
}

//
//

void Select_Environment()
{

    if (Environment == LAYOUT)
    {
        Environment = APPLICATION;
        /*
        if (Window)
            ApplicationMenu.DespliegaMenu(); //
        */
    }
    else
    {
        Environment = LAYOUT;
        /*
        if (Window) DisplayAll(); //
        */
    }
    Window1->Cambia_Formatos_Pantalla(2); //
                        //
                        //
                        //
}

//

void Select_Window()
{
```

Exhibit 1
Page 135

5,293,615

```
if (Window)
    Window = FALSE;
else
    Window = TRUE;
Window1->Despliega_Ventanas_General(0);

/*
if (Window)
{
    Window1->Despliega_Ventanas_General(1);
    Window1->Show_New_Cursor_Position();
}
else
{

    if (Environment == APPLICATION)
        ApplicationMenu.DespliegaMenu(); //
    else
        DisplayAll();

    //
}
*/
}

//
//
Col_Prog_Window::Col_Prog_Window(char *Nombre_Win)
{
    strcpy(Nombre,Nombre_Win);
    Primer_Caso = NULL;
    Caso_Actual = NULL;
    Text_Window = NULL;
    Data_Window = NULL;
    Header_Window = NULL;
    Botton_Window = NULL;
    Col_Prog_Range = NULL;
    Col_Prev_Range = NULL;
}

//
//
Col_Prog_Window::~Col_Prog_Window()
{
    Free_Cases();        //
                         //
    Destruye_Ventanas(0);
    delete Col_Prog_Range;   //
    delete Col_Prev_Range;   //
}

//
Lista_Bases::Lista_Bases(char *BD_Nombre) : Caso(BD_Nombre)
{
    int i;  //

    Caso.Open_DB();
    Mark_Cell = (Mark *)calloc((Caso.Header.Contenido.LongRegId-33)/32+1,sizeof(Mark));
    for(i=0;i<(Caso.Header.Contenido.LongRegId-33)/32;i++)
        Mark_Cell[i].Value = ANS;
```

Exhibit 1
Page 136

5,293,615

201                                                          202

```
    Periodo_Status = (Marca_Periodo *)calloc(Caso.Header.Contenido.NumReg,sizeof(Marca_Periodo));
    for (i=0;i<Caso.Header.Contenido.NumReg;i++)
    {
            Periodo_Status[i].Calc = 0;
            Periodo_Status[i].Protect = 00;
    }
    Periodo_Status[0].Protect = 2;
    Primer_Periodo_Desplegado = 0;
    Periodo_Actual = 0;
    Periodo_Activo = 1;
    Campo_Actual = -1;
    Campo_Anterior = -1;
    Tipo_Cursor = CELL_CURSOR;
Desplegados = 2;
    Primera_Vez = 1;
    Inicializa_Filas_Mostradas(Fila_Inferior_Mostrada,Fila_Superior_Mostrada);
    Siguiente_Caso = NULL;
    Caso.Close_DB();
}

//
Lista_Bases::~Lista_Bases()
{
    free(Mark_Cell);
    free(Periodo_Status);
}

//
//
//
//
Option ColProgOptions[5] = {{'C','Col_Prog_Range"},
                {'P','Col_Prev_Range"},
                {'L','Cases List"},
                {'A','Active_based"},
                {'B','Time_based"}
                };

char *ColProgMessages[5] = {"Modify Col_Prog_Range" ,
                "Modify Col_Prev_Range" ,
                "Modify,delete and add some case to the case list",
                "Modify active case",
                "Modify Time_based attribute"};

//
//
//
Option CaseOptions[3]   = {{'M','Modify Case"},
                {'A','Add Case"},
                {'D','Delete Case"}
                };

char *CaseMessages[3] = { "Modify the name of some case",
                "Add a new case to the case list",
                "Delete a case from the case list",
                };

//
HorizontalMenu ColProgMenu(ColProgOptions, 5, ColProgMessages);
HorizontalMenu CaseMenu(CaseOptions, 3, CaseMessages);
```

Exhibit 1
Page 137

5,293,615

203                                                    204

```
//
//
void Execute_Col_Prog_Menu()
{
    switch(ColProgMenu.LeeMenu(1))
    {    //
        case 1: LeeRango("Select Col_Prog_Range ","(Window1->Col_Prog_Range),1,Window1->Col_Prog_Range);
            Window1->Caso_Actual->Read_Current_Record(Tempo);

Vars.CurrSS.CopiaDeArreglo(Tempo,(Window1->Caso_Actual->Caso.Header.Contenido.LongRegId-33)/32,"(Window
1->Col_Prog_Range));
            Vars.CurrSS.DisplayAllCells();
            Define_Data_And_Permanent_Cells();
            break;
        //
        case 2: LeeRango("Select Col_Prev_Range ","(Window1->Col_Prev_Range),1,Window1->Col_Prev_Range);
            Window1->Caso_Actual->Read_Previous_Record(Tempo);

Vars.CurrSS.CopiaDeArreglo(Tempo,(Window1->Caso_Actual->Caso.Header.Contenido.LongRegId-33)/32,"(Window
1->Col_Prev_Range));
            Vars.CurrSS.DisplayAllCells();
            break;
        //
        case 3: Window1->Modify_Cases();
            break;
        //
        case 4: Window1->Modify_Active_Case();
            break;
        //
        case 5: Window1->Modify_Time_Based();
            break;
    }
}

//
//
Lista_Bases * Col_Prog_Window::Busca_Caso(Lista_Bases **Anterior,long *Numero)
{
    Lista_Bases *Pcase=NULL;
    int Cont=1;

    Pcase = Primer_Caso;  //
    while ((Pcase!=NULL) && (Cont!=(*Numero)))
    {
        (*Anterior) = Pcase;
        Pcase = Pcase -> Siguiente_Caso;
        Cont++;
    }
    (*Numero) = Cont;
    return(Pcase);
}


//
//
void Col_Prog_Window::Modify_Time_Based()
{
    if (Time_Based)
        Time_Based = FALSE;
    else
        Time_Based = TRUE;
}


void Col_Prog_Window::Modify_Active_Case()
{
    Byte Opcion;
    long Numero;
```

Exhibit 1
Page 138

5,293,615

205                                                        206

```
long No_Caso;
Boolean Centinela;
Lista_Bases *Anterior;

No_Caso = -1;
Busca_Caso(&Anterior,&No_Caso);
    //
Opcion = GetNumber("Case number ","",1,No_Caso,Centinela);
if (Centinela != 0)
{
    Caso_Actual->Caso.Close_DB();
    Numero = (long)Opcion;
    Caso_Actual = Busca_Caso(&Anterior,&Numero);  //
    Caso_Actual->Caso.Open_DB();  //
    Caso_Actual->Read_Previous_Record(Tempo);

    Vars.CurrSS.CopiaDeArreglo(Tempo,(Caso_Actual->Caso.Header.Contenido.LongRegId-33)/32,*Col_Prev_Ra
nge);
    Caso_Actual->Read_Current_Record(Tempo);

    Vars.CurrSS.CopiaDeArreglo(Tempo,(Caso_Actual->Caso.Header.Contenido.LongRegId-33)/32,*Col_Prog_Ra
nge);
    Cambia_Formatos_Pantalla(1);
    }
}

//
void Col_Prog_Window::Elimina_Caso(long Numero)
{
    Lista_Bases *Pcase,*Anterior;

    Pcase = Busca_Caso(&Anterior,&Numero);
    if (Caso_Actual == Pcase)
    {
        Caso_Actual->Caso.Close_DB();
        Caso_Actual = (Pcase->Siguiente_Caso != NULL) ? Pcase->Siguiente_Caso:Primer_Caso;
        Caso_Actual->Caso.Open_DB();  //
        Caso_Actual->Read_Previous_Record(Tempo);

        Vars.CurrSS.CopiaDeArreglo(Tempo,(Caso_Actual->Caso.Header.Contenido.LongRegId-33)/32,*Col_Prev_Ra
nge);
        Caso_Actual->Read_Current_Record(Tempo);

        Vars.CurrSS.CopiaDeArreglo(Tempo,(Caso_Actual->Caso.Header.Contenido.LongRegId-33)/32,*Col_Prog_Ra
nge);
        Cambia_Formatos_Pantalla(1);
    }
    if (Pcase == Primer_Caso)
        Primer_Caso = Pcase->Siguiente_Caso;
    else
        Anterior->Siguiente_Caso = Pcase->Siguiente_Caso;
    delete Pcase;
}
//
//
void Col_Prog_Window::Modify_Cases()
{
    Lista_Bases *Pcase,*Anterior;
    long No_Caso;
    Boolean Centinela,Borrar;
    char Nombre[50];

    switch (CaseMenu.LeeMenu(1))
    {
    case 1:  No_Caso = -1;
        Busca_Caso(&Anterior,&No_Caso);
        No_Caso = GetNumber("Case number ","",1,No_Caso-1,Centinela);
        if (Centinela != 0)
```

Exhibit 1
Page 139

5,293,615

207                                                                            208

```
    {
        Pcase = Busca_Caso(&Anterior,&No_Caso);
        strcpy(Nombre,ReadString("New name ",Pcase-> Caso.Nombre_BD,15,Centinela));
        if (Centinela == 0)
            strcpy(Pcase->Caso.Nombre_BD,Nombre);
    }
    break;
    case 2:  No_Caso = -1;
        Busca_Caso(&Anterior,&No_Caso);
        sprintf(Nombre,"Name of case Number %ld",No_Caso);
        strcpy(Nombre,ReadString(Nombre,"",15,Centinela));
        if (Centinela == 0)
            Agrega_Caso(Nombre);
        break;
    case 3:  No_Caso = -1;
        Busca_Caso(&Anterior,&No_Caso);
        No_Caso = GetNumber("Case number ","",1,No_Caso-1,Centinela);
        if (Centinela != 0)
        {
            Pcase = Busca_Caso(&Anterior,&No_Caso);
            sprintf(Nombre,"Name of case %ld is %s, Are you sure, ", No_Caso,Pcase->Caso.Nombre_BD);
            Borrar = GetYesNo(Nombre,Centinela);
            if (Centinela == 0)
                if (Borrar == 1)
                    Elimina_Caso(No_Caso);
        }
        break;
    }
}

//
//
//
//
//
//
void Col_Prog_Window::Baja_Marcas()
{
    int i;
    char Marca[5];

    for(i=0;i<Caso_Actual->Caso.Header.Contenido.NumReg;i++)
    {
        if (Caso_Actual->Periodo_Status[i].Calc == 0)
            Marca[0] = '0';
        else
            Marca[0] = '1';
        if (Caso_Actual->Periodo_Status[i].Protect == 00)
            Marca[1] = '0';
        else
            if (Caso_Actual->Periodo_Status[i].Protect == 01)
                Marca[1] = '1';
            else
                if (Caso_Actual->Periodo_Status[1].Protect == 10)
                    Marca[1] = '2';
        Marca[2] = '0';
        Caso_Actual->Caso.Write_Field(Marca,(Caso_Actual->Caso.Header.Contenido.LongRegId-33)/32,i);
    }
}

//
//
void Col_Prog_Window::Sube_Marcas()
{
    int i;
    char Marca[5];
    Buffer *BAux;
```

Exhibit 1
Page *140*

5,293,615

209                                                          210

```
for(i=0;i<Caso_Actual->Caso.Header.Contenido.NumReg;i++)
{
    Caso_Actual->Caso.Read_DB();
    BAux = Caso_Actual->Caso.BufferBase;
    while (BAux->Prox != NULL)
        BAux = BAux->Prox;
    If (BAux->Valor[0] == '0')
        Caso_Actual->Periodo_Status[i].Calc = 0;
    else
        Caso_Actual->Periodo_Status[i].Calc = 1;
    switch (BAux->Valor[1])
    {
        case '0':Caso_Actual->Periodo_Status[i].Protect = 00;
            break;
        case '1':Caso_Actual->Periodo_Status[i].Protect = 01;
            break;
        case '2':Caso_Actual->Periodo_Status[i].Protect = 10;
            break;
    }
}
}
```

```
* ====================== *
* FILE: TCHACH.CPP *
* ====================== *

#include "string.h".
#include "TCUtil.h"
#include "TCHash.h"

    /* */

HashTable::HashTable(Byte InitBuckets)
{
    Buckets = InitBuckets;
```

Exhibit 1
Page 141

5,293,615

211                                                         212

```
  HashData = new HashItemPtr[Buckets];
  memset(HashData, 0, sizeof(HashItemPtr) * Buckets);
  Items = 0;
}

/*    */

HashTable::~HashTable()
{ HashItemPtr P, D;
  Word Counter;

  for (Counter = 0; Counter < Buckets; Counter ++)
  {
   P = HashData[Counter];
   while (P)
   {
    D = P;
    P = P->Next;
    delete D->Data;
    delete D;
   }
  }
  delete HashData;
}

/*    */

Boolean HashTable::Add()
{ HashItemPtr A;
  Byte V;

  A = new HashItem;
  if (!A) return 0;
  A->Data = new Byte[ItemSize()];
  CreateItem(A);
  V = HashValue() % Buckets;
  A->Next = HashData[V];
  HashData[V] = A;
  Items ++;
  return 1;
}

     /*    */

void HashTable::Delete(void *Deleted)
{ HashItemPtr D;
  HashItemPtr *H;

  H = &HashData[HashValue() % Buckets];
  while (*H && !Found(*H))
   H = &(*H)->Next;
  if (!*H)
  {
   if (Deleted)
    memset(Deleted, 0, ItemSize());
   return;
  }
  else
  {
   D = *H;
   *H = D->Next;
```

Exhibit 1
Page 142

5,293,615

213                                214

```
if (Deleted)
  memcpy(Deleted, D->Data, ItemSize());
  delete D->Data;
  delete D;
}
Items --;
}

/* */

HashItemPtr HashTable::FirstItem()
{ Word Counter;

for (Counter = 0; Counter < Buckets; Counter ++)
{
  CurrItem = HashData[Counter];
  if (CurrItem) {
    CurrBucket = Counter;
    return CurrItem;
  }.
}
return NULL;
}

/* */

HashItemPtr HashTable::NextItem()
{
if (CurrItem)
  CurrItem = CurrItem->Next;
if (CurrItem)
  return CurrItem;
while (++ CurrBucket < Buckets)
{
  CurrItem = HashData[CurrBucket];
  if (CurrItem)
    return CurrItem;
}
return NULL;
}

/* */

Boolean HashTable::Change()
{ HashItemPtr H;

H = HashData[HashValue() % Buckets];
while (H && !Found(H))
  H = H->Next;
if (H)
{
  CreateItem(H);
  return 1;
}
else return Add();
}

/* */

HashItemPtr HashTable::Search()
{ HashItemPtr H;
```

Exhibit 1
Page 143

5,293,615

215

216

```
H = HashData[HashValue() % Buckets];
while (H && !Found(H))
  H = H->Next;
return H;
}

      /*  */

Word HashTable::HashValue()
{
  return 0;
}

      /*  */

Boolean HashTable::Found(HashItemPtr Item)
{
  return 1;
}

      /*  */

void HashTable::CreateItem(HashItemPtr Item)
{
}

      /*  */

Byte HashTable::ItemSize()
{
  return 1;
}
```

```
* ============================ *
* FILE: TCHASH.H *
* ============================ *

      /*  */
      /*  */

#define MaxBuckets      100
#define MaxHashItemSize  256

      /*  */

typedef Byte *HashItemData;

struct HashItem {
/*  */
  struct HashItem *Next;
  HashItemData Data;
};

typedef HashItem *HashItemPtr;

struct HashTable {
  long Items;
```

Exhibit 1
Page 144

5,293,615

217                                                          218

```
HashItemPtr CurrItem;
Byte CurrBucket;
HashItemPtr *HashData;
Byte Buckets;
HashTable(Byte InitBuckets);
~HashTable();
Boolean Add();
void Delete(void *Deleted);
HashItemPtr FirstItem();
HashItemPtr NextItem();
Boolean Change();
HashItemPtr Search();
virtual Word HashValue();
virtual Boolean Found(HashItemPtr Item);
virtual void CreateItem(HashItemPtr Item);
virtual Byte ItemSize();
};
```

```
*==============================*
* FILE: TCINPUT.CPP *
*==============================*

#include "stdlib.h"
#include "ctype.h"
#include "conio.h"
#include "string.h"
#include "TCUtil.h"
#include "TCWindow.h"
#include "TCInput.h"

#define YesNo "Y/N"
#define ErrNumberError1 "Input a value between"
#define ErrNumberError2 " and "

char SInput[256];
char BufferInp[160];

     /*    */

Field::Field(Byte C1, Byte C2, Byte R, Byte InitMaxLen, Boolean InitUCase)
{
  Reinicia(C1, C2, R, InitMaxLen, InitUCase);
}

     /*    */

void Field::Reinicia(Byte C1, Byte C2, Byte R, Byte InitMaxLen,
            Boolean InitUCase)

{
  StartCol = C1;
  StopCol = C2;
  InputRow = R;
  MaxInputLen = (InitMaxLen ? InitMaxLen : 255);
  memset(InputData, 0, MaxInputLen + 1);
  UCase = InitUCase;
  Quit = 0;
}
```

Exhibit 1
Page 145

5,293,615

```
/*  */
Boolean Field::GetQuit()
{
 return Quit;
}

/*  */

void Field::Edit(char *Data)
{ Word Start, CursorPos, C;
  Byte LeftPos, Amt = StopCol - StartCol + 1;
  Boolean Overwrite = 0;
  char StrDisplay[81];
  Window Area;

  gettext(StartCol, InputRow, StopCol, InputRow, BufferInp);
  Area.SetValues(StartCol, InputRow, StopCol, InputRow, BlackOnLightGray);
  strcpy(InputData, Data);
  _setcursortype(_NORMALCURSOR);
  if (strlen(InputData) <= Amt) LeftPos = 0;
  else LeftPos = strlen(InputData) - Amt + 1;
  CursorPos = strlen(InputData);
  do
  {
   Area.Clear();
   CopyN(StrDisplay, InputData + LeftPos, Amt);
   Area.WindowWriteXY(StrDisplay, 1, 1, LoColor);
   gotoxy(StartCol + CursorPos - LeftPos, InputRow);
   C = (UCase ? GetKeyUpCase() : GetKey());
   switch (C) /
   {
     case BS:
      if (CursorPos)
      {
       CursorPos --;
       memmove(InputData + CursorPos, InputData + CursorPos + 1,
            strlen(InputData) - CursorPos);
       if (CursorPos < LeftPos)
        LeftPos --;
      }
      break;
     case DelKey:
      if (strlen(InputData))
       memmove(InputData + CursorPos, InputData + CursorPos + 1,
            strlen(InputData) - CursorPos);
      break;
     case InsKey:
      Overwrite = !Overwrite;
      if (Overwrite) _setcursortype(_SOLIDCURSOR);
      else _setcursortype(_NORMALCURSOR);
      break;
     case HomeKey:
      LeftPos = CursorPos = 0;
      break;
     case EndKey:
      if (strlen(InputData) <= Amt) LeftPos = 0;
      else LeftPos = strlen(InputData) - Amt + 1;
      CursorPos = strlen(InputData);
      break;
     case LeftKey:
```

Exhibit 1
Page 146

5,293,615

221                                          222

```
    if (CursorPos
    {
      CursorPos --;
      if (CursorPos < LeftPos)
        LeftPos --;
    }
    break;
    case RightKey:
      if (CursorPos < strlen(InputData))
      {
        CursorPos ++;
        if (CursorPos >= (Word) LeftPos + Amt)
          LeftPos ++;
      }
      break;
    default:
      if (EstaEn(C, 30, 255) && CursorPos <= MaxInputLen)
      {
        if (Overwrite)
        {
          InputData[CursorPos ++] = C;
          if (CursorPos >= (Word) LeftPos + Amt)
            LeftPos ++;
        }
        else if (strlen(InputData) < MaxInputLen)
        {
          if (CursorPos < strlen(InputData))
            memmove(InputData + CursorPos + 1, InputData + CursorPos,
                strlen(InputData) - CursorPos);
          InputData[CursorPos ++] = C;
          if (CursorPos >= (Word) LeftPos + Amt)
            LeftPos ++;
        }
      }
  }
}
while (C != CR && C != ESC);
Quit = (C == ESC);
_setcursortype(_NOCURSOR);
Area.Clear();
puttext(StartCol, InputRow, StopCol, InputRow, BufferInp);
}

/*  */

void Field::ClearInput()
{
  *InputData = '\0';
}
/*  */

String ReadString(String Prompt, String InitS, Word Len, Boolean& ESCPressed)
{ Field I(1, 80, 1, Len, NotUpper);
  char Temp[81];

  if (strlen(Prompt))
  {
    strcat(strcpy(Temp, Prompt), ": ");
    WriteXY(Temp, 1, 2, InfoColor);
    clreol();
```

Exhibit 1
Page 147

5,293,615

223                                                                224

```
}
 I.Edit(InitS);
 ESCPressed = I.GetQuit();
 ClrEolXY(1, 2, InfoColor);
 return strcpy(SInput, I.InputData);
}

        /*    */

Boolean LegalYesNo(char C)
{
 C = toupper(C);
 return (C == 'Y' || C == 'N');
}

        /*    */

Boolean GetYesNo(String Prompt, Boolean& ESCPressed)
{ char Ch, Temp[81];

 strcat(strcat(strcat(strcpy(Temp, Prompt), "("), YesNo), ")?");
 PrintMessage(Temp);
 Ch = GetKeyChar(LegalYesNo);
 ESCPressed = (Ch == ESC);
 ClearMessage();
 return (Ch == 'Y');
}

/*    */

long GetNumber(String Prompt, String InitS, long Low,
          long High, Boolean& Result)
{ Field I(strlen(Prompt) + 1, 80, 1, strlen(NumToString(High)) + 1, NotUpper);
 char S[81], STemp[81];
 long L;

 if (strlen(Prompt))
 {
  strcpy(S, Prompt);
  WriteXY(S, 1, 1, LoColor);
  clreol();
 }
 do {
  I.Edit(InitS);
  strcpy(S, I.InputData);
  if (!I.GetQuit() && strlen(S))
  {
   L = atol(S);
   Result = (L >= Low && L <= High);
   if (!Result)
    PrintError(strcat(strcat(strcpy(S, ErrNumberError1), NumToString(Low)),
        strcat(strcpy(STemp, ErrNumberError2), NumToString(High))));
  }
  else
  {
   Result = 0;
   L = 0;
  }
 } while (!Result && strlen(S));
 if (strlen(Prompt))
  ClrEolXY(1, 1, LoColor);
```

Exhibit 1
Page 148

5,293,615

225                                                                226

```
    return L;
}
```

```
/* ============================== */
/* FILE: TCINPUT.H */
/* ============================== */
/*    */
/*    */

#define AllUpper 1
#define NotUpper 0

/*    */

struct Field {
    Byte StartCol, StopCol, InputRow, MaxInputLen;
    Boolean Quit, UCase;
    char InputData[256];
    Field(Byte C1, Byte C2, Byte R, Byte InitMaxLen, Boolean InitUCase);
    void Reinicia(Byte C1, Byte C2, Byte R, Byte InitMaxLen, Boolean InitUCase);
    Boolean GetQuit();
    void Edit(char *Data);
    void ClearInput();
};

Boolean GetYesNo(String M, Boolean& EscPressed);
char *ReadString(String Prompt, String InitS, Word Len, Boolean& EscPressed);
long GetNumber(String Prompt, String InitS, long Low,
              long High, Boolean& Result);
```

```
/* ============================== */
/* FILE: TCMENU.CPP */
/* ============================== */

/*    */
/*    */
/*    */

#include "ctype.h"
#include "string.h"
#include "conio.h"
#include "TCUtil.h"
#include "TCWindow.h"
#include "TCMenu.h"

#define MenuHiColor 0X3F
#define MenuLoColor 0X30

typedef enum {TRUE=1, FALSE=0} boolean;

extern boolean Window;

Menu::Menu(Option *InitOptions, Byte InitNumOps)
{
    Options = InitOptions;
```

Exhibit 1
Page 149

5,293,615

227                                                   228

```
NumOps = InitNumOps;
OpcionActual = 0;
}

void Menu::DespliegaOpcion(Byte NumOpDisplay, Boolean IsCurr)
{
}

void Menu::DespliegaMenu()
{ Byte Cont;

for (Cont = 0; Cont < NumOps; Cont ++)
   DespliegaOpcion(Cont, 0);
   DespliegaOpcion(OpcionActual, 1);
}

void Menu::Execute(Word& Key)
{ Byte OpAux;

if (!Window)
   DespliegaOpcion(OpcionActual, 0);
switch (Key)
{
   case UpKey :
   case LeftKey : OpcionActual = (OpcionActual + NumOps-1) % NumOps; break;
   case DownKey :
   case RightKey : OpcionActual = (OpcionActual + 1) % NumOps; break;
   case HomeKey : OpcionActual = 0; break;
   case EndKey : OpcionActual = NumOps - 1; break;
   default :
    OpAux = 0;
    while (OpAux < NumOps && Options[OpAux].Elige != toupper(Key))
     OpAux ++;
    if (OpAux < NumOps)
    {
     OpcionActual = OpAux;
     Key = CR;
    }
}
if (!Window)
   DespliegaOpcion(OpcionActual, 1);
}

Byte Menu::LeeMenu(Boolean Reinicia)
{ Word C;

if (Reinicia)
   OpcionActual = 0;
DespliegaMenu();
do
{
   C = GetKeyUpCase();
   Execute(C);
}
while (C != ESC && C != CR);
ClrEolXY(1, 1, LoColor);
ClrEolXY(1, 2, InfoColor);
if (C == ESC) return 0;
else return OpcionActual + 1;
}
```

Exhibit 1
Page 150

5,293,615

229                                                           230

```
HorizontalMenu::HorizontalMenu(Option *InitOptions, Byte InitNumOps,
                char **InitMensajes) : Menu(InitOptions, InitNumOps)
{ Byte Pos = 0, Cont = 0;

  for (Cont = 0, Pos = 0; Cont < NumOps; Cont ++)
  {
    TextStart[Cont] = Pos;
    Pos = Pos + strlen(Options[Cont].Texto) + 1;
  }
  Mensajes = InitMensajes;
}

void HorizontalMenu::DespliegaOpcion(Byte NumOpDisplay, Boolean IsCurr)
{ Byte Cont;
  Boolean YaPaso;

  gotoxy(1 + TextStart[NumOpDisplay], 1);
  textattr(IsCurr ? HighLightColor : LoColor);
  for (Cont = YaPaso = 0; Cont < strlen(Options[NumOpDisplay].Texto); Cont ++)
  {
    if (!YaPaso && toupper(Options[NumOpDisplay].Texto[Cont]) ==
        Options[NumOpDisplay].Elige)
    {
      textattr(IsCurr ? HighLightColor : HiColor);
      putch(Options[NumOpDisplay].Elige);
      textattr(IsCurr ? HighLightColor : LoColor);
      YaPaso = 1;
    }
    else putch(Options[NumOpDisplay].Texto[Cont]);
  }
  if (IsCurr)
  {
    textattr(InfoColor);
    gotoxy(1, 2);
    cputs(Mensajes[NumOpDisplay]);
    clreol();
  }
}

void HorizontalMenu::DespliegaMenu()
{
  gotoxy(1, 1);
  textattr(LoColor);
  clreol();
  Menu::DespliegaMenu();
}

void CentralMenu::DespliegaOpcion(Byte NumOpDisplay, Boolean IsCurr)
{
  gotoxy(30, NumOpDisplay + NumOpDisplay / 3 + 10);
  textattr(IsCurr ? MenuHiColor : MenuLoColor);
  cprintf("%c  - %s", Options[NumOpDisplay].Elige, Options[NumOpDisplay].Texto);
}

void CentralMenu::DespliegaMenu()
{ Byte Pos;

  textattr(CellColor);
  clrscr();
  ClearScreen(22, 5, 60, 16, MenuHiColor);
  WriteXY(CenterStr(Titulo, 37), 22, 6, MenuHiColor);
```

Exhibit 1
Page 151

5,293,615

231                                                               232

```
WriteXY(PadChar('", '▢2▢', 35), 24, 7, MenuHiColor);
WriteXY(PadChar('", '▢2▢', 22), 30, 13, MenuLoColor);
WriteXY(PadChar('", ' ', 39), 24, 17, 0);
for (Pos = 6; Pos < 17; Pos ++)
  WriteXY(' ', 61, Pos, 0);
WriteXY(PadChar('", '▢2▢', 78), 2, 22, 0X1F);
WriteXY("CONFIDENTIAL AND PROPRIETARY", 2, 23, 0X13);
WriteXY("Copyright (c) 1990 Carlos Armando Amado", 41, 23, 0X13);
WriteXY("-Help  -Edit  -Mrk_Rec  -Case  -Envim  -Wind  -Sect  -Calc  -Quit", 4, 25, 0X13);
WriteXY("F1", 2, 25, 0X1E);
WriteXY("F2", 10, 25, 0X1E);
WriteXY("F5", 18, 25, 0X1E);
WriteXY("F6", 29, 25, 0X1E);
WriteXY("F7", 37, 25, 0X1E);
WriteXY("aF7", 47, 25, 0X1E);
WriteXY("F8", 56, 25, 0X1E);
WriteXY("F9", 64, 25, 0X1E);
WriteXY("Esc", 72, 25, 0X1E);
Menu::DespliegaMenu();
}
```

```
* ═══════════ *
* FILE: TCMENU.H *
* ═══════════ *

struct Option {
  char Elige, *Texto;
};

struct Menu {
  Option *Options;
  Byte NumOps, OpcionActual;
  Menu(Option *InitOptions, Byte InitNumOps);
  void Execute(Word& Key);
  virtual void DespliegaOpcion(Byte NumOpDisplay, Boolean IsCurr);
  virtual void DespliegaMenu();
  Byte LeeMenu(Boolean Reinicia);
};

struct HorizontalMenu : Menu {
  Byte TextStart[9];
  char **Mensajes;
  HorizontalMenu(Option *InitOptions, Byte InitNumOps, char **InitMensajes);
  virtual void DespliegaOpcion(Byte NumOpDisplay, Boolean IsCurr);
  virtual void DespliegaMenu();
};

struct CentralMenu : Menu {
  char *Titulo;
  CentralMenu(Option *InitOptions, Byte InitNumOps, char *InitTitulo) :
      Menu(InitOptions, InitNumOps) { Titulo = InitTitulo; };
  virtual void DespliegaOpcion(Byte NumOpDisplay, Boolean IsCurr);
  virtual void DespliegaMenu();
};
```

```
* ═══════════ *
* FILE: TCPARSER.CPP *
```

Exhibit 1
Page 152

5,293,615

233                                      234

```
#include "stdlib.h"
#include "ctype.h"
#include "string.h"
#include "TCUtil.h"
#include "TCHash.h"
#include "TCCell.h"
#include "TCParser.h"

typedef enum {GEN_PROG=1,SCRATCH=0} Section_Type;

ParserObj Parser;
extern Section_Type Section;

/*  */

Boolean Referencia(char* Inp, Byte Len, Word Start, CellPos& P, Word& FormLen)
{ char CS[10], RS[10], *Temp;

  Temp = CS;
  while (Start < Len && isalpha(Inp[Start]) && Temp - CS < 2)
  {
    *Temp ++ = Inp[Start];
    Start ++;
  }
  *Temp = '\0';
  P.Col = StringToCol(CS);
  if (!P.Col) return 0;
  Temp = RS;
  while (Start < Len && isdigit(Inp[Start]) && Temp - RS < 5)
  {
    *Temp ++ = Inp[Start];
    Start ++;
  }
  *Temp = '\0';
  P.Row = StringToRow(RS);
  if (!P.Row) return 0;
  FormLen = strlen(CS) + strlen(RS);
  return 1;
}

            /*  */

void ParserObj::SetValues(CellHashTablePtr InitHash, char *InitInp)

{
  ParserHash = InitHash;
  Inp = InitInp;
  Len = strlen(Inp);
  Position = 0;
  MathError = 0;
  IsFormula = 0;
}

            /*  */

void ParserObj::NextToken()
{ char NumString[256];
  Word TLen;
  CellPos CP;
```

Exhibit 1
Page 153

5,293,615

235                                    236

```
while (Position < Len && Inp[Position] == ' ')
  Position ++;   /*  */
-  */
if (Position >= Len) CurrToken.Tipo = FDL;
else if (isdigit(Inp[Position]) || Inp[Position] == '.')
{
  CurrToken.Tipo = Desconocido;
  TLen = Position;
  while (isdigit(Inp[TLen]))
    TLen ++;
  if (Inp[TLen] == '.')
  {
    if (!isdigit(Inp[++ TLen]))
      return;
    while (isdigit(Inp[++ TLen]));
  }
  if (toupper(Inp[TLen]) == 'E')
  {
    if (Inp[++ TLen] == '+' || Inp[TLen] == '-')
      TLen ++;
    if (!isdigit(Inp[TLen]))
      return;
    while (isdigit(Inp[++ TLen]));
  }
  CopyN(NumString, Inp + Position, TLen - Position);
  Position = TLen;
  CurrToken.Tipo = VALOR;
  CurrToken.Info.Valor = atof(NumString);
}
else if (isalpha(Inp[Position]) || Inp[Position] == '!')
{
  /*  */
  if (Referencia(Inp, Len, Position, CP, TLen))
  {
    Position += TLen;
    IsFormula = 1;
    CurrToken.Tipo = Celda;
    CurrToken.Info.CP.SetValues(CP.Col, CP.Row);
  }
  else CurrToken.Tipo = Desconocido;
}
else
{ /*  */
  switch (Inp[Position])
  {
    case '(': CurrToken.Tipo = ParIzq; break;
    case '+': CurrToken.Tipo = Mas; break;
    case '-': CurrToken.Tipo = Menos; break;
    case '*': CurrToken.Tipo = Por; break;
    case '/': CurrToken.Tipo = Divide; break;
    case ')': CurrToken.Tipo = ParDer; break;
    default : CurrToken.Tipo = Desconocido;
  }
  Position ++;
}
}


            /*  */

double CellValue(CellHashTable *CellHash, CellPos P, Boolean& Error)
{ CellPtr CPtr;
```

Exhibit 1
Page 154

5,293,615

237                                                                                      238

```
CPtr = CellHash->Search(P);
if (CPtr->HasError())
{
  Error = 1;
  return 0;
}
else return CPtr->CurrValue();
}

/*   */

Boolean ParserObj::ExpresionUnaria()
{ Byte Tipo = CurrToken.Tipo;

  if (Tipo == VALOR || Tipo == Celda)
  {
    ParseValue = (Tipo == VALOR ? CurrToken.Info.Valor : CellValue(ParserHash,
                  CurrToken.Info.CP, MathError));
    NextToken();
    return 1;
  }
  else if (Tipo == Mas || Tipo == Menos)
  {
    NextToken();
    if (!Expresion()) return 0;
    if (Tipo == Menos)
      ParseValue = - ParseValue;
    return 1;
  }
  else if (Tipo == ParIzq)
  {
    NextToken();
    if (!Expresion()) return 0;
    if (CurrToken.Tipo != ParDer) return 0;
    NextToken();
    return 1;
  }
  return 0;
}

/*   */

Boolean ParserObj::ExpresionMultiplicativa()
{ double ResultAnt;
  Byte Tipo;

  if (ExpresionUnaria())
  {
    while ((Tipo = CurrToken.Tipo) == Por || Tipo == Divide)
    {
      NextToken();
      ResultAnt = ParseValue;
      if (!ExpresionUnaria()) return 0;
      if (Tipo == Por) ParseValue = ResultAnt * ParseValue;
      else if (ParseValue != 0) ParseValue = ResultAnt / ParseValue;
      else MathError = 1;
    }
    return 1;
  }
  return 0;
}
```

Exhibit 1
Page 155

5,293,615

239                                                          240

