VINCENT J. BELUSKO (SBN 100282)
CHARLES S. BARQUIST (SBN 133785)
HECTOR G. GALLEGOS (SBN 175137)
MORRISON & FOERSTER LLP
555 West Fifth Street, Suite 3500
Los Angeles, California 90013-1024
Telephone: (213) 892-5200
Facsimile: (213) 892-5454
(vbelusko@mofo.com)
(cbarquist@mofo.com)
(hgallegos@mofo.com)

Attorneys for Plaintiff
CARLOS ARMANDO AMADO

RONALD L. JOHNSTON (SBN 057418)
JAMES S. BLACKBURN (SBN 169134)
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
(Ronald_Johnston@aporter.com)
(James_Blackburn@aporter.com)

JOEL M. FREED (admitted *pro hac vice*)
JOSEPH A. MICALLEF (admitted *pro hac vice*)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
(Joel_Freed@aporter.com)
(Joseph_Micallef@aporter.com)

Attorneys for Defendant
MICROSOFT CORPORATION

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| CARLOS ARMANDO AMADO, <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION <br><br> Defendant. | Case No. SACV 03-242 DOC (ANx) <br><br> [PROPOSED] JUDGMENT <br><br> Honorable David O. Carter <br><br> THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d). |

NOTE CHANGES MADE BY THE COURT

la-798746

1  This action came before the Court for a trial by jury, the Honorable David O.
2  Carter, District Judge, presiding. The jury having rendered its verdict on June 6,
3  2005, and completed a Special Verdict Form, and a Supplemental Special Verdict
4  Form,
5  IT IS ORDERED AND ADJUDGED that:
6  On Plaintiff's complaint for infringement of U.S. Patent No. 5,293,615,
7  judgment of infringement both literally and under the Doctrine of Equivalents of
8  Claim 21 is entered in favor of Plaintiff Carlos Armando Amado and against
9  Defendant Microsoft Corporation with respect to Defendant's products Access 95
10 and Excel 95, the group or "suite" of products called Office Professional 95, which
11 includes both Access 95 and Excel 95; and later versions of those Access, Excel and
12 Office Professional products, including 1997, 2000, 2002 (XP), and 2003.
13 Infringement of Claim 21 was found against Microsoft for direct infringement (35
14 U.S.C. §271(a)), inducing infringement (35 U.S.C. §271(b)), contributory
15 infringement (35 U.S.C. §271(c)), and infringement for shipping components outside
16 the United States (35 U.S.C. §271(f)(1) and §271(f)(2)). The infringement was
17 found not to be willful. Claim 21 of the patent was found not invalid. Claims 1, 7, 8,
18 9, 10, 11, 12, 13 and 17 were found not infringed and had previously been
19 determined by the Court as not invalid. Subject to this Court's determination on
20 laches, Plaintiff is awarded damages for the period March 7, 1997 through July 31,
21 2003 in the amount of $4,400,000 for sales in the United States and $4,560,000 for
22 foreign sales, and costs to be taxed by the clerk ~~in the amount of~~ _____. Any
23 accounting for damages for the period August 1, 2003 through June 6, 2005 shall be
24 separately determined by the Court. Any requests for interest shall be by separate
25 motion filed within ten days of entry of this judgment, with oppositions due two
26 weeks later and replies due one week after that.
27
28 Dated: _June 13_, 2005    _David O. Carter_
                              Hon. David O. Carter

1

la-798746

United States District Court Judge

PRESENTED BY:

Vincent J. Belusko
Charles S. Barquist
Hector G. Gallegos
Nicole M. Smith
Scott C. Moore
MORRISON & FOERSTER LLP
555 West Fifth Street, Suite 3500
Los Angeles, California 90013-1024

By: /s/ Vincent J. Belusko
Vincent J. Belusko
Attorneys for Plaintiff
CARLOS ARMANDO AMADO

ARNOLD & PORTER LLP
Joel M. Freed
Joseph A. Micallef
James S. Blackburn

By: /s/ James Black
James S. Blackburn
Attorneys for Defendant
Microsoft Corporation

2

la-798746