

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ARMANDO AMADO,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | CASE NO. SA CV 03-242 DOC (ANx)<br><br>AMENDED JUDGMENT<br><br><br>THIS CONSTITUTES NOTICE OF ENTRY<br>AS REQUIRED BY FRCP, RULE 77(d). |

This action came before the Court for a trial by jury, which rendered its verdict on June 6, 2005, and completed a Special Verdict Form, and a Supplemental Special Verdict Form,

IT IS ORDERED AND ADJUDGED that:

On Plaintiff's complaint for infringement of U.S. Patent No. 5,293,615, judgment of infringement both literally and under the Doctrine of Equivalents of Claim 21 is entered in favor of Plaintiff Carlos Armando Amado and against Defendant Microsoft Corporation with respect to Defendant's products Access 95 and Excel 95, the group or "suite" of products called Office Professional 95, which includes both Access 95 and Excel 95; and later versions of those

1  Access, Excel, and Office Professional products, including 1997, 2000, 2002 (XP), and 2003.
2  Infringement of Claim 21 was found against Microsoft for direct infringement (35 U.S.C. §
3  271(a)), inducing infringement (35 U.S.C. § 271(b)), contributory infringement (35 U.S.C. §
4  271(c)), and infringement for shipping components outside the United States (35 U.S.C. §§
5  271(f)(1) and 271(f)(2)). The infringement was not found to be willful. Claim 21 of the patent
6  was not found to be invalid. The Court has found laches, and thus Plaintiff cannot collect
7  damages for infringement before March 7, 2003. The Court finds that Defendant must pay pre-
8  judgment interest at the rate of 10% per annum. Plaintiff is thus awarded a total for damages
9  through June 6, 2005, including pre-judgment interest, of $5,911,269, which consists of
10 $2,902,433 for sales in the United States and $3,008,836 for foreign sales, and costs to be taxed
11 by the clerk. Further, pursuant to the specific details set forth in section IV(C) of the Order
12 Finding Laches and Ruling on Post-Judgment Motions issued on the same day as this Amended
13 Judgment, the Court has also issued a permanent injunction and stay in this case.

15 IT IS SO ORDERED.
16 DATED: August 2, 2005

_____
DAVID O. CARTER
United States District Judge