```
}
/*    */

Boolean ParserObj::ExpresionSuma()
{ double ResultAnt;
  Byte Tipo;

  if (ExpresionMultiplicativa())
  {
    while ((Tipo = CurrToken.Tipo) == Mas || Tipo == Menos)
    {
      NextToken();
      ResultAnt = ParseValue;
      if (!ExpresionMultiplicativa()) return 0;
      ParseValue = ResultAnt + (Tipo == Mas ? ParseValue : - ParseValue);
    }
    return 1;
  }
  return 0;
}

/*    */

Boolean ParserObj::Expresion()
{
  return ExpresionSuma();
}

/*    */

void ParserObj::Parse()
{
  NextToken();
  if (Expresion() && CurrToken.Tipo == FDL)
    CType = (IsFormula ? CtFormula : CtValue);
  else CType = CtText;
}
```

```
*========================================*

*========================================*
* FILE: TCPARSER.H *
*========================================*

/*    */
/*    */

#define VALOR        0
#define Celda        1
#define Parizq       2
#define Mas          3
#define Menos        4
#define Por          5
#define Divide       6
#define ParDer       7
#define FDL          8
#define Desconocido  9

        /*    */
```

Exhibit 1
Page 156

5,293,615

241                                                      242

```
struct TokenRec {
  Byte Tipo;
  union {
    double Valor;
    CelPos CP;
  } Info;
};


/*  */


struct ParserObj {
  char *Inp;
  CellHashTablePtr ParserHash;
  Word Position;
  Byte Len;
  TokenRec CurrToken;
  CellTypes CType;
  double ParseValue;
  Boolean MathError, IsFormula;
  void SetValues(CellHashTablePtr InitHash, char *InitInp);
  void NextToken();
  Boolean ExpresionUnaria();
  Boolean ExpresionMultiplicativa();
  Boolean ExpresionSuma();
  Boolean Expresion();
  void Parse();
};


/*  */


double CellValue(CellHashTable *CellHash, CellPos CP, Boolean& Error);
```

•━━━━━━━━━━━━━━━━━━━━━━━━━━━•

```
• ═══════════════ •
• FILE: TCRANGOS.CPP •
• ═══════════════ •


/*  */


extern "C"
{
  # include <bwindow.h>
}

#include "conio.h"
#include "string.h"
#include "stdio.h"
#include "TCUtil.h"
#include "TCWindow.h"
#include "TCMenu.h"
#include "TCHash.h"
#include "TCInput.h"
#include "TCCell.h"
#include "TCParser.h"
#include "TCSheet.h"
#include "Patente.h"
#include "Editor.h"
#include "TCRun.h"


/*  */
```

Exhibit 1
Page 157

5,293,615

243                                                                            244

```
#define RedrawYes 1
#define RedrawNo  0

#define LAYOUT_KEY F5
#define PromptRango "Select range: "
#define PromptDestino "Select destination cell or range: "
#define PromptTecla "Enter new selection character"
#define PromptTexto "Enter new option's description"
#define PromptEsquina "Select the top leftmost corner for this screen"
#define MessageDataOutcome "(D)ata or (O)utcome cells"
#define MessageCellType "(A)lphanumeric or (N)umeric cells"
#define MarkDataRange "Select range to define data validations: "
#define ErrorConstante "Error, constant was expected"
#define PromptInf "Set lower value for input"
#define PromptSup "Set higher value for input"


        /*  */

extern Word Keypress;
extern ParserObj Parser;
extern boolean Window;
extern ProgramObject Vars;
extern Environment_Type Environment;
extern Section_Type Section;
extern char Buffer[4000];
extern Boolean Execute_Col_Prog_Menu();


        /*  */

Option InitOptions[4] = {{'F', "First Option           "},
                {'S', "Second Option        "},
                {'T', "Third Option      "},
                {'C', "Col_Prog_Window        "}};
Option MainOptions[3] = {{'C', "Copy"}, {'E', "Erase"}, {'L', "Layout"}};
Option LayoutOptions[6] = {{'F', "First Option"}, {'S', "Second Option"},
                {'T', "Third Option"}, {'C', "Col_Prog_Window"},
                {'D', "Data"}, 'H', "Help"};
Option OptionsOptions[3] = {{'S', "Selection"}, {'D', "Description"},
                {'P', "Position"}};
char *MainMessages[3] = {"Copy a spreadsheet range",
                "Eliminate a spreadsheet range",
                "Define the application environment's commands"};
char *LayoutMessages[6] = {
    "Modify the first option in the application environment's menu",
    "Modify the second option in the application environment's menu",
    "Modify the third option in the application environment's menu",
    "Modify the Col_Prog_Window definition",
    "Define data-outcome cells and data types (alphanumeric or numeric)",
    "Define help text"};
char *OptionsMessages[3] = {"Change the selection character",
                "Change this option's description",
                "Change the initial position of this screen"};

CellPos Selecciones[3] = {{201, 1}, {201, 21}, {201, 41}};

CentralMenu ApplicationMenu(InitOptions, 4, "APPLICATION - MAIN MENU");
HorizontalMenu MainMenu(MainOptions, 3, MainMessages);
HorizontalMenu LayoutMenu(LayoutOptions, 6, LayoutMessages);
HorizontalMenu OptionsMenu(OptionsOptions, 3, OptionsMessages);
```

Exhibit 1
Page 158

5,293,615

245                                              246

```
/*  */

void CopyBlock();
void DeleteBlock();
Boolean LeeRango(String Mensaje, Block& Bloque, Boolean On, BlockPtr PtrBlock);

/*  */

void MueveCursor(CellPos Anterior)
{
  Vars.CurrSS.DisplayCell(Anterior, 1);
  Vars.CurrSS.DisplayCell(Vars.CurrSS.Sections[Section].CurrPos, 1);
}

/*  */

void ExtendCurrBlock(Boolean Redraw)
{ Block OldBlock;

  if (Vars.CurrSS.BlockOn)
  {
    memcpy(&OldBlock, &Vars.CurrSS.CurrBlock, sizeof(Block));
    if (Vars.CurrSS.CurrBlock.ExtendTo(Vars.CurrSS.Sections[Section].CurrPos))
    {
      if (Redraw)
        Vars.CurrSS.DisplayBlockDiff(OldBlock, Vars.CurrSS.CurrBlock);
    }
    else ClearCurrBlock();
  }
}

/*  */

void ExtiendeBloque(CellPos Anterior)
{
  ExtendCurrBlock(RedrawYes);
  MueveCursor(Anterior);
}

/*  */

void MoveHome()
{
  Vars.CurrSS.Sections[Section].CurrPos =
           Vars.CurrSS.Sections[Section].SectionBlock.Start;
  ExtendCurrBlock(RedrawNo);
  Vars.CurrSS.SetScreenColStart(Vars.CurrSS.Sections[Section].CurrPos.Col);
  Vars.CurrSS.SetScreenRowStart(Vars.CurrSS.Sections[Section].CurrPos.Row);
  Vars.CurrSS.Display();
}

/*  */

void MoveEnd()
{ CellPos OldPos;

  OldPos = Vars.CurrSS.Sections[Section].CurrPos;
  Vars.CurrSS.Sections[Section].CurrPos = Vars.CurrSS.Sections[Section].LastPos;
  if (!Vars.CurrSS.Sections[Section].ScreenBlock.CellInBlock(
      Vars.CurrSS.Sections[Section].CurrPos))
  {
```

Exhibit 1
Page 159

5,293,615

```
    ExtendCurrBlock(RedrawNo);
    Vars.CurrSS.SetScreenColStop(Vars.CurrSS.Sections[Section].CurrPos.Col);
    Vars.CurrSS.SetScreenRowStop(Vars.CurrSS.Sections[Section].CurrPos.Row);
    Vars.CurrSS.Display();
}
 else ExtiendeBloque(OldPos);
}
      /*   */

void MoveUp()
{ CellPos OldPos;

  if (Vars.CurrSS.Sections[Section].CurrPos.Row > 1)
  {
     OldPos = Vars.CurrSS.Sections[Section].CurrPos;
     Vars.CurrSS.Sections[Section].CurrPos.Row --;
     ExtendCurrBlock(RedrawYes);
     if (Vars.CurrSS.Sections[Section].CurrPos.Row <
        Vars.CurrSS.Sections[Section].ScreenBlock.Start.Row)
     {
       Vars.CurrSS.DisplayCell(OldPos, 1);
       Vars.CurrSS.SetScreenRowStart(Vars.CurrSS.Sections[Section].CurrPos.Row);
       Vars.CurrSS.DisplayRows();
       Vars.CurrSS.DisplayArea.Scroll(Down, 0, 0, 1);
       Vars.CurrSS.DisplayRow(Vars.CurrSS.Sections[Section].CurrPos.Row);
     }
     else MueveCursor(OldPos);
  }
}

      /*   */

void MoveDown()
{ CellPos OldPos;

  if (Vars.CurrSS.Sections[Section].CurrPos.Row < MaxRow)
  {
     OldPos = Vars.CurrSS.Sections[Section].CurrPos;
     Vars.CurrSS.Sections[Section].CurrPos.Row ++;
     ExtendCurrBlock(RedrawYes);
     if (Vars.CurrSS.Sections[Section].CurrPos.Row >
        Vars.CurrSS.Sections[Section].ScreenBlock.Stop.Row)
     {
       Vars.CurrSS.DisplayCell(OldPos, 1);
       Vars.CurrSS.SetScreenRowStop(Vars.CurrSS.Sections[Section].CurrPos.Row);
       Vars.CurrSS.DisplayRows();
       Vars.CurrSS.DisplayArea.Scroll(Up, 0, 0, 1);
       Vars.CurrSS.DisplayRow(Vars.CurrSS.Sections[Section].CurrPos.Row);
     }
     else MueveCursor(OldPos);
  }
}

      /*   */

void MovePgUp()
{ CellPos OldPos;

  if (Vars.CurrSS.Sections[Section].CurrPos.Row > 1)
  {
     OldPos = Vars.CurrSS.Sections[Section].CurrPos;
```

**Exhibit 1**
**Page 160**

5,293,615

249      250

```
Vars.CurrSS.Sections[Section].CurrPos.Row = Max(1, (long)
        Vars.CurrSS.Sections[Section].CurrPos.Row - TotalRows);
    if (Vars.CurrSS.Sections[Section].CurrPos.Row <
    Vars.CurrSS.Sections[Section].ScreenBlock.Start.Row)
    {
      ExtendCurrBlock(RedrawNo);
      Vars.CurrSS.SetScreenRowStart(Vars.CurrSS.Sections[Section].CurrPos.Row);
      Vars.CurrSS.DisplayRows();
      Vars.CurrSS.DisplayAllCells();
    }
    else ExtiendeBloque(OldPos);
  }
}

    /*  */

void MovePgDn()
{ CellPos OldPos;

  if (Vars.CurrSS.Sections[Section].CurrPos.Row < MaxRow)
  {
    OldPos = Vars.CurrSS.Sections[Section].CurrPos;
    Vars.CurrSS.Sections[Section].CurrPos.Row = Min(MaxRow,
        Vars.CurrSS.Sections[Section].CurrPos.Row + TotalRows);
    if (Vars.CurrSS.Sections[Section].CurrPos.Row >
    Vars.CurrSS.Sections[Section].ScreenBlock.Stop.Row)
    {
      ExtendCurrBlock(RedrawNo);
      Vars.CurrSS.SetScreenRowStart(Vars.CurrSS.Sections[Section].CurrPos.Row);
      Vars.CurrSS.DisplayRows();
      Vars.CurrSS.DisplayAllCells();
    }
    else ExtiendeBloque(OldPos);
  }
}

    /*  */

void MoveLeft()
{ CellPos OldPos;
  Word C;

  if (Vars.CurrSS.Sections[Section].CurrPos.Col >
    Vars.CurrSS.Sections[Section].SectionBlock.Start.Col)
  {
    OldPos = Vars.CurrSS.Sections[Section].CurrPos;
    Vars.CurrSS.Sections[Section].CurrPos.Col --;
    ExtendCurrBlock(RedrawYes);
    if (Vars.CurrSS.Sections[Section].CurrPos.Col <
    Vars.CurrSS.Sections[Section].ScreenBlock.Start.Col)
    {
      Vars.CurrSS.DisplayCell(OldPos, 1);
      Vars.CurrSS.SetScreenColStart(Vars.CurrSS.Sections[Section].CurrPos.Col);
      Vars.CurrSS.DisplayCols();
      if (Vars.CurrSS.Sections[Section].ScreenBlock.Start.Col <=
      Vars.CurrSS.Sections[Section].ScreenBlock.Stop.Col)
      Vars.CurrSS.DisplayArea.Scroll(Right, 0, 0, ColWidth);
      for (C = Vars.CurrSS.Sections[Section].ScreenBlock.Start.Col;
        C <= Vars.CurrSS.Sections[Section].CurrPos.Col; C ++)
      Vars.CurrSS.DisplayCol(C);
      Vars.CurrSS.BlankArea.Clear();
```

Exhibit 1
Page 161

5,293,615

251                    252

```
    }
    else MueveCursor(OldPos);
    }
  }

    /*   */

void MoveRight()
{ Word C;
  CellPos OldPos;

  if (Vars.CurrSS.Sections[Section].CurrPos.Col <
      Vars.CurrSS.Sections[Section].SectionBlock.Stop.Col)
  {
    OldPos = Vars.CurrSS.Sections[Section].CurrPos;
    Vars.CurrSS.Sections[Section].CurrPos.Col ++;
    ExtendCurrBlock(RedrawYes);
    if (Vars.CurrSS.Sections[Section].CurrPos.Col >
        Vars.CurrSS.Sections[Section].ScreenBlock.Stop.Col)
    {
      Vars.CurrSS.DisplayCell(OldPos, 1);
      Vars.CurrSS.SetScreenColStop(Vars.CurrSS.Sections[Section].CurrPos.Col);
      Vars.CurrSS.DisplayCols();
      if (Vars.CurrSS.Sections[Section].ScreenBlock.Start.Col + 1 <=
          Vars.CurrSS.Sections[Section].ScreenBlock.Stop.Col)
        Vars.CurrSS.DisplayArea.Scroll(Left, 0, 0, ColWidth);
      for (C = Vars.CurrSS.Sections[Section].CurrPos.Col;
           C <= Vars.CurrSS.Sections[Section].ScreenBlock.Stop.Col; C ++)
        Vars.CurrSS.DisplayCol(C);
    }
    else MueveCursor(OldPos);
  }
}

    /*   */

void MovePgLeft()
{ CellPos OldPos;

  if (Vars.CurrSS.Sections[Section].CurrPos.Col >
      Vars.CurrSS.Sections[Section].SectionBlock.Start.Col)
  {
    OldPos = Vars.CurrSS.Sections[Section].CurrPos;
    Vars.CurrSS.Sections[Section].CurrPos.Col = Max(Vars.CurrSS.Sections[Section].
      SectionBlock.Start.Col, Vars.CurrSS.Sections[Section].ScreenBlock.Start.Col - 1);
    if (Vars.CurrSS.Sections[Section].CurrPos.Col <
        Vars.CurrSS.Sections[Section].ScreenBlock.Start.Col)
    {
      ExtendCurrBlock(RedrawNo);
      Vars.CurrSS.SetScreenColStop(Vars.CurrSS.Sections[Section].CurrPos.Col);
      Vars.CurrSS.DisplayCols();
      Vars.CurrSS.DisplayAllCells();
    }
    else ExtiendeBloque(OldPos); -
  }
}

    /*   */

void MovePgRight()
{ CellPos OldPos;
```

Exhibit 1
Page 162

5,293,615

253        254

```
if (Vars.CurrSS.Sections[Section].CurrPos.Col <
    Vars.CurrSS.Sections[Section].SectionBlock.Stop.Col)
{
  OldPos = Vars.CurrSS.Sections[Section].CurrPos;
  Vars.CurrSS.Sections[Section].CurrPos.Col = Min(Vars.CurrSS.Sections[Section].
     SectionBlock.Stop.Col - 1, Vars.CurrSS.Sections[Section].ScreenBlock.Stop.Col);
  Vars.CurrSS.Sections[Section].CurrPos.Col ++;
  if (Vars.CurrSS.Sections[Section].CurrPos.Col >
     Vars.CurrSS.Sections[Section].ScreenBlock.Stop.Col)
  {
    ExtendCurrBlock(RedrawNo);
    Vars.CurrSS.SetScreenColStart(Vars.CurrSS.Sections[Section].CurrPos.Col);
    Vars.CurrSS.DisplayCols();
    Vars.CurrSS.DisplayAllCells();
  }
  else ExtiendeBloque(OldPos);
}
}

/*    */

Boolean DefineOpcion(Byte NumOp)
{ Byte Opcion;
  char Temp[28];
  Boolean ESCPressed;

  do
  {
   Opcion = OptionsMenu.LeeMenu(1);
   switch (Opcion)
   {
     case 1 :
       Temp[0] = ApplicationMenu.Options[NumOp].Elige;
       Temp[1] = 0;
       strcpy(Temp, ReadString(PromptTecla, Temp, 1, ESCPressed));
       if (!ESCPressed)
         ApplicationMenu.Options[NumOp].Elige = Temp[0];
       break;
     case 2 :
       strcpy(Temp, ApplicationMenu.Options[NumOp].Texto);
       strcpy(Temp, ReadString(PromptTexto, Temp, 28, ESCPressed));
       if (!ESCPressed)
         strcpy(ApplicationMenu.Options[NumOp].Texto, Temp);
       break;
     case 3 :
       Block BTemp(Selecciones[NumOp]);
       if (LeeRango(PromptEsquina, BTemp, 0, &BTemp))
         Selecciones[NumOp] = BTemp.Start;
   }
  }
  while (Opcion);
  return 0;
}

Boolean LegalDataOutcome(char C)
{
  C = toupper(C);
  return C == 'D' || C == 'O';
}
```

Exhibit 1
Page 163

5,293,615

255                                                                              256

```
Boolean LegalCellType(char C)
{
  C = toupper(C);
  return C == 'A' || C == 'N';
}

double LeeNumero(String Prompt, Boolean& Valido)
{ Field Entrada(1, 80, 1, 0, 0);

  WriteXYClr(Prompt, 1, 2, 0X07);
  do
  {
    Entrada.Edit("");
    if (strlen(Entrada.InputData) && !Entrada.Quit)
    {
      Parser.SetValues(&Vars.CurrSS.CellHash, Entrada.InputData);
      Parser.Parse();
      if (Parser.CType != CIValue)
        PrintError(ErrorConstante);
    }
  } while (strlen(Entrada.InputData) && !Entrada.Quit && Parser.CType != CIValue);
  Valido = (strlen(Entrada.InputData) && !Entrada.Quit);
  ClrEolXY(1, 2, 0X07);
  return Parser.ParseValue;
}

void DefineDataValidation()
{ Block Rango;
  Word Col, Row, C;
  Boolean ToData, ConSup = 0, ConInf = 0;
  Byte Type;
  double Sup, Inf;

  if (!LeeRango(MarkDataRange, Rango, 0, NULL)) return;
  WriteXYClr(MessageDataOutcome, 1, 1, 0X70);
  C = GetKeyChar(LegalDataOutcome);
  if (C == ESC) return;
  ToData = (C == 'D');
  WriteXYClr(MessageCellType, 1, 1, 0X70);
  C = GetKeyChar(LegalCellType);
  if (C == ESC) return;
  Type = (C == 'N');
  if (Type)
  {
    Inf = LeeNumero(PromptInf, ConInf);
    Sup = LeeNumero(PromptSup, ConSup);
  }
  ClrEolXY(1, 1, 0X70);
  for (Col = Rango.Start.Col; Col <= Rango.Stop.Col; Col ++)
    for (Row = Rango.Start.Row; Row <= Rango.Stop.Row; Row ++)
      Vars.CurrSS.DataCells.SetValues(Col, Row, Type, ToData, ConSup,
                       ConInf, Sup, Inf);
  Vars.CurrSS.DisplayAllCells();
}

/*  */

Boolean Define_Application_Environment()
{ Byte Opcion;
  Texto DefineHelp;
```

Exhibit 1
Page 164

5,293,615

257         258

```
do
{
  Opcion = LayoutMenu.LeeMenu(1);
  if (Opcion==4) Opcion = Execute_Col_Prog_Menu();
  else if (Opcion = 5) DefineDataValidation();
  else if (Opcion == 6)
  {
    DefineHelp.Escribe();
    _setcursortype(_NOCURSOR);
  }
  else if (Opcion) Opcion = DefineOpcion(Opcion - 1);
  else return 0;
}
while (!Opcion);
return 1;
}

/*  */

void ExecuteMainMenu()
{ Byte Opcion;

  do
  {
    Opcion = MainMenu.LeeMenu(1);
    if (Opcion == 1) CopyBlock();
    else if (Opcion == 2) DeleteBlock();
    else if (Opcion == 3) Opcion = Define_Application_Environment();
    else return;
  }
  while (!Opcion);
}

/*  */

void ToggleCurrBlock(Boolean Band)
{
  if (Band) Vars.CurrSS.CurrBlock.Start = Vars.CurrSS.Sections[Section].CurrPos;
  else ClearCurrBlock();
  Vars.CurrSS.BlockOn = Band;
}

/*  */

void GetCommands(Boolean Marcar)
{
  switch (Keypress) {
    case F2 :
      if (!Marcar)
        EditCell();
      break;
    case F9 : if (!Marcar) Recalc(); break;
    case 'Y' : if (!Marcar) ExecuteMainMenu(); break;
    case HomeKey : MoveHome(); break;
    case EndKey : MoveEnd(); break;
    case UpKey : MoveUp(); break;
    case DownKey : MoveDown(); break;
    case LeftKey : MoveLeft(); break;
    case RightKey : MoveRight(); break;
    case PgUpKey : MovePgUp(); break;
    case PgDnKey : MovePgDn(); break;
```

Exhibit 1
Page 165

5,293,615

259                         260

```
  case CtrlLeftKey : case STabKey : MovePgLeft(); break;
  case CtrlRightKey : case TabKey : MovePgRight(); break;
  default :
    if (EstaEn(Keypress, ' ', 255))
    {
      if (Keypress == ',' && Marcar && !Vars.CurrSS.BlockOn) ToggleCurrBlock(1);
      else if (!Marcar) EditInput(Keypress, EditNo);
    }
  }
  Vars.CurrSS.DisplayCellData();
}

/*     */

Boolean LeeRango(String Mensaje, Block& Bloque, Boolean On, BlockPtr PtrBlock)
{ CellPos OldStart = Vars.CurrSS.Sections[Section].ScreenBlock.Start,
         OldCurrPos = Vars.CurrSS.Sections[Section].CurrPos;
  char STemp[81];

  Vars.CurrSS.BlockOn = On;
  if (!PtrBlock)
    Vars.CurrSS.CurrBlock.Start = Vars.CurrSS.CurrBlock.Stop =
      Vars.CurrSS.Sections[Section].CurrPos;
  else
  {
    Vars.CurrSS.CurrBlock.Start = PtrBlock->Start;
    Vars.CurrSS.CurrBlock.Stop = PtrBlock->Stop;
    if (On) Vars.CurrSS.Sections[Section].CurrPos = PtrBlock->Stop;
    else Vars.CurrSS.Sections[Section].CurrPos = PtrBlock->Start;
    Vars.CurrSS.SetScreenRowStop(Vars.CurrSS.Sections[Section].CurrPos.Row);
    Vars.CurrSS.SetScreenColStop(Vars.CurrSS.Sections[Section].CurrPos.Col);
    Vars.CurrSS.Display();
  }
  WriteXY(Mensaje, 1, 1, LoColor);
  do
  {
    gotoxy(strlen(Mensaje) + 2, 1);
    if (Vars.CurrSS.BlockOn)
      WriteColor(strcat(strcat(ColToString(Vars.CurrSS.CurrBlock.Start.Col),
        strcpy(STemp, RowToString(Vars.CurrSS.CurrBlock.Start.Row))), ".."), LoColor);
    WriteColor(strcat(ColToString(Vars.CurrSS.Sections[Section].CurrPos.Col),
        strcpy(STemp, RowToString(Vars.CurrSS.Sections[Section].CurrPos.Row))), LoColor);
    clreol();
    Keypress = GetKey();
    GetCommands(1);
    if (Keypress == ESC && Vars.CurrSS.BlockOn)
    {
      ToggleCurrBlock(0);
      Keypress = ',';
    }
  }
  while (Keypress != CR && Keypress != ESC);
  if (Keypress == CR)
  {
    if (Vars.CurrSS.BlockOn)
      Bloque.Asigna(Min(Vars.CurrSS.CurrBlock.Start.Col, Vars.CurrSS.CurrBlock.Stop.Col),
        Min(Vars.CurrSS.CurrBlock.Start.Row, Vars.CurrSS.CurrBlock.Stop.Row),
        Max(Vars.CurrSS.CurrBlock.Start.Col, Vars.CurrSS.CurrBlock.Stop.Col),
        Max(Vars.CurrSS.CurrBlock.Start.Row, Vars.CurrSS.CurrBlock.Stop.Row));
    else
    {
```

Exhibit 1
Page 166

5,293,615

261                                                                262

```
      Bloque.Start = Vars.CurrSS.Sections[Section].CurrPos;
      Bloque.Stop = Vars.CurrSS.Sections[Section].CurrPos;
   }
 }
 Vars.CurrSS.BlockOn = 0;
 Vars.CurrSS.Sections[Section].CurrPos = OldCurrPos;
 Vars.CurrSS.SetScreenColStart(OldStart.Col);
 Vars.CurrSS.SetScreenRowStart(OldStart.Row);
 Vars.CurrSS.Display();
 CtrEolXY(1, 1, LoColor);
 return Keypress == CR;
}

/*   */
void DespliegaPantalla(CellPos Start)
{ CellPos OldStart = Vars.CurrSS.Sections[Section].ScreenBlock.Start,
         OldCurrPos = Vars.CurrSS.Sections[Section].CurrPos;

  gettext(1, 1, 80, 25, Buffer);
  textattr(InfoColor);
  clrscr();
  Vars.CurrSS.Sections[Section].CurrPos.SetValues(0, 0);
  Vars.CurrSS.SetScreenRowStart(Start.Row);
  Vars.CurrSS.SetScreenColStart(Start.Col);
  Vars.CurrSS.DisplayAllCells();
  GetKey();
  Vars.CurrSS.Sections[Section].CurrPos = OldCurrPos;
  Vars.CurrSS.SetScreenColStart(OldStart.Col);
  Vars.CurrSS.SetScreenRowStart(OldStart.Row);
  puttext(1, 1, 80, 25, Buffer);
}

/*   */

void AgregaCelda(char *LS, CellPos CP)
{
  strcat(LS, ColToString(CP.Col));
  strcat(LS, RowToString(CP.Row));
}

/*   */

void CopiaFormula(CellPtr CPF, long DifX, long DifY, CellHashTablePtr CH)
{ char Nueva[256] = "", Temp[256];
  Word PosAnt;

  Parser.SetValues(CH, ((FormulaCellPtr) CPF)->Formula);
  PosAnt = Parser.Position;
  Parser.NextToken();
  while (Parser.CurrToken.Tipo != FDL)
  {
    switch (Parser.CurrToken.Tipo)
    {
     case Celda:
       MInc(Parser.CurrToken.Info.CP.Col, DifX, MaxCol);
       MInc(Parser.CurrToken.Info.CP.Row, DifY, MaxRow);
       AgregaCelda(Nueva, Parser.CurrToken.Info.CP);
       break;
     default:
       strcat(Nueva, CopyN(Temp, Parser.inp+PosAnt, Parser.Position-PosAnt));
    }
```

Exhibit 1
Page 167

5,293,615

263                                                                                       264

```
    PosAnt = Parser.Position;
    Parser.NextToken();
  }
  delete ((FormulaCellPtr) CPF)->Formula;
  ((FormulaCellPtr) CPF)->Formula = new char[strlen(Nueva) + 1];
  strcpy(((FormulaCellPtr) CPF)->Formula, Nueva);
}

      /*    */

void CopiaCelda(CellTypes Tipo, Boolean Error, double Valor, char *L,
                Word Row, Word Col, CellPos F)
{ CellPos P;
  CellPtr CPT;

  P.Row = Row;
  P.Col = Col;
  Vars.CurrSS.DeleteCell(P);
  if (Tipo != CIEmpty)
  {
    Vars.CurrSS.AddCell(Tipo, P, Error, Valor, L);
    if (Tipo == CIFormula)
    {
      CPT = Vars.CurrSS.CellHash.CurrCell;
      CopiaFormula(CPT, (long) Col - F.Col, (long) Row -F.Row, &Vars.CurrSS.CellHash);
    }
  }
}

      /*    */

void CopiaValores(CellTypes& T, Boolean& E, double& V, CellPtr CP)
{
  T = CP->CellType();
  E = CP->HasError();
  V = CP->CurrValue();
}

      /*    */

void CopyBlock()
{ Block Fuente, Destino;
  CellPtr CP;
  Word C1;
  CellPos P;
  char L[256];
  CellTypes Tipo;
  double Valor;
  Boolean Error;

  if (!LeeRango(PromptRango, Fuente, 1, NULL)) return;
  if (!LeeRango(PromptDestino, Destino, 0, NULL)) return;
  WriteXYClr(MensajeEspera, 1, 2, 0X07);
  if (Fuente.Start.Row == Fuente.Stop.Row && Fuente.Start.Col == Fuente.Stop.Col)
  {
      /*    */
    CP = Vars.CurrSS.CellHash.Search(Fuente.Start);
    CP->CopyString(L);
    CopiaValores(Tipo, Error, Valor, CP);
    for (P.Row = Destino.Start.Row; P.Row <= Destino.Stop.Row; P.Row ++)
      for (P.Col = Destino.Start.Col; P.Col <= Destino.Stop.Col; P.Col ++)
```

Exhibit 1
Page 168

5,293,615

265                                                                         266

```
        CopiaCelda(Tipo, Error, Valor, L, P.Row, P.Col, Fuente.Start);
}
else if (Fuente.Start.Row == Fuente.Stop.Row)
    /*  */
    for (P.Col = Fuente.Start.Col; P.Col <= Fuente.Stop.Col; P.Col ++)
    {
        P.Row = Fuente.Start.Row;
        CP = Vars.CurrSS.CellHash.Search(P);
        CP->CopyString(L);
        CopiaValores(Tipo, Error, Valor, CP);
        for (C1 = Fuente.Start.Row; C1 <= Fuente.Start.Row + Destino.Stop.Row -
            Destino.Start.Row; C1 ++)
            CopiaCelda(Tipo,Error,Valor,L, Destino.Start.Row +C1 -Fuente.Start.Row,
                . Destino.Start.Col + P.Col - Fuente.Start.Col, P);
    }
else if (Fuente.Start.Col == Fuente.Stop.Col)
    /*  */
    for (P.Row = Fuente.Start.Row; P.Row <= Fuente.Stop.Row; P.Row ++)
    {
        P.Col = Fuente.Start.Col;
        . CP = Vars.CurrSS.CellHash.Search(P);
        CP->CopyString(L);
        CopiaValores(Tipo, Error, Valor, CP);
        for (C1 = Fuente.Start.Col; C1 <= Fuente.Start.Col + Destino.Stop.Col -
            Destino.Start.Col; C1 ++)
            CopiaCelda(Tipo,Error,Valor,L,Destino.Start.Row+P.Row-Fuente.Start.Row,
                Destino.Start.Col + C1 - Fuente.Start.Col, P); '
    }
else
        /*  */
    for (P.Row = Fuente.Start.Row; P.Row <= Fuente.Stop.Row; P.Row ++)
        for (P.Col = Fuente.Start.Col; P.Col <= Fuente.Stop.Col; P.Col ++)
        {
            CP = Vars.CurrSS.CellHash.Search(P);
            CP->CopyString(L);
            CopiaValores(Tipo, Error, Valor, CP);
            CopiaCelda(Tipo,Error,Valor,L,Destino.Start.Row+P.Row-Fuente.Start.Row,
                ' Destino.Start.Col + P.Col - Fuente.Start.Col, P);
        }
    Vars.CurrSS.SetLastPos(Vars.CurrSS.Sections[Section].LastPos);
    Vars.CurrSS.Update(DisplayYes);
    CtrEobXY(1, 2, 0X07);
}


        /*  */

void DeleteBlock()
{ Block Fuente;

    if (!LeeRango(PromptRango, Fuente, 1, NULL)) return;
    Vars.CurrSS.DeleteBlock(Fuente);
    Vars.CurrSS.SetLastPos(Vars.CurrSS.Sections[Section].LastPos);
    Vars.CurrSS.Update(DisplayYes);
    DisplayMemory();
}


    /*  */

void Spreadsheet_Environment()
    {
    GetCommands(0);
```

Exhibit 1
Page 169

5,293,615

267                                          268

```
}

        /*  */

void Execute_Application_Environment()
{
  ApplicationMenu.Execute(Keypress);
  if (Keypress == CR)
  {
    if (ApplicationMenu.OpcionActual == 3) Select_Window();
    else DespliegaPantalla(Selecciones[ApplicationMenu.OpcionActual]);
  }
}

        /*  */

void Execute_Scratch_Environment()
{
  Spreadsheet_Environment();
}

    /*  */

void Execute_Parent_Environment()
{
  if (Environment == LAYOUT)
  {
    if (Keypress == LAYOUT_KEY) Define_Application_Environment();
    else Execute_Scratch_Environment();
  }
  else Execute_Application_Environment();
}
```

```
*
* ===================
* FILE: TCSHEET.CPP *
* ===================
*

        /*  */

#include "alloc.h"
#include "string.h"
#include "conio.h"
#include "TCUtil.h"
#include "TCWindow.h"
#include "TCHash.h"
#include "TCCell.h"
#include "TCParser.h"
#include "TCSheet.h"

            /*  */

#define ColWidth        10
#define ScreenCols       7
#define CellHashBuckets    100
#define OverwriteHashBuckets  10

typedef enum {GEN_PROG=1,SCRATCH=0} Section_Type;
typedef enum {APPLICATION=1, LAYOUT=0} Environment_Type;
typedef enum {TRUE=1,FALSE=0} boolean;
```

Exhibit 1
Page 170

5,293,615

269                                                      270

```
/*   */

extern Section_Type Section;
extern boolean Window;
extern CellPtr Empty;
extern ParserObj Parser;
extern Environment_Type Environment;


/*   */

void DisplayMemory()
{
WriteXY(RightJustStr(NumToString(farcoreleft()), 6), 35 +
        strlen(MemoryString), 25, MemoryColor);
}


/*   */

NodoLista::NodoLista(Word Col, Word Row)
{
  Pos.SetValues(Col, Row);
  Next = 0;
  Status = 0X02; /*   */
}

NodoLista::NodoLista(Word Col, Word Row, Byte Tipo, Boolean Data,
                     Boolean ConS, Boolean ConI, double LSup, double LInf)
{
  Pos.SetValues(Col, Row);
  Next = 0;
  SetValues(Tipo, Data, ConS, ConI, LSup, LInf);
}

Boolean NodoLista::IsData()
{
  return Status & 2;
}

Boolean NodoLista::Cumple(String Info, CellHashTablePtr CH)
{
  if (Status & 1)
  {
    Parser.SetValues(CH, Info);
    Parser.Parse();
    if (Parser.CType != CIValue)
      return 0;
    if ((Status & 4) && Parser.ParseValue > Superior)
      return 0;
    if ((Status & 8) && Parser.ParseValue < Inferior)
      return 0;
  }
  return 1;
}

void NodoLista::SetValues(Boolean Data)
{
  Status = (Status & 253) | (Data << 1);
}
void NodoLista::SetValues(Byte Tipo, Boolean Data, Boolean ConS,
                          Boolean ConI, double LSuperior, double LInferior)
```

Exhibit 1
Page 171

5,293,615

271                                                      272

```
{
Status = 1 | Data << 1 | ConS << 2 | Conl << 3; /* */
Superior = LSuperior;
Inferior = LInferior;
}

/* */

Lista::~Lista()
{ NodoPtr Temp;

  while (Header)
  {
    Temp = Header;
    Header = Header->Next;
    delete Temp;
  }
}

/* */

void Lista::SetValues(Word Col, Word Row, Boolean IsData)
{ NodoPtr *Tail;
  CellPos Pos;

  Pos.SetValues(Col, Row);
  for (Tail = &Header; *Tail && !SameCellPos(Pos, (*Tail)->Pos);
       Tail = &(*Tail)->Next);
  if (!*Tail)
    *Tail = new NodoLista(Col, Row);
  else (*Tail)->SetValues(IsData);
}

void Lista::SetValues(Word Col, Word Row, Byte Tipo, Boolean IsData,
                      Boolean ConS, Boolean Conl, double LSup, double LInf)
{ NodoPtr *Tail;
  CellPos Pos;

  Pos.SetValues(Col, Row);
  for (Tail = &Header; *Tail && !SameCellPos(Pos, (*Tail)->Pos);
       Tail = &(*Tail)->Next);
  if (!*Tail)
    *Tail = new NodoLista(Col, Row, Tipo, IsData, ConS, Conl, LSup, LInf);
  else (*Tail)->SetValues(Tipo, IsData, ConS, Conl, LSup, LInf);
}

/* */

Boolean Lista::IsData(Word Col, Word Row)
{ CellPos Pos;
  NodoPtr CurrPtr = Header;

  Pos.SetValues(Col, Row);
  while (CurrPtr && !SameCellPos(CurrPtr->Pos, Pos))
    CurrPtr = CurrPtr->Next;
  if (!CurrPtr) return 0;
  return CurrPtr->IsData();
}

Boolean Lista::Cumple(Word Col, Word Row, String Info, CellHashTablePtr CH)
{ CellPos Pos;
```

Exhibit 1
Page 172

5,293,615

273                                                    274

```
NodoPtr CurrPtr = Header;

Pos.SetValues(Col, Row);
while (CurrPtr && !SameCellPos(CurrPtr->Pos, Pos))
    CurrPtr = CurrPtr->Next;
if (!CurrPtr) return 1;
return CurrPtr->Cumple(Info, CH);
}

void Section::SetValues(Word Col1, Word Row1, Word Col2, Word Row2)
{
    CurrPos.SetValues(Col1, Row1);
    LastPos = CurrPos;
    SectionBlock.Asigna(Col1, Row1, Col2, Row2);
    ScreenBlock.Asigna(Col1, Row1, Col1 + 6, Row1 + 19);
}

                        /* */

Spreadsheet::Spreadsheet() : CellHash(CellHashBuckets),
                 OverwriteHash(OverwriteHashBuckets)
{
    Sections[0].SetValues(1, 1, 156, MaxRow);
    Sections[1].SetValues(157, 1, MaxCol, MaxRow);
    FormulasLst = NULL;
    BandCirc = 0;
    BlockOn = 0;
}

                        /* */

Spreadsheet::~Spreadsheet()
{
}

/* */

void Spreadsheet::AgregaCelda(CellPos CP, char *S)
{
    Parser.SetValues(&CellHash, S);
    Parser.Parse();
    DeleteCell(CP);
    AddCell(Parser.CType, CP, Parser.MathError, Parser.ParseValue, S);
}

        /* */

void Spreadsheet::AgregaCelda2(Word Col, Word Row, char *S)
{ CellPos P;

    P.SetValues(Col, Row);
    AgregaCelda(P, S);
}
        /* */

void Spreadsheet::SetAreas(Byte X1, Byte Y1, Byte X2, Byte Y2)
{
    ColArea.SetValues(X1 + RowNumberSpace, Y1, X2, Y1, BorderColor);
    RowArea.SetValues(X1, Y1 + 1, X1 + RowNumberSpace - 1, Y2 - 2, BorderColor);
    InfoArea.SetValues(X1, Y1, X1 + RowNumberSpace - 1, Y1, InfoColor);
    DisplayArea.SetValues(X1 + RowNumberSpace, Y1 + 1, X2, Y2 - 2, CellColor);
```

Exhibit 1
Page 173

5,293,615

275

276

```
   BlankArea.SetValues(X2 - 5, Y1 + 1, X2, Y2 - 2, CellColor);
   SetScreenColStart(Sections[Section].ScreenBlock.Start.Col);
   SetScreenRowStart(Sections[Section].ScreenBlock.Start.Row);
}

/*    */

void Spreadsheet::DisplayCols()
{ Word C;
  Byte Color;

  ColArea.Clear();
  for (C = Sections[Section].ScreenBlock.Start.Col;
       C <= Sections[Section].ScreenBlock.Stop.Col; C ++)
  {
    if (C == Sections[Section].CurrPos.Col) Color = HighLightColor;
    else Color = BorderColor;
    WriteXY(CenterStr(ColToString(C), ColWidth), ColToX(C),
        ColArea.UpperLeft.Row, Color);
  }
}

/*    */

void Spreadsheet::DisplayRows()
{ Word R;
  Byte Color;

  RowArea.Clear();
  for (R = Sections[Section].ScreenBlock.Start.Row;
       R <= Sections[Section].ScreenBlock.Stop.Row; R ++)
  {
    if (R == Sections[Section].CurrPos.Row) Color = HighLightColor;
    else Color = BorderColor;
    WriteXY(LeftJustStr(RowToString(R), RowNumberSpace),
        RowArea.UpperLeft.Col, RowToY(R), Color);
  }
}

/*    */

void Spreadsheet::DisplayInfo()
{
  InfoArea.Clear();
  ImpBandCirc();
  WriteXY(Section == SCRATCH ? "SCRATCH" : "LAYOUT", 73, 25, 0X74);
}

/*    */

void Spreadsheet::DisplayAllCells()
{
  DisplayArea.Clear();
  DisplayBlock(Sections[Section].ScreenBlock);
}

/*    */

void Spreadsheet::DisplayCell(CellPos Posicion, Boolean Band)
{ Byte Color;
  char S[81];
```

Exhibit 1
Page 174

5,293,615

277                                                           278

```
strcpy(S, CellToFString(Posicion, Color, ColWidth, 1));
WriteXY(S, ColToX(Posicion.Col), RowToY(Posicion.Row), Color);
if (Band)
{
   if (Posicion.Col == Sections[Section].CurrPos.Col) Color = HighLightColor;
   else Color = BorderColor;
   WriteXY(CenterStr(ColToString(Posicion.Col), ColWidth),
        ColToX(Posicion.Col), ColArea.UpperLeft.Row, Color);
   if (Posicion.Row == Sections[Section].CurrPos.Row) Color = HighLightColor;
   else Color = BorderColor;
   WriteXY(LeftJustStr(RowToString(Posicion.Row), RowNumberSpace),
        RowArea.UpperLeft.Col, Posicion.Row - Sections[Section].ScreenBlock.Start.Row
        + RowArea.UpperLeft.Row, Color);
}
}

           /* */

void Spreadsheet::DisplayCellData()
{ CellPtr CP;
  char STemp[256];

  CP = CellHash.Search(Sections[Section].CurrPos);
  strcpy(STemp, strcat(strcat(RowToString(Sections[Section].CurrPos.Row), ": "),
       strcpy(STemp, CP->DisplayString())));
  WriteXY(strcat(ColToString(Sections[Section].CurrPos.Col), STemp), 1, 2, InfoColor); clreol();
}

           /* */

void Spreadsheet::DisplayCellBlock(Word C1, Word R1, Word C2, Word R2)
{ CellPos Posicion;

  Switch(C1, C2);
  Switch(R1, R2);
  for (Posicion.Row = Max(R1, Sections[Section].ScreenBlock.Start.Row);
       Posicion.Row <= Min(R2, Sections[Section].ScreenBlock.Stop.Row); Posicion.Row ++)
  {
     for (Posicion.Col = Max(C1, Sections[Section].ScreenBlock.Start.Col);
          Posicion.Col <= Min(C2, Sections[Section].ScreenBlock.Stop.Col); Posicion.Col++)
       DisplayCell(Posicion, 0);
  }
}

           /* */

void Spreadsheet::DisplayBlock(Block B)
{
   DisplayCellBlock(B.Start.Col, B.Start.Row, B.Stop.Col, B.Stop.Row);
}

           /* */

void Spreadsheet::DisplayBlockDiff(Block B1, Block B2)
{ Block B;

  Switch(B1.Start.Row, B1.Stop.Row);
  Switch(B1.Start.Col, B1.Stop.Col);
  Switch(B2.Start.Row, B2.Stop.Row);
  Switch(B2.Start.Col, B2.Stop.Col);
  if (!memcmp(&B1, &B2, sizeof(Block))) return;
```

Exhibit 1
Page 175

5,293,615

279                                                           280

```
if (B1.Stop.Col != B2.Stop.Col)
{
  B.Asigna(Min(B1.Stop.Col +1, B2.Stop.Col + 1), Min(B1.Start.Row,B2.Start.Row),
      Max(B1.Stop.Col, B2.Stop.Col), Max(B1.Stop.Row, B2.Stop.Row));
  DisplayBlock(B);
}
if (B1.Stop.Row != B2.Stop.Row)
{
  B.Asigna(B1.Start.Col, Min(B1.Stop.Row + 1, B2.Stop.Row + 1),
      Max(B1.Stop.Col, B2.Stop.Col), Max(B1.Stop.Row, B2.Stop.Row));
  DisplayBlock(B);
}
if (B1.Start.Col != B2.Start.Col)
{
  B.Asigna(Min(B1.Start.Col, B2.Start.Col), Min(B1.Start.Row, B2.Start.Row),
      Max(B1.Start.Col, B2.Start.Col), Max(B1.Stop.Row, B2.Stop.Row));
  DisplayBlock(B);
}
if (B1.Start.Row != B2.Start.Row)
{
  B.Asigna(Min(B1.Start.Col, B2.Start.Col), Min(B1.Start.Row, B2.Start.Row),
      Max(B1.Stop.Col, B2.Stop.Col), Max(B1.Start.Row, B2.Start.Row));
  DisplayBlock(B);
}
}

/* */

void Spreadsheet::DisplayCol(Word Col)
{
  DisplayCellBlock(Col, Sections[Section].ScreenBlock.Start.Row, Col,
          Sections[Section].ScreenBlock.Stop.Row);
}

/* */

void Spreadsheet::DisplayRow(Word Row)
{
  DisplayCellBlock(Sections[Section].ScreenBlock.Start.Col, Row,
          Sections[Section].ScreenBlock.Stop.Col, Row);
}

/* */

void Spreadsheet::Display()
{
  DisplayCols();
  DisplayRows();
  DisplayInfo();
  DisplayCellData();
  DisplayAllCells();
}

/* */

void Spreadsheet::ImpBandCirc()
{
  if (!Window)
  {
    if (BandCirc) WriteXY("CIRC", 58, 25, LoColor);
    else WriteXY("    ", 58, 25, LoColor);
```

Exhibit 1
Page 176

5,293,615

281                                                                282

```
}
}

        /*  */

Byte SigRef()
{
  Parser.NextToken();
  while (Parser.CurrToken.Tipo != Celda && Parser.CurrToken.Tipo < FDL)
    Parser.NextToken();
  return Parser.CurrToken.Tipo;
}

        /*  */

ListaStackObj::ListaStackObj(Word InitMaxPos)
{
  MaxPos = InitMaxPos;
  Info = new FormulaCellPtr[MaxPos];
  QRear = 0;
  QFront = 0;
  TopS = MaxPos;
}

        /*  */

ListaStackObj::~ListaStackObj()
{
  delete Info;
}

        /*  */

void ListaStackObj::PushS(FormulaCellPtr CeldaFormula)
{
  TopS --;
  Info[TopS] = CeldaFormula;
  CeldaFormula->Marcada = (CeldaFormula->Marcada | EstaEnStack);
}

/*  */

FormulaCellPtr ListaStackObj::PopS()
{
  if (TopS >= MaxPos) return NULL;
  else {
    Info[TopS]->Marcada &= ~EstaEnStack;
    return Info[TopS ++];
  }
}

        /*  */

void ListaStackObj::PushQ(FormulaCellPtr CeldaFormula)
{
  Info[QRear] = CeldaFormula;
  QRear ++;
  CeldaFormula->Marcada = Calculada;
}

        /*  */
```

Exhibit 1
Page 177

283                                                      284

```
void Spreadsheet::Update(Boolean UDisplay)
{ FormulaCellPtr AValuar, *NuevaLista;
  CellPos CPTemp;
  CellPtr CPtr;
  Boolean Todos;
  Byte Tipo, Buffer[160];
  Word O, NumFormulas;

  gettext(1, 2, 80, 2, Buffer);
  WriteXY(MensajeEspere, 1, 2, Environment == LAYOUT || Section == SCRATCH ? 0X07 : 0X17);
  clreol();
  BandCirc = 0;
  NuevaLista = &FormulasLst;
  NumFormulas = 0;
  while (*NuevaLista)
  {
      /*   */
    (*NuevaLista)->Marcada = 0;
    NuevaLista = &(*NuevaLista)->Sig;
    NumFormulas ++;
  }
  ListaStackObj ListaStack(NumFormulas);
  while (FormulasLst) /*   */
  {
    AValuar = FormulasLst;
    if (!AValuar->GetBand())
    do {
      Parser.SetValues(&CellHash, AValuar->Formula);
      Todos = 1;
      do {
        /*   */
        /*   */
        /*   */
        Tipo = SigRef();
        if (Tipo == Celda)
        {
          CPtr = CellHash.Search(Parser.CurrToken.Info.CP);
          if (CPtr->EnStack()) BandCirc = 1;
          else Todos = CPtr->GetBand();
        }
      } while (Todos && Tipo != FDL);
      if (Todos)
      {
        if (!AValuar->GetBand())
          ListaStack.PushQ(AValuar);
        AValuar = ListaStack.PopS();
      }
      else {
        ListaStack.PushS(AValuar);
        AValuar = (FormulaCellPtr) CPtr;
      }
    } while (AValuar);
    FormulasLst = FormulasLst->Sig;
  }
  NuevaLista = &FormulasLst;
  for (NumFormulas = 0; NumFormulas < ListaStack.QRear; NumFormulas ++)
  {
    *NuevaLista = ListaStack.Info[NumFormulas];
    NuevaLista = &(*NuevaLista)->Sig;
  }
```

Exhibit 1
Page *178*

5,293,615

285                                                      286

```
*NuevaLista = NULL;
NuevaLista = &FormulasLst;
while (*NuevaLista)
{
    /*    */
    Parser.SetValues(&CellHash, (*NuevaLista)->Formula);
    Parser.Parse();
    (*NuevaLista)->Value = Parser.ParseValue;
    (*NuevaLista)->Error = Parser.MathError;
    O = (*NuevaLista)->Overwritten(CellHash, Sections[Section].LastPos, MaxCol);
    if (!Parser.MathError) OverwriteHash.Change(*NuevaLista, O);
    NuevaLista = &(*NuevaLista)->Sig;
}
if (UDisplay)
    DisplayAllCells();
    puttext(1, 2, 80, 2, Buffer);
    ImpBandCirc();
}

    /*    */

void Spreadsheet::SetScreenColStart(Word NewCol)
{
    Sections[Section].ScreenBlock.Stop.Col = Min(NewCol + ScreenCols - 1,
        Sections[Section].SectionBlock.Stop.Col);
    Sections[Section].ScreenBlock.Start.Col =
        (long) Sections[Section].ScreenBlock.Stop.Col - ScreenCols + 1;
}

    /*    */

void Spreadsheet::SetScreenColStop(Word NewCol)
{
    Sections[Section].ScreenBlock.Start.Col = Max((long) NewCol - ScreenCols + 1,
        Sections[Section].SectionBlock.Start.Col);
    Sections[Section].ScreenBlock.Stop.Col =
        Sections[Section].ScreenBlock.Start.Col + ScreenCols - 1;
}

    /*    */

void Spreadsheet::SetScreenRowStart(Word NewRow)
{
    Sections[Section].ScreenBlock.Stop.Row = Min(NewRow + TotalRows - 1,
        Sections[Section].SectionBlock.Stop.Row);
    Sections[Section].ScreenBlock.Start.Row =
        (long) Sections[Section].ScreenBlock.Stop.Row - TotalRows + 1;
}

    /*    */

void Spreadsheet::SetScreenRowStop(Word NewRow)
{
    Sections[Section].ScreenBlock.Start.Row = Max((long) NewRow - TotalRows + 1,
        Sections[Section].SectionBlock.Start.Row);
    Sections[Section].ScreenBlock.Stop.Row =
        Sections[Section].ScreenBlock.Start.Row + TotalRows - 1;
}

    /*    */
```

Exhibit 1
Page 179

5,293,615

287                                                    288

```
Boolean Spreadsheet::AddCell(CellTypes CellType, CellPos P, Boolean E,
                    double V, char *I)
{ CellPtr CP, S;
  CellPos OldLastPos;

  switch (CellType) {
    case CtValue :
      CP = new ValueCell(P, E, V);
      break;
    case CtFormula :
    {
      CP = new FormulaCell(P, E, V, I);
      FormulaCellPtr(CP)->Agrega(FormulasLst);
      break;
    }
    case CtText :
      CP = new TextCell(P, I);
  }
  if (!CP) return 0;
  if (!CellHash.Add(CP))
  {
    delete CP;
    return 0;
  }
  OldLastPos = Sections[Section].LastPos;
  if (P.Row <= MaxRow)
  {
    if (Sections[Section].SectionBlock.CellInBlock(P))
      Sections[Section].LastPos.SetValues(Max(P.Col, Sections[Section].
              LastPos.Col), Max(P.Row, Sections[Section].LastPos.Row));
    else
    {
      Sections[1 - Section].LastPos.SetValues(Max(P.Col, Sections[1 - Section].
              LastPos.Col), Max(P.Row, Sections[1 - Section].LastPos.Row));
    }
    if (!OverwriteHash.Add(CP, CP->Overwritten(CellHash,
              Sections[Section].LastPos, MaxCol)))
    {
      Sections[Section].LastPos = OldLastPos;
      CellHash.Delete(CP->Loc, S, FormulasLst);
      delete CP;
      return 0;
    }
    S = OverwriteHash.Search(CP->Loc);
    if (S->CellType() != CtEmpty)
      OverwriteHash.Change(S, S->Overwritten(CellHash, Sections[Section].LastPos, MaxCol));
  }
  return 1;
}

void Spreadsheet::DeleteCell(CellPos P)
{ CellPtr CP;

  CellHash.Delete(P, CP, FormulasLst);
  if (CP)
  {
    delete CP;
    OverwriteHash.Delete(P);
    if (P.Col > 1)
```

Exhibit 1
Page 180

5,293,615

289                                                    290

```
{
    P.Col --;
    CP = OverwriteHash.Search(P);
    if (CP->CellType() == ClEmpty)
        CP = CellHash.Search(P);
    if (CP->CellType() != ClEmpty)
        OverwriteHash.Change(CP, CP->Overwritten(CellHash, Sections[Section].LastPos, MaxCol));
    }
    }
}

/*   */

void Spreadsheet::DeleteBlock(Block B)
{ CellPos P;
  CellPtr CP;

  WriteXYClr(MensajeEspere, 1, 2, 0X07);
  for (P.Row = B.Start.Row; P.Row <= B.Stop.Row; P.Row ++)
    for (P.Col = B.Start.Col; P.Col <= B.Stop.Col; P.Col ++)
      DeleteCell(P);
  ClrEolXY(1, 2, 0X07);
}

/*   */

String Spreadsheet::CellToFString(CellPos Pos, Byte& Color, Byte Width,
                Boolean Over)
{ CellPtr CP;
  char S1[256];
  Boolean ColorFound;
  Byte Colr;

  ColorFound = 1;
  if (SameCellPos(Pos, Sections[Section].CurrPos)) Color = HighLightColor;
  else if (BlockOn && CurrBlock.CellInBlock(Pos)) Color = HighLightColor;
  else if (DataCells.IsData(Pos.Col, Pos.Row)) Color = LoColor;
  else ColorFound = 0;
  CP = CellHash.Search(Pos);
  if (CP->HasError())
  {
    strcpy(S1, ErrorString);
    if (ColorFound) Color += BLINK;
    else Color = CellErrorColor;
  }
  else
  {
    if (!Over && CP->CellType() == ClEmpty) *S1 = '\0';
    else strcpy(S1, CP->FormattedString(OverwriteHash, Pos, 0, Colr, Width));
    if (!ColorFound)
      Color = Colr;
  }
  if (CP->CellType()==ClFormula || CP->CellType()==ClValue)
    return RightJustStr(S1, Width);
  else return LeftJustStr(S1, Width);
}

/*   */

void Spreadsheet::SetLastPos(CellPos DPos)
{ CellPtr CP;
```

Exhibit 1
Page 181





```
Word Counter;
Boolean ColFound, RowFound;

ColFound = (DPos.Col < Sections[Section].LastPos.Col);
RowFound = (DPos.Row < Sections[Section].LastPos.Row);
if (!ColFound)
  Sections[Section].LastPos.Col = 1;
if (!RowFound)
  Sections[Section].LastPos.Row = 1;
CP = CellHash.FirstItem();
while (CP)
{
  if (Sections[Section].SectionBlock.CellInBlock(CP->Loc))
  {
    if (!ColFound)
    {
      if (CP->Loc.Col > Sections[Section].LastPos.Col)
      {
        Sections[Section].LastPos.Col = CP->Loc.Col;
        ColFound = Sections[Section].LastPos.Col == DPos.Col;
        if (ColFound && RowFound) return;
      }
    }
    if (!RowFound)
    {
      if (CP->Loc.Row > Sections[Section].LastPos.Row)
      {
        Sections[Section].LastPos.Row = CP->Loc.Row;
        RowFound = Sections[Section].LastPos.Row == DPos.Row;
        if (ColFound && RowFound) return;
      }
    }
  }
  CP = CellHash.NextItem();
}
}

/* */

Byte Spreadsheet::ColToX(Word Col)
{
  return ((Col - Sections[Section].ScreenBlock.Start.Col) * ColWidth + RowNumberSpace + 1);
}

/* */

Byte Spreadsheet::RowToY(Word Row)
{
  return Row + DisplayArea.UpperLeft.Row - Sections[Section].ScreenBlock.Start.Row;
}

/* */

Boolean SameCellPos(CellPos P1, CellPos P2)
{
  return !memcmp(&P1, &P2, sizeof(CellPos));
}

/* */

void Spreadsheet::IniciaFormulas()
```

5,293,615

```
{ CellPtr CPtr;

  FormulasLst = NULL;
  CPtr = CellHash.FirstItem();
  while (CPtr)
  {
    if (CPtr->CellType() == ClFormula)
      ((FormulaCellPtr) CPtr)->Agrega(FormulasLst);
    CPtr = CellHash.NextItem();
  }
}

/* */

void Spreadsheet::CopiaAArreglo(Hilera *Arreglo, Word MaxItems,
                    Block Rango, Byte Width)
{ Word Cont = 0;
  CellPos Pos;
  Byte Color;

  for (Pos.Col = Rango.Start.Col;
      Pos.Col <= Rango.Stop.Col && Cont < MaxItems; Pos.Col ++)
    for (Pos.Row = Rango.Start.Row;
        Pos.Row <= Rango.Stop.Row && Cont < MaxItems; Pos.Row ++)
      strcpy(Arreglo[Cont ++], CellToFString(Pos, Color, Width, 0));
}

/* */

void Spreadsheet::CopiaDeArreglo(Hilera *Arreglo, Word MaxItems, Block Rango)
{ Word Cont = 0;
  CellPos Pos;
  CellPtr CP;

  for (Pos.Col = Rango.Start.Col;
      Pos.Col <= Rango.Stop.Col && Cont < MaxItems; Pos.Col ++)
    for (Pos.Row = Rango.Start.Row;
        Pos.Row <= Rango.Stop.Row && Cont < MaxItems; Pos.Row ++)
    {
      CP = CellHash.Search(Pos);
      if (CP->CellType() != ClFormula)
        AgregaCelda(Pos, Arreglo[Cont]);
      Cont ++;
    }
}
```

*════════════════════════════════════════════════

* ═══════════ *
* FILE: TCSHEET.H * ··
* ═══════════ *

```
      /* */

#define EmptyRowsAtTop       2
#define EmptyRowsAtBottom    1
#define MaxScreenCols        25
#define TotalRows            20
#define ChangedChar          ""
#define LargoNodoStack       16384
#define EditYes              1
```

Exhibit 1
Page 183

5,293,615

295                                                    296

```
#define EditNo          0
#define DisplayYes       1
#define DisplayNo        0
#define WasChanged       1
#define NotChanged       0
#define MemoryString     "Avail Memory:"
#define ErrorString      "ERROR"
#define MensajeEspere    "Please wait"

typedef char Hilera[9];

struct NodoLista {
 CellPos Pos;
 Byte Status;
 double Superior, Inferior;
 NodoLista *Next;
 NodoLista(Word Col, Word Row, Byte Tipo, Boolean Data,
          Boolean ConS, Boolean ConI, double LSup, double LInf);
 NodoLista(Word Col, Word Row);
 void SetValues(Boolean Data);
 void SetValues(Byte Tipo, Boolean Data, Boolean ConS,
          Boolean ConI, double LSuperior, double LInferior);
 Boolean IsData();
 Boolean Cumple(String Info, CellHashTablePtr CH);
};

typedef NodoLista *NodoPtr;

struct Lista {
 NodoPtr Header;
 Lista::Lista() { Header = 0; };
 Lista::~Lista();
 void SetValues(Word Col, Word Row, Boolean IsData);
 void SetValues(Word Col, Word Row, Byte Tipo, Boolean Data, Boolean ConS,
          Boolean ConI, double LSuperior, double LInferior);
 Boolean IsData(Word Col, Word Row);
 Boolean Cumple(Word Col, Word Row, String Info, CellHashTablePtr CH);
};

struct Section {
 CellPos CurrPos;
 CellPos LastPos;
 Block SectionBlock;
 Block ScreenBlock;
 Section() {};
 void SetValues(Word Col1, Word Row1, Word Col2, Word Row2);
};
                  /*  */

struct Spreadsheet {
   Section Sections[2];
   Boolean BandCirc;
   Lista DataCells;
   Boolean BlockOn;
   Block CurrBlock;
   FormulaCellPtr FormulasLst;
   CellHashTable CellHash;
   OverwriteHashTable OverwriteHash;
   Window DisplayArea;
   Window ColArea;
   Window RowArea;
```

Exhibit 1
Page 184

5,293,615

297                  298

```
Window InfoArea;
Window BlankArea;
Spreadsheet();
~Spreadsheet();
void AgregaCelda(CellPos CP, char *S);
void AgregaCelda2(Word Col, Word Row, char *S);
void SetAreas(Byte X1, Byte Y1, Byte X2, Byte Y2);
void DisplayCols();
void DisplayRows();
void DisplayInfo();
void DisplayAllWindows();
void DisplayAllCells();
void Display();
void DisplayCell(CellPos P, Boolean Band);
void DisplayCellData();
void DisplayCellBlock(Word C1, Word R1, Word C2, Word R2);
void DisplayBlock(Block B);
void DisplayBlockDiff(Block B1, Block B2);
void DisplayCol(Word Col);
void DisplayRow(Word Row);
void ImpBandCirc();
void Reordena();
void Update(Boolean UDisplay);
Boolean AddCell(CellTypes CellType, CellPos P, Boolean E,
               double V, char *I);
void DeleteCell(CellPos P);
void DeleteBlock(Block B);
String CellToFString(CellPos P, Byte& Color, Byte Width, Boolean Over);
void SetScreenColStart(Word Col);
void SetScreenColStop(Word Col);
void SetScreenRowStart(Word Row);
void SetScreenRowStop(Word Row);
void SetLastPos(CellPos DPos);
Byte ColToX(Word Col);
Byte RowToY(Word Row);
double ValorCelda(CellPos CP);
void IniciaFormulas();
void CopiaAArreglo(Hilera *Arreglo, Word MaxItems, Block Rango, Byte Width);
void CopiaDeArreglo(Hilera *Arreglo, Word MaxItems, Block Rango);
};

typedef Spreadsheet *SpreadsheetPtr;
typedef FormulaCellPtr *InfoPtr;



struct ListaStackObj {
    InfoPtr Info;
    Word MaxPos, TopS, QRear, QFront;
    ListaStackObj() {};
    ListaStackObj(Word InitMaxPos);
    ~ListaStackObj();
    void PushS(FormulaCellPtr CeldaFormula);
    FormulaCellPtr PopS();
    void PushQ(FormulaCellPtr CeldaFormula);
};

void DisplayMemory();
Boolean SameCellPos(CellPos P1, CellPos P2);
```

Exhibit 1
Page 185

5,293,615

299                                                                                  300

```
*==========================*
* FILE: TCUTIL.CPP *
*==========================*

/*      */

#include "conio.h"
#include "ctype.h"
#include "stdlib.h"
#include "string.h"
#include "TCUtil.h"

char S[256];  //

        /*      */

void Switch(Word& Val1, Word& Val2)
{ Word Temp;

  if (Val1 > Val2)
  {
    Temp = Val2;
    Val2 = Val1;
    Val1 = Temp;
  }
}

        /*    */

Word GetKey()
{ char Ch;

  Ch = getch();
  if (Ch == NULO) return (getch() << 8);
  else return Ch;
}

        /*    */

Word GetKeyUpCase()
{ Word C;

  return ((C = GetKey()) >= 'a' && C <= 'z') ? toupper(C) : C;
}

        /*    */

char GetKeyChar(Boolean Legal(char))
{ Word Ch;

  do
    Ch = GetKeyUpCase();
  while (Ch != ESC && !Legal(Ch));
  return Ch;
}

        /*    */

String NumToString(long N)
{
```

Exhibit 1
Page 186

5,293,615

301                                                    302

```
Itoa(N, S, 10);
return S;
}

/*  */

String FillString(Byte Len, char Ch)
{
memset(S, Ch, Len);
S[Len] = '\0';
return S;
}

/*  */

String TruncStr(String TString, Byte Len)
{
TString[Len] = '\0';
return TString;
}

/*  */

String PadChar(String PString, char Ch, Byte Len)
{ Byte CurrLen;

strcpy(S, PString);
CurrLen = Min(strlen(S), Len);
if (Len > CurrLen)
  memset(&S[CurrLen], Ch, Len - CurrLen);
S[Len] = '\0';
return S;
}

/*  */

String CenterStr(String SC, Byte Width)
{ char STemp[256];

  return PadChar(strcpy(STemp, strcat(PadChar("", ' ', (Width -
        strlen(SC)) / 2), strcpy(STemp, SC))), ' ', Width);
}

/*  */

String LeftJustStr(String SL, Byte Width)
{
  return PadChar(SL, ' ', Width);
}

/*  */

String RightJustStr(String SR, Byte Width)
{ char STemp[256];

  TruncStr(SR, Width);
  return strcat(LeftJustStr("", Width - strlen(SR)), strcpy(STemp, SR));
}

/*  */
```

Exhibit 1
Page 187

5,293,615

```
char *CopyN(char *Dest, char *Source, Word Max)
{
  strncpy(Dest, Source, Max);
  Dest[Max] = '\0';
  return Dest;
}

/*     */

String ColToString(Word Col)
{ Word W;
  char STemp[256];

  STemp[0] = '\0';
  while (Col > 0)
  {
    strcpy(STemp, strcat(PadChar("", (Col - 1) % 26 + 'A', 1), STemp));
    Col = (Col - 1) / 26;
  }
  strcpy(S, STemp);
  return S;
}

/*     */

String RowToString(Word Row)
{
  return NumToString(Row);
}

/*     */

Word StringToCol(String SCol)
{ long C = 0;

  strupr(SCol);
  for ( ; *SCol != '\0'; SCol ++)
    C = C * 26 + *SCol - 'A' + 1;
  if (C <= MaxCol) return C;
  else return 0;
}

/*     */

Word StringToRow(String S)
{ long R;

  if (S[0] == '\0') return 0;
  R = atol(S);
  if (R <= MaxRow) return R;
  else return 0;
}

/*     */

void MInc(Word& Num, long Dif, Word Mayor)
{ long NT;

  NT = Num + Dif;
  if (NT < 1) Num = Mayor + NT;
  else if (NT > Mayor) Num = NT - Mayor;
```

Exhibit 1
Page 188

305                  5,293,615                  306

```
else Num = NT;
}
```

```
* ================================ *
*                                  *
* ============                     *
* FILE: TCUTIL.H *
* ============                     *
```

```
/*   */

#define ErrNoMemory    "Insufficient Memory"

#define NULO              0
#define BS                8
#define TabKey            9
#define CR                13
#define ESC               27
#define STabKey           3840
#define F1                15104
#define F2                15360
#define F3                15616
#define F4                15872
#define F5                16128
#define F6                16384
#define F7                16640
#define F8                16896
#define F9                17152
#define F10               17408
#define AltF1             26624
#define AltF2             26880
#define AltF3             27136
#define AltF4             27392
#define AltF5             27648
#define AltF6             27904
#define AltF7             28160
#define AltF8             28416
#define AltF9             28672
#define AltF10            28928
#define HomeKey           18176
#define UpKey             18432
#define PgUpKey           18688
#define LeftKey           19200
#define RightKey          19712
#define EndKey            20224
#define DownKey           20480
#define PgDnKey           20736
#define InsKey            20992
#define DelKey            21248
#define CtrlLeftKey       29440
#define CtrlRightKey      29696
#define CtrlPgUp          33792
#define CtrlPgDown        30208

#define MaxRow            9999
#define MaxCol            300
#define RowNumberSpace    4
#define ColSpace          2

#define BorderColor       0X71
#define CellColor         0X17
```

Exhibit 1
Page 189

307   5,293,615   308

```
#define HiColor      0X74
#define LoColor      0X70
#define HighLightColor 0X4F
#define CellErrorColor 0X94
#define MemoryColor  0X70
#define InfoColor    0X07

#define Min(a, b)  ((a) < (b) ? (a) : (b))
#define Max(a, b)  ((a) > (b) ? (a) : (b))
#define EstaEn(a, b, c)  ((a) >= (b) && (a) <= (c))

    /*  */

typedef void (*ProcPtr)();
typedef char *String;
typedef String *StringPtr;
typedef unsigned int Word;
typedef Word *WordPtr;
typedef unsigned char Boolean, Byte;

void Switch(Word& Val1, Word& Val2);
Word GetKey();
Word GetKeyUpCase();
char GetKeyChar(Boolean Legal(char));
String NumToString(long N);
String FillString(Byte Len, char Ch);
String TruncStr(String TString, Byte Len);
String PadChar(String PString, char Ch, Byte Len);
String CenterStr(String S, Byte Width);
String LeftJustStr(String S, Byte Width);
String RightJustStr(String S, Byte Width);
char *CopyN(char *Dest, char *Source, Word Max);
String ColToString(Word Col);
String RowToString(Word Row);
Word StringToCol(String S);
Word StringToRow(String S);
void MInc(Word& Num, long Dif, Word Mayor);

/*  */

/* FILE: TCRUN.CPP */

    /*  */

#include "conio.h"
#include "string.h"
#include "TCUtil.h"
#include "TCWindow.h"
#include "TCHash.h"
#include "TCCell.h"
#include "TCInput.h"
#include "TCParser.h"
#include "TCSheet.h"
#include "Editor.h"
#include "TCRun.h"

#define ErrorData "Error in data type or value limits"

typedef enum {GEN_PROG=1,SCRATCH=0} Section_Type;
```

Exhibit 1
Page 190

309                    5,293,615                    310

```
typedef enum {TRUE=1,FALSE=0} boolean;

/*  */

extern Section_Type Section;
extern ParserObj Parser;
extern boolean Window;

char RBuffer[4000];
ProgramObject Vars;

/*  */

void SetDisplayAreas()
{ Word StartRow, Amt;

  StartRow = EmptyRowsAtTop + 1;
  Amt = 25 - EmptyRowsAtBottom - StartRow + 1;
  Vars.CurrSS.SetAreas(1, StartRow, 80, StartRow + Amt);
}

/*  */

void DisplayFormat()
{
  textattr(InfoColor);
  clrscr();
  ClrEoIXY(1, 25, LoColor);
  ClrEoIXY(1, 1, LoColor);
  WriteXY(MemoryString, 33, 25, LoColor);
  DisplayMemory();
}

/*  */

void DisplayAll()
{
  DisplayFormat();
  Vars.CurrSS.Display();
  _setcursortype(_NOCURSOR);
}

/*  */

ProgramObject::ProgramObject() : CurrSS()
{
  _setcursortype(_NOCURSOR);
  SetDisplayAreas();
//

/*
  CurrSS.AgregaCelda2(202, 2, "First Screen");
  CurrSS.AgregaCelda2(202, 22, "Second Screen");
  CurrSS.AgregaCelda2(202, 42, "Third Screen");
*/
//

  CurrSS.AgregaCelda2(202, 3, "FINANCIAL CONDITIONS");
  CurrSS.AgregaCelda2(202, 4, "—————————");
  CurrSS.AgregaCelda2(202, 6, "SALES COSTS");
  CurrSS.AgregaCelda2(202, 8, "OPERATING EXPENSES");
```

Exhibit 1
Page 191

5,293,615

311                                              312

```
CurrSS.AgregaCelda2(202, 10, "INCOME TAX RATE");
CurrSS.AgregaCelda2(202, 12, "CURRENT LIABILITIES");
CurrSS.AgregaCelda2(202, 13, " Interest Rate");
CurrSS.AgregaCelda2(202, 14, " Number of Capital Payments");
CurrSS.AgregaCelda2(202, 16, "LONG-TERM LIABILITIES");
CurrSS.AgregaCelda2(202, 17, " Interest Rate");
CurrSS.AgregaCelda2(202, 18, " Number of Capital Payments");
CurrSS.AgregaCelda2(202, 23, "FINANTIAL SUMMARY");
CurrSS.AgregaCelda2(205, 23, " Periodo:");
CurrSS.AgregaCelda2(206, 23, "GB1");
CurrSS.AgregaCelda2(202, 24, "—————");
CurrSS.AgregaCelda2(202, 27, "REVENUES          $.");
CurrSS.AgregaCelda2(202, 28, "SALES REVENUE          $.");
CurrSS.AgregaCelda2(202, 29, "EARNINGS BEF. INCOME TAX    $.");
CurrSS.AgregaCelda2(202, 30, "NET INCOME          $.");
CurrSS.AgregaCelda2(202, 33, "TOTAL ASSETS          $.");
CurrSS.AgregaCelda2(202, 34, "TOTAL LIABILITIES          $.");
CurrSS.AgregaCelda2(202, 35, "TOTAL EQUITY          $.");
CurrSS.AgregaCelda2(202, 36, "TOTAL LIABIL. & EQUITY    $.");
CurrSS.AgregaCelda2(202, 43, "FINANCIAL RATIOS");
CurrSS.AgregaCelda2(205, 43, " Periodo:");
CurrSS.AgregaCelda2(206, 43, "GB1");
CurrSS.AgregaCelda2(202, 44, "—————");
CurrSS.AgregaCelda2(202, 46, "LEVERAGE");
CurrSS.AgregaCelda2(202, 47, " Debt Ratio");
CurrSS.AgregaCelda2(202, 48, " Earnings / Interests");
CurrSS.AgregaCelda2(202, 50, "LIQUIDITY");
CurrSS.AgregaCelda2(202, 51, " Current Ratio");
CurrSS.AgregaCelda2(202, 52, " Acid Test");
CurrSS.AgregaCelda2(202, 54, "EFFICIENCY MEASURES");
CurrSS.AgregaCelda2(202, 55, " Sales / Total Assets");
CurrSS.AgregaCelda2(202, 56, " Inventory Rotation");
CurrSS.AgregaCelda2(202, 57, " Net Earnings / Sales");
CurrSS.AgregaCelda2(202, 58, " Net Earnings / Assets");
CurrSS.AgregaCelda2(205, 27, "GB3");
CurrSS.AgregaCelda2(206, 27, "1");
CurrSS.AgregaCelda2(205, 28, "GB7");
CurrSS.AgregaCelda2(206, 28, "GW28/GW27");
CurrSS.AgregaCelda2(205, 29, "GB13");
CurrSS.AgregaCelda2(206, 29, "GW29/GW27");
CurrSS.AgregaCelda2(205, 30, "GB17");
CurrSS.AgregaCelda2(206, 30, "GW30/GW27");
CurrSS.AgregaCelda2(205, 33, "GB27");
CurrSS.AgregaCelda2(206, 33, "1");
CurrSS.AgregaCelda2(205, 34, "GB33");
CurrSS.AgregaCelda2(206, 34, "GW34/GW33");
CurrSS.AgregaCelda2(205, 35, "GB35");
CurrSS.AgregaCelda2(206, 35, "GW35/GW36");
CurrSS.AgregaCelda2(205, 36, "GB37");
CurrSS.AgregaCelda2(206, 36, "1");
CurrSS.AgregaCelda2(206, 47, "GX34");
CurrSS.AgregaCelda2(206, 48, "GB13/GB11");
CurrSS.AgregaCelda2(206, 51, "GB24/GB31");
CurrSS.AgregaCelda2(206, 52, "(GB24-GB25)/GB31");
CurrSS.AgregaCelda2(206, 55, "GB3/GB27");
CurrSS.AgregaCelda2(206, 56, "GB3/GB25");
CurrSS.AgregaCelda2(206, 57, "GB17/GB3");
CurrSS.AgregaCelda2(206, 58, "GB17/GB27");
CurrSS.AgregaCelda2(206, 6, ".65");
CurrSS.AgregaCelda2(206, 8, ".38");
CurrSS.AgregaCelda2(206, 10, ".33");
```

Exhibit 1
Page 192

313                    5,293,615                    314

```
CurrSS.AgregaCelda2(206, 13, ".28");
CurrSS.AgregaCelda2(206, 14, "9");
CurrSS.AgregaCelda2(206, 17, ".22");
CurrSS.AgregaCelda2(206, 18, "20");
CurrSS.DataCells.SetValues(206, 6, 1);
CurrSS.DataCells.SetValues(206, 8, 1);
CurrSS.DataCells.SetValues(206, 10, 1);
CurrSS.DataCells.SetValues(206, 13, 1);
CurrSS.DataCells.SetValues(206, 14, 1);
CurrSS.DataCells.SetValues(206, 17, 1);
CurrSS.DataCells.SetValues(206, 18, 1);


}


           /* */

ProgramObject::~ProgramObject()
{
  textattr(LIGHTGRAY);
  clrscr();
  _setcursortype(_NORMALCURSOR);
}

           /* */

void IngresaCelda(char *LS)
{ CellPos Pos;

  Vars.CurrSS.AgregaCelda(Vars.CurrSS.Sections[Section].CurrPos, LS);
  Pos.Row = Vars.CurrSS.Sections[Section].CurrPos.Row;
  if (!Window)
    for (Pos.Col = Vars.CurrSS.Sections[Section].CurrPos.Col;
         Pos.Col <= Vars.CurrSS.Sections[Section].ScreenBlock.Stop.Col; Pos.Col ++)
      Vars.CurrSS.DisplayCell(Pos, 0);
}

      /* */

Boolean EditInput(Word Ch, Boolean Editing)
{ Boolean PuedeSalir = 0;
  char STemp[256] = " ";
  Field CellInput(1, 80, 1, 0, NotUpper);
  CellPos Pos = Vars.CurrSS.Sections[Section].CurrPos;

  if (Editing)
    Vars.CurrSS.CellHash.Search(Pos)->EditString(STemp);
  else STemp[0] = Ch;
  do
  {
    CellInput.Edit(STemp);
    strcpy(STemp, CellInput.InputData);
    if (!CellInput.Quit && strlen(STemp))
    {
      if (!Vars.CurrSS.DataCells.Cumple(Pos.Col, Pos.Row, STemp, &Vars.CurrSS.CellHash))
        PrintError(ErrorData);
      else PuedeSalir = 1;
    }
    else PuedeSalir = 1;
  } while (!PuedeSalir);
  if (!CellInput.Quit && strlen(CellInput.InputData))
    IngresaCelda(CellInput.InputData);
```

Exhibit 1
Page 193

5,293,615

315                                                   316

```
if ('Window)
  DisplayMemory();
  return CellInput.GetQuit();
}

    /*  */

Boolean ProcessInput(Word Ch, Boolean Editing, Word Col, Word Row, char *S)
{ CellPos OldPos = Vars.CurrSS.Sections[Section].CurrPos;
  CellPtr CP;
  Byte Color;
  Boolean Quit;

  Vars.CurrSS.Sections[Section].CurrPos.SetValues(Col, Row);
  Quit=EditInput(Ch, Editing);
  CP = Vars.CurrSS.CellHash.Search(Vars.CurrSS.Sections[Section].CurrPos);
  strcpy(S, CP->FormattedString(Vars.CurrSS.OverwriteHash,
          Vars.CurrSS.Sections[Section].CurrPos, 0, Color, 8));
  if (CP->CellType() == CfText)
    strcpy(S, LeftJustStr(S, 8));
  else strcpy(S, RightJustStr(S, 8));
  Vars.CurrSS.Sections[Section].CurrPos = OldPos;
  return Quit;
}

    /*  */

void ClearCurrBlock()
{
  if (Vars.CurrSS.BlockOn)
  {
    Vars.CurrSS.BlockOn = 0;
    Vars.CurrSS.DisplayBlock(Vars.CurrSS.CurrBlock);
  }
}

void Help()
{ Texto HelpText;

  HelpText.DespliegaMatriz();
  _setcursortype(_NOCURSOR);
}

    /*  */

void Recalc()
{
  Vars.CurrSS.Update(DisplayYes);
}

    /*  */

void EditCell()
{
  EditInput(0, EditYes);
}
```

```
* ===================================================== *

* =========== *
* FILE: TCRUN.H *
```

Exhibit 1
Page 194

THIS PAGE INTENTIONALLY LEFT BLANK

Exhibit 1
Page 195

5,293,615

317                                      318

```
/*  */
/*  */

struct ProgramObject {
  Spreadsheet CurrSS; /*  */
  ProgramObject();
  ~ProgramObject();
};

void DisplayFormat();
void DisplayAll();
Boolean EditInput(Word Ch, Boolean Editing);
Boolean ProcessInput(Word Ch, Boolean Editing, Word Col, Word Row, char *S);
void EditCell();
void Help();
void Recalc();
void IngresaCelda(char *S);
void SetDisplayAreas();
void ClearCurrBlock();
```

```
*=========================*

* FILE: TCCELL.CPP *
*=========================*

/*  */

#include "stdio.h"
#include "string.h"
#include "alloc.h"
#include "TCUtil.h"
#include "TCHash.h"
#include "TCCell.h"

char SCell[256];
CellPtr Empty = new EmptyCell;

        /*  */

Block::Block(Word StartCol, Word StartRow, Word StopCol, Word StopRow)
{
  Start.Col = StartCol;
  Start.Row = StartRow;
  Stop.Col = StopCol;
  Stop.Row = StopRow;
}

Block::Block(CellPos InitStart)
{
  Start = InitStart;
  Stop = Start;
}

        /*  */

Boolean Block::ExtendTo(CellPos NewLoc)
{
  Stop.Row = NewLoc.Row;
```

Exhibit 1
Page 196

5,293,615

```
  Stop.Col = NewLoc.Col;
  return 1;
}

      /*    */

Boolean Block::CellInBlock(CellPos CheckCell)
{
  return (CheckCell.Col >= Min(Start.Col, Stop.Col) &&
      CheckCell.Col <= Max(Stop.Col, Start.Col) &&
      CheckCell.Row >= Min(Start.Row, Stop.Row) &&
      CheckCell.Row <= Max(Stop.Row, Start.Row));
}

      /*    */

void Block::Asigna(Word StartC, Word StartR, Word StopC, Word StopR)
{
  Start.Col = StartC;
  Start.Row = StartR;
  Stop.Col = StopC;
  Stop.Row = StopR;
}

/*    */

CellHashTable::CellHashTable(Byte InitBuckets) : HashTable(InitBuckets)
{
}

/*    */

CellHashTable::~CellHashTable()
{ CellPtr CP, Temp;
  CP = FirstItem();
  while (CP)
  {
    Temp = CP;
    CP = NextItem();
    delete Temp;
  }
}

      /*    */

Boolean CellHashTable::Add(CellPtr ACell)
{
  CurrCell = ACell;
  CurrLoc = CurrCell->Loc;
  return HashTable::Add();
}

      /*    */

void CellHashTable::Delete(CellPos DelLoc, CellPtr& DeletedCell,
          FormulaCellPtr& FL)
{ FormulaCellPtr *CP;

  CurrLoc = DelLoc;
  HashTable::Delete(&DeletedCell);
  if (DeletedCell && DeletedCell->CellType() == CtFormula)
```

Exhibit 1
Page 197

5,293,615

321                                                                            322

```
{
  CP = &FL;
  while (*CP && *CP != (FormulaCellPtr) DeletedCell)
    CP = &(*CP)->Sig;
  if (*CP)
    *CP = (*CP)->Sig;
  }
}

/*    */

CellPtr CellHashTable::Search(CellPos SPos)
{ HashItemPtr I;
  CellPtr C;

  CurrLoc = SPos;
  I = HashTable::Search();
  if (!I) return Empty;
  else
  {
    memcpy(&C, I->Data, sizeof(C));
    return C;
  }
}

/*    */

Word CellHashTable::HashValue()
{
  return CurrLoc.Col + CurrLoc.Row;
}

/*    */

Boolean CellHashTable::Found(HashItemPtr Item)
{ CellPtr C;

  memcpy(&C, Item->Data, sizeof(C));
  return (C->Loc.Col == CurrLoc.Col && C->Loc.Row == CurrLoc.Row);
}

/*    */

void CellHashTable::CreateItem(HashItemPtr Item)
{
  memcpy(Item->Data, &CurrCell, sizeof(CellPtr));
}

/*    */

Byte CellHashTable::ItemSize()
{
  return sizeof(CellPtr);
}

/*    */

CellPtr HashItemPtrToCellPtr(HashItemPtr H)
{ CellPtr CP;

  if (!H) return NULL;
  memcpy(&CP, H->Data, sizeof(CP));
```

Exhibit 1
Page 198

5,293,615

323                                                                                                          324

```
return CP;
}

/*  */

CellPtr CellHashTable::FirstItem()
{
  return HashItemPtrToCellPtr(HashTable::FirstItem());
}

/*  */

CellPtr CellHashTable::NextItem()
{
  return HashItemPtrToCellPtr(HashTable::NextItem());
}

/*  */

OverwriteHashTable::OverwriteHashTable(Byte InitBuckets) :
            HashTable(InitBuckets)
{
}

/*  */

OverwriteHashTable::~OverwriteHashTable()
{
}

/*  */

Boolean OverwriteHashTable::Add(CellPtr SCell, Word Overwritten)
{ CellPtr CP;

  If (!Overwritten)
    return 1;
  CP = Search(SCell->Loc);
  If (CP->CellType() != ClEmpty)
  {
    If (!Change(CP, SCell->Loc.Col - 1))
      return 0;
  }
  CurrCell = SCell;
  CurrPos = SCell->Loc;
  EndCol = CurrPos.Col + Overwritten;
  return HashTable::Add();
}

/*  */

void OverwriteHashTable::Delete(CellPos SPos)
{
  CurrPos = SPos;
  HashTable::Delete(NULL);
}

/*  */

Boolean OverwriteHashTable::Change(CellPtr SCell, Word Overwritten)
{
```

Exhibit 1
Page 199

5,293,615

```
   if (!Overwritten)
   {
     Delete(SCell->Loc);
     return 1;
   }
   else
   {
     CurrCell = SCell;
     CurrPos = CurrCell->Loc;
     EndCol = SCell->Loc.Col + Overwritten;
     return HashTable::Change();
   }
}

/*   */

CellPtr OverwriteHashTable::Search(CellPos SPos)
{ HashItemPtr I;
  CellPtr C;

  CurrPos = SPos;
  I = HashTable::Search();
  if (!I) return Empty;
  else
  {
    memcpy(&C, I->Data, sizeof(C));
    return C;
  }
}

/*   */

Word OverwriteHashTable::HashValue()
{
  return CurrPos.Row;
}

/*   */

Boolean OverwriteHashTable::Found(HashItemPtr Item)
{ CellPtr C;
  Word E;

  memcpy(&C, Item->Data, sizeof(C));
  memcpy(&E, &Item->Data[sizeof(C)], sizeof(E));
  return (CurrPos.Row == C->Loc.Row && CurrPos.Col >= C->Loc.Col &&
          CurrPos.Col <= E);
}

/*   */

void OverwriteHashTable::CreateItem(HashItemPtr Item)
{
  memcpy(Item->Data, &CurrCell, sizeof(CurrCell));
  memcpy(&Item->Data[sizeof(CurrCell)], &EndCol, sizeof(EndCol));
}

/*   */

Byte OverwriteHashTable::ItemSize()
{
```

Exhibit 1
Page 200

5,293,615

327                                                            328

```
    return sizeof(CurrCell) + sizeof(EndCol);
}

/*      */

Cell::Cell(CellPos InitLoc)
{
    Loc = InitLoc;
}

Cell::Cell(Word InitC, Word InitR)
{
    Loc.Col = InitC;
    Loc.Row = InitR;
}

/*      */

Cell::~Cell()
{
}

/*      */

Boolean Cell::GetBand()
{
    return 1;
}

/*      */

Boolean Cell::EnStack()
{
    return 0;
}

/*      */

CellTypes Cell::CellType()
{
    return ClEmpty;
}

/*      */

Word Cell::Width()
{
    return 0;
}

/*      */

Word Cell::Overwritten(CellHashTable& CHash, CellPos& LastPos, Word MaxCols)
{ long CellWidth;
    Word Total;
    CellPos P;

    P = Loc;
    CellWidth = Width();
    Total = 0;
    do {
```

Exhibit 1
Page 201

5,293,615

329                                                                                      330

```
      Total ++;
      CellWidth -= ColWidth;
      P.Col ++;
      } while (CellWidth > 0 && P.Col != MaxCols && CHash.Search(P)->CellType() == ClEmpty);
   Total --;
   return Total;
}

   /*  */

double Cell::CurrValue()
{
   return 0;
}

   /*  */

Boolean Cell::HasError()
{
   return 0;
}

   /*  */

Word Cell::OverwriteStart(Word EndCol)
{ Word C, Place;

   Place = 0;
   C = Loc.Col;
   do {
      Place += ColWidth;
      C ++;
   } while (C != EndCol);
   return Place;
}

          /*  */

void Cell::EditString(char *L)
{
}

   /*  */

String Cell::DisplayString()
{
   return 0;
}

   /*  */

String Cell::FormattedString(OverwriteHashTable& OHash, CellPos CPos,
               Word Start, Byte& Color, Byte Width)
{
   return 0;
}

     /*  */

char *Cell::CopyString(char *L)
{
```

Exhibit 1
Page 202

5,293,615

331                                                    332

```
  return 0;
}

/*  */

EmptyCell::EmptyCell() : Cell(0, 0)
{
}

void EmptyCell::EditString(char *L)
{
  *L = '\0';
}

String EmptyCell::DisplayString()
{
  *SCell = '\0';
  return SCell;
}

String EmptyCell::FormattedString(OverwriteHashTable& OHash, CellPos CPos,
            Word Start, Byte& Color, Byte Width)
{ CellPtr CP;

  CP = OHash.Search(CPos);
  if (CP->CellType() != ClEmpty)
    return CP->FormattedString(OHash, Loc, CP->OverwriteStart(CPos.Col),
            Color, Width);
  else
  {
    Color = CellColor;
    *SCell = '\0';
    return SCell;
  }
}

char *EmptyCell::CopyString(char *L)
{
  return L;
}

ValueCell::ValueCell(CellPos InitLoc, Boolean InitError, double InitValue) :
      Cell(InitLoc)
{
  Error = InitError;
  Value = InitValue;
}

ValueCell::~ValueCell()
{
}

CellTypes ValueCell::CellType()
{
  return ClValue;
}

Word ValueCell::Width()
{
  sprintf(SCell, "%g", Value);
  return strlen(SCell);
```

Exhibit 1
Page 203

333                    5,293,615                    334

```
}

Boolean ValueCell::HasError()
{
  return Error;
}

double ValueCell::CurrValue()
{
  return Value;
}

void ValueCell::EditString(char *L)
{
  sprintf(L, "%g", Value);
}

String ValueCell::DisplayString()
{
  sprintf(SCell, "%g", Value);
  return SCell;
}

String ValueCell::FormattedString(OverwriteHashTable& OHash, CellPos CPos,
                  Word Start, Byte& Color, Byte Width)
{ Word Counter;
  char *Temp, S2[256];

  sprintf(S2, "%g", Value);
  Color = CellColor;
  if (Start < strlen(S2))
    CopyN(SCell, S2 + Start, ColWidth);
  else *SCell = '\0';
  return SCell;
}

char *ValueCell::CopyString(char *L)
{
  return L;
}

TextCell::TextCell(CellPos InitLoc, char *InitTxt) : Cell(InitLoc)
{
  Txt = (char *) malloc(strlen(InitTxt) + 1);
  if (!Txt)
    return;
  strcpy(Txt, InitTxt);
}

TextCell::~TextCell()
{
  free(Txt);
}

CellTypes TextCell::CellType()
{
  return CfText;
}

Word TextCell::Width()
{
```

Exhibit 1
Page 204

5,293,615

335                                                                       336

```
return strlen(Txt);
}

void TextCell::EditString(char *L)
{
  strcpy(L, Txt);
}

String TextCell::DisplayString()
{
  strcpy(SCell + 1, Txt);
  SCell[71] = '\0';
  SCell[0] = '\'';
  return SCell;
}

String TextCell::FormattedString(OverwriteHashTable& OHash, CellPos CPos,
                Word Start, Byte& Color, Byte Width)
{
  Color = CellColor;
  if (Start < strlen(Txt))
    CopyN(SCell, Txt + Start, ColWidth);
  else *SCell = '\0';
  return SCell;
}

char *TextCell::CopyString(char *L)
{
  strcpy(L, Txt);
  return L;
}

FormulaCell::FormulaCell(CellPos InitLoc, Boolean InitError, double InitValue,
                char *InitFormula) : Cell(InitLoc)
{
  Formula = (char *) malloc(strlen(InitFormula) + 1);
  if (!Formula)
    return;
  strcpy(Formula, InitFormula);
  Error = InitError;
  Value = InitValue;
}

void FormulaCell::Agrega(FormulaCellPtr& FL)
{ FormulaCellPtr *Temp;

  Sig = FL;
  FL = this;
}

FormulaCell::~FormulaCell()
{
  free(Formula);
}

CellTypes FormulaCell::CellType()
{
  return CtFormula;
}
```

Exhibit 1
Page 205

5,293,615

337                                                        338

```
Boolean FormulaCell::GetBand()
{
  return (Marcada == Calculada);
}

Boolean FormulaCell::EnStack()
{
  return (Marcada == EstaEnStack);
}

Word FormulaCell::Width()
{ char S[81], *Temp;
  Word P, W;

  sprintf(S, "%g", Value);
  W = strlen(S);
  return W;
}

Boolean FormulaCell::HasError()
{
  return Error;
}

double FormulaCell::CurrValue()
{
  return Value;
}

void FormulaCell::EditString(char *L)
{
  strcpy(L, Formula);
}

String FormulaCell::DisplayString()
{
  return Formula;
}

String FormulaCell::FormattedString(OverwriteHashTable& OHash, CellPos CPos,
                   Word Start, Byte& Color, Byte Width)
{ char Temp[256];
  Word Counter;

  sprintf(Temp, "%g", Value);
  Color = CellColor;
  if (Start < strlen(Temp))
    CopyN(SCell, Temp + Start, ColWidth);
  else *SCell = '\0';
  return SCell;
}

char *FormulaCell::CopyString(char *L)
{
  return strcpy(L, Formula);
}
```

Exhibit 1
Page 206

5,293,615

339                                                340

```
/* FILE: TCCELL.H */
=====================

/*   */

#define EstaEnStack 2
#define Calculada 1
#define ColWidth 10

/*   */

enum CT {CiEmpty, CiValue, CiText, CiFormula, CiRepeat};
typedef enum CT CellTypes;

struct CellPos {
 Word Col;
 Word Row;
 void SetValues(Word InitCol = 1, Word InitRow = 1)
    { Col = InitCol; Row = InitRow; }
};

/*   */
struct Block {
    CellPos Start, Stop;
    Block(CellPos InitStart);
    Block(Word StartCol, Word StartRow, Word StopCol, Word StopRow);
    Block() {};
    Boolean ExtendTo(CellPos NewLoc);
    Boolean CellInBlock(CellPos CheckCell);
    void Asigna(Word StartC, Word StartR, Word StopC, Word StopR);
};

typedef Block *BlockPtr;
struct Cell;
struct FormulaCell;

/*   */
struct CellHashTable : HashTable {
    struct Cell *CurrCell;
    CellPos CurrLoc;
    CellHashTable(Byte InitBuckets);
    ~CellHashTable();
    Boolean Add(struct Cell *ACell);
    void Delete(CellPos DelLoc, struct Cell *& DeletedCell,
          struct FormulaCell *& FL);
    struct Cell *Search(CellPos SPos);
    virtual Word HashValue();
    virtual Boolean Found(HashItemPtr Item);
    virtual void CreateItem(HashItemPtr Item);
    virtual Byte ItemSize();
    struct Cell *FirstItem();
    struct Cell *NextItem();
};

typedef CellHashTable *CellHashTablePtr;

/*   */
struct OverwriteHashTable : HashTable {
    struct Cell *CurrCell;
    CellPos CurrPos;
    Word EndCol;
```

Exhibit 1
Page 207

341                    5,293,615                    342

```
    OverwriteHashTable(Byte InitBuckets);
    ~OverwriteHashTable();
    Boolean Add(struct Cell *SCell, Word Overwritten);
    void Delete(CellPos SPos);
    Boolean Change(struct Cell *SCell, Word Overwritten);
    struct Cell *Search(CellPos SPos);
    virtual Word HashValue();
    virtual Boolean Found(HashItemPtr Item);
    virtual void CreateItem(HashItemPtr Item);
    virtual Byte ItemSize();
};

/*    */

struct Cell {
    CellPos Loc;
    Cell(CellPos InitLoc);
    Cell(Word InitC, Word InitR);
    virtual ~Cell();
    virtual CellTypes CellType();
    virtual void SetError(Boolean NewError) {};
    virtual void SetValue(double NewValue) {};
    virtual Boolean GetBand();
    virtual Boolean EnStack();
    virtual Word Width();
    virtual Word Overwritten(CellHashTable& CHash,
              CellPos& LastPos, Word MaxCols);
    virtual Boolean HasError();
    virtual double CurrValue();
    Word OverwriteStart(Word EndCol);
    virtual void EditString(char * L);
    virtual String DisplayString();
    virtual String FormattedString(OverwriteHashTable& OHash, CellPos CPos,
              Word Start, Byte& Color, Byte Width);
    virtual char *CopyString(char * L);
};

typedef Cell *CellPtr;

/*    */

struct EmptyCell : Cell {
    EmptyCell();
    virtual void EditString(char *L);
    virtual String DisplayString();
    virtual String FormattedString(OverwriteHashTable& OHash, CellPos CPos,
              Word Start, Byte& Color, Byte Width);
    virtual char *CopyString(char *L);
};

/*    */
struct ValueCell : Cell {
    Boolean Error;
    double Value;
    ValueCell(CellPos InitLoc, Boolean InitError, double InitValue);
    ~ValueCell();
    virtual CellTypes CellType();
    virtual void SetError(Boolean NewError) { Error = NewError; };
    virtual void SetValue(double NewValue) { Value = NewValue; };
    virtual Boolean GetBand() { return Cell::GetBand(); }
    virtual Boolean EnStack() { return Cell::EnStack(); }
    virtual Word Width();
```

Exhibit 1
Page 208

345          5,293,615          346

```
struct Rango{
    char Nombre[16];
    int Limite_Superior;
    int Limite_Inferior;
    Rango *siguiente;
};


struct Dato{
    char Nombre[16];
    char Tipo_Operacion;
    float Limite_Superior;
    float Limite_Inferior;
};

//
//
struct Aplica{
    float *P_Anterior;       //
    float *P_Actual;         //
    char *Nombre_Corto;      //
    char **Formulas;         //
    Dato **Lista_Datos;      //
    long *Indice_Ayuda;      //
    Rango *Base_Rango;       //
    Rango *Rango_Actual;     //
};
//

//
boolean Asigna_Memoria(); //
void Libera_Memoria();    //
void Agrega_Aps();        //
void Baja_Formulas(char **);  //
void Baja_Datos();        //
void Baja_Indice_Ayuda(); //
void Baja_Rangos(); //
boolean Baja_Aplicacion(char *);  //
boolean Lee_Hilera();   //
boolean Lee_Formulas(); //
boolean Lee_Nombres();  //
boolean Lee_Datos();    //
boolean Lee_Indice_Ayudas(); //
boolean Lee_Rangos();   //
boolean Lee_Aplicacion(char *); //
```

I claim:

1. An apparatus for carrying out spreadsheet calculations using data imported from a database via a point and shoot user interface to select a database record for loading into a specified range of the spreadsheet, comprising:

a computer having a display and a memory having one or more storage locations;

a spreadsheet program, having a spreadsheet data format, in execution on said computer for displaying a plurality of cells which define a spreadsheet, each of said cells having a unique identification code indicative of the location of said cell on said display and each said cell being associated with one or more of said storage locations in said memory, and wherein any one or more of said cells can be selected by a user as part of a selected range using a cursor, and wherein said spreadsheet program includes program code to control said computer to receive data from said user and to store said data in the storage locations associated with user designated cells wherein said data can be text, numbers, or formulas including mathematical or logical operators relating contents of the storage locations associated with one or more of said cells to the contents of the storage locations of one or more other ones of said cells mathematically or logically, and wherein said computer is controlled by said spreadsheet program to display on said display the contents of said storage locations associated with each said cell, except where the contents of the storage locations associated with a particular one of said cells are a formula, in which case the computer is caused to display the results of the mathematical or logical operations defined by said formula at the corresponding location for said cell on said display, and wherein said spreadsheet program includes a recalculation routine for controlling said computer so as to perform a recalculation upon receipt of a recalculation command where all formulas associated with all cells of said spreadsheet are recalculated using whatever the current values

Exhibit 1
Page 209

5,293,615

347                                                         348

are for each said cell stored in the associated storage locations in said memory at the time the recalculation command is received and any new results stemming from recalculation of said formulas where new contents since a previous recalculation exist in the storage locations associated with said cells mathematically or logically related by said formulas are displayed on said display at the location of the corresponding cells;

a database file stored in said memory and containing one or more records, each said record is comprised of one or more fields, each said field contains data;

first means in execution on said computer for controlling said computer so as to display on said display one or more of said records of said database file within a window while said spreadsheet program is in execution;

second means in execution on said computer and coupled to said recalculation routine and to said database file and to said first means, for controlling said computer to display a cursor in said window in which said records from said database file are displayed, said cursor being movable within said window under control of said user and controlling said computer to recognize a select command entered by said user such that any said data record pointed to by said cursor at the time said select command is given by said user is selected, and for controlling said computer so as to automatically load said selected database record into said selected range of said spreadsheet when said recalculation command is given, said loading including automatically reformatting data of said selected database record to said spreadsheet data format prior to the recalculation of said spreadsheet, such that when said recalculation is performed by said spreadsheet program, the contents of the storage locations associated with the cells in said selected range will be set equal to the contents of the selected database record before the recalculation starts thereby forcing the storage locations associated with the cells of said selected range to be loaded with the contents of said fields of said selected database record before the recalculation starts;

database record identifier means for controlling said computer to maintain data pointing to the last database record loaded from said database file into said selected range of said spreadsheet; and

means for controlling said computer to load original contents of said storage locations associated with the cells of said selected range of said spreadsheet back into the database record pointed to by said database record identifier means before the contents of said selected database record are loaded into the cells of said selected range when said recalculation command is issued and before the recalculation is carried out.

2. The apparatus of claim 1 further comprising means coupled to said spreadsheet program and to said second means and database file, for carrying out loading of said cells of said selected range from fields of said selected record from said database file in accordance with a selectable mapping protocol defining which fields of said selected database record are loaded into specific cells of said selected range of said spreadsheet.

3. The apparatus of claim 2 wherein the process of loading said selected database record into the cells of said selected range of said database is accomplished

using a one-to-one mapping between the cells of said selected range and said fields of said selected database record, such that when said recalculation is performed by said spreadsheet program, the contents of storage locations associated with the cells of the selected range of said spreadsheet before the recalculation starts will be set equal to the contents of selected fields of the selected database record according to said mapping protocol and wherein any formulas contained in the corresponding fields of said selected database record are stored in the storage locations associated with corresponding cells in said selected range of said spreadsheet, thereby forcing the recalculation process to use corresponding numbers, text and formulas from said database record in the storage locations associated with the cells of said selected range of said spreadsheet during said recalculation.

4. The apparatus of claim 2 further comprising:

intermediate processing means coupled to said database file and said first means for receiving one or more selected database record(s) and for performing a user selectable one or more of a plurality of predetermined processes on said database record and outputting a modified database record; and wherein said second means is coupled to said intermediate means and includes:

program code for controlling said computer to receive said modified database record from said intermediate processing means and displaying said modified record in said window, and for controlling said computer to display a cursor in said window in which said modified database record is displayed and to recognize a select command entered by a user and to select any said modified record pointed to by said cursor when said select command is received and for loading the contents of said selected modified database record into said storage locations associated with the cells within said selected range of said spreadsheet when said recalculation command is given but prior to the recalculation of said spreadsheet which results from issuance of said recalculation command by said user, such that when said recalculation is performed by said spreadsheet program, the contents of the storage locations associated with said selected range of cells of said spreadsheet will be set equal to the contents of selected fields of said selected modified database record according to said mapping protocol thereby forcing the recalculation process to use selected fields of said modified database record in the cells of said selected range during the recalculation.

5. The apparatus of claim 4 wherein said intermediate processing includes indexing means for either filtering or sorting said selected database records or for changing the mapping between the fields of the database records and the cells of said selected range.

6. The apparatus of claim 4 further comprising means for displaying said modified database records in said window after said intermediate processing and for loading any said modified database record designated by said user by moving said cursor in said window nto said selected range of said spreadsheet.

7. The apparatus of claim 1 further comprising record display means coupled to said second means and said first means for displaying records from said database file in said window, and for records from said database not

Exhibit 1
Page 210

5,293,615

| 349 | 350 |

currently visible in said window, for displaying said previously nonvisible records in said window upon receipt of a predetermined command from said user thereby allowing said user to designate any said record from said database for loading into said selected range of said spreadsheet by moving said cursor in said window regardless of the size of said window.

8. The apparatus of claim 7 wherein said record display means further comprises scrolling means for causing records from said database not currently visible in said window to scroll across said window sequentially upon receipt of a predetermined command from said user and for stopping the scrolling of records across said window upon receipt of a predetermined command from said user.

9. The apparatus of claim 7 wherein said record display means further comprises scrolling means for causing records from said database not currently visible in said window to scroll across said window sequentially and in stepwise fashion upon receipt of a scroll command from said user thereby allowing said user to bring in a predetermined number of new records into said window each time said scroll command is issued.

10. The apparatus of claim 9 wherein said scrolling means includes means for bringing records not currently displayed in said window into said window sequentially and in stepwise fashion whenever said pointer of said second means is moved to the edge of said window displayed by said first means.

11. The apparatus of claim 1 further comprising a plurality of database files, and wherein said first means displays a plurality of windows, each of which has displayed therein one or more records from a corresponding one of said database files, and wherein said second means displays a pointer on said display in a selectable one of said windows which can be moved to select any record displayed in any said window and which can be moved from window to window to select records from other database files for loading into said selected range.

12. The apparatus of claim 1 further comprising means for bringing other records from each database file not currently displayed in the corresponding window into said corresponding window.

13. The apparatus of claim 12 wherein said means for bringing other records into a particular window comprises scrolling means for bringing other records from the corresponding database not currently displayed in any particular window into said corresponding window sequentially and in stepwise fashion whenever said pointer is moved to the edge of said corresponding window.

14. The apparatus of claim 1 further comprising ripple recalculation means coupled to said second means, to said recalculation means, to said first means and to said database file for sequentially loading a sequence of said database records, one at a time, into said selected reange of said spreadsheet starting from a predetermined database record, and for automatically setting said database record identifier pointer to point to the database record just loaded anytime between the time said new record is loaded into said selected range and before the next record in the sequence of records to be loaded into said selected range is loaded, and recalculating said spreadsheet, and, thereafter, for loading the resulting recalculated values displayed in said cells of said selected range back into the database record

pointed to by said database records identifier pointer, and for loading the next database record in the sequence of database records to be loaded into said selected range of said spreadsheet into said selected range of said spreadsheet and repeating the process for all said database records in said sequence of database records to be loaded into said selected range of said spreadsheet.

15. The apparatus of claim 14 wherein said ripple recalculation means repeats the process of loading records from said database file and causing said spreadsheet program to recalculate until all records in the database file have been so processed.

16. The apparatus of claim 14 further comprising means for marking certain records in said database as restricted, and wherein said ripple recalculation means repeats the process of loading records from said database file and causing said spreadsheet program to recalculate until all records in the database file have been so processed except for those records marked as restricted.

17. The apparatus of claim 1 wherein each cell in said selected range can be designated by the user as either permanent or temporary and wherein there is a one-to-one mapping between each cell in said selected range of said spreadsheet and fields in said selected database record, and wherein fields of said selected database record which are mapped to said permanent cells are not loaded into said permanent cells, such that when said recalculation is performed by said computer under control of said spreadsheet program, the contents of the storage locations in memory associated with cells in said selected range of said spreadsheet before the recalculation starts will be set equal to the contents of selected fields of the database record pointed to by said second means except that said permanent cells will not have had their contents altered by the process of loading data from the database record thereby forcing the recalculation process to use selected fields of said database record in the cells of said selected range of cells during the recalculation.

18. The apparatus of claim 1 wherein said spreadsheet program controls said computer so as to be capable of recognizing and executing a plurality of commands, at least one of said commands for specifying a selectable range of said cells and providing a tool which, when invoked by a user allows the user to define a new command which is effective only for the specified selectable range of cells such that different regions of a single spreadsheet can have different command sets associated therewith.

19. An apparatus as defined in claim 18 wherein said spreadsheet program includes program code for controlling said computer to recognize and execute commands which, when executed, allow a user to define a plurality of new ranges of cells and new sets of commands for said new ranges of cells.

20. An apparatus as defined in claim 19 wherein said program code for controlling the computer to allow a user to define new ranges and environments includes computer code for controlling the computer to recognize and execute commands which when invoked by a user allow the user to specify any one or more of the following criteria for any specified new range of cells:

a new appearance in terms of colors,
new line types,
new fonts etc.
a new set of data validation values against which data entered in the cells of said specified range are checked for validity,

Exhibit 1
Page 2/11

5,293,615

343                                                                    344

```
        virtual Boolean HasError();
        virtual double CurrValue();
        virtual void EditString(char *L);
        virtual String DisplayString();
        virtual String FormattedString(OverwriteHashTable& OHash, CellPos CPos,
                        Word Start, Byte& Color, Byte Width);
        virtual char *CopyString(char *L);
    };


                        /*  */
    struct TextCell : Cell {
        char Txt;
        TextCell(CellPos InitLoc, char *InitTxt);
        ~TextCell();
        virtual CellTypes CellType();
        virtual Word Width();
        virtual void EditString(char *L);
        virtual String DisplayString();
        virtual String FormattedString(OverwriteHashTable& OHash, CellPos CPos,
                        Word Start, Byte& Color, Byte Width);
        virtual char *CopyString(char *L);
    };


                        /*  */
    struct FormulaCell : Cell {
        Boolean Error;
        double Value;
        FormulaCell *Sig;
        Byte Marcada;
        char *Formula;
        FormulaCell(CellPos InitLoc, Boolean InitError,
                double InitValue, char *InitFormula);
        ~FormulaCell();
        void Agrega(FormulaCell *& FL);
        virtual CellTypes CellType();
        virtual void SetError(Boolean NewError) { Error = NewError; };
        virtual void SetValue(double NewValue) { Value = NewValue; };
        virtual Boolean GetBand();
        virtual Boolean EnStack();
        virtual Word Width();
        virtual Boolean HasError();
        virtual double CurrValue();
        virtual void EditString(char *L);
        virtual String DisplayString();
        virtual String FormattedString(OverwriteHashTable& OHash, CellPos CPos,
                        Word Start, Byte& Color, Byte Width);
        virtual char *CopyString(char *L);
    };

    typedef EmptyCell *EmptyCellPtr;
    typedef ValueCell *ValueCellPtr;
    typedef FormulaCell *FormulaCellPtr;
    typedef TextCell *TextCellPtr;

    CellPtr HashItemPtrToCellPtr(HashItemPtr H);
```

* ====================
* FILE: TCAPLICA.H *
* ====================

Exhibit 1
Page 2/2

5,293,615

351

new menus of commands, or
new help screens.
  21. An apparatus for carrying out spreadsheet calcu-
lations using data imported from a database via a point
and shoot user interface to select a database record for 5
loading into a specified range of the spreadsheet, com-
prising:
  a computer having a display and a memory having
    one or more storage locations;
  a spreadsheet program, having a spreadsheet data 10
    format, in execution on said computer for display-
    ing a plurality of cells which define a spreadsheet,
    each of said cells having a unique identification
    code indicative of the location of said cell on said
    display and each said cell being associated with one 15
    or more of said storage locations in said memory,
    and wherein any one or more of said cells can be
    selected by a user as part of a selected range using
    a cursor, and wherein said spreadsheet program
    includes program code to control said computer to 20
    receive data from said user and to store said data in
    the storage locations associated with user desig-
    nated cells wherein said data can be text, numbers,
    or formulas including mathematical or logical op-
    erators relating contents of the storage locations 25
    associated with one or more of said cells to the
    contents of the storage locations of one or more
    other ones of said cells mathematically or logically,
    and wherein said computer is controlled by said
    spreadsheet program to display on said display the 30
    contents of said storage locations associated with
    each said cell, except where the contents of the
    storage locations associated with a particular one
    of said cells are a formula, in which case the com-
    puter is caused to display the results of the mathe- 35
    matical or logical operations defined by said for-
    mula at the corresponding location for said cell on
    said display, and wherein said spreadsheet program
    includes a recalculation routine for controlling said
    computer so as to perform a recalculation upon 40
    receipt of a recalculation command where all for-
    mulas associated with all cells of said spreadsheet
    are recalculated using whatever the current values
    are for each said cell stored in the associated stor-
    age locations in said memory at the time the recal- 45

352

culation command is received and any new results
stemming from recalculation of said formulas
where new contents since a previous recalculation
exist in the storage locations associated with said
cells mathematically or logically related by said
formulas are displayed on said display at the loca-
tion of the corresponding cells;

a database file stored in said memory and containing
  one or more records, each said record is comprised
  of one or more fields, each said field contains data;

first means in execution on said computer for control-
  ling said computer so as to display on said display
  one or more of said records of said database file
  within a window while said spreadsheet program is
  in execution;

second means in execution on said computer and
  coupled to said recalculation routine and to said
  database file and to said first means, for controlling
  said computer to display a cursor in said window in
  which said records from said database file are dis-
  played, said cursor being movable within said win-
  dow under control of said user and controlling said
  computer to recognize a select command entered
  by said user such that any said data record pointed
  to by said cursor at the time said select command is
  given by said user is selected, and for controlling
  said computer so as to automatically load said se-
  lected database record into said selected range of
  said spreadsheet when said recalculation command
  is given, said loading including automatically refor-
  matting data of said selected database record to
  said spreadsheet data format prior to the recalcula-
  tion of said spreadsheet, such that when said recal-
  culation is performed by said spreadsheet program,
  the contents of the storage locations associated
  with the cells in said selected range will be set
  equal to the contents of the selected database re-
  cord before the recalculation starts thereby forcing
  the storage locations associated with the cells of
  said selected range to be loaded with the contents
  of said fields of said selected database record before
  the recalculation starts.

                    *  *  *  *  *

50

55

60

65

Exhibit 1
Page 213



US005537590A

# United States Patent [19]

## Amado

| [11] | Patent Number: | 5,537,590 |
|---|---|---|
| [45] | Date of Patent: | Jul. 16, 1996 |

[54] **APPARATUS FOR APPLYING ANALYSIS RULES TO DATA SETS IN A RELATIONAL DATABASE TO GENERATE A DATABASE OF DIAGNOSTIC RECORDS LINKED TO THE DATA SETS**

[76] Inventor: **Armando Amado,** 4 Avenida 20-38 Zona 14, Guatemala, Guatemala

[21] Appl. No.: **102,581**

[22] Filed: **Aug. 5, 1993**

[51] Int. Cl.[6] ............................ **G06F 17/00; G06F 17/30**

[52] U.S. Cl. ............................ **395/600;** 395/50; 395/51; 395/52; 395/153; 395/157; 364/225; 364/274.2; 364/283.4; 364/286.3; 364/DIG. 1

[58] Field of Search ................................ 395/600, 575, 395/50, 51, 52, 55, 911, 153, 157; 371/15.1, 29.1, 19, 21.1

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,658,370 | 4/1987 | Erman et al. | 364/130 |
| 4,754,409 | 6/1988 | Ashford et al. | 364/513 |
| 4,847,784 | 7/1989 | Clancey | 364/513 |
| 4,866,635 | 9/1989 | Kahn et al. | 364/513 |
| 4,884,218 | 11/1989 | Agnew et al. | 395/54 |
| 4,891,766 | 1/1990 | Derr et al. | 395/76 |
| 4,920,499 | 4/1990 | Skeirik | 395/12 |
| 4,928,236 | 5/1990 | Tanaka et al. | 364/513 |
| 4,945,476 | 7/1990 | Bodick et al. | 364/413.02 |
| 4,949,278 | 8/1990 | Davies et al. | 364/513 |
| 4,974,196 | 11/1990 | Iwami et al. | 395/157 |
| 4,982,344 | 1/1991 | Jordan | 395/157 |
| 5,006,992 | 4/1991 | Skeirik | 364/513 |
| 5,025,392 | 6/1991 | Singh | 395/54 |
| 5,034,898 | 7/1991 | Lu et al. | 364/513 |
| 5,043,915 | 8/1991 | Suwa et al. | 384/513 |
| 5,099,436 | 3/1992 | McCown et al. | 364/550 |
| 5,103,498 | 4/1992 | Lanier et al. | 395/68 |
| 5,121,496 | 6/1992 | Harper | 395/600 |
| 5,127,005 | 6/1992 | Oda et al. | 371/15.1 |
| 5,131,087 | 7/1992 | Warr | 395/425 |

| | | | |
|---|---|---|---|
| 5,159,669 | 10/1992 | Trigg et al. | 395/159 |
| 5,164,912 | 11/1992 | Osborne et al. | 364/580 |
| 5,167,012 | 11/1992 | Hayes et al. | 395/76 |
| 5,193,143 | 9/1993 | Kremmer et al. | 395/51 |
| 5,204,974 | 4/1993 | Bernstein et al. | 395/157 |
| 5,214,653 | 5/1993 | Elliott, Jr. et al. | 371/15.1 |
| 5,228,116 | 7/1993 | Harris et al. | 395/54 |
| 5,257,185 | 10/1993 | Farley et al. | 364/419.19 |

### OTHER PUBLICATIONS

Timeworks, "Swift Call St User's Manual", 1982, pp. 93–97, 108–109.

*Primary Examiner*—Paul V. Kulik
*Assistant Examiner*—Paul Harrity
*Attorney, Agent, or Firm*—Ron Fish; Falk, Vestal & Fish

[57] **ABSTRACT**

This invention addresses the need to map information from databases and reports to a new dimension of structured, intelligent interpretations or diagnostics of that information, and then querying in a coordinated manner both the original information and the resultant diagnostics databases. The invention combines elements currently available in decision support tools, programming languages and expert system building tools. First, querying mechanisms for the information in reports and databases is provided. Second, both a test processing engine and an Expert System run a set of if-then-else tests and expert rules on said information, and the resulting coded diagnostics are stored in a diagnostics database. In a simple implementation, first, the information database contains a single flat database file, second each if-then-else test compares particular data items in this file against other data items or against absolute values and, if true, generates one or more data pairs containing the test identifier and each one of the data item identifiers involved in the test. The invention is completed, third, by a querying engine and a EIS-like reporting system, both capable of structuring, filtering, linking and querying in a coordinated manner both the original information and the resultant diagnostics databases, and capable of building reports.

**8 Claims, 43 Drawing Sheets**



Exhibit 2
Page 2/4



FIG. 1

**Exhibit 2**
Page 2-15



FIG. 2



FIG. 3

Exhibit 2
Page 2/6

Case 8:03-cv-00242-DOC-AN Document 1 Filed 03/07/03 Page 217 of 268 Page ID #:1904



FIG. 4



FIG. 5

Exhibit 2
Page 217

**U.S. Patent**       Jul. 16, 1996       Sheet 4 of 43       **5,537,590**



FIG. 6

Exhibit 2
Page 2/8



**FIG. 7**

Exhibit 2
Page 219



FIG. 8

```
F1-Help F2-Diagnostics F3-Reports F4-Periods F9-Graphs F10-Menus

BALANCE STATEMENT  01.92  02.92   03.92    04.92    05.92    06.92
------------------ ------ ------  -------  -------  -------  -------
ASSETS
 Current Assets    538.8 | 545.1   517.4    558.9    605.0    538.8
 Property,Plant&Eq.646.0.  634.1   622.2    610.3    598.4    646.0
 Other Assets       85.0   85.0    85.0     85.0     85.0     85.0
TOTAL ASSETS     1,269.8 1,264.2 1,224.6 1,254.2 1,288.4 1,269.8

1. CURROK - Current Ratio (current assets/liabilities) indicates
   no problem paying short term debt, but check long term debt
   structure.
2. DBTOK  - Debt Ratio (liabilities / assets) has declined, and
   Common
   Stock is expected to appreciate in the short term.
3. DBTOK  - Debt Ratio (liabilities / assets) declined the
   previous month, and Common Stock is expected to appreciate in
   the short term.
4. CASHRSK - Cash flow shortage could be expected next quarter,
   given trend & seasonality indexes for sales and receivables.
5. EFF3RSK - Inventory levels for Input B require a large order
   from supplier; make a deal this month.
      SUMMARY OF DIAGNOSTICS - Positive: 3. Risk: 2.  Total: 5.
```

FIG. 9

Exhibit 2
Page 220



| F1-Help  F2-Diagnostics  F3-Reports  F4-Periods  F9-Graphs  F10-Menus | | | | | |
|---|---|---|---|---|---|
| BALANCE SHEET | 01.92 | 02.92 | 03.92 | 04.92 | CURROK |
| BALANCE ST. SUMMARY | | | | | CURRI! |
| ASSETS | | | | | DEBTRSK1 |
| Current Assets | 538.8 | 545.1 | 517.4 | 558.9 | DEBT!! |
| Property, Plants&Equip | 646.1 | 634.1 | 622.2 | 610.3 | INTRSK |
| Other Assets | 85.0 | 85.0 | 85.0 | 85.0 | INT!! |
| TOTAL ASSETS | 1,269.8 | 1,264.2 | 1,224.6 | 1,254.2 | ACIDOK |
| | | | | | ACIDRSK |
| LIABILITIES | | | | | ACID!! |
| Current Liabilities | 184.9 | 153.2 | 86.9 | 86.4 | EFF1OK |
| Accounts Payable | 34.9 | 35.4 | 33.3 | 36.7 | EFF1RSK |
| Short-Term Notes Pay | 100.0 | 67.8 | .1 | .1 | EFF1!! |
| Taxes Payable | 0.0 | 0.0 | 0.0 | 0.0 | EFF2OK |
| Long-Term Liabilities | 281.3 | 261.8 | 241.6 | 220.7 | EFF2!! |
| Liabilities, banks | 281.3 | 261.8 | 241.6 | 220.7 | EFF3OK |

1. CURROK - Current Ratio (current assets/liabilities) indicates no problem paying short term debt, but check long term debt structure.

**FIG. 10**

|  | BANKS | CALL | MEET | TOTAL |
|---|---|---|---|---|
| *High priority* | 3 | 5 | 2 | 10 |
| Low priority | 9 | 12 | 5 | 26 |
| TOTAL | 12 | 17 | 7 | 36 |

**FIG. 11**

| HIGH PRIORITY | | BANKS | CALL | MEET | TOTAL |
|---|---|---|---|---|---|
| Weakness | – High priority | 1 | 2 | 1 | 4 |
| Menace | – High priority | | 3 | | 3 |
| Strength | – High priority | 1 | | 1 | 2 |
| Opportunity– | High priority | 1 | | | 1 |
| TOTAL | | 3 | 5 | 2 | 10 |

**FIG. 12**

|  | BANKS | CALL | MEET | TOTAL |
|---|---|---|---|---|
| High priority | 3 | 5 | 2 | 10 |
| Low priority | 9 | 12 | 5 | 26 |
| TOTAL | 12 | 17 | 7 | 36 |

**FIG. 13**

Exhibit 2
Page 221

| LOW PRIORITY | DAN | ERNIE | FRANK | FRED | GEORGE | GLADYS | TOTAL |
|---|---|---|---|---|---|---|---|
| Weakness | 1 | 2 | | 2 | | | 5 |
| Menace | | 1 | | 1 | 1 | | 3 |
| Strength | 2 | | | | | | 2 |
| Opportunity | | | 1 | | 1 | | 2 |
| TOTAL | 3 | 3 | 1 | 3 | 2 | 0 | 12 |

**FIG. 14**

Exhibit 2
Page 222

**U.S. Patent**          Jul. 16, 1996          Sheet 9 of 43          **5,537,590**

| | | | | |
|---|---|---|---|---|
| 1.BALANCE.00 | BALANCE SHEET ($) | | | |
| 1.BALANCE.01 | ASSETS ($) | | | |
| 1.BALANCE.02 | Current Assets ($) | 1,039.56 | 1,113.92 | 706.84 |
| 1.BALANCE.03 | Long-Term Investments ($) | 50.00 | 50.00 | 50.00 |
| 1.BALANCE.04 | Property, Plant&Equip.(Net $ | 574.60 | 562.70 | 610.30 |
| 1.BALANCE.05 | Other Assets ($) | 35.00 | 35.00 | 35.00 |
| 1.BALANCE.06 | TOTAL ASSETS ($) | 1,699.16 | 1,761.62 | 1,402.14 |
| 1.BALANCE.07 | LIABILITIES ($) | | | |
| 1.BALANCE.08 | Current Liabilities ($) | 102.35 | 96.82 | 95.95 |
| 1.BALANCE.09 | Long-Term Liabilities ($) | 553.03 | 579.71 | 207.52 |
| 1.BALANCE.10 | TOTAL LIABILITIES ($) | 655.38 | 676.53 | 303.47 |
| 1.BALANCE.11 | EQUITY ($) | | | |
| 1.BALANCE.12 | Capital Stock ($) | 500.00 | 500.00 | 500.00 |
| 1.BALANCE.13 | Capital Reserves ($) | 66.35 | 70.96 | 46.88 |
| 1.BALANCE.14 | Retained Earnings ($) | 477.43 | 514.13 | 551.79 |
| 1.BALANCE.15 | TOTAL EQUITY ($) | 1,043.78 | 1,085.09 | 1,098.67 |
| 1.BALANCE.16 | TOTAL LIABILITIES & EQUITY ($ | 1,699.16 | 1,761.62 | 1,402.14 |
| 1.BALANCE.17 | BALANCE SHEET (%) | | | |
| 1.BALANCE.18 | ASSETS (%) | | | |
| 1.BALANCE.19 | Current Assets (%) | 61.2% | 63.2% | 50.4% |
| 1.BALANCE.22 | Other Assets (%) | 2.1% | 2.0% | 2.5% |
| 1.BALANCE.23 | TOTAL ASSETS (%) | 100.0% | 100.0% | 100.0% |
| 1.BALANCE.24 | LIABILITIES (%) | | | |
| 1.BALANCE.25 | Current Liabilities (%) | 6.0% | 5.5% | 6.8% |
| 1.BALANCE.26 | Long-Term Liabilities (%) | 32.5% | 32.9% | 14.8% |
| 1.BALANCE.27 | TOTAL LIABILITIES (%) | 38.6% | 38.4% | 21.6% |
| 1.BALANCE.32 | TOTAL EQUITY (%) | 61.4% | 61.6% | 78.4% |
| 1.BALANCE.33 | TOTAL LIABILITIES & EQUITY (%) | 100.0% | 100.0% | 100.0% |
| 1.FRATIOS.00 | FINANCIAL RATIOS (%) | | | |
| 1.FRATIOS.01 | LEVERAGE RATIOS (%) | | | |
| 1.FRATIOS.02 | Debt Ratio | 20.0% | 10.0% | 20.0% |
| 1.FRATIOS.03 | Earnings / Interests | 2.710 | 3.337 | 2.776 |
| 1.FRATIOS.04 | LIQUIDITY | | | |
| 1.FRATIOS.05 | Current Ratio | 10.160 | 11.510 | 7.370 |
| 1.FRATIOS.06 | Acid Test | 9.440 | 10.630 | 6.650 |
| 1.FRATIOS.07 | EFFICIENCY MEASURES (#) | | | |
| 1.FRATIOS.08 | Sales / Total Assets | 2.640 | 2.340 | 2.620 |
| 1.FRATIOS.09 | Sales / Net Working Capital | 4.780 | 4.050 | 6.020 |
| 1.FRATIOS.10 | Inventory Turnover | 12.880 | 12.530 | 12.940 |
| 1.FRATIOS.11 | Accts. Receivable Turnover | 20.620 | 18.800 | 18.750 |
| 1.FRATIOS.12 | Net Earnings / Sales | 10.0% | 10.0% | 10.0% |
| 1.FRATIOS.13 | Net Earnings / Assets | 40.0% | 20.0% | 20.0% |
| 1.FRATIOS.14 | Net Earnings / Equity | 40.0% | 20.0% | 30.0% |
| 1.FRATIOS.15 | Z SCORE MODEL (#) | | | |
| 1.FRATIOS.16 | X1 = Working Capital/Tot.Asse | 0.550 | 0.580 | 0.440 |
| 1.FRATIOS.17 | X2 = Retained Earnings/Tot.As | 0.520 | 0.550 | 0.380 |
| 1.FRATIOS.18 | X3 = Net Earn.b.Taxes/Tot.Ass | 0.180 | 0.100 | 0.090 |
| 1.FRATIOS.19 | X4 = Equity/Total Liabilities | 5.650 | 6.810 | 3.430 |
| 1.FRATIOS.20 | X5 = Sales/Total Assets | 2.640 | 2.340 | 2.620 |
| 1.FRATIOS.21 | Z1 INDEX = | 6.400 | 6.390 | 4.990 |

**FIG. 15**

Exhibit 2
Page 223

**U.S. Patent**          Jul. 16, 1996          Sheet 10 of 43          **5,537,590**

```
┌──────────────────────────────────────────────────────────────────────────┐
│ File   Edit   Diagnostics   Maintenance     Options     Help               │
│  ┌──────────────────────────┐                                              │
│  │·Application               │                                             │
│  │ Open database             │                                             │
│  │ Import                    │                                             │
│  │ Export                    │                                             │
│  │ ─────────────────────────│                                             │
│  │ Print standard report     │                                             │
│  │ Create custom report      │                                             │
│  │ Print custom Report       │                                             │
│  │ ─────────────────────────│                                             │
│  │ Foxpro environment        │                                             │
│  │ Exit                      │                                             │
│  └──────────────────────────┘                                              │
│                                                                            │
│ Data table (c)1993Corporate Software International May28th, 1993           │
│ F3 = Calendar                 EXPERTTO - 7. REFERENCE              F4       │
│ = Calculator                                                               │
└──────────────────────────────────────────────────────────────────────────┘
```

**FIG. 16**

```
┌──────────────────────────────────────────────────────────────────────────┐
│ File   Edit   Diagnostics   Maintenance     Options     Help               │
│       ┌──────────────────────────┐                                         │
│       │·Browse records           │                                         │
│       │ Modify records           │                                         │
│       │ Add form                 │                                         │
│       │ ─────────────────────────│                                         │
│       │ Browse Erased records    │                                         │
│       │ Pack database            │                                         │
│       └──────────────────────────┘                                         │
│                                                                            │
│ Data table(c)1993 Corporate Software International May 28th,1993           │
│ F3 = Calendar                 EXPERTTO - 7. REFERENCE              F4       │
│ = Calculator                                                               │
└──────────────────────────────────────────────────────────────────────────┘
```

**FIG. 17**

Exhibit 2
Page 224

```
 File    Edit    Diagnostics    Maintenance    Options    Help
                 ·1 Summary browse view
                  2 Frequency browse view
                  3 Diagnostics browse view
                  4 Data Browse view

                  Add/modify Line test
                  Add/modify Group test
                  Copy test

                  Run tests




 Data table(c)1993 Corporate Software International May 28th,1993
 F3 = Calendar              EXPERTTO - 7. REFERENCE            F4
 = Calculator
```

**FIG. 18**

```
                    APPLICATIONS PICKLIST

    Application name              |Location: disk and directory
 ·0. TUTORIAL                     |D:\APLIC4\EXAM\US\
  1. EXECUTIVE SUMMARY            |D:\APLIC4\EXEC\US\
  2. PROJECT CONTROL              |D:\APLIC4\PROJ\US\
  3. SALES AND INVENTORIES        |D:\APLIC4\SALES\US\
  4. FINANCIAL ANALYSIS           |D:\APLIC4\FINAN\US\
  5. BANKING FINANCIAL ANAL.      |D:\APLIC4\BANK\US\
  6. GOVERNMENT ACCOUNTS          |D:\APLIC4\GOV\US\
  7. REFERENCE                    |D:\EXP4\


            | [Esc]    Choose application and exit |
            | [Ctrl] N Add a new application       |


    (c) 1993 Corporate Software International    May 28th, 1993
```

**FIG. 19**

Exhibit 2
Page 225

```
┌──────────────────────────────────────────────────────────────┐
│                          DATA TABLE                            │
│                                                                │
│ Line          Description                   Aug93 4   Sep93 5 Oct│
│ 1.BALANCE.00  BALANCE SHEET ($)                                │
│ 1.BALANCE.01  ASSETS ($)                                       │
│ 1.BALANCE.02  Current Assets ($)            803.28    906.60   │
│ 1.BALANCE.03  Long-Term Investments($)       50.00     50.00   │
│ 1.BALANCE.04  Property,Plant&Equip.(Net$    598.40    586.50   │
│ 1.BALANCE.05  Other Assets ($)               35.00     35.00   │
│ 1.BALANCE.06  TOTAL ASSETS ($)            1,486.68  1,578.10   │
│ 1.BALANCE.07  LIABILITIES ($)                                  │
│ 1.BALANCE.08  Current Liabilities ($)        99.74    101.53   │
│ 1.BALANCE.09  Long-Term Liabilities ($)     198.95    176.41   │
│ 1.BALANCE.10  TOTAL LIABILITIES ($)         298.69    277.94   │
│                                                                │
│                                                                │
│                         DIAGNOSTICS                            │
│                                                                │
│ Line         │Period│Test│ Description                        │
│ 1.BALANCE.08 │Sep93 5│DEBT~│ The debt ratio is too low (lowerthan 0.25) │
│ 1.BALANCE.08 │Sep93 5│LIABI-│ Liabilities have gone up twoconsecutivePer │
│                                                                │
│ 4.DATA BROWSE VIEW   DATA TABLE  F5:Switch window Ctrl-F10:Zoom   Escape │
└──────────────────────────────────────────────────────────────┘
```
**FIG. 20**

```
┌──────────────────────────────────────────────────────────────┐
│                          DATA TABLE                            │
│                                                                │
│ Line         │Description                  │ Aug 93  4  Sep 93  5│
│ 1.BALANCE.08 │Current Liabilities ($)      │     99.74    101.53 │
│ 1.BALANCE.09 │Long-Term Liabilities ($)    │    198.95    176.41 │
│ 1.BALANCE.10 │TOTAL LIABILITIES ($)        │    298.69    277.94 │
│ 1.BALANCE.11 │EQUITY ($)                   │                     │
│ 1.BALANCE.12 │Capital Stock ($)            │─   500.00─   500.00 │
│ 1.BALANCE.13 │Capital Reserves ($)         │     52.45     58.55 │
│ 1.BALANCE.14 │Retained Earnings ($)        │    635.54    741.62 │
│ 1.BALANCE.15 │TOTAL EQUITY ($)             │  1,187.99  1,300.16 │
│ 1.BALANCE.16 │TOTAL LIABILITIES & EQUITY ($│  1,486.68  1,578.10 │
│ 1.FRATIOS.00 │FINANCIAL RATIOS (%)         │                     │
│ 1.FRATIOS.02 │Debt Ratio                   │─    20.0 %─   20.0 %│
│                                                                │
│                                                                │
│                         DIAGNOSTICS                            │
│                                                                │
│ Line        │ Period    │ Test  │Class1│Class2│  RDEB+-The debt ratio is │
│ 1.BALANCE.08│ Sep 93  5 │ DEBT~ │ALARM2│FRED  │  too -low (lower than    │
│ 1.BALANCE.08│ Sep 93  5 │ LIABI-│ALARM1│FRED  │  0.25).  You may be      │
│                                                    losing business      │
│                                                    opportunities, or your│
│                                                    company's accounting  │
│                                                    practices mix several │
│                                                    businesses in one     │
│                                                    accounting practice.  │
│                                                                │
│ 4.DATA BROWSE VIEW  DIAGNOSTICS  F5:Switch window  Ctrl-F10:Zoom  Escape │
└──────────────────────────────────────────────────────────────┘
```
**FIG. 21**

Exhibit 2
Page 226

**U.S. Patent**          **Jul. 16, 1996**          **Sheet 13 of 43**          **5,537,590**

```
|                              DIAGNOSTICS                              |
|                                                                       |
| Line         |Period |Test | Description                             |
|--------------+-------+-----+----------------------------------------- |
|1.FRATIOS.11|Sep93 5|ARECDN|Accounts receivables turnover is going   |
|1.BALANCE.04|Sep93 5|ASSET~|Assets have gone down two consecutive per.|
|1.BALANCE.08|Sep93 5|DEBT~ |The debt ratio is too low, lower than 0.25|
|1.BALANCE.09|Sep93 5|DEBT~ |The debt ratio is too low, lower than 0.25|
|1.BALANCE.10|Sep93 5|DEBT~ |The debt ratio is too low, lower than 0.25|
|1.FRATIOS.02|Sep93 5|DEBT~ |The debt ratio is too low, lower than 0.25|
|1.FRATIOS.14|Sep93 5|EAR3UP|The net earnings/equity ratio is going up |
|1.FRATIOS.10|Sep93 5|FRATI-|Efficiency ratios have gone down two conse|
|1.FRATIOS.10|Sep93 5|INVEDN|Inventory efficiency (i.e. turnover)      |
|1.BALANCE.08|Sep93 5|LIABI-|Liabilities  have gone up two consecu     |
|                                                                       |
|                                                                       |
|                              DATA TABLE                               |
|                                                                       |
| Line   |Description                    | Aug 93 4 | Sep 93 5 |       |
|--------+-------------------------------+----------+----------+------- |
|1.FRATIOS.11|Accts. Receivable Turnover|   19.720 |   19.480 |       |
|                                                                       |
|                                                                       |
|                                                                       |
3.DIAGNOSTICS BROWSE VIEW DIAGNOSTICS F5:Switch window Ctrl-F10:Zoom Esc
```
**FIG. 22**

```
|                              DIAGNOSTICS                              |
|                                                                       |
| Line         |Period |Test | Description                             |
|--------------+-------+-----+----------------------------------------- |
|1.FRATIOS.11|Sep93 5|ARECDN|Accounts receivables turnover is going    |
|1.BALANCE.04|Sep93 5|ASSET-|Assets have gone down two consecutive per.|
|1.BALANCE.08|Sep93 5|DEBT- |The debt ratio is too low,lower than 0.25 |
|1.BALANCE.09|Sep93 5|DEBT- |The debt ratio is too low,lower than 0.25 |
|1.BALANCE.10|Sep93 5|DEBT- |The debt ratio is too low,lower than 0.25 |
|1.FRATIOS.02|Sep93 5|DEBT- |The debt ratio is too low,lower than 0.25 |
|1.FRATIOS.14|Sep93 5|EAR3UP|The net earnings/equity ratio is going    |
|1.FRATIOS.10|Sep93 5|FRATI-|Efficiency ratios have gone down two conse|
|1.FRATIOS.10|Sep93 5|INVEDN|Inventory efficiency (i.e. turnover)is    |
|1.BALANCE.08|Sep93 5|LIABI-|Liabilities  have gone up two consecutive |
|                                                                       |
|                                                                       |
|                              DATA TABLE                               |
|                                                                       |
| Line       |Description               |Aug 93 4 | Sep 93 5 | Oct    |
|------------+--------------------------+---------+----------+------- |
|1.FRATIOS.02|Debt Ratio                |  20.0 % |   20.0 % |        |
|1.FRATIOS.10|Inventory Turnover        |  12.930 |   12.660 |        |
|1.FRATIOS.11|Accts. Receivable Turnover|  19.720 |   19.480 |        |
|1.FRATIOS.12|Net Earnings / Sales      |  10.0 % |   10.0 % |        |
|1.FRATIOS.14|Net Earnings / Equity     |  40.0 % |   40.0 % |        |
|                                                                       |
3.DIAGNOSTICS BROWSE VIEW DATA TABLE F5:Switchwindow Ctrl-F10:Zoom Esc
```
**FIG. 23**

Exhibit 2
Page 227

```
|                          FREQUENCIES                           |
| # |Class1|Description1                                         |
|--------------------------------------------------------------- |
| 5|ALARM1|Weakness - Low priority                               |
| 1|ALARM2|Menace - Low priority                                 |
| 1|GOOD1 |Strength - Low priority                               |
|                                                                |
|                                                                |
|                                                                |
|                                                                |

|                          DIAGNOSTICS                           |
| Line         |Test   |Class1|Class2|Class3|Period|Description  |
|------------------------------------------------------------------|
|1.FRATIOS.11 |ARECDN |ALARM1|FRED  |CALL  |Sep93 5|Accounts receivables|
|1.FRATIOS.10 |INVEDN |ALARM1|ROBERT|CALL  |Sep93 5|Inventory efficiency|
|1.BALANCE.04 |ASSET- |ALARM1|PETER |CALL  |Sep93 5|Assets have gone down|
|1.FRATIOS.10 |FRATI- |ALARM1|PETER |CALL  |Sep93 5|Efficiency ratios|
|1.BALANCE.08 |LIABI- |ALARM1|FRED  |CALL  |Sep 93 5|Liabilities  have|
2.FREQUENCY BROWSE VIEW FREQUENCIES F5:Switch window Ctrl-F10:Zoom Esc
```

**FIG. 24**

```
|                          FREQUENCIES                        _  |
| # |Clase1|Clasificación 1                                      |
|--------------------------------------------------------------- |
| 5|ALARM1|Weakness - Low priority                               |
| 1|ALARM2|Menace - Low priority                                 |
| 1|GOOD1 |Strength - Low priority                               |
|                                                                |
|                                                                |

|                  DIAGNOSTICS              _                    |
| Linea        |Prueba|Clase1|Clase2|Clase3| P |  ARECD   Accounts|
|------------------------------------------------  receivables turnover is|
|1.FRATIOS.11 |ARECDN|ALARM1|FRED  |CALL  |Sep| going down. Whenever|
|1.FRATIOS.10 |INVEDN|ALARM1|ROBERT|CALL  |Sep| there's a change in|
|1.BALANCE.04 |ASSET-|ALARM1|PETER |CALL  |Sep| receivables turnover|
|1.FRATIOS.10 |FRATI-|ALARM1|PETER |CALL  |Sep| ratios,find which|
|1.BALANCE.08 |LIABI-|ALARM1|FRED  |CALL  |Sep| products are responsible|
|                                                  for it.|
2.FREQUENCY BROWSE VIEW DIAGNOSTICS F5:Switch window Ctrl-F10:Zoom  Esc
```

**FIG. 25**

Exhibit 2
Page 228

```
+-----------------------------------------------------------------+
|                          SUMMARIES                              |
|-----------------------------------------------------------------|
| Period   |Analysis|Description                                  |
|----------+--------+-------------------------------------------- |
| Nov 93  7|DANGER  |Downturn: sales, income, profits,            |
| Dec 93  8|GOOD    |Upturn: sales, income, profits, inventory    |
| Jan 94  9|GOOD    |Upturn:  sales, income, profits, invent      |
|          |        |                                             |
|          |        |                                             |
|          |        |                                             |
|          |        |                                             |
|-----------------------------------------------------------------|
|                                                                 |
|          DANGER   -   Downturn:  There has been a               |
|          consistent downward trend for three months.  This      |
|          involves sales, income, profits and inventory.         |
|          TAKE EMERGENCY MEASURES                                |
|                                                                 |
|-----------------------------------------------------------------|
|                         DIAGNOSTICS                             |
|-----------------------------------------------------------------|
| Analysis|Test  |P|Class1|Class2|Class3|Description              |
|---------+------+-+------+------+------+------------------------- |
| DANGER  |DEBT- | |URGNT2|LOUIS |MEET  |The debt ratio is too    |
| DANGER  |EAR1UP| |GOOD1 |ERNIE |CALL  |The net earnings/Sales   |
| DANGER  |ARECDN|P|ALARM1|FRED  |CALL  |Accounts receivables     |
| DANGER  |EAR3DN|P|ALARM1|FRANK |CALL  |The net earnings/equi    |
| DANGER  |INVEDN|P|ALARM1|ROBERT|CALL  |Inventory efficiency     |
|-----------------------------------------------------------------|
|1.SUMMARY BROWSE VIEW RESUMENES F5:Cambia ventana Ctrl~F10:Zoom  |
+-----------------------------------------------------------------+
```

**FIG. 26**

```
+-----------------------------------------------------------------+
|                          SUMMARIES                              |
|-----------------------------------------------------------------|
| Period   |Analysis|Description                                  |
|----------+--------+-------------------------------------------- |
| Nov 93  7|DANGER  |Downturn: sales, income, profits, inventory  |
| Dec 93  8|GOOD    |Upturn:  sales, income, profits, inventory   |
| Jan 94  9|GOOD    |Upturn:  sales, income, profits, inventory   |
|          |        |                                             |
|          |        |                                             |
|          |        |                                             |
|-----------------------------------------------------------------|
|                                                                 |
|          RDEB-   The debt ratio is too high (higher than        |
|          0.40).  This represents a high financial risk          |
|          position.  If income or profit goes down in your       |
|          firm, you may run into cash trouble.                   |
|                                                                 |
|-----------------------------------------------------------------|
|                         DIAGNOSTICS                             |
|-----------------------------------------------------------------|
| Analysis|Test  |P|Class1|Class2|Class3|Description              |
|---------+------+-+------+------+------+------------------------- |
| DANGER  |DEBT- | |URGNT2|LOUIS |MEET  |The debt ratio is too high|
| DANGER  |EAR1UP| |GOOD1 |ERNIE |CALL  |The net earnings / sales ratio|
| DANGER  |ARECDN|P|ALARM1|FRED  |CALL  |Accounts receivables turnover|
| DANGER  |EAR3DN|P|ALARM1|FRANK |CALL  |The net earnings / equity|
| DANGER  |INVEDN|P|ALARM1|ROBERT|CALL  |Inventory efficiency (i.e.|
|-----------------------------------------------------------------|
|1.SUMMARY BROWSE VIEW DIAGNOSTICS  F5:Switch window  Ctrl-F10:Zoom Esc|
+-----------------------------------------------------------------+
```

**FIG. 27**

Exhibit 2
Page 229

U.S. Patent     Jul. 16, 1996     Sheet 16 of 43     5,537,590



**FIG. 28**

FREQUENCY BROWSE VIEW

| Line Class1 | | Test Class2 | | Period Class3 | 0 |

Escape=Exit



**FIG. 29**

FREQUENCY BROWSE VIEW

Line Class1 [ALARM1]   Test Class2 [ ]   Period Class3 [ 0 ]

CLASS1 CODES

(Select one)

```
•ALARM1  Weakness - Low priority
 ALARM2  Menace - Low priority
 EXCEL1  Strength - High priority
 EXCEL2  Opportunity - High priority
 GOOD1   Strength - Low priority
 GOOD2   Opportunity - Low priority
 URGNT1  Weakness - High priority
```



**FIG. 30**

FREQUENCIES

| # | Class2 | Description2 |
|---|--------|--------------|
| 1 | FRANK | Management - F.Villels |
| 4 | FRED | Administrative - F.Anderson |
| 6 | PETER | Management - P. Welch |
| 4 | ROBERT | Management - R.Andreu |

DIAGNOSTICS

| Line | Test | Class1 | Class2 | Class3 | Period | | Description |
|------|------|--------|--------|--------|--------|---|-------------|
| 1.FRATIOS.14 | EAR3DN | ALARM1 | FRANK | CALL | Nov 93 | 7 | The net earnings / |

2.FREQUENCY BROWSE VIEW FREQUENCIES F5:Switch window Ctrl-F10:Zoom Esc

Exhibit 2
Page 230

```
                    FREQUENCY BROWSE VIEW

        Line                Test              Period      0
        Class1              Class2   DAN      Class3
                                  ┌──────────────────────────────────┐
                                  │         CLASS2 CODES              │
                                  │                                  │
                                  │        (Select one)              │
                                  │                                  │
                                  │ •DAN    Sales    - D.Vadim        │
                                  │  ERNIE  Administrative - E.Becker │
                                  │  FRANK  Management  - F.Villela   │
                                  │  FRED   Administrative - F.Anderson│
                                  │  GEORGE Technical   - G.Bosch     │
                                  │  GLADYS Technical   - G.Coffey    │
                                  │  JUDITH Sales   - J.Mason         │
                                  └──────────────────────────────────┘
```

**FIG. 31**

```
                            FREQUENCIES                              _

      #  Class1 Description1
   • 4 ALARM1 Weakness - Low priority
     5 ALARM2 Menace - Low priority
     5 GOOD1  Strength - Low priority




                            DIAGNOSTICS

  Line          Test    Class1 Class2 Class3 Period  Description
  1.FRATIOS.11  ARECDN  ALARM1 FRED   CALL   Sep93 5 Accounts receivables
  1.BALANCE.08  LIABI-  ALARM1 FRED   CALL   Sep93 5 Liabilities  have
  1.BALANCE.08  LIABI-  ALARM1 FRED   CALL   Oct93 6 Liabilities  have
  1.FRATIOS.11  ARECDN  ALARM1 FRED   CALL   Nov93 7 Accounts receivables

2.FREQUENCIES BROWSE VIEW FREQUENCIES F5:Switch window Ctrl-F10:Zoom Esc
```

**FIG. 32**

Exhibit 2
Page 231

U.S. Patent          Jul. 16, 1996          Sheet 18 of 43          5,537,590

```
┌──────────────────────────────────────────────────────────┐
│   FREQUENCY BROWSE VIEW                                    │
│  Line                Test              Period    0         │
│  Class1 [      ]     Class2 [     ]    Class3 [BANKS   ]    │
│                     CLASS3 CODES                           │
│                     (Select one)                           │
│  • BANKS  Prepare approp. banking arrangement              │
│    CALL   Call or contact responsible persons              │
│    MEET   Internal organizational meeting                  │
└──────────────────────────────────────────────────────────┘
```
**FIG. 33**

```
┌──────────────────────────────────────────────────────────┐
│                              FREQUENCIES                   │
│  # │Class1│Description1                                    │
│ 15│ALARM1│Weakness - Low priority                          │
│  9│GOOD1 │Strength - Low priority                          │
│                                                            │
│                         DIAGNOSTICS                        │
│ Line       │Test  │Class1│Class2│Class3│Period │Description│
│1.FRATIOS.11│ARECDN│ALARM1│FRED  │CALL  │Sep93 5│Accounts receivables│
│1.FRATIOS.10│INVEDN│ALARM1│ROBERT│CALL  │Sep93 5│Inventory efficiency│
│1.BALANCE.04│ASSET-│ALARM1│PETER │CALL  │Sep93 5│Assets have gone dow│
│1.FRATIOS.10│FRATI-│ALARM1│PETER │CALL  │Sep93 5│Efficiency ratios   │
│1.BALANCE.08│LIABI-│ALARM1│FRED  │CALL  │Sep93 5│Liabilities have gon│
└──────────────────────────────────────────────────────────┘
```
2.FREQUENCY BROWSE VIEW FREQUENCIES F5:Switch window Ctrl-F10:Zoom Esc

**FIG. 34**

```
┌──────────────────────────────────────────────────────────┐
│   FREQUENCY BROWSE VIEW                                    │
│  Line                Test              Period    0         │
│  Class1 [ALARM1]     Class2 [     ]    Class3 [BANKS   ]    │
│                     Escape=Exit                            │
└──────────────────────────────────────────────────────────┘
```
**FIG. 35**

Exhibit 2
Page 232

**U.S. Patent**          **Jul. 16, 1996**          **Sheet 19 of 43**          **5,537,590**

```
+----------------------------------------------------------------+
|                         FREQUENCIES                            |
|  # |Class2|Description2              |                         |
|----+------+--------------------------+                         |
|• 1| FRANK |Management - F.Villela     |                         |
|  4| FRED  |Administrative - F.Anderson|                         |
|  6| PETER |Management - P. Welch      |                         |
|  4| ROBERT|Management - R.Andreu      |                         |
|                                                                |
|                                                                |
|                                                                |
+----------------------------------------------------------------+

+----------------------------------------------------------------+
|                        DIAGNOSTICS                             |
| Line      |Test  |Class1|Class2|Class3|Period   |Description   |
|-----------+------+------+------+------+---------+--------------|
| 1.FRATIOS.14|EAR3DN|ALARM1|FRANK |CALL |Nov 93  7|The net earnings /|
|                                                                |
|                                                                |
+----------------------------------------------------------------+
2.FREQUENCY BROWSE VIEW FREQUENCIES F5:Switch window Ctrl-F10:Zoom Esc
```

**FIG. 36**

**Exhibit 2**
**Page 233**

**U.S. Patent** Jul. 16, 1996 Sheet 20 of 43 5,537,590

| Test identifier | Test description | Related data item |
|---|---|---|
| ZSCO- | Z1 Score indicates extreme danger of bankrupcy. | 1.FRATIOS.21 |
| ZLIQ- | Z1(X1) Score indicates liquidity's TOO low! | 1.FRATIOS.16 |
| ZLIQ~ | Z1(X1) Score indicates liquidity's risky. | 1.FRATIOS.16 |
| ZGRO- | Z1(X2) Score indicates sustainable growth is bad. | 1.FRATIOS.17 |
| ZPRO+ | Z1(X3) Score indicates profits (efficiency) are OK | 1.FRATIOS.18 |
| ZPRO~ | Z1(X3) Score indicates a spotty profit record. | 1.FRATIOS.18 |
| ZDEB- | Z1(X4) Score indicates the debt level is too high. | 1.FRATIOS.19 |
| ZSAL~ | Z1(X5) Score indicates a spotty sales record. | 1.FRATIOS.20 |
| RDEB~ | The debt ratio is too low (lower than 0.25) | 1.BALANCE.08 |
| RINT_H | The debt interest ratio may be too high. | 1.FRATIOS.03 |
| RCUR~ | The currents ratio is too high (> 2.0). | 1.FRATIOS.05 |
| RACI- | The acid test ratio is too low (<1.3). | 1.BALANCE.02 |
| REFF1D | Sales eff. (sales / total assets) is going down. | 1.FRATIOS.08 |
| REFF2D | Efficient use of working capital is going down. | 1.BALANCE.08 |
| INVEND | Inventory efficiency (i.e. turnover) is going down | 1.FRATIOS.10 |
| ARECD | Accounts receivables turnover is going down. | 1.FRATIOS.11 |
| EARN1D | The net earnings / sales ratio is going down. | 1.FRATIOS.12 |
| EARN2D | The net earnings / assets ratio is going down. | 1.FRATIOS.13 |
| EARN3D | The net earnings / equity ratio is going down. | 1.FRATIOS.14 |
| EARN- | The net earnings / equity ratio is too low. | 1.FRATIOS.14 |

| Test description | Formula |
|---|---|
| Z1 Score indicates extreme danger of bankrupcy. | F("1.FRATIOS.21",0) <0.15 |
| Z1(X1) Score indicates liquidity's TOO low! | F("1.FRATIOS.16",0) <-0.06 |
| Z1(X1) Score indicates liquidity's risky. | F("1.FRATIOS.16",0) >-0.06 AND F("1.FRATIOS.16",0) <0.414 |
| Z1(X2) Score indicates sustainable growth is bad. | F("1.FRATIOS.17",0) <-0.63 |
| Z1(X3) Score indicates profits (efficiency) are OK | F("1.FRATIOS.18",0) >0.154 |
| Z1(X3) Score indicates a spotty profit record. | F("1.FRATIOS.18",0) >-0.31 AND F("1.FRATIOS.16",0) <0.154 |
| Z1(X4) Score indicates the debt level is too high. | F("1.FRATIOS.19",0) <0.49 |
| Z1(X5) Score indicates a spotty sales record. | F("1.FRATIOS.19",0) >1.5 AND F("1.FRATIOS.16",0) <1.9 |
| The debt ratio is too low (lower than 0.25) | F("1.FRATIOS.02",0) <0.25 |
| The debt interest ratio may be too high. | F("1.FRATIOS.03",0) >6.0 |
| The currents ratio is too high (> 2.0). | F("1.FRATIOS.05",0) >2.0 |
| The acid test ratio is too low (<1.3). | F("1.FRATIOS.06",0) <1.3 |
| The net earnings / equity ratio is too low. | F("1.FRATIOS.14",0) <0.15 |

**FIG. 37**

Exhibit 2 Page 234

**U.S. Patent**        Jul. 16, 1996        **Sheet 21 of 43**        **5,537,590**

| Test identifier | Test description | Related data group |
|---|---|---|
| ASSET- | Assets have gone down two consecutive periods | ASSETS |
| LIABI- | Liabilities  have gone up two consecutive periods | LIABIL |
| EQUIT- | Equity  has gone down two consecutive periods | EQUITY |
| FRATI- | Efficiency ratios  have gone down two consecutive | FRATIO |

| Test description | Test formula |
|---|---|
| Assets have gone down two consecutive periods | G(0)+ '<' +G(-1)+ '.AND.' +G(-1)+ '<' +G(-2) |
| Liabilities  have gone up two consecutive periods | G(0)+ '>' +G(-1)+ '.AND.' +G(-1)+ '>' +G(-2) |
| Equity  has gone down two consecutive periods | G(0)+ '<' +G(-1)+ '.AND.' +G(-1)+ '<' +G(-2) |
| Efficiency ratios  have gone down two consecutive | G(0)+ '<' +G(-1)+ '.AND.' +G(-1)+ '<' +G(-2) |

**FIG. 38**

Exhibit 2
Page 235

**File**
- Application
- Open Database
- Import
- Export

- Print standard report
- Create custom report
- Print custom Report

- Foxpro environment
- Exit

**Edit**
- Browse records
- Modify records
- Add records

- Browse Erased records
- Pack database

**Diagnostics**
- Summary browse view
- Frequency browse view
- Diagnostics browse view
- Data Browse view

- Add/modify Line test
- Add/modify Group test
- Copy test

- Run tests

**Maintenance**
- Generate indexes

- Backup databases
- Restore databases

- Release Fifth year

**FIG. 39**

Exhibit 2
Page 236

```
┌─────────────────────────────────────────────────────────┐
│ DATA                                                      │
│   °   data DBF file (tabla.dbf)                           │
│   °   group descriptions DBF file (grupos.dbf)            │
│   °   group elements DBF file (detalle.dbf)               │
└─────────────────────────────────────────────────────────┘
│
┌─────────────────────────────────────────────────────────┐
│ TESTS                                                     │
│   °   tests DBF file (prueba.dbf)                         │
│   °   classes1 DBF file (clase1.dbf)                      │
│   °   classes2 DBF file (clase2.dbf)                      │
│   °   classes3 DBF file (clase3.dbf)                      │
│   °   summary test DBF file (presumen.dbf)                │
│   °   summary elements DBF file (dresumen.dbf)            │
└─────────────────────────────────────────────────────────┘
│
┌─────────────────────────────────────────────────────────┐
│ DIAGNOSTICS                                               │
│   °   diagnostics DBF file (result.dbf)                   │
│   °   summary diagnostics DBF file (prresult.dbf)         │
│   °   summary diagnostics elements DBF file (drresult.dbf)│
└─────────────────────────────────────────────────────────┘
```

**FIG. 40**

```
┌──────────────────────────────────────────────┐
│ FILE: TABLA.DBF                                │
│ Name            Type, Width, Dec               │
│ LINEA           Character, 12          49      │
│ NOMBRE          Character, 30          50      │
│ P1              Numeric, 14, 3         51      │
│ P2              Numeric, 14, 3         51      │
│ P3              Numeric, 14, 3         51      │
│                  ...                           │
│ P58             Numeric, 14, 3         51      │
│ P59             Numeric, 14, 3         51      │
│ P60             Numeric, 14, 3         51      │
│ VALOR           Numeric, 14, 3         68      │
│ FORMAT          Character, 12          69      │
│ FACTOR          Character, 12          70      │
│ TYFACE          Character, 12          71      │
└──────────────────────────────────────────────┘
```

**FIG. 41**

**Exhibit 2**
**Page** 237

Case 8:03-cv-00242-DOC-AN   Document 1   Filed 03/07/03   Page 238 of 268   Page ID #:1925

U.S. Patent          Jul. 16, 1996        Sheet 24 of 43            5,537,590

```
Linea          |Nombre                        |P1        |P2        |P3
1.BALANCE.00|BALANCE SHEET ($)                    0.000      0.000
1.BALANCE.01|ASSETS ($)                           0.000      0.000
1.BALANCE.02|Current Assets ($)                1039.560   1113.920
1.BALANCE.03|Long-Term Investments ($)           50.000     50.000
1.BALANCE.04|Property, Plant&Equip.(Net $       574.600    562.700
1.BALANCE.05|Other Assets ($)                    35.000     35.000
1.BALANCE.06|TOTAL ASSETS ($)                  1699.160   1761.620
1.BALANCE.07|LIABILITIES ($)                      0.000      0.000
1.BALANCE.08|Current Liabilities ($)            102.350     96.820
1.BALANCE.09|Long-Term Liabilities ($)          153.030    128.760
1.BALANCE.10|TOTAL LIABILITIES ($)              255.380    225.580
1.BALANCE.11|EQUITY ($)                           0.000      0.000
1.BALANCE.12|Capital Stock ($)                  500.000    500.000
1.BALANCE.13|Capital Reserves ($)                66.350     70.960
1.BALANCE.14|Retained Earnings ($)              877.430    965.080
1.BALANCE.15|TOTAL EQUITY ($)                  1443.780   1536.040
1.BALANCE.16|TOTAL LIABILITIES & EQUITY.($     1699.160   1761.620
1.FRATIOS.00|FINANCIAL RATIOS (%)                 0.000      0.000
1.FRATIOS.02|Debt Ratio                           0.200      0.100
1.FRATIOS.10|Inventory Turnover                  12.880     12.530
```

**FIG. 42**

```
P60         |Valor    |Format    |Factor   |Tyface
    0.000      0.000                1
    0.000      0.000  -             1
 5966.370      0.000  T,###,###.##  1
   50.000      0.000  #,###,###.##  1
  -68.000      0.000  #,###,###.##  1
   35.000      0.000  #,###,###.##  1
 5983.370      0.000  #,###,###.##  1
    0.000      0.000                1
17792.310      0.000  T,###,###.##  1
-3923.290      0.000  #,###,###.##  1
13869.020      0.000  #,###,###.##  1
    0.000      0.000                1
  500.000      0.000  T,###,###.##  1
  355.830      0.000  #,###,###.##  1
-8741.490      0.000  #,###,###.##  1
-7885.660      0.000  #,###,###.##  1
 5983.360      0.000  #,###,###.##  1
    0.000      0.000                1
    2.300      0.000  T###.###.#.%  100
   26.970      0.000  ,###,###.###  1
```

**FIG. 43**

```
FILE: RESULT.DBF
Name          Type, width, Dec
LINEA         Character, 12      49
NPER          Numeric, 2, 0      52
PRUEBA        Character, 6       53
CLASE1        Character, 6       61
CLASE2        Character, 6       61
CLASE3        Character, 6       61
```

**FIG. 44**

Exhibit 2
Page 238

```
Linea         |Nper|Prueba|Clase1|Clase2|Clase3|
--------------+----+------+------+------+------+
1.FRATIOS.11  |  5 |ARECDN|ALARM1|FRED  |CALL  |
1.BALANCE.08  |  5 |DEBT~ |ALARM2|FRED  |BANKS |
1.BALANCE.09  |  5 |DEBT~ |ALARM2|FRED  |BANKS |
1.BALANCE.10  |  5 |DEBT~ |ALARM2|FRED  |BANKS |
1.FRATIOS.02  |  5 |DEBT~ |ALARM2|FRED  |BANKS |
1.FRATIOS.14  |  5 |EAR3UP|GOOD1 |PETER |CALL  |
1.FRATIOS.10  |  5 |INVEDN|ALARM1|ROBERT|CALL  |
1.BALANCE.04  |  5 |ASSET-|ALARM1|PETER |CALL  |
1.FRATIOS.10  |  5 |FRATI-|ALARM1|PETER |CALL  |
1.BALANCE.08  |  5 |LIABI-|ALARM1|FRED  |CALL  |
1.FRATIOS.11  |  6 |ARECUP|GOOD1 |FRED  |CALL  |
1.BALANCE.08  |  6 |DEBT~ |ALARM2|FRED  |BANKS |
1.BALANCE.09  |  6 |DEBT~ |ALARM2|FRED  |BANKS |
1.BALANCE.10  |  6 |DEBT~ |ALARM2|FRED  |BANKS |
```

**FIG. 45**

```
FILE: PRUEBA.DBF
Name          Type, Width, Dec
CODIGO        Character, 6      54
NOMBRE        Character, 50     55
LINEA         Character, 12     49
GRUPO         Character, 6      58
CONDEXPR      Character, 254    57
CONDNOTE      Character, 200    56
CLASE1        Character, 6      61
CLASE2        Character, 6      61
CLASE3        Character, 6      61
```

**FIG. 46**

```
Codigo|Nombre
------+------------------------------------------
DEBT~ |The debt ratio is too low (lower than 0.25)
DEBT+ |The debt ratio is adequate (between 0.25 and 0.40)
DEBT- |The debt ratio is too high (higher than 0.40)
DEBT~ |The debt ratio is too low (lower than 0.25)
DEBT+ |The debt ratio is adequate (between 0.25 and 0.40)
DEBT- |The debt ratio is too high (higher than 0.40)
DEBT~ |The debt ratio is too low (lower than 0.25)
DEBT+ |The debt ratio is adequate (between 0.25 and 0.40)
DEBT- |The debt ratio is too high (higher than 0.40)
DEBT~ |The debt ratio is too low (lower than 0.25)
DEBT+ |The debt ratio is adequate (between 0.25 and 0.40)
DEBT- |The debt ratio is too high (higher than 0.40)
INVEUP|Inventory efficiency (i.e. turnover) is going up.
INVEDN|Inventory efficiency (i.e. turnover) is going down
```

**FIG. 47**

Exhibit 2
Page 2-39

```
Codigo|Nombre                                                |Linea       |Grupo
------+------------------------------------------------------+------------+------
DEBT~ |The debt ratio is too low,lower than 0.25             |1.FRATIOS.02|
DEBT+ |The debt ratio is adequate,btween 0.25 and .40        |1.FRATIOS.02|
DEBT- |The debt ratio is too high,higher than 0.40           |1.FRATIOS.02|
DEBT~ |The debt ratio is too low, lower than 0.25            |1.BALANCE.08|
DEBT+ |The debt ratio is adequate,btween 0.25 and .40        |1.BALANCE.08|
DEBT- |The debt ratio is too high,higher than 0.40           |1.BALANCE.08|
DEBT~ |The debt ratio is too low,lower than 0.25             |1.BALANCE.09|
DEBT+ |The debt ratio is adequate,btween 0.25 and .40        |1.BALANCE.09|
DEBT- |The debt ratio is too high, higher than 0.40          |1.BALANCE.09|
DEBT~ |The debt ratio is too low, lower than 0.25            |1.BALANCE.10|
DEBT+ |The debt ratio is adequate,btween 0.25 and .40        |1.BALANCE.10|
DEBT- |The debt ratio is too high, higher than 0.40          |1.BALANCE.10|
INVEUP|Inventory efficiency(i.e.turnover) is going up         |1.FRATIOS.10|
INVEDN|Inventory efficiency(i.e.turnover)is going dwn         |1.FRATIOS.10|
ARECUP|Accounts receivables turnover is going up.            |1.FRATIOS.11|
ARECDN|Accounts receivables turnover is going down.          |1.FRATIOS.11|
EAR1UP|The net earnings / sales ratio is going up.           |1.FRATIOS.12|
EAR1DN|The net earnings / sales ratio is going down.         |1.FRATIOS.12|
EAR3UP|The net earnings / equity ratio is going up.          |1.FRATIOS.14|
EAR3DN|The net earnings / equity ratio is going down.        |1.FRATIOS.14|
```

**FIG. 48**

```
Codigo    DEBT~
Nombre    The debt ratio is too low, lower than 0.25
Linea     1.FRATIOS.02
Grupo
Condexpr  F("1.FRATIOS.02",0) <0.25
Condnote  RDEB+-    The debt ratio is too low (lower than 0.25).You may
Clase1    ALARM2
Clase2    FRED
Clase3    BANKS
-----------------------------------------------------------------------
Codigo    DEBT+
Nombre    The debt ratio is adequate (between 0.25 and 0.40)
Linea     1.FRATIOS.02
Grupo
Condexpr  F("1.FRATIOS.02",0) >0.25 AND F("1.FRATIOS.02",0) <0.40
Condnote  RDEB+    The debt ratio is adequate (between 0.25 and 0.40).
Clase1    GOOD1
Clase2    ERNIE
Clase3    BANKS
-----------------------------------------------------------------------
Codigo    DEBT-
Nombre    The debt ratio is too high (higher than 0.40)
```

**FIG. 49**

```
FILE: GRUPOS.DBF
Name          Type, Width, Dec
CODIGO        Character, 6      59
NOMBRE        Character, 35     60
```

**FIG. 50**

Exhibit 2
Page 240

```
Codigo│Nombre                                              │
──────┼───────────────────────────────────────────────────┼──
ASSETS│Assets (current, long term, total)                 │
LIABIL│Liabilities (current, long term, to│
EQUITY│Equity (assets, earnings)                          │
FRATIO│Efficiency ratios (turnover, earnin│
```

**FIG. 51**

| *FILE: DETALLE.DBF* | | |
|---|---|---|
| *Name* | *Type, Width, Dec* | |
| GRUPO | Character, 6 | 58 |
| LINEA | Character,12 | 49 |

**FIG. 52**

```
Grupo │Linea
──────┼─────────────────+──
ASSETS│1.BALANCE.02│
ASSETS│1.BALANCE.03│
ASSETS│1.BALANCE.04│
ASSETS│1.BALANCE.05│
ASSETS│1.BALANCE.06│
LIABIL│1.BALANCE.08│
LIABIL│1.BALANCE.09│
LIABIL│1.BALANCE.10│
EQUITY│1.BALANCE.12│
EQUITY│1.BALANCE.13│
EQUITY│1.BALANCE.14│
EQUITY│1.BALANCE.15│
FRATIO│1.FRATIOS.10│
FRATIO│1.FRATIOS.11│
```

**FIG. 53**

| *FILE: CLASE1.DBF* | | |
|---|---|---|
| *Name* | *Type, Width, Dec* | |
| CLASE1 | Character, 6 | 61 |
| NOMBRE1 | Character, 35 | 62 |

**FIG. 54**

Exhibit 2
Page 241

```
Clase1 Nombre1
------------------------------------------
EXCEL2 Opportunity - High priority
URGNT2 Menace - High priority
EXCEL1 Strength - High priority
URGNT1 Weakness - High priority
GOOD2  Opportunity - Low priority
ALARM2 Menace - Low priority
GOOD1  Strength - Low priority
ALARM1 Weakness - Low priority
```

**FIG. 55**

| FILE: PRESUMEN.DBF | | |
|---|---|---|
| Name | Type, Width, Dec | |
| ANALISIS | Character, 6 | 63 |
| NOMBRE | Character, 50 | 64 |
| CONDNOTE | Character, 200 | 65 |
| PMIN | Numeric, 2, 0 | 66 |

**FIG. 56**

```
BROWSE VIEW.  FILE: PRESUMEN.

  Analisis Nombre
------------------------------------------
  GOOD    Upturn:  sales, income, profits, inventory
  DANGER  Downturn:  sales, income, profits, inventory
```

**FIG. 57**

```
  Analisis GOOD

  Nombre   Upturn:  sales, income, profits, inventory
  Condnote GOOD-Upturn:  There has been a consistent,
  Pmin       3
------------------------------------------
  Analisis DANGER
  Nombre   Downturn:sales, income, profits, inventory
  Condnote DANGER-ownturn:  There has been a consist
  Pmin       3
------------------------------------------
```

**FIG. 58**

| FILE: DRESUMEN.DBF | | |
|---|---|---|
| Name | Type, Width, Dec | |
| ANALISIS | Character, 6 | 63 |
| PRUEBA | Character, 6 | 53 |

**FIG. 59**

Exhibit 2
Page 242

```
 Analisis|Prueba|
---------+------+---
 GOOD    |DEBT+ |
 GOOD    |INVEUP|
 GOOD    |ARECUP|
 GOOD    |EAR1UP|
 GOOD    |EAR3UP|
 DANGER  |DEBT- |
 DANGER  |INVEDN|
 DANGER  |ARECDN|
 DANGER  |EAR1UP|
 DANGER  |EAR3DN|
```

**FIG. 60**

| FILE: PRRESULT.DBF | | |
|---|---|---|
| Name | Type, Width, Dec | |
| ANALISIS | Character, 6 | 63 |
| NPER | Numeric, 2, 0 | 52 |

**FIG. 61**

```
 Analisis|Nper|
---------+----+--
 DANGER  |   7|
 GOOD    |   8|
 GOOD    |   9|
```

**FIG. 62**

| FILE: DRRESULT.DBF | | |
|---|---|---|
| Name | Type, Width, Dec | |
| ANALISIS | Character, 6 | 63 |
| NPER | Numeric, 2, 0 | 52 |
| PRUEBA | Character, 6 | 53 |
| LINEA | Character, 12 | 49 |
| POSITIVA | Character, 1 | 67 |

**FIG. 63**

Exhibit 2
Page 243

| Analisis | Nper | Prueba | Linea | Positiva |
|----------|------|--------|-------|----------|
| DANGER   | 7    | ARECDN |       | P        |
| DANGER   | 7    | DEBT-  |       |          |
| DANGER   | 7    | EAR1UP |       |          |
| DANGER   | 7    | EAR3DN |       | P        |
| DANGER   | 7    | INVEDN |       | P        |
| GOOD     | 8    | ARECUP |       | P        |
| GOOD     | 8    | DEBT+  |       |          |
| GOOD     | 8    | EAR1UP |       |          |
| GOOD     | 8    | EAR3UP |       | P        |
| GOOD     | 8    | INVEUP |       | P        |
| GOOD     | 9    | ARECUP |       | P        |
| GOOD     | 9    | DEBT+  |       |          |
| GOOD     | 9    | EAR1UP |       | P        |
| GOOD     | 9    | EAR3UP |       | P        |

**FIG. 64**

| FILE: IBASES.DBF | |
|------------------|------------------|
| *Name* | *Type, Width, Dec* |
| NOMBRE | Character, 8 |
| BYTES | Numeric, 4, 0 |
| RECORDS | Numeric, 5, 0 |
| MENSAJE | Character, 50 |
| CARACTER | Character, 1 |

**FIG. 65**

| Nombre | Bytes | Records | Mensaje |
|--------|-------|---------|---------|
| TABLA    | | | Back-up de  Tabla de Datos ....... |
| RESULT   | | | Back-up de  Resultados Obtenidos . |
| PRUEBA   | | | Back-up de  Pruebas o Fórmulas ... |
| GRUPOS   | | | Back-up de  Grupos de Datos....... |
| DETALLE  | | | Back-up de  Detalle de los Grupos |
| CLASE1   | | | Back-up de  Clasificación Clase 1 |
| CLASE2   | | | Back-up de  Clasificación Clase 2 |
| CLASE3   | | | Back-up de  Clasificación Clase 3 |
| PRESUMEN | | | Back-up de  Pruebas Resumen ...... |
| DRESUMEN | | | Back-up de  Pruebas Resumen Detall |
| PRRESULT | | | Back-up de  Resultados Resumen ... |
| DRRESULT | | | Back-up de  Resultados Resumen Det |

**FIG. 66**

Exhibit 2
Page 244



| Build data database from all firm's databases |
| Define indexes |
| Define groups |
| Define tests and formulas |
| Apply formulas |
| Query the application |

FIG. 67



| Select the desired application |
| Observe selected tables (optional) |
| Browse the summary diagnostics |
| Browse the diagnostic frequencies |
| Browse the individual diagnostics |
| Browse the data and diagnostics |
| Select another application (optional) |

FIG. 68



| Select the desired application |
| Create first line tests |
| Run tests |

FIG. 69

Exhibit 2
Page 245

U.S. Patent          Jul. 16, 1996          Sheet 32 of 43          5,537,590



| Steps shown in figure 69 |
| ↓ |
| Select the groups file |
| ↓ |
| Enter groups codes and descriptions |
| ↓ |
| Select groups detail file |
| ↓ |
| Define groups elements |
| ↓ |
| Create group tests |

**FIG. 70**



| Steps shown in figure 69 |
| ↓ |
| Steps shown in figure 70 (optional) |
| ↓ |
| Select the triggers file |
| ↓ |
| Define triggers information |
| ↓ |
| Define other triggers (optional) |
| ↓ |
| Select the tests file |
| ↓ |
| Enter triggers identifiers for each test |

**FIG. 71**

Exhibit 2
Page 246



Steps shown in figure 69
Steps shown in figure 70 (optional)
Steps shown in figure 71 (optional)
Select summary tests definition file
Define summary tests information
Select summary test elements file
Define summary tests elements

FIG. 72

Summary diagnostics DBF file (select 11: prresult.dbf)
47
Summary diagnostics elements DBF file (select 12:
48
Tests DBF file (select 3: prueba.dbf)
39
Classes1 DBF file (select 6: clase1.dbf)
42
Classes2 DBF file (select 7: clase2.dbf)
43
Classes3 DBF file (select 8: clase3.dbf)
44
Summary test DBF file (select 9: presumen.dbf)
45
Group elements DBF file (select 5: detalle.dbf)
41
Data DBF file (select 1: tabla.dbf)
37
Diagnostics DBF file (select 2: result.dbf)
38
Tests DBF file (select 3: prueba.dbf)
39
Classes1 DBF file (select 6: clase1.dbf)
42
Classes2 DBF file (select 7: clase2.dbf)
43
Classes3 DBF file (select 8: clase3.dbf)
44
Group descriptions DBF file (select 4: grupos.dbf)
40
Summary detail DBF file (select 10: dresumen.dbf)
46

FIG. 73



FIG. 74

FIG. 75

Exhibit 2
Page 248

**U.S. Patent**     **Jul. 16, 1996**     **Sheet 35 of 43**     **5,537,590**



```
+-------------------------------------------------------+
|   window TABLA    title: DATA TABLE                   |
| ----------------------------------------------------- | --74
| Browse data from file: tabla.dbf                      |
|-------------------------------------------------------|
| window RESULT1  title: DIAGNOSTICS | Text from file PRUEBA.DBF
|                  CURSOR ACTIVE HERE| syncronized to active cursor --76
| Browse data from file: result.dbf | in window RESULT1
|                                     indexed by fields:
|                    ^                 prueba.codigo=result.prueba
|                    A75              |
+-------------------------------------------------------+
```

**FIG. 76**



```
+-------------------------------------------------------+
|   window TABLA    title: DATA TABLE                   |
| ----------------------------------------------------- | --77
| Browse data from file: tabla.dbf                      |
|-------------------------------------------------------|
| window RESULT1  title: DIAGNOSTICS | Text from file PRUEBA.DBF
|                 CURSOR ACTIVE HERE | syncronized to active cursor --79
| Browse data from file: result.dbf | in window RESULT1
|                                     indexed by fields:
|                    ^                 prueba.codigo=result.prueba
|                    A78              |
+-------------------------------------------------------+
```

**FIG. 77**

```
+-------------------------------------------------------+
|   window TABLA    title: DIAGNOSTICS                  |
| ----------------------------------------------------- |
|                              CURSOR ACTIVE HERE       | --80
| Browse data from files: result.dbf and prueba.dbf     |
|-------------------------------------------------------|
|   window RESULT    title: DATA TABLE                  |
| ----------------------------------------------------- | --81
| One-line browse data from file: tabla.dbf             |
+-------------------------------------------------------+
```

**FIG. 78**

```
+-------------------------------------------------------+
|   window TABLA    title: DIAGNOSTICS                  |
| ----------------------------------------------------- | --82
| Browse data from files: result.dbf and prueba.dbf     |
|-------------------------------------------------------|
|   window RESULT    title: DATA TABLE                  |
| ----------------------------------------------------- |
|                              CURSOR ACTIVE HERE       | --83
| Browse data from files: tabla.dbf                     |
+-------------------------------------------------------+
```

**FIG. 79**

**Exhibit 2**
**Page 249**

```
┌─────────────────────────────────────────────────────────┐
│  ┌─────────────────────────────────────────────────┐     │
│  │        window TABLA    title: FREQUENCIES        │     │
│  │  - - - - - - - - - - - - - - - - - - - - - - - - │     │
│  │                       CURSOR ACTIVE HERE         │──84 │
│  │  Browse data from files: temp.dbf                │     │
│  │                                                   │     │
│  │  ┌─────────────────────────────────────────────┐ │     │
│  │  │        window RESULT    title: DIAGNOSTICS  │ │     │
│  │  │  - - - - - - - - - - - - - - - - - - - - - -│ │──85 │
│  │  │  Browse data from files: temp1.dbf          │ │     │
│  │  └─────────────────────────────────────────────┘ │     │
│  └─────────────────────────────────────────────────┘     │
└─────────────────────────────────────────────────────────┘
```

**FIG. 80**

```
┌─────────────────────────────────────────────────────────────┐
│  ┌─────────────────────────────────────────────────┐         │
│  │        window TABLA    title: FREQUENCIES        │         │
│  │  - - - - - - - - - - - - - - - - - - - - - - - - │────86   │
│  │  Browse data from files: temp.dbf                │         │
│  └─────────────────────────────────────────────────┘         │
│  ┌──────────────────────────────────┐  Text from file PRUEBA.DBF │
│  │ window RESULT1 title: DIAGNOSTICS │  syncronized to active cursor ──88
│  │ - - - - - - - - - - - - - - - - -│  in window RESULT1     │
│  │          CURSOR ACTIVE HERE      │  indexed by fields:    │
│  │ Browse data from files: temp1.dbf│  prueba.codigo=temp1.prueba │
│  └──────────────────────────────────┘                        │
│              ▲                                                │
│              A87                                              │
└──────────────────────────────────────────────────────────────┘
```

**FIG. 81**

```
┌─────────────────────────────────────────────────────────┐
│  ┌─────────────────────────────────────────────────┐     │
│  │        window TABLA    title: SUMMARIES          │     │
│  │  - - - - - - - - - - - - - - - - - - - - - - - - │     │
│  │                       CURSOR ACTIVE HERE         │──89 │
│  │  Browse data from files: prresult.dbf and presumen.dbf  │
│  │                                                   │     │
│  │       Middle text from file PRESUMEN.DBF          │     │
│  │  syncronized to active cursor in window TABLA     │──91 │
│  │  indexed by fields: prresult.analisis=presumen.analisis │
│  │  ┌─────────────────────────────────────────────┐ │     │
│  │  │        window RESULT    title: DIAGNOSTICS  │ │     │
│  │  │  - - - - - - - - - - - - - - - - - - - - - -│ │──90 │
│  │  │  Browse data from files: drresult.dbf       │ │     │
│  │  └─────────────────────────────────────────────┘ │     │
│  └─────────────────────────────────────────────────┘     │
└─────────────────────────────────────────────────────────┘
```

**FIG. 82**

Exhibit 2
Page 250

U.S. Patent          Jul. 16, 1996          Sheet 37 of 43          5,537,590



```
┌──────────────────────────────────────────────────────────────┐
│ ┌────────────────────────────────────────────────────────┐    │
│ │        window TABLA     title: SUMMARIES               │    │
│ ├────────────────────────────────────────────────────────┤    │
│ │ Browse data from files: prresult.dbf and presumen.dbf  │──── 92
│ ├────────────────────────────────────────────────────────┤    │
│ │     Middle text from file PRUEBA.DBF                    │    │
│ │     syncronized to active cursor in window RESULT       │──── 94
│ │     indexed by fields: prueba.codigo=result.prueba      │    │
│ ├────────────────────────────────────────────────────────┤    │
│ │        window RESULT     title: DIAGNOSTICS            │    │
│ ├────────────────────────────────────────────────────────┤    │
│ │ Browse data from files: drresult.dbf    CURSOR ACTIVE HERE │──── 93
│ └────────────────────────────────────────────────────────┘    │
└──────────────────────────────────────────────────────────────┘
```

**FIG. 83**

```
┌──────────────────────────────────────────┐
│   95 — Define file relations             │
│              ↓                            │
│   96 — Apply line formulas               │
│              ↓                            │
│   97 — Apply group formulas              │
│              ↓                            │
│   98 — Apply summary formulas            │
└──────────────────────────────────────────┘
```

**FIG. 84**

```
┌──────────────────────────────────────────────────────┐
│   99 — define and initialize variables               │
│              ↓                                        │
│  100 — activate files                                 │
│              ↓                                        │
│  101 — define windows in screen                       │
│              ↓                                        │
│  102 — filters selection                              │
│              ↓                                        │
│  103 — show first coordinated browses view            │
│              ↓                                        │
│  104 — show second coordinated browses view           │
│              ↓                                        │
│  105 — show third coordinated browses view            │
└──────────────────────────────────────────────────────┘
```

**FIG. 85**

Exhibit 2
Page 257

106 — define and initialize variables
↓
107 — activate files
↓
108 — define windows in screen
↓
109 — filters selection
↓
110 — show first coordinated browses view
↓
111 — show second coordinated browses view

**FIG. 86**

112 — define and initialize variables
↓
113 — activate files
↓
114 — define windows in screen
↓
115 — filters selection
↓
116 — show first coordinated browses view
↓
117 — show second coordinated browses view

**FIG. 87**

Exhibit 2
Page 252



118 — define and initialize variables
↓
119 — activate files
↓
120 — define windows in screen
↓
121 — filters selection
↓
122 — show first coordinated browses view
↓
123 — show second coordinated browses view

**FIG. 88**

**Exhibit 2**
**Page 253**

**U.S. Patent**          Jul. 16, 1996          Sheet 40 of 43          **5,537,590**

---

**Menu administration**
- Creates and activates main menus (*vcambio.prg*)
- Calls main menu routines (*vmenu.prg*)
- Calls diagnostics menu routines (*vacti.prg*)

---

**Applications**
- Change application path default (*vdrive.prg*)
- Checks structure for each file (*vverif.prg*)

---

**Add/modify tests**
- Add/modify line tests (*vcond.prg*)
- Add/modify group tests (*vcondg.prg*)
- Duplicate a line test (*vdup.prg*)

---

**Apply tests**
- Apply line tests (*vapl.prg*)
- Apply group tests (*vaplg.prg*)
- Apply summary tests (*vaplr.prg*)

---

**Diagnostics coordinated browses**
- Data browse view (*vman.prg*)
- Diagnostics browse view (*vmanr.prg*)
- Frequency browse view (*vresu.prg*)
- Summary browse view (*vsumm.prg*)

---

**Maintenance and other**
- File import from *ASCII* file (*vbases.prg*)
- Calls file print routines (*vlista.prg*)
- Moves data twelve periods back (*vaño.prg*)

**FIG. 89**

Exhibit 2
Page 254

**U.S. Patent**          Jul. 16, 1996          Sheet 41 of 43          **5,537,590**



FIG. 90

Exhibit 2
Page 255

**U.S. Patent**　　　　Jul. 16, 1996　　　　Sheet 42 of 43　　　　**5,537,590**



Display window 1 and window 2 in the computer screen
↓
Display one or more items of data from quantitative database in window 1
↓
Display at least one diagnostic record from the diagnostics database in window 2
↓
Display a pointer in window 1
↓
Select an item of data displayed in window 1
↓
Retrieve from the diagnostic database the diagnostic records associated with the selected item of data selected in window 1.
↓
Display the selected diagnostic records in window 2

**FIG. 91**

Display window 1 and window 2 in the computer screen
↓
Display one or more items of data from quantitative database in window 1
↓
Display at least one diagnostic record from the diagnostics database in window 2
↓
Display a pointer in window 2
↓
Select a diagnostic record displayed in window 1
↓
Retrieve from the quantitative database the data records associated with the diagnostic record selected in window 1.
↓
Display the selected quantitative data records in window 1

**FIG. 92**

Exhibit 2
Page 256

```
+-----------------------------------------------+
| 1. Expert           |    2. Actions           |
|    window           |       window            |
+---------------------+-------------------------+
| 3. Diagnostics      |    4. Data              |
|    window           |       window            |
+---------------------+-------------------------+
|    Keywords window  |       Text window       |
+-----------------------------------------------+
[Filter][1][2][3][4][User1][User2][Tile2][Tile4]
[Zoom]
```

**FIG. 93**

Exhibit 2
Page 257

5,537,590

**1**

APPARATUS FOR APPLYING ANALYSIS
RULES TO DATA SETS IN A RELATIONAL
DATABASE TO GENERATE A DATABASE OF
DIAGNOSTIC RECORDS LINKED TO THE
DATA SETS

BACKGROUND OF THE INVENTION

The invention as a whole relates to the fields of decision-support software and expert systems.

More specifically, the invention relates to computer software integrating the functions of expert systems and database query systems for executive report analysis.

Current software implementations do not address directly the need for a system integrating (a) report analysis via the generation of diagnostics using an expert system, (b) storage of said diagnostics in a database related to the original information in the reports, and (c) a query system, empowering the user to search for any information in both reports and diagnostics in a coordinated manner.

Heretofore, no instruments have been involved in a similar idea as that dealt with in the invention. However, its individual elements respond to prior art in the following areas: (A) decision-support software and executive information systems, and (B) expert systems; expert system building tools and other artificial intelligence technologies such as neural networks. Other prior art of lesser relevance to this invention includes: (C) programming tools and languages, (D) relational database systems and (E) management information systems.

A. Referring to DECISION-SUPPORT SOFTWARE, existing tools do not address the specific functionality of this invention.

Decision-support software and executive information systems (EISs) have been primarily designed for business managers. These systems allow managers to see very simple summary reports from huge amounts of information stored in databases. Simplicity is foremost in these systems, since managers don't want to deal with menus, and even less with any programming. So, new concepts such as "downdrilling" are introduced. Typically, the first screen the manager will see is a very summarized report. This report could show a few numbers. The manager will want to know more about some number in the screen, so he simply points at that particular number and he will get a more detailed report associated to it. And in this detailed report, he can again do the same, and get another more detailed and specific report. This is called "downdrilling." EISs also provide a programming language and a set of tools for developing simple reports. In other words, EIS systems are for programmers to build simple reporting applications for managers. And then the managers run the EISs with the applications that have already been developed for them.

A few tools will be now discussed as good examples of the current state of prior art.

The DECISION PAD (V.2.0)™ decision-support tool, by Apian Software of Menlo Park, Calif., combines facts and opinions in spreadsheet-style matrix. Applications include purchasing, employee evaluations, hiring, vendor evaluations, investing, project prioritization, and sales. The product handles up to 250 Alternatives, 250 Criteria, and 60 Evaluators. Weights are by numbers in 1 or 2 levels or by words. Pre-formatted reports include worksheet, bar graphs, sensitivity analysis, scatter plots and logged what-if cases. The product imports and exports files.

**2**

The MAXCIM DECISION SUPPORT SYSTEMS II™ decision-support tool, by ASK Computer Systems, Inc. of Mountain View, Calif., provides budget upload function supporting file updates, multiple spreadsheet formats, multiple budgets, selective period updating, quarterly spreading and audit trail. The product includes financial report writer with column and row report definitions, user definable formats, financial management reporting and GL integration.

The DECISIONMAKER™ decision-support tool, by ASK Computer Systems, Inc. of Mountain View, Calif., gathers information and presents it on screen. The product provides exception reporting; summary information for manufacturing, marketing and financial areas of company; and supporting detail information for specific inquiries.

The EIS™ (Executive Information Services™) decision-support tool, by Boeing Computer Services of Seattle, Wash., solves business planning and control problems. Its features include consolidation, modeling, graphics, reports, statistics and financial functions, backward iteration and sensitivity analysis. It is capable of solving simultaneous equations, recording equations, forecasting, estimating, planning, budgeting and performance tracking. It belongs to the class of systems called 'authoring systems'.

The Business Insight™ decision-support tool, by Business Resource Software of Austin, Tex., is a powerful tool for business analysis, strategic planning, and forecasting. It is capable of providing expert help in the development of promotional strategies, sales methods and inventory management applications. It is related to financial planning systems, spreadsheets and expert systems.

The Decision Support System™ (DSS™) decision-support tool, by Definitive Software Inc. of Bloomington, Ind. is an end-user report writing tool. It provides access to computer files and writes reports using menus.

The EIS Tool Kit™ decision-support tool, by Executive Performance Systems of Glendale, Ariz., is a complete executive information system (EIS) which includes all programs and drivers necessary to construct complete and functional EIS applications. It enables user to select, input and output devices, arrange hierarchy of data to be displayed and customize display screens.

The EIS Toolkit™ decision-support tool, by Ferox Microsystems, Inc. of Alexandria, Va., allows the user to build a financial executive information system using his own account structure. This product provides EIS capabilities such as drill-down from summary detail, color exception reporting, trend analysis, graphics and textual annotation of numeric data.

The Executive Information System™ decision-support tool, by Global Software, Inc. of Raleigh, N.C., provides icon-based, graphical views of summarized information. It features host logon and delivery of data through scheduled, unattended batch jobs to individual stations. It generates reports through the use of a mouse or with touch screen drivers.

The Forest & Trees™ decision-support tool, by Channel Computing Inc. of Newmarket, N.H., is a data access software tool that monitors vital signs of small to large business. It works in the background alerting the user of any unusual data. It provides access and monitoring capabilities to databases and spreadsheets on individual PCs, networked PCs and minicomputers. It provides drill-down capabilities that allow users to access supporting data. It restructures data into visual set of business vital signs that summarize enterprise's status and health. It includes graphics capabilities.

Exhibit 2
Page 258

5,537,590

**3**

The LightShip™ decision-support tool, by Pilot Executive Software, of Boston, Mass., is another popular authoring system for the development of executive information systems.

Of all other executive information systems examined, none provides the specific functionality of this invention. Many of these EIS tools are simply multidimensional spreadsheets, interesting for managers because of the flexibility to recalculate and examine information in different manners and dimensions. A good example of these systems is the CA-COMPUTE™ multi-dimensional spreadsheet program, by Computer Associates Corporation of Islandia, N.Y.

B. Referring to EXPERT SYSTEMS and expert systems building tools, it is important to state that Expert systems, commonly known as knowledge systems, have been widely known for at least ten years. However, their technology is an important prior art reference to this invention, so it will be briefly described here.

Researchers define expert systems (also called knowledge systems) in the following way: Intelligent computer programs that use knowledge and inference procedures to solve problems that are hard enough as to require in their solution, significant expertise.

Expert systems typically consist of (a) an interpretive language where the user may write his or her program statements and the conditions associated with those statements, (b) an inference engine, which provides the mechanism through which the expert rules are interpreted and fired, and (c) an executive front-end or expert shell, that helps users write application programs using the language, and that helps them run the expert applications developed, and that also helps them develop and query reports or the generated diagnostics.

With expert systems, in contrast than with other types of programs, users tell the computer what to know, not what to do. To build a traditional program, any developer creates a set of instructions. To build an expert system, the developer creates knowledge. Traditional programs execute by following every step of the algorithms contained in the program. Expert systems execute in different ways.

If an algorithm has to execute step by step to find a solution, that algorithm is really a traditional program. If there isn't a step-by-step method available to solve a particular problem, then artificial intelligence techniques such as expert systems (knowledge systems) and neural networks must be used.

Expert (knowledge) systems contain two basic elements: inference engine and knowledge base. The knowledge base holds all information related to the tasks at hand: (a) the rules and (b) the data on which they will be applied. The inference engine is a mechanism that can operate the information contained in the knowledge base.

In a rule-based system, the knowledge base is divided into a set of rules and working memory (or database).

Just like an IF-THEN sentence, each rule has two parts: a premise and a conclusion. A rule is said to be fired when the inference engine finds the premise is stored as TRUE in working memory (the knowledge base) and it incorporates the conclusion of the rule to the working memory (knowledge base) too.

Working memory is the database contained in the knowledge base. This holds all facts that describe the current situation. Generally, the expert system will start with very few facts. These will expand as the system learns more about the situation at hand, and as far as some rules are executed.

**4**

The inference engine or rule interpreter has two tasks. First, it examines facts in working memory and rules in the rule base, and adds new facts to the database (memory) when possible. That is, it fires rules. Second, it determines in what order rules are scanned and fired.

The inference engine can determine the order in which rules should be fired by different methods such as forward chaining, backward chaining, breadth- or depth-wise scan techniques, etc. Applications that use forward chaining, such as process control are called data-driven. Applications that use backward chaining are called goal-driven. Forward chaining should be used for small sets of relevant facts, where many facts lead to few conclusions. A forward chaining system must have all its data at the start, rather than asking the user for information as it goes. Backward chaining should be used for applications having a large set of facts, where one fact can lead to many conclusions. A backward-chaining system will ask for more information if needed to establish a goal.

Some systems' inference engines are designed to ask the user for more information, and to inform the user about the conclusions that have been reached. After the inference engine shows a conclusion to the user, the user may ask "how" and the system will explain how that given value was found. After the inference engine asks a question to the user, the user may also ask "why" and the system will explain why the current question is being asked.

Development of serious expert system implementations is a non-trivial task, usually left to a programmer experienced in the art. Typically, expert system development kits provide a programming language for the development of specific expert applications. A separate element in expert system building tools, commonly known in the industry as an expert shell, also provides the programmer and the user with a front-end application designed to ease the design-program-run cycle in the development and use of an expert system application.

Many expert system building tools are available to the public, such as the VP-EXPERT™ expert shell by Paperback Software, the CLIPS™ expert system development tool and language by NASA, Nexpert Object™ expert system development tools by Neuron Data, and the KnowledgeMaker™ development system by Knowledge Garden. On their part, NEURAL NETWORKS attempt to mimic the human brain by "learning" different sets of stimulus patterns (such as medical symptoms) and their associated responses (diagnoses). Incomplete and/or overlapping sets of stimuli can be presented to the neural network, which can then return several responses matching those stimuli using probability weightings to produce an ordered list of responses.

Each neural network problem session contains a set of defined stimuli, a set of defined responses, and a set of relationships between specific groups of stimuli and the response that each group is to produce. The set of stimuli (responses) is represented by a group of stimulus (response) nodes at what is called the "input (output) layer". Then, there is usually one or more intermediate layers, containing nodes that are each linked to every input layer node and every output layer node in the network. The number of the middle layer nodes is usually equal to the average of the number of input and output nodes. Probability values (weights) are then associated with each of these connections and are constantly being updated as the network "learns" new information.

None of the expert systems, expert system building tools or neural network building tools in the prior art are capable of automatically creating an integral database of diagnostics

**Exhibit 2**

Page 259

5,537,590

**5**

that can be queried simultaneously and in a synchronized manner with the original data. A few existing systems would allow the replication of the operations of this invention using their general-purpose programming languages, but it would be very complicated to program to do the functions equivalent to the claimed invention. To do such a thing would require a fair degree of sophistication in the user, and to do what the claimed invention does is not at all suggested by any prior art expert system or expert system tool, since their teachings are very general in this respect. Only with the benefit of hindsight and a great deal of programming skill would one skilled in the art appreciate that what is done by the claimed invention could be done with the prior art tools and be able to do it. The claimed invention is not obvious from any prior art, because prior art products, tools and theories do not mention building a diagnostics data structure and linking of this structure with the original data along the lines of the claimed invention.

The same could be said of existing languages that are particularly oriented to the development of expert systems other artificial intelligence products and technologies, such as LISP, PROLOG and others.

C. Referring to PROGRAMMING TOOLS AND LANGUAGES, technology and prior art allow the user to easily integrate the operation of independent programs running concurrently, by defining how specific predetermined data should be shared. Good examples of this technology comprise the MICROSOFT WINDOWS™ graphical operating environment, by Microsoft Corporation, the NEWWAVE™ front-end tool, by Hewlett Packard corporation, the X-WINDOWS™ graphical operating environment and the X-MOTIF™ graphical operating environment. However, these tools only provide a very general framework where all the programming would still have to be done, if possible, to create a logic procedure equivalent to that of this invention. Furthermore, given the current state of technology and the prior art, it was considered much more practical and easier to develop the best-mode implementation of this invention using from a general-purpose programming language.

D. Referring to relational database systems, a wide number of these systems exist in the market today, but all of these should be interpreted as general-purpose programming languages for the operation of information stored in the relational database format. None of these systems can replicate the operation of this invention without a sizable programming investment.

E. Referring to management information systems (MIS), most current implementations of these systems do not incorporate decision-support tools, expert systems, or an integrated system of generating and querying reports and their associated diagnostics. When a MIS incorporates a decision-support tool, this tool should be interpreted as a separate instrument. MIS systems may integrate data from a whole distributed organization, but nothing has been suggested in the prior art about the generation of a diagnostics database linked to the original data.

As it has already been said, the prior art tools described in sections A to E would be very complicated to program to do a function equivalent to the claimed invention. To do such a thing would require a fair degree of sophistication in the user, and to do what the claimed invention does is not at all suggested by these tools in the prior art. The teachings of the prior art's instruments and programming tools are very general. Only with the benefit of hindsight and a great deal of programming skill would one skilled in the art appreciate that what is done by the claimed invention could be done with the existing programming tools.

**6**

The cited PRIOR-ART references are important because the invention provides the benefits of integrating their main characteristics. (A) Like decision—support software and executive information systems, the invention allows managers to see very simple summary reports from huge amounts of information stored in databases. Simplicity is foremost in the invention, as it has been proved in the preferred embodiment implementation. Typical EIS tools such as downdrilling are also used in the invention Typically, the first screen the manager will see is a very summarized report, then the user can get more and more detailed information on those choices he makes. The invention can alert the user of any unusual data. Only very few EIS systems can do this, and they do it only by coloring the data or sounding audible alarms in the computer while the invention builds a whole structured database of diagnostics. Like EIS systems, the invention is capable of restructuring data into visual set of business vital signs that summarize any enterprise's status and health, but the invention will also be able to do this structuring of the information, based on the associated diagnostics' structure. No other system can do this.

(B) Like expert system building tools, the invention allows the definition of expert rules and clauses, and data can be integrated and processed through an inference engine, presenting the final results of the process to the user. Like expert systems, neural networks and other artificial intelligence techniques, the invention is capable of finding solutions to expert analysis problems, summarizing a large body of information into a compact, structured knowledge database.

(C) Like programming tools and languages, the invention allows flexible development of applications in many fields of human knowledge. The expert system—inference engine module in the invention comprises, in fact, a full development programming language.

(D) Like relational database systems, the invention allows data structuring of its basic input information and diagnostic results: relational database indexing, filtering, and data query operations of all types. Full applications can be integrated with the invention through indexing operations between their key files.

(E) Finally, like management information systems, the invention can integrate information of all kinds in a unified environment. The invention is capable of operating this information and presenting appropriate results to managers.

The invention adds a scheme for the integration of data handling benefits and querying techniques from relational database systems, flexible development of applications from programming tools, integration of information from MIS tools, expert analysis from expert systems, and decision support and reporting capabilities from decision support tools. This form of integration that the claimed invention does is not at all suggested by these tools in the prior art.

OBJECTS AND ADVANTAGES OF THE INVENTION

Accordingly, the following paragraphs describe several OBJECTS AND ADVANTAGES of the invention.

The invention is useful for the analysis of reports and structured data in almost all types of information and applications. The invention can process and generate in just seconds large structured databases of diagnostics to be queried immediately. The analysis of these same reports using any prior art product or concept may require a valuable time investment of many hours on the part of the user.

Exhibit 2
Page 260

5,537,590

**7**

The invention lets managers concentrate in action and strategy, that is, in their final goals and results. The invention executes all repetitive report analysis, ratios and number comparisons, signals for dangers, menaces, strengths and opportunities. While all other products are only able of showing averages of all available information, the invention is capable of showing either database summaries or individual case analysis classified by degree of importance and relevance to the management process. And all these concepts can respond to state-of-the-art artificial intelligence, neural networks, and expert system analysis techniques.

Therefore, the invention represents important time and cost reductions to managers, administrators, technical people, manufacturing engineers, etc.

With state-of-the-art technologies, data integration has meant easy access to all data, and the production of summary reports representing the condition of the organization, firm or institution based on a set of averages. For end-users, all this translates to data accumulation and proliferation. This makes data handling ever more complicated as time goes on. On the other hand, the invention immediately shows priorities according to the managers' own needs, preferences and criteria. The invention could substitute current EIS and data analysis technologies, but it can better serve the needs of end-users by integrating this new technology to existing tools. Thus, the invention can help managers and end-users determine which information and which tool they should check and when they should do so.

As information grows, data classification schemes become more important. The invention allows data organization by function, action and end-user preferences, rather than by type of data.

Consulting expertise, managerial expertise and technical expertise in many fields is often lost as soon as the person responsible leaves the firm and the organization. This is, for example, a common problem in most consulting firms. These firms would like to be able to use a tool that will extend the results of that expertise with their clients. By leaving an embodiment of the invention with a client, programming with the consulting firm's expertise, the consulting firm will be able to extend their presence with the client. Also, the invention can be applied to strategic planning, organizational analysis, decision-analysis, manufacturing control, quality control, and many other fields.

Up to now, artificial intelligence and expert systems have been able to work on a case-by-case strategy. The typical expert system is given one simple problem and it suggest one practical solution to the problem. But these tools are more useful when dealing with vast amounts of data, chaining recommendations and their logical expert inferences in a structured database of diagnostics. The invention allows this.

The invention addresses all information analysis problems, receiving as input all relevant information from structured databases and reports. The invention replicates the typical manager's mechanical ratio analyses on the data, number comparisons and many other operations with the data. The invention may then apply If-then-else clauses, Expert system clauses and other artificial intelligence techniques to the data, such as neural network technologies. All results from these expert data analysis techniques is stored in a relational database, keeping two-directional pointers to and from the particular data the results have been obtained from. The invention finally presents a query system, allowing end users to structure, organize and classify all diagnostics and the original data queries according their own

**8**

interests, such as people responsible, urgency of relevant matters, actions that should be taken, etc.

Prior art tools such as the Forest & Trees™ decision-support tool, by Channel Computing Inc., are capable of differentiating relevant data by using different colors to those numbers that require the manager's attention. In order to do this, these programs allow the definition of If-then-else formulas that can be linked to individual data items in reports and databases. But prior art tools don't allow the creation, storage and coordinated query of a structured database of diagnostics.

The invention is the only tool that shows where is the problem, in a much more efficient and functional way than prior art tools: the invention can present sorted, filtered and structured lists of all diagnostics and their results, according to related actions, persons responsible, priorities, or any other criteria selected by the user.

The invention builds and keeps links between all diagnostics and the original data (reports, typical business databases, etc.). If the end-user queries the invention about a symptom, then the invention will show the related diagnostic or diagnostics, and then the invention can show the original data item or items those diagnostics come from.

The invention's structure and logic allow its integration to most existing applications. In one window, the user will still operate with his favorite application (such as an accounting application). While he moves the cursor over the data in that application, he will be able to see related diagnostics, generated by the invention. If the user switches control to the invention's window, then he will be able to generate, filter, sort and query lists of diagnostics resulting from the data in the linked application. By moving the cursor over each resulting diagnostic, the linked application's data related to the particular diagnostic will be shown in the application's window.

The invention can also be linked in the same way to other typical applications that process or contain data such as statistical analysis applications, spreadsheet or database applications, inventory analysis applications, accounting programs, financial or market analysis programs, etc.

Probably the most powerful feature of the invention is that users will be able to develop all kinds of practical and even self-modifiable strategic analysis applications. Recursive expert analysis techniques can work in the following way: (a) A first pass at the data, using If-then-else formulas will generate a large number of diagnostics. (b) These diagnostics will be stored in a diagnostics database. (c) Now the invention sees these resulting diagnostics as additional data. (d) A second set of formulas is run using these diagnostics as data. (e) More diagnostics are generated and stored in the diagnostics database. (f) Steps 'c', 'd' and 'e' are repeated over and over until no more diagnostics are generated.

Particular diagnostics generated by the invention can trigger specific actions. Several examples follow: phones calls can be made, machines can be turned on to run specific tasks, computer programs can be triggered and run.

In the same manner, particular diagnostics generated by the invention can trigger a routine in the invention, generating new tests for data analysis, modifying formulas or erasing previous tests in the invention. In this manner, the invention becomes a learning mechanism, under the teachings of artificial intelligence.

Therefore, the invention represents cost reductions in the development of many types of large and complicated data-analysis applications. The resulting applications are easily customizable by the user.

**Exhibit 2**
Page 261

5,537,590

**9**

Further objects and advantages of the invention will become apparent in the consideration of the drawings and ensuing description.

## SUMMARY OF THE INVENTION

Definition:

Expert systems are intelligent computer programs that use knowledge and inference procedures to solve problems that are hard enough as to require, in their solution, significant expertise.

Expert system building tools typically comprise (a) special data structures for the storage of knowledge, (b) a so-called inference engine for the logical operation of knowledge through the inference process, (c) interface mechanisms for the user to define goals and data, when required, (d) mechanisms for handling uncertainty and missing data and knowledge. All these mechanisms are designed in a form most efficient and appropriate to the operation of expert systems.

The invention combines expert system building tools with database management instruments (a) applying expert knowledge to any information contained in databases and reports, (b) linking the expert system results, hereby called diagnostics, with selected related data on the databases and reports, as defined by the user, and (c) presenting a query interface capable of structuring and showing the resulting diagnostics and the original linked data according to user preferences such as actions and priorities.

Structure:

The invention's components are, as shown in FIG. 2, and also in FIG. 1 and FIGS. 3 to 8: data database (5), tests database (9), test-processing engine (10), diagnostics database (7), querying engine (8) and inference engine (6).

The data database (5), as shown in FIG. 3, may contain one or more of the following: (A) data tables (13) and related index files (16) for identifying each individual data item (12), (B) group elements data tables (15) that state which data items correspond to each group, so as to perform a common test on all these data items, and (C) group descriptions data tables (14).

The tests database (9), as shown in FIG. 4, may contain one or more of the following: (A) tests descriptions (17) and associated formulas data tables (20), (B) data items identifiers (21) or group identifiers identifying the set of items to which the test will be applied (22), and (C) triggers data table (23), where each test is associated to a particular set of triggers, and one or more triggers may produce an action (24), where an action is any activity defined by the user.

The tests-processing engine (10), as shown in FIG. 5, is capable of interpreting each if-then-else test (18 and 20), group (22) and data item identifiers (21) and triggers (23), so as to produce the diagnostics (7) corresponding to the data database (5).

The diagnostics database (7), as shown in FIG. 6, may contain one or more diagnostics data tables (27). Each record in these data tables will contain two sets of fields. One set of fields contains identifiers (18) of those tests that produced the TRUE condition, and the other set of fields contains data item identifiers (21) for the particular data items where the tests produced the TRUE condition. Triggers (23) and their associated actions (24) may be reached immediately in the test database (9), through the associated index files (16).

The querying engine (8), as shown in FIG. 8, is capable of sorting (33), filtering (34), linking (35) and showing synchronized database browse views (36) of the previous

**10**

three databases, according to the user selections and preferences.

The expert system and its associated inference engine (6), as shown in FIG. 7, comprise a knowledge database (28), sets of rules (29), a rules processing language (30), inference logic procedures (31), and interface modules (32).

The invention may be implemented in different manners. In certain implementations, tests processing language would be the same. However, some practical implementations will keep these separate in order to present a simpler operating interface to the user. The description of the preferred embodiment will show these principles more clearly.

Operation:

In general, to operate, this invention proceeds through three logical stages: (1) It creates a relational database with information retrieved from different computer sources. (2) Through use of test processing procedures and, optionally, an expert system building tool, applications built with it emulate expert reasoning processes to associate data with concepts, and it calculates and evaluates indexes to generate diagnostics databases. (3) It permits users to query these diagnostics databases.

This invention can be used to develop a wide variety of applications in areas as diverse as financial analysis, organizational evaluation, and project control. As it has already been explained, the preferred embodiment of the invention will be mostly applied for the development of executive information systems. In the following paragraphs, we will primarily refer to the particular example where this invention embodies an executive information system (EIS).

At the first logical step outlined previously, in the case where this invention embodies an EIS, the relational database retrieves information from the firm's distributed information system, which could be a network of personal computers, workstations, mainframes and minicomputers. This invention, like other typical current database query systems, will be able to access information from a wide variety of computers and data formats, and thus it should be able to build the first relational database from a set of queries from all these sources. The nature of these queries shouldn't be a constraint to this invention, given that the originality of the invention lies in the novel and useful combination of the database, the expert system, the building of the diagnostics database and the coordinated query system thereof. However, in the best embodiment, the first database could be built in a manner similar to a database reporting system. That is, just as a typical reporting system generates a set of printed reports from the queries over the distributed database, this invention's queries generate a set of tables as files in the computer disk or memory. Remember that all reports are really printed tables, that is, tables that are later formatted and sent to a different device.

However, this first step may be implemented in an entirely different way. For example, a driver or set of drivers may allow the program the direct access of all distributed databases in the firm, as tables. In that case, the first step could almost be eliminated, since no new data files need be created: the data database (5) wouldn't be necessary, and the business database (1 to 4) would take its place. Such a scheme would be more efficient in terms of database storage space, but less efficient in terms of program complexity and speed of operation of the expert system—the next logical step—.

At the second logical step outlined previously, an expert system emulating human reasoning processes to associate data with concepts calculates and evaluates indexes to generate a diagnostics database. If, for example, the data-

**Exhibit 2**

**Page 262**

5,537,590

| 11 | 12 |

bases contain financial information and financial ratios, the expert system will generate the diagnostics associated to those financial ratios. If the company's debt ratio is too high, the expert system could generate a diagnostic database entry stating that "the company's debt is to large". This diagnostic statement could later be analyzed in subsequent passed of the rule system, together with all other diagnostic statements generated from the firm's financial statements, so as to suggest strategies and priorities for management.

This invention will also work if instead of the of an expert system, (a) a simpler language with a simpler set of if—Then logical condition statements and (b) an engine consisting of an appropriate set of test-processing procedures are provided. This particular case will be presented in the best embodiment implementation. Such a system could also be completely integrated with other expert systems and inference engines.

Every diagnostic generated by the expert system or the if—Then condition statements engine may be linked to the data it originated from. The links between particular data items in the database and the corresponding diagnostic items in the diagnostics database may be bi-directional or unidirectional, depending on the particular application and user preferences. In a bi-directional linking scheme, it's possible to go from every particular data item to the diagnostics that are linked to it, and it's also possible to go each diagnostic to the corresponding data item(s) this diagnostic has originated from.

These linkings may be defined by the user, or they may also be created automatically. If the links are created auto-matically, they simply connect every diagnostic with each one of all the data items needed to calculate the logical/mathematical test in the diagnostic. On the other hand, many times it's preferable to let the user define what data items to link each diagnostic to. For example, if the quantitative database contains numbers for sales, costs of sales and profits, and a particular diagnostic test checks if profits are going down, then quite probably the user would prefer to link this resulting diagnostic to the sales numbers, to the costs numbers and to the profits numbers, so that he'll be reminded that the profits are going down when looking at the sales or at the costs figures. Another example: if the quan-titative database contains numbers for total debt (liabilities), total assets and the debt ratio (which calculates as debt/assets), then if the debt ratio is too high (for example, higher than 0.50) a diagnostic should be issued indicating "careful: the debt is too high". Again, the user will probably want to link this diagnostic to the assets numbers, to the debt numbers and to the profit ratio numbers, so that he'll be reminded that debt is too high when looking at the assets or at the liabilities figures.

Finally, at the third logical step outlined previously, this invention lets users query, in a synchronized manner, the diagnostics database and the original data database.

The invention's design lets the user do this easily: the user only needs to point the cursor at any data item, and he'll simultaneously see the key diagnostics associated with it in a separate window in the screen.

For example, FIG. 9 shows a snapshot from a computer screen. The upper half shows a few concepts from a fictional Balance Sheet for ABC Inc. The lower half of the screen shows the diagnostics associated to the data item selected by the cursor. FIG. 20 shows a similar screen, as it has been developed in the best mode implementation.

The invention stores the diagnostics in a parallel database which allows the user to sort and organize all the diagnostics information in any way he likes.

For example, with a single keystroke, the user can call a "speed bar" with the names of the diagnostics as shown in FIG. 10. Notice that only the highlighted cells meet the diagnostic's criteria. The user may sort the information in any way that he may choose to, such as by department, by product or service, or by year. The user can scroll through the diagnostics, or through the application's original data. Whenever the user scrolls through the diagnostics, he will see, in a synchronized manner, the associated data from which these diagnostics originated, and vice versa.

The invention incorporates downdrilling techniques to, navigate through the data. While looking at any screen, the user only needs to point at the desired cell, press ENTER, and a more detailed report relating to the corresponding data will instantly appear on the monitor. The invention may use these downdrilling techniques on information based on the diagnostics, on the original data, or on actions (also defined by the user) that should ensue whenever a predefined test and its associated diagnostic are met.

FIGURES (brief description of drawings)

FIG. 1 represents a general but simplified view of the invention's components: the organization's—i.e., firm or institution—distributed computers and databases (1 to 4), the invention's data database (5), the expert system with its inference engine (6), the diagnostics database (7) and the querying engine (8). The invention proceeds through three logical stages: First, it creates a data database (5) with information retrieved from different computer sources (1 to 4). Second, through use of an expert system building tool (6), it generates a diagnostics database (7). Third, the querying engine (8) allows users to query these diagnostics databases.

FIG. 2 shows the general components in the best embodi-ment implementation: The invention's data database (5) which is built from the information on the organization's databases, the tests database (9), the test-processing engine (10), the expert system with its inference engine (6), the diagnostics database (7) and the querying engine (8). Notice the differences when compared with the structure in FIG. 1: The organization's databases (1 to 4) aren't shown, since these are non-essential to the invention's operation and the invention's data table contains all their information. Two components are added: the tests database (9) and the test-processing engine (10). Inference engines and expert sys-tems (6) typically contain a tests database and test-process-ing engine, but in the best-embodiment implementation, an additional set of these components is provided.

FIG. 3 shows the data database's (5) basic components: one or more database tables containing lines or records (11) containing individual data items (12) of the data to be analyzed (13), group descriptions data tables (14), group elements data tables (15) listing the individual data items (12), and/or lines or records (11) of the data that comprise each group, and related index files (15).

FIG. 4 shows the tests database's (9) components: the tests descriptions table (17) containing the test identifier (18), name and description for each test (19), the associated formula for each test (20), identifiers for individual data items in the data database (21) on which the tests will be applied; group identifiers (22) of the data items in the data database on which the tests will be applied; the triggers data table (23) and their associated actions database (24) and related index files (25).

FIG. 5 shows a simplified outline of the tests-processing engine's (10) operation: Each test's formula (20) is read

Exhibit 2

Page 263

5,537,590

13

from the test database (9). The test-processing procedures (26) apply this formula to the corresponding data database's (5) data items, according to the data database's data item identifiers (21) and the group identifiers (22) associated to each test. When the result of any of these test's formulas (20) is TRUE, some information associated to that particular test is written to the diagnostics database (7). The TRUE test's—i.e., the diagnostic's—information includes: the test identifier (18), the data item identifiers (21) associated to the particular formula turned TRUE, and the associated triggers (23) and actions (24).

FIG. 6 shows the diagnostics database's (7) contents: diagnostics data tables (27) containing, for each test that turned TRUE—i.e. for each diagnostic—, the test identifier (18), the data item identifiers (21), the associated triggers (23) and actions (24).

FIG. 7 shows the expert system and associated inference engine (6). This instrument contains a knowledge database (28), one or more sets of rules (29), a rules processing language (30), inference logic procedures (31) so as to develop a heuristic sequence of steps to achieve the stated goals, and several interface modules (32) for the user to input his data, new rules, or to respond to the expert system's questions. These elements don't need to be described more thoroughly here, since expert systems have been, for the past ten years, a widely known type of artificial intelligence application system in the computer science community.

FIG. 8 shows the querying engine (8), a set of procedures for sorting (33), filtering (34), linking index tables (35) associated to data database (5), the tests database (9), and the diagnostics database (7), and showing synchronized database browse views (36) of the data database (5), tests database (9), and diagnostics database (7).

FIG. 9 shows a typical query browse view of the data database (5) and the associated individual diagnostics from the diagnostics database (7). Before looking at this screen, the user executed the test-processing engine (10) to apply all tests in the tests database (9) to all data items in the data database (5). The screen's cursor is positioned on '545.1', a data database's data item (12) representing the current assets for February 1992. The lower part of the screen shows five diagnostics associated to that particular data item.

FIG. 10 shows the data database (5), one associated diagnostic from the diagnostics database (7) at the bottom of the screen, and a list of test identifiers (18) at the right edge of the screen. The user first selected '538.8', a data database's data item (12), then the user pressed a key to switch cursor action to the list of test identifiers. In FIG. 10, the active cursor is positioned on CURROK, a test identifier. Those data items where the CURROK test turned TRUE (517.4, 558.9, 86.9, 86.4) are highlighted and underlined. If the user moves the cursor from CURROK to any other test identifier, the highlighted data items will change. Highlighted data items always correspond to the data items where the test identifier selected by the cursor turned TRUE.

FIG. 11 shows a summary diagnostics screen. The invention querying engine (8) is capable of generating this type of reports. The titles at the top and left side of the table (such as 'high priority', 'banks') are the triggers (23) and actions (24) associated to all diagnostics in the diagnostics database (7). The numbers in the table represent the number or frequency counts of diagnostics associated to each combination of triggers and actions. The user may point with a pointing device such as a mouse or keyboard cursor, and thus select any number in the table, or any title at the top or left side of the table. In FIG. 11, the cursor is positioned on 'high priority'.

14

FIG. 12 shows a summary diagnostics screen. This is the screen the invention could show right after executing the cursor selection ('high priority') in FIG. 11. This shows more detail on the high priority actions and triggers.

FIG. 13 shows the same summary diagnostics screen in FIG. 11, but the cursor selection is now positioned on number '12', which, when executed by pressing a key, would select the 'low priority' and 'CALL' actions and triggers.

FIG. 14 shows a summary diagnostics screen. This is the screen the invention could show right after executing the cursor selection ('low priority' and 'CALL') in FIG. 13. This shows more detail on these actions and triggers.

FIG. 15 shows a sample data database (5). This example contains the numbers of a small balance sheet summary and a few associated financial ratios.

FIGS. 16, 17 and 18 show partial listings of the preferred embodiment's menu interface. File menu options let the user select an application and which files he will operate on, importing data from other applications and exporting it back to them, and printing options. Edit menu options let the user browse, look at, modify and add information in any of the individual files of the database in the invention's preferred embodiment implementation. The diagnostics menu options let the user create new tests and formulas, apply tests to selected data items on the data database (5), and execute the querying engine (8) as to query the diagnostics database (7) and the data database (5) in a coordinated manner. Notice there are four browse options in the diagnostics menu: data browse view, diagnostics browse view, frequency browse view, summary browse view. These are described in more detail in FIGS. 20 to 36.

FIG. 19 shows the preferred embodiment's applications picklist. The invention is capable of handling many types of applications. The preferred embodiment allows the user to select an application to execute.

FIG. 20 shows a sample screen of the best embodiment's data browse view. This browse view shows the data table in the upper half of the screen. By moving with the cursor, the user can move over the data table's contents. The lower half of the screen shows a listing of those diagnostics associated to the data item selected by the cursor at any time. This is the most convenient browse option to use when the user prefers to look at his original firm's data, and looking at the associated diagnostics at the same time. In FIG. 20, the cursor is positioned on '101.53', a data item (12) representing the value of 'Current Liabilities ($)' for September, 1993. As shown, the user may select, with the cursor, any individual data item in the data database (5). The cursor's current position is signaled on the screen by the underline and highlight. Two diagnostics that correspond to that particular data item are shown on the lower part of the screen.

FIG. 21 shows a sample screen of the best embodiment's data browse view. All browse screens generated by the browse options in the diagnostics menu are composed of two tables, at the upper and lower half of the screen and, optionally, may also show at any time a more detailed description corresponding to the diagnostic selected by the cursor. In all browse view screens, cursor control can either be in the table at the upper half of the screen, or in the table at the lower half of the screen. The user can switch cursor control over any of the two tables by pressing a special key. In the preferred embodiment's implementation, this special key is the F5 key. Thus, the F5 key acts like a switch, transferring control between the upper and lower portions of the screen. The screen shown in FIG. 21 is reached after

**Exhibit 2**

Page 264

5,537,590

15

pressing the F5 key in the screen shown in FIG. 20. The cursor is now positioned on the first diagnostic, identified by the "♦" symbol, and by underlined and highlighted text. The user can scroll over the diagnostics in this list. At the right of this list, the screen shows a longer description of the diagnostic selected by the cursor at any time. In FIG. 21, this longer description reads: "RDEB.—The debt ratio is too low (lower than 0.25). You may be losing business opportunities, or your company's accounting practices mix several businesses in one accounting practice".

FIG. 22 shows a sample screen of the best embodiment's diagnostics browse view. This browse view shows the diagnostics in the upper half of the screen. By moving the cursor, the user can move over the diagnostics. The lower half of the screen shows the data item associated to the diagnostic selected by the cursor at any time. This is the most convenient browse option to use when the user prefers to look at the diagnostics, but when it's also important to know where these diagnostics have come from. Also, this browse view is appropriate when there are lots of data and not too many diagnostics to look at. Refer to FIGS. 20 and 21 for a more complete description of the diagnostic browse options and screens.

FIG. 23 shows a sample screen of the best embodiment's diagnostics browse view. The screen shown in FIG. 23 is reached after pressing the F5 key in the screen shown in FIG. 22. The cursor is now positioned on the line identified by the "♦" symbol, and by underlined and highlighted text. Refer to FIGS. 20 and 21 for a more complete description of the diagnostic browse options and screens.

FIG. 24 shows a sample screen of the best embodiment's frequency browse view. This browse view shows, in the upper half of the screen, the main diagnostics classes. These correspond to the summary description's triggers and associated actions data tables (23, 24). If the user previously selected to look at a particular case in a class, the invention will show the classification in the following class. The lower half of the screen shows the diagnostics corresponding to the class or group selected by the cursor at any time. This is the most convenient browse option to use when the user prefers to define priorities, actions, individual persons' responsibilities, or any other classification of diagnostics according to their classes as defined by the user. Refer to FIGS. 20 and 21 for a more complete description of the diagnostic browse options and screens.

FIG. 25 shows a sample screen of the best embodiment's frequency browse view. The screen shown in FIG. 25 is reached after pressing the F5 key in the screen shown in FIG. 24. The cursor is now positioned on the line identified by the "♦" symbol, and by underlined and highlighted text. Refer to FIGS. 20 and 21 for a more complete description of the diagnostic browse options and screens.

FIG. 26 shows a sample screen of the best embodiment's summary browse view. By definition, in the invention a summary diagnostic turns ON only when a predefined set of individual diagnostics have turned ON before. For example, a summary diagnostic may verify that sales and profits have gone down and costs have gone up for five different products, and would tell the manager that there's a crisis with the 'financial margins' of the firm. This browse view shows, in the upper half of the screen, those summary diagnostics that turned TRUE. By moving with the cursor, the user can move over the summary diagnostics. The lower half of the screen shows the individual diagnostics corresponding to the summary diagnostic selected by the cursor at any time. This is the most convenient browse option to use for looking at the

16

overall picture according to the diagnostics. Refer to FIGS. 20 and 21 for a more complete description of the diagnostic browse options and screens.

FIG. 27 shows a sample screen of the best embodiment's summary browse view. The screen shown in FIG. 27 is reached after pressing the F5 key in the screen shown in FIG. 26. The cursor is now positioned on the line identified by the "♦" symbol, and by underlined and highlighted text. Refer to FIGS. 20 and 21 for a more complete description of the diagnostic browse options and screens.

FIG. 28 shows the data selection screen for the best embodiment's frequency browse view. In fact, the four browse view options in the diagnostics menu use the same data selection screen. In order not to be forced to navigate through all diagnostics or all through data in each browse view option, the user may select which lines, classes or periods he will limit the search to. The program filters data using an AND combination of all selected fields. There's only one exception: the line option is not a filter, but a go-to switch that makes the browse view go to the selected line but will always show all data database's lines.

FIG. 29 shows the data selection screen for the frequency browse view as described in FIG. 28. The user is selecting an option for class1, one of the trigger fields (23).

FIG. 30 shows the frequency browse view the user would get after making the choice shown in FIG. 29. The list of diagnostics and the related frequencies refer only to the selection on class1: 'weakness—low priority'. Notice that the program's frequency list shows the classification by the triggers in class2.

FIG. 31 shows the data selection screen for the 'frequency browse view', as described in FIG. 28. The user is selecting an option for class2, one of the trigger fields.

FIG. 32 shows the frequency browse view the user would get after making the choice shown in FIG. 31. The list of diagnostics and the related frequencies refer only to the selection on class2: 'Sales—Dr. Vadim (Dan)'. Notice that the program's frequency list shows the classification by the triggers in class1.

FIG. 33 shows the data selection screen for the frequency browse view, as described in FIG. 28. The user is selecting an option for class3, one of the trigger fields.

FIG. 34 shows the frequency browse view the user would get after making the choice shown in FIG. 33. The list of diagnostics and the related frequencies refer only to the selection on class3: 'BANKS'. Notice that the program's frequency list shows the classification by the triggers in class1.

FIG. 35 shows the data selection screen for the frequency browse view, as described in FIG. 28. The user has selected an option for class1 ('ALARM1') and for class3 ('BANKS'), two of the trigger fields.

FIG. 36 shows the frequency browse view the user would get after making the choice shown in FIG. 35. The list of diagnostics and the related frequencies refer to the selections on class1 AND (logical AND) class3 ('weakness—low priority', and 'prepare appropriate banking arrangements'). Notice that the program's frequency list shows the classification by the triggers in class2, the only class for which a selection hasn't been made yet.

FIG. 37 shows a listing of typical line tests and formulas for the best embodiment implementation. This listing only shows partial contents of the test database. The full contents (fields, type, size) of each record in this database file is described in FIG. 46. FIGS. 47 and 48 show two snapshots

Exhibit 2
Page 265

5,537,590

17

of the full contents of a few selected records. Let's come
back to FIG. 37. The formulas in FIG. 37 mostly compare
the financial ratios in the data database with absolute refer-
ences that may be established for the firm. For example, the
first line after the headings in each table means that, if the
Z1 score falls below 0.15 (as shown in the formula), that
indicates extreme danger of bankruptcy (as told in the
test_description). In the best embodiment implementation
shown here, the data database contains 60 months of peri-
odic information (September '93, October '93, etc.). For
practical purposes, the formulas may be applied to any of
these periods in exactly the same manner. The identification
of each data item is of the form F("1.BALANCE.18",0),
where "1.BALANCE.18" is the line or record identifier, and
0 is a relative period identifier: it means current data period
(–1 means previous data period, etc.). The user tells the
program which period or periods he wishes the tests per-
formed on. Then, the program will define each one of those
periods as the current period. It will do it one period at a
time. Each one of these formulas can only be applied to one
set of data items, identified in the formula. And, if the
formula turns out to be TRUE, then a diagnostic is generated
and written to the diagnostics database. That diagnostic only
needs to identify the test that originated it and the data item
to which it refers.

FIG. 38 shows a listing of typical group tests and formu-
las. Refer to FIG. 37 for a related description on line
formulas. The group tests shown here have been selected
mostly for their clarity, not because they are the most useful
and practical tests in this case. In this example, there are four
groups, which are ASSETS, LIABIL, EQUITY, and FRA-
TIO. One group formula is applied to each group. Applying
a group formula to a group means applying that group
formula to all data items in that group. The typical data
identifier in each group formula looks like G(0), where '0'
means CURRENT data period. No identifier for a line or
record is needed, since all group formulas can only be
applied to one line at a time, and can only compare different
elements within the same line. Thus, group formulas are
applied one line at a time, for all lines that belong to the
particular group referred to by the group formula. In this
example, group formulas can only be used for inter temporal
comparisons. It is fairly easy to extend this standard as to
allow for more complete variations to these formulas.

FIG. 39 shows the preferred embodiment's implementa-
tion menu structure: The File menu offers options to select
an application and which files he will operate on, importing
data from other applications and exporting it back to them,
and printing options. The Edit menu contains options to
browse, look at, modify and add information in any indi-
vidual database. The Diagnostics menu contains options to
create new tests and formulas, apply tests to selected data
items, and query the diagnostics database and the data
database in a coordinated manner. The Maintenance menu
contains options for the generation of index files, file back-
ups, and other maintenance operations on the data. The
Options menu contains password and security options,
options for the selection of the initial period, other options
controlling the display and printout formats. The Help menu
contains options for activating and modifying context help
screens.

FIG. 40 shows the general structure of the best embodi-
ment's file structure. There are twelve essential DBF files for
each application. Conceptually, these files may be organized
in three groups: data files (table.dbf, which contains the data
to be analyzed; grupos.dbf and detalle.dbf, which contains
the data items grouping definitions), test files and diagnostic

18

files (for simple diagnostics and for summary diagnostics).
For more detailed information on the whole file structure,
see FIGS. 73 and 74.

FIG. 41 shows the structure of the data database file and
its contents (13) in the best embodiment's implementation.
This database file is called TABLA.DBF, and the fields
contained in each record are called: LINEA (49), NOMBRE
(50), P1 to P60 (51), VALOR (68), FORMAT (69), FAC-
TOR (70), TYFACE (71). LINEA (49) contains the data line
or record identifier (11 ), NOMBRE (50) contains the data
item description, P1 to P60 (51) contain the actual data items
(12), in this case, simple numbers, VALOR (68) contains a
temporary value only used for importing and exporting data
for other applications—this is non-essential to the invention
and to this patent application—, FORMAT (69), FACTOR
(70) and TYFACE (71) contain formatting information for
each data item—non-essential here—.

FIGS. 42 and 43 show partial browse views of database
file TABLA.DBF, as described in FIG. 41.

FIG. 44 shows the structure of the diagnostics database
file and its contents (13) in the best embodiment's imple-
mentation. This database file is called RESULT.DBF, and
the fields contained in each record are called: LINEA (49),
NPER (52), PRUEBA (53), CLASE1 (61), CLASE2 (61),
CLASE3 (61). LINEA (49) contains the data line or record
identifier (11), NPER contains the period identifier for the
related data item (12), PRUEBA (53) contains the test's
identifier (18), CLASE1 (61), CLASE2 and CLASE3 con-
tain the triggers' identifiers (23). Important note: the diag-
nostic identifiers are the same as the test identifiers (18),
since a test turned true is automatically called a diagnostic.

FIG. 45 shows a partial browse view of database file
RESULT.DBF, as described in FIG. 44.

FIG. 46 shows the structure of the tests database file (9)
in the best embodiment's implementation. This database file
is called PRUEBA.DBF, and the fields contained in each
record are called: CODIGO (54), NOMBRE (55), LINEA
(49), GRUPO (58), CONDEXPR (57), CONDNOTE (56),
CLASE1 (61), CLASE2 (61), CLASE3 (61). CODIGO (54)
contains the test identifier (18), NOMBRE (55)contains the
test's short description (17), LINEA (49)contains the iden-
tifier (21) for the data database's line or record to which the
resulting diagnostic will be related in case the test turns true,
GRUPO (58) contains the identifier for the associated group
of data items on which the test should be performed,
CONDEXPR (57) contains the test's formula (20), COND-
NOTE contains a long description for the test (17), CLASE1
(61), CLASE2 and CLASE3 contain the associated triggers
and actions (23, 24). Important note: the diagnostic identi-
fiers are the same as the test identifiers (18), since a test
turned true is automatically called a diagnostic.

FIGS. 47, 48 and 49 show partial browse views of
database file PRUEBA.DBF, as described in FIG. 46.

FIG. 50 shows the structure of the groups' definitions
database file (14) in the best embodiment's implementation.
This database file is called GRUPOS.DBF, and the fields
contained in each record are called: CODIGO (59), NOM-
BRE (60). CODIGO (59) contains the groups' identifier
(22), NOMBRE (60) contains the groups' descriptions (14).

FIG. 51 shows a partial browse view of database file
GRUPOS.DBF, as described in FIG. 50.

FIG. 52 shows the structure of the groups' elements
database file (15) in the best embodiment's implementation.
This database file is called DETALLE.DBF, and the fields
contained in each record are called: GRUPO (58), LINEA
(49). GRUPO (58) contains the groups' identifiers (22).

Exhibit 2
Page 266

5,537,590

**19**

LINEA (49) contains the identifier for the data database's line or record (21) that added to each particular group.

FIG. 53 shows a partial browse view of database file DETALLE.DBF, as described in FIG. 52.

FIG. 54 shows the structure of the triggers database file (23, 24) in the best embodiment's implementation. This database file is called CLASE1.DBF, and the fields contained in each record are called: CLASE1 (61), NOMBRE1 (62). CLASE1 (61) contains the triggers identifiers (23, 24), NOMBRE1 (62) contains the triggers descriptions. The preferred embodiment's implementation also contains two files called CLASE2.DBF and CLASE3.DBF. Their structure is exactly the same as in file CLASE1.DBF. Their contents are completely definable according to the user's needs. No additional explanation is needed.

FIG. 55 shows a partial browse view of database file CLASE1.DBF, as described in FIG. 54.

FIG. 56 shows the structure of the summary test definition database file in the best embodiment's implementation. This database file is called PRESUMEN.DBF, and the fields contained in each record are called: ANALISIS (63), NOMBRE (64). CONDNOTE (65), PMIN (66). ANALISIS (63) contains the summary test identifiers, NOMBRE (64) contains the summary tests descriptions, CONDNOTE (65) contains summary tests' short descriptions, and PMIN (66) contains the minimum number of individual diagnostics that will turn a summary test on.

FIGS. 57 and 58 show partial browse views of database file PRESUMEN.DBF, as described in FIG. 56.

FIG. 59 shows the structure of the summary tests elements database file in the best embodiment's implementation. This database file is called DRESUMEN.DBF, and the fields contained in each record are called ANALISIS (63), PRUEBA (53). ANALISIS (63) contains the summary test identifiers, PRUEBA (53) contains the diagnostics identifiers.

FIG. 60 shows a partial browse view of database file DRESUMEN.DBF, as described in FIG. 58.

FIG. 61 shows the structure of the summary diagnostics database file i.e., those summary tests that have turned out to be true, in the best embodiment's implementation. This database file is called PRRESULT.DBF, and the fields contained in each record are called: ANALISIS (63), NPER (52). ANALISIS (63) contains the summary test's identifier, NPER (52) contains the period number identifier of the summary diagnostic (i.e., for those periods where the summary test turned out to be true).

FIG. 62 show partial browse views of database file PRRESULT.DBF, as described in FIG. 61.

FIG. 63 shows the structure of the summary diagnostic elements database file in the best embodiment's implementation. This file lists the individual diagnostics for those summary tests that turned out to be true. This database file is called DRRESULT.DBF, and the fields contained in each record are called: ANALISIS (63), NPER (52), PRUEBA (53), LINEA (49), POSITIVA (67). ANALISIS (63) contains the summary test's identifier, NPER (52) contains the period number identifier, PRUEBA (53) contains the individual tests identifiers (i.e., the identifiers for the components or individual elements in the summary test), LINEA (49) contains the identifier for the associated data database's lines or records, POSITIVA (67) contains a single character indicator which can either be "P" when an individual test turned true or blank when not.

FIG. 64 show padial browse views of database file DRRESULT.DBF, as described in FIG. 63.

**20**

FIG. 65 shows the structure of the files database file in the best embodiment's implementation. This database file is non-essential to the invention, and is only necessary for consistency checking in this particular implementation. This file is called IBASES.DBF, and the fields contained in each record are called: NOMBRE, BYTES, RECORD, MENSAJE, CARACTER.

FIG. 66 shows partial browse views of database file IBASES.DBF, as described in FIG. 65.

FIG. 67 shows the overall flow diagram of the best embodiment's implementation: FIRST, the invention must access all the firm's databases (see 1 to 4 in FIG. 1) to build the data database (5). SECOND, the invention generates a complete database structure and related index files (16). The just-generated test and diagnostic database files (7) are empty, but ready to receive information. The detailed database structure, index files contents and relations between the files will be made evident in the next Figures of this application. THIRD, define data groups. This is potentially one of the most powerful features of the invention. The user can define any groups (14, 15) of data items (12), and even groups of groups, in a multilevel structure. These groups are useful for the application of common tests to all data items in any particular group, for the definition of reports and queries, and for the definition of the associated triggers and actions (23, 24). FOURTH, define tests (17, 18, 19) and formulas (20, 21, 22). Formulas can be as simple as IF—THEN tests applied to one or more data items or data groups, or as sophisticated as expert system clauses and rules can be. FIFTH, apply formulas. The test-processing engine (10) then interprets and executes all formulas, reading and comparing all relevant data items, and whenever a test's conditions turn TRUE, generating one or more diagnostic records in the diagnostics database (7). Any diagnostic reference stored in the diagnostic database will also contain an associated reference to one or more data items (12). These data items will be defined by the user, or they will simply be the data items examined when the test condition turned true and the ensuing diagnostic was generated. SIXTH, query the application. The user may query the diagnostics database and the data database simultaneously in two or more separate windows, linked through several index files (16).

FIG. 68 shows the steps required to use and query an application: (a) Select the desired application. Use command File—Application. (b) Observe selected tables (optional). Use command Edit—Browse records. Observe selected tables from the application's database (5+7+9). This is optional. The user will do it only if he/she wants to. (c) Browse the summary diagnostics. Use command Diagnostics—Summary browse view. Observe or browse the summary diagnostics, for example, to understand the general condition of the firm. (d) Browse the diagnostic frequencies. Use command Diagnostics—Frequency browse view. Observe or browse the diagnostic frequencies classified by appropriate triggers and actions, according to the user preferences. (e) Browse the individual diagnostics. Use command Diagnostics—Diagnostics browse view. Observe or browse the diagnostics trying different trigger and action combinations (class1, class2, class3) to identify the original data related to key diagnostics. (f) Browse the data and diagnostics. Use command Diagnostics—Data Browse view. Observe or browse the original data for a final review, since this is the option closest to traditional report-analysis methods. (g) Select another application (optional). Use command File—Application.

FIG. 69 shows the steps required to create an application: (a) Select the desired application. Use command File—

**Exhibit 2**
**Page 267**

5,537,590

**21**

Application. (b) Create first line tests. Use command Diag-nostics—Add/modify Line test. Create the first line tests for a simple application. (c) Run tests. Use command Diagnos-tics—Run tests. Run all tests for the set of periods desired.

FIG. 70 shows the steps required to create an application with group tests: (a) Follow steps shown in FIG. 69, steps to create an application. (b) Select the groups file. Use command File—Open database (grupos.dbf). Select the groups database file. (c) Enter groups codes and descriptions. Edit—Add records (grupos.dbf). Enter the codes and descriptions for all lines and data items groups the user wishes to create to later operate with group formulas. (d) Select groups detail file. Use command File command File—Open database (detafie.dbf). Select the groups data-base detail file (detalle.dbf). (e) Define groups elements. Use command Edit—Add records (detafie.dbf). Enter the iden-tifiers for all data database's lines and data items belonging to each group recently defined. (f) Create group tests. Use command Diagnostics—Add/modify Group test. Create the group tests desired (review the samples presented in this document).

FIG. 71 shows the steps required to create an application with group tests and triggers: (a) Follow steps shown in FIG. 69: steps to create an application. (b) Now, follow steps shown in FIG. 70, optional steps to create an application with group tests. (c) Select the triggers file. Use command File—Open database (clasel.dbf). Select the triggers and actions (class1) database file. (d) Define triggers informa-tion. Use command Edit—Add records (clasel.dbf). Define all codes and descriptions for the triggers and actions (class1) that you will use in the application (for example, strengths and weaknesses, high and low priorities, depart-ments, responsible persons). (e) Define other triggers (optional). Define other triggers and actions (optional). Replicate the procedure followed for file class1, with class2 (file clase2.dbf) and class3 (file clase3.dbf). (f) Select the tests file. Use command File—Open database (pruebas.dbf). Select the tests database file (pruebas.dbf). (g) Enter triggers identifiers for each test. Use command Edit—Add records (pruebas.dbf). Enter all codes (identifiers) for those triggers and actions that were defined (clasel, clase2, clase3), and for each test created.

FIG. 72 shows the steps required to create an application with summary tests and diagnostics: (a) Follow steps shown in FIG. 69: steps to create an application. (b) Now, follow steps shown in FIG. 70: optional steps to create an appli-cation with group tests. (c) Then, follow steps shown in FIG. 71: optional steps to create an application with group tests and triggers. (d) Select summary tests definition file. Use command File—Open database (resumen.dbf). Select the summary tests definition database file (resumen.dbf). (e) Define summary tests information. Use command Edit—Add records (resumen.dbf). Define codes and descriptions for all summary tests, and the minimum number of diag-nostics required for each summary diagnostic to show. (f) Select summary test elements file. Use command File—Open database (drresumen.dbf). Select the summary tests detail database file (drresumen.dbf). (g) Define summary tests elements. Use command Edit—Add records (drre-sumen.dbf). Define all tests identifiers (i.e., diagnostics) that should be examined in each summary test.

FIG. 73 shows a diagram of the best implementation's database (DBF) files structure. It shows the files' select numbers as they are consistently used in the best embodi-ment's code, and it graphically shows the relations (one to one, one to many, many to many) in the relational file structure. (Also see FIG. 74.)

**22**

The data DBF file (37) is identified in the program's code by Select 1: tabla.dbf. This file contains the data to be analyzed (13), as described in the summary of the invention.

The diagnostics DBF file (38) is identified in the pro-gram's code by Select 2: result.dbf. This file corresponds, in the best embodiment, to the diagnostics data tables (27) described in the summary of the invention.

The tests DBF file (39) is identified in the program's code by Select 3: prueba.dbf. This file corresponds to the tests database (9) and its component elements (17 to 24) as described in the summary of the invention.

The group descriptions DBF file (40) is identified in the program's code by Select 4: grupos.dbf. This file corre-sponds to the group descriptions data tables (14) described in the summary of the invention.

The group elements DBF file (41) is identified in the program's code by Select 5: detalle.dbf. This file corre-sponds to the group elements data tables (15) described in the summary of the invention.

The clase1 DBF file (42) is identified in the program's code by Select 6: clase1.dbf. This file corresponds to the triggers and associated actions data tables (23, 24) described in the summary of the invention.

The clase2 DBF file (43) is identified in the program's code by Select 7: clase2.dbf. This file corresponds to the triggers and associated actions data tables (23, 24) described in the summary of the invention.

The clase3 DBF file (44) is identified in the program's code by Select 8: clase3.dbf. This file corresponds to the triggers and associated actions data tables (23, 24) described in the summary of the invention.

The summary test DBF file (45) is identified in the program's code by Select 9: presumen.dbf. This part of the tests database (9) wasn't separately in the summary descrip-tion of the invention.

The summary detail DBF file (46) is identified in the program's code by Select 10: dresumen.dbf. This is part of the tests database (9), although it wasn't explicitly described in the summary of the invention.

The summary diagnostics DBF file (47) is identified in the program's code by Select 11: prresult.dbf. This file corre-sponds to the diagnostics data tables (27) described in the summary of the invention.

The summary diagnostics elements DBF file (48) is identified in the program's code by Select 12: drresult.dbf. This file corresponds to the diagnostics data tables (27) described in the summary of the invention.

FIG. 74 shows the FoxPro™ database language by Microsoft's set view listing of best embodiment's database relations. This option can be reached by selecting windows-view from FoxPro™ 2.5's main menu. FIG. 74 shows the default database files relations structure. This is changed frequently during execution, but reset again to this structure.

FIG. 75 shows a schematic view of the first Data browse view screen. Compare it with FIG. 20. The cursor is active in the data browse window (72) showing selected contents from the data database (5), i.e. the best mode's data DBF file (37) tabla.dbf. The diagnostics browse window (73) shows selected contents from the diagnostics database (7), i.e. the best mode's diagnostics DBF file (38) result.dbf.

FIG. 76 shows a schematic view of the second Data browse view screen. Compare it with FIG. 21. The cursor is active in the diagnostics browse window (75), showing selected contents from the diagnostics databasc (7), i.c. the best mode's diagnostics DBF file (38) result.dbf. The data-

**Exhibit 2**

Page 